IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AKORN, INC., *et al.*,[1] | ) | |
| | ) | Case No. 20-11177 (KBO) |
| Debtors. | ) | |
| | ) | (Joint Administration Requested) |
| | ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to Wilmington Savings Fund Society, FSB (the "Agent"), as Prepetition Term Loan Agent and DIP Agent, in the chapter 11 cases (collectively, the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the Chapter 11 Cases, and all papers served or required to be served in the Chapter 11 Cases, be given and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

26525533.1

| | |
|---|---|
| Andrew N. Goldman, Esq.<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile:  (212) 230-7800<br>Email: andrew.goldman@wilmerhale.com<br><br>Benjamin W. Loveland, Esq.<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile:  (617) 526-5000<br>Email: benjamin.loveland@wilmerhale.com | Robert S. Brady, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>Allison S. Mielke, Esq.<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>CM/ECF Noticing: bankfilings@ycst.com<br>Email:  rbrady@ycst.com<br>          rpoppiti@ycst.com<br>          amielke@ycst.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or the Agent.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, proofs of claim, claims, or suits filed in the Chapter 11 Cases, shall be deemed or construed as a waiver:  (i) of any rights of the Agent to (a) have final orders in any non-core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, (c) have the District Court withdraw the reference in any matter subject to

26525533.1

mandatory or discretionary withdrawal; or (ii) of any other rights (including setoff and recoupment), claims, actions, and defenses of the Agent, either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

Dated: May 21, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert S. Brady*

Robert S. Brady (No. 2847)
Robert F. Poppiti, Jr. (No. 5052)
Allison S. Mielke (No. 5934)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  rbrady@ycst.com
    rpoppiti@ycst.com
    amielke@ycst.com

-and-

WILMER CUTLER PICKERING HALE
AND DORR LLP
Andrew N. Goldman, Esq.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile:  (212) 230-7800
Email:  andrew.goldman@wilmerhale.com

Benjamin W. Loveland, Esq.
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
Email:  benjamin.loveland@wilmerhale.com

*Counsel to the Agent*

26525533.1