# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| AKORN, INC., *et al.,* | ) Case No. 20-11177 (KBO) ) |
| Debtors. | ) (Joint Administration Requested) ) |

## NOTICE OF APPEARANCE AND DEMAND FOR
## SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that counsel for Eric Hestrup, *et al*., in their individual capacities and as representatives of the putative classes of private health care insurance claimants they propose to represent, parties in interest in the captioned bankruptcy case, pursuant to, *inter alia*, Bankruptcy Rules 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 102(1) and 342, demand that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned:

| | |
|---|---|
| Joseph H. Huston, Jr.<br>jhh@stevenslee.com<br>David W. Giattino<br>dwg@stevenslee.com<br>Stevens & Lee, P.C.<br>919 North Market Street, 13th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-3310<br>Fax: (610) 371-7972 | Nicholas F. Kajon<br>nfk@stevenslee.com<br>Constantine D. Pourakis<br>cp@stevenslee.com<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, New York 10022<br>Telephone: (212) 319-8500<br>Fax: (212) 319-8505 |

| | |
|---|---|
| Ashley Keller | James Young |
| ack@kellerlenkner.com | jyoung@forthepeople.com |
| Seth Meyer | Morgan & Morgan |
| sam@kellerlenkner.com | 76 South Laura Street, Suite 1100 |
| Keller Lenkner LLC | Jacksonville, Florida 32202 |
| 150 North Riverside Plaza, Suite 4270 | Telephone: (904) 361-0012 |
| Chicago, Illinois 60606 | Fax: (904) 361-4307 |
| Telephone: (312) 741-5220 | |

Juan R. Martinez
juanmartinez@forthepeople.com
Morgan & Morgan
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 393-5463
Fax: (813) 393-5489

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, disclosure statements, plans of reorganization, operating reports, orders and notices of any application, motion, petition, pleading, request, complaint or demand, answering or reply papers, memoranda or briefs, and any other document brought before the Court with respect to this case or any proceeding in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier, facsimile, telephone, electronic medium or otherwise.

Neither this Notice of Appearance, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to or should be deemed to waive any (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in this or any related case, controversy or proceeding, or any right to arbitration; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this case or any proceeding related to this case; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement or in law or in equity, all of

which are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the counsel listed above request to be added to any official service list for notices of all contested matters or other proceedings in this case.

Date: May 21, 2020

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
jhh@stevenslee.com
David W. Giattino (No. 5614)
Stevens & Lee, P.C.
919 North Market Street, 13th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3310
Fax: (610)371-7972

Nicholas F. Kajon (*pro hac vice pending*)
nfk@stevenslee.com
Constantine D. Pourakis (*pro hac vice pending*)
cp@stevenslee.com
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Fax: (212) 319-8505

Ashley Keller (*pro hac vice pending*)
ack@kellerlenkner.com
Seth Meyer (*pro hac vice pending*)
sam@kellerlenkner.com
Keller Lenkner LLC
150 North Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Telephone: (312) 741-5220

Juan R. Martinez (*pro hac vice pending*)
juanmartinez@forthepeople.com
Morgan & Morgan
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 393-5463
Fax: (813) 393-5489

-4-

        James Young (*pro hac vice pending*)
        jyoung@forthepeople.com
        Morgan & Morgan
        76 South Laura Street, Suite 1100
        Jacksonville, Florida 32202
        Telephone: (904) 361-0012
        Fax: (904) 361-4307

        *Attorneys for Eric Hestrup, et al., and the Putative Classes*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 21, 2020, he caused a true copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Pleadings* to be served electronically upon all parties in interest registered to receive notice through the Court's CM/ECF System.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.
