**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AKORN, INC., *et al*., | ) | Case No. 20-11177 (KBO) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**REQUEST OF MCKESSON CORPORATION AND CLARUSONE SOURCING SERVICES LLP FOR SERVICE OF NOTICE PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Chapter 11 of the United States Bankruptcy Code, the undersigned, as counsel for McKesson Corporation, on behalf of itself and certain corporate affiliates (collectively, "McKesson") and Clarusone Sourcing Services LLP ("ClarusOne") hereby requests that the Court, all parties in interest and all counsel of record provide the following person with copies of all notices, pleadings, and other filings in the above-captioned cases. All counsel of record are requested to direct all electronic, written or telephonic correspondence as follows:

Jeffrey K. Garfinkle, Esq.
Buchalter, a Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
jgarfinkle@buchalter.com
Telephone: (949) 760-1121

[1] The Debtors are: Akorn, Inc.; 10 Edison Street LLC; 13 Edison Street LLC; Advanced Vision Research, Inc.; Akorn (New Jersey), Inc.; Akorn Animal Health, Inc.; Akorn Ophthalmics, Inc.; Akorn Sales, Inc.; Clover Pharmaceuticals Corp.; Covenant Pharma, Inc.; Hi-Tech Pharmacal Co., Inc.; Inspire Pharmaceuticals, Inc.; Oak Pharmaceuticals, Inc.; Olta Pharmaceuticals Corp.; VersaPharm Incorporated; VPI Holdings Corp.; VPI Holdings Sub, LLC.

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

McKesson and ClarusOne additionally request that the Debtors and the Clerk of the Court place the undersigned counsel on any mailing matrix and ECF notice lists to be prepared or existing in the above-captioned cases.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of McKesson or ClarusOne to their:

1. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

2. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, adversary proceeding, controversy or proceeding related thereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 (b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution;

3. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

4. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which these parties are entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED: May 21, 2020

Respectfully submitted,

/s/ *Jeffrey K. Garfinkle*
JEFFREY K. GARFINKLE
(Cal. Bar. No. 153496; *Pro Hac Vice* Application to be filed)
BUCHALTER, a Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Email: jgarfinkle@buchalter.com

Counsel for McKesson Corporation, on behalf of itself and Certain Corporate Affiliates and ClarusOne Sourcing Services LLP