**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| AKORN, INC., *et al.*,[1] | ) | Case No. 20-11177 (KBO) |
| Debtors. | ) | (Jointly Administered) |

**VERIFIED STATEMENT OF THE**
**AD HOC TERM LENDER GROUP**
**PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), certain beneficial holders or the investment advisors or managers for certain beneficial holders as identified on Exhibit A hereto (collectively, the "Ad Hoc Term Lender Group") hereby submit this verified statement (this "Verified Statement"), and in support hereof state as follows:

1. In October 2019, the Ad Hoc Term Lender Group retained Gibson, Dunn & Crutcher LLP ("Gibson Dunn") to represent them as counsel in connection with a potential restructuring of the outstanding debt obligations of the above-captioned debtors (collectively, the "Debtors") and certain of their subsidiaries and affiliates. Gibson Dunn subsequently retained Young Conaway Stargatt & Taylor, LLP ("Young Conaway") on behalf of the Ad Hoc Term Lender Group as Delaware counsel to the Ad Hoc Term Lender Group when the Debtors determined to pursue a chapter 11 proceeding in the United States Bankruptcy Court for the District of Delaware.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

2. As of the date of this Verified Statement, Gibson Dunn and Young Conaway represent (as that term is defined in Bankruptcy Rule 2019(a)(2)) the members of the Ad Hoc Term Lender Group in their capacity as lenders under that certain Credit Agreement, dated as of April 17, 2014 (as amended, supplemented, or modified from time to time) by and among Akorn, Inc., certain of the Debtors, as Guarantors, the lenders party thereto, and Wilmington Savings Fund Society, FSB, as successor administrative agent.

3. Gibson Dunn and Young Conaway do not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases, except that Young Conaway also serves as Delaware counsel to Wilmington Savings Fund Society, FSB solely in its capacity as agent under the above-referenced Credit Agreement and in connection with the Debtors' proposed post-petition financing. Gibson Dunn and Young Conaway do not represent the Ad Hoc Term Lender Group as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules) and do not undertake to represent the interests of, and are not fiduciaries for, any creditor, party in interest, or other entity that has not signed a retention agreement with Gibson Dunn or Young Conaway, as applicable. In addition, the Ad Hoc Term Lender Group does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

4. Upon information and belief formed after due inquiry, Gibson Dunn and Young Conaway do not hold any disclosable economic interests (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtors.

5. The names and addresses of each of the members of the Ad Hoc Term Lender Group, together with the nature and amount of the disclosable economic interests held by each of them in relation to the Debtors are set forth in Exhibit A attached hereto. The information set forth in Exhibit A is based on information provided to Gibson Dunn by the members of the Ad Hoc

Term Lender Group and is intended only to comply with Bankruptcy Rule 2019 and not for any other purpose.

6. The undersigned verifies that the foregoing is true and correct to the best of its knowledge.

7. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the members of the Ad Hoc Term Lender Group to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the members of the Ad Hoc Term Lender Group to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver of release of any rights the members of the Ad Hoc Term Lender Group may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these chapter 11 cases against or otherwise involving the members of the Ad Hoc Term Lender Group; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the members of the Ad Hoc Term Lender Group are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

8. The Ad Hoc Term Lender Group, through its undersigned counsel, reserves the right to amend or supplement this Verified Statement in accordance with the requirements of the Bankruptcy Rule 2019 at any time in the future.

Dated: May 22, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr*

Robert S. Brady (No. 2847)
Robert F. Poppiti, Jr. (No. 5052)
Allison S. Mielke (No. 5934)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
rpoppiti@ycst.com
amielke@ycst.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Scott J. Greenberg (admitted *pro hac vice*)
Steven A. Domanowski (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: sgreenberg@gibsondunn.com
sdomanowski@gibsondunn.com
jevans@gibsondunn.com

*Counsel to the Ad Hoc Term Lender Group*

**Exhibit A**

| Client Name and Address | Principal Amount of Term Loan Credit Agreement Claims Held | Equity Held in Akorn |
|---|---|---|
| Eaton Vance Management, on behalf of funds and accounts managed or advised by it | $68,825,566.86 | |
| CIFC Asset Management, on behalf of funds and accounts managed or advised by it | $73,483,041.08 | |
| Carlyle Investment Management LLC, on behalf of funds and accounts managed or advised by it | $2,848,240.91 | |
| Credit Suisse Asset Management, LLC, on behalf of funds and accounts managed or advised by it | $98,386,908.64 | |
| Western Asset Management, on behalf of funds and accounts managed or advised by it | $10,028,296.00 | |
| PineBridge Investments, on behalf of funds and accounts managed or advised by it | $35,900,000.00 | |
| Stonehill Capital Management, on behalf of funds and accounts managed or advised by it | $80,125,000.00 | 4,395,639.00 |
| Canyon Capital Advisors LLC, on behalf of funds and accounts managed or advised by it | $143,004,957.42 | 4,997,800.00 |
| Symphony Asset Management, on behalf of funds and accounts managed or advised by it | $9,537,457.00 | |
| Nut Tree Capital Management, on behalf of funds and accounts managed or advised by it | $27,719,287.00 | |
| Neuberger Berman, on behalf of funds and accounts managed or advised by it | $51,871,131.34 | |
| MidOcean Partners L.P., on behalf of funds and accounts managed or advised by it | $8,551,387.00 | |
| Cetus Capital LLC, on behalf of funds and accounts managed or advised by it | $20,000,000.00 | |
| Rubric Capital Management LP, on behalf of funds and accounts managed or advised by it | $20,037,944.00 | 4,470,111.00 |
| Contrarian Capital Management, L.L.C., on behalf of funds and accounts managed or advised by it | $12,005,312.50 | |