## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 ) |
| AKORN, INC., *et al.*, | ) Case No. 20-11177 (KBO) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) **Re: Docket No. 96** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| June 24, 2020 at 1:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 3<br>Wilmington, Delaware 19801 |

**Dated: May 22nd, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**