**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN, INC., *et al.*,[1]<br><br>               Debtors. | Case No. 20-11177 (KBO)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND RESERVATION OF RIGHTS** |

      **PLEASE TAKE NOTICE** that the undersigned counsel hereby appear in the chapter 11 case (the "Chapter 11 Cases") of the above-captioned debtors in possession (the "Debtors") for and on behalf of AQR Funds – AQR Multi-Strategy Alternative Fund, AQR Absolute Return Master Account L.P., AQR DELTA Sapphire Fund, L.P., AQR DELTA XN Master Account, L.P., AQR Funds – AQR Diversified Arbitrage Fund, CNH Master Account, L.P., LUMYNA – AQR Global Relative Value UCITS Fund, AQR DELTA Master Account, L.P., AQR Global Alternative Premia Master Account, L.P., Magnetar Constellation Fund II-PRA LP, Magnetar Systematic Multi-Strategy Master Fund Ltd, Magnetar PRA Master Fund Ltd, Magnetar MSW Master Fund Ltd, MProved Systematic Merger Arbitrage Fund, MProved Systematic Multi-Strategy Fund, AMX Master – Magnetar – Passive Risk Arbitrage, Blackstone Alternative Multi-Strategy Sub Fund IV LLC, Blackstone Diversified Multi-Strategy Fund, Manikay Master Fund, LP, Manikay Merger Fund, LP, Twin Master Fund, Ltd., Twin Opportunities Fund, LP, and Twin Securities, Inc. ("Plaintiffs"), the plaintiffs in the securities opt-out actions captioned as *AQR Funds – AQR Multi-Strategy Alternative Fund, et al. v. Akorn, Inc., et al*, No. 1:20-cv-00434 (N.D. Ill.), *Magnetar Constellation Fund II-PRA LP, et al. v. Akorn, Inc., et al*, No. 1:19-cv-08418 (N.D. Ill.),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

*Manikay Master Fund, LP, et al. v. Akorn, Inc., et al*, No. 1:19-cv-04651 (N.D. Ill.), and *Twin Master Fund, Ltd., et al. v. Akorn, Inc., et al*, No. 1:19-cv-03648 (N.D. Ill.) (the "Securities Opt-Out Litigations"), pending in the United States District Court for the Northern District of Illinois (the "District Court"), pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel, on behalf of Plaintiffs, hereby requests service of any and all notices given or required to be given in the Chapter 11 Cases, and all papers served or required to be served in the Chapter 11 Cases, including all adversary proceedings and other related cases and proceedings (collectively, "Related Proceedings"), and request that the names and addresses of the undersigned counsel be added to all mailing matrices and service lists maintained in the Chapter 11 Cases. Service may be made and directed as follows:

> **LOWENSTEIN SANDLER LLP**
> Lawrence M. Rolnick, Esq.
> Michael J. Hampson, Esq.
> Wojciech F. Jung, Esq.
> 1251 Avenue of the Americas
> New York, New York 10020
> T: 212-262-6700
> F: 212-262-7402
> lrolnick@lowenstein.com
> mhampson@lowenstein.com
> wjung@lowenstein.com

**PLEASE TAKE FURTHER NOTICE** that the within request for service includes not only the notices and papers referred to in the Bankruptcy Code, the Bankruptcy Rules, and the Federal Rules of Civil Procedure (wherever applicable), but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email, or electronic filing or otherwise filed or made with regard to the Chapter 11 Cases or any Related Proceedings, and for the purposes of CM/ECF.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by Plaintiffs, do not, shall not, and shall not be deemed to:

- constitute a submission by any of the Plaintiffs to the jurisdiction of the Bankruptcy Court;

- constitute consent by any of the Plaintiffs to entry by the Bankruptcy Court of any final order in any non-core proceeding, **which consent is hereby withheld unless, and solely to the extent, expressly granted in the future with respect to a specific proceeding**;

- waive any substantive or procedural rights of any of the Plaintiffs, including but not limited to (a) the right to challenge the constitutional authority of the Bankruptcy Court to enter a final order or judgment on any matter; (b) the right to have final orders in non-core matters entered only after de novo review by a United States District Court judge; (c) the right to trial by jury in any proceedings so triable herein, in any Related Proceedings, in the Securities Opt-Out Litigations, or in any other case, controversy, or proceeding related to or arising from the Debtors, the Chapter 11 Cases, any Related Proceedings, or the Securities Opt-Out Litigations; (d) the right to seek withdrawal of the bankruptcy reference by a United States District Court in any matter subject to mandatory or discretionary withdrawal; or (e) all other rights, claims, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which any of the Plaintiffs are or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, arguments, counterarguments, defenses, setoffs, and recoupments are expressly reserved, nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under any applicable law, rule, regulation, or order.

Dated: May 26, 2020

By:  /s/ Wojciech F. Jung

**LOWENSTEIN SANDLER LLP**
Lawrence M. Rolnick, Esq.
Michael J. Hampson, Esq.
Wojciech F. Jung, Esq.
1251 Avenue of the Americas
New York, New York 10020
T: 212-262-6700
F: 212-262-7402
lrolnick@lowenstein.com
mhampson@lowenstein.com
wjung@lowenstein.com

*Counsel to Plaintiffs*