UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN, INC. et al., | Chapter 11<br><br>Case No. 20-11177 (KBO)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Eckert Seamans Cherin & Mellott, LLC, hereby appears in the above-captioned chapter 11 case as counsel for Douglas Pharmaceuticals, Ltd ("**Douglas**"), a party-in-interest herein, pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "**Bankruptcy Code**"), Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "**Bankruptcy Rules**"), and requests that copies of any and all notices and papers filed or entered in these cases and all papers served or required to be served in these cases be given to and served upon the following:

>Tara L. Lattomus, Esq.
>Eckert Seamans Cherin & Mellott, LLC
>222 Delaware Avenue, 7th Floor
>Wilmington, DE 19801
>tlattomus@eckertseamans.com
>Phone: (302) 574-7403
>Fax:    (302) 574-7401
>
>Gary M. Schildhorn, Esq.
>Eckert Seamans Cherin & Mellott, LLC
>Two Liberty Place, 22nd Floor
>50 South 16th Street
>Philadelphia, PA 19102
>gschildhorn@eckertseamans.com
>Phone: (215) 851-8465
>Fax:    (215) 851-8383

**PLEASE TAKE FURTHER NOTICE** that, in accordance with section 1109(b) of the

Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively, the "*Filings*"), whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of Douglas.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance shall not constitute (a) a waiver of rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) a waiver of rights to trial by jury in any proceeding as to any and all matters so triable; (c) a waiver of rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (d) a waiver of any rights, claims actions, defenses, setoffs, or recoupments; or (e) a consent by Douglas to the jurisdiction of the United States Bankruptcy Court for the District of Delaware with respect to any proceeding commenced in these cases against or otherwise involving Douglas, all of which rights and consents Douglas expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be construed as an appointment of any person or entity as authorized agents of Douglas, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rule or Rule 4 of the Federal Rules of Civil Procedure.

Date:  May 28, 2020                          ECKERT SEAMANS CHERIN &
                                             MELLOTT, LLC

                                             /s/ *Tara L. Lattomus*
                                             Tara L. Lattomus (Bar No. 3515)
                                             222 Delaware Avenue, 7th Floor
                                             Wilmington, DE 19801
                                             Tel: (302) 574-7403
                                             Fax: (302) 574-7401
                                             Email: tlattomus@eckertseamans.com

                                             and

                                             Gary M. Schildhorn, Esq.
                                             Two Liberty Place, 22nd Floor
                                             50 South 16th Street
                                             Philadelphia, PA 19102
                                             Tel: (215) 851-8465
                                             Fax: (215) 851-8383
                                             E-mail: gschildhorn@eckertseamans.com

                                             *Counsel for Douglas Pharmaceuticals, Ltd*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of May, 2020, a copy of the foregoing Notice of Appearance and Request for Service of Papers was duly served on all parties receiving electronic notification in these cases from the Court ECF system.

/s/ Tara L. Lattomus
Tara L. Lattomus (Bar No. 3515)