# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AKORN, INC., *et al.*,[1] | § | Case No. 20-11177 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND SERVICE OF PLEADINGS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that DP West Lake at Conway, LLC, by and through its counsel Singer & Levick, P.C., files this, its *Notice of Appearance and Request for Notice and Service of Pleadings*.

Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, DP West Lake at Conway, LLC respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon its counsel at the address, telephone number and email address listed below.

Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas  75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: mshriro@singerlevick.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, if any, are:  Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC.  The location of the Debtors' service address is:  1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any Application, Motion, Petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notice and Service of Pleadings* is without prejudice to: (1) DP West Lake at Conway, LLC's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit DP West Lake at Conway, LLC to the jurisdiction of the Court.

**DATED** this 29th day of May, 2020.

    Respectfully submitted,

    SINGER & LEVICK, P.C.

    By:   /s/ Michelle E. Shriro
           Michelle E. Shriro
           Delaware Bar No. 3219

    16200 Addison Road, Suite 140
    Addison, Texas 75001
    Phone: 972.380.5533
    Fax: 972.380.5748
    Email: mshriro@singerlevick.com

    ATTORNEYS FOR:
    DP WEST LAKE AT CONWAY, LLC

## CERTIFICATE OF SERVICE

       I hereby certify that Notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, and to the parties listed below via electronic mail (if known) or first-class mail, postage prepaid, on this 29th day of May, 2020.

| DEBTORS: | COUNSEL FOR THE DEBTOR: |
|---|---|
| Akorn, Inc., et al.<br>1925 W. Field Court, Suite 300<br>Lake Forest, Illinois 60045<br><br>**US TRUSTEE:**<br>U.S. Trustee<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>ustpregion03.wl.ecf@usdoj.gov | William E. Arnault<br>Christopher M Hayes<br>Dan Latona<br>Patrick Nash<br>Gregory F. Pesce<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>william.arnault@kirkland.com<br>christopher.hayes@kirkland.com<br>dan.latona@kirkland.com<br>patrick.nash@kirkland.com<br>gregory.pesce@kirkland.com<br><br>Brett Michael Haywood<br>Paul Noble Heath<br>J. Zachary Noble<br>Zachary I Shapiro<br>Sarah Silveira<br>Amanda R. Steele<br>Richards, Layton & Fi n ger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>haywood@rlf.com<br>heath@rlf.com<br>noble@rlf.com<br>shapiro@rlf.com<br>silveira@rlf.com<br>steele@rlf.com |

                                            /s/  Michelle E. Shriro
                                            Michelle E. Shriro