**Information to identify the case:**

Debtor: Akorn, Inc.                           EIN: 72-0717400

United States Bankruptcy Court District of Delaware

Case Number: 20-11177 (KBO)            Date case filed for chapter 11: May 20, 2020

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                              02/20

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, the debtor, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Valid Picture ID is required for access to the J. Caleb Boggs Federal Building.**

1. Debtor's full name
   Akorn, Inc.

2. All other names used in the last 8 years:
   Akorn Pharmaceuticals
   Taylor Pharmaceuticals

| Jointly Administered Cases [Other names, if any, used by the Debtor in the last 8 years appear in brackets and italics] | Case No. | Tax ID. | Address |
|---|---|---|---|
| Akorn, Inc.<br>[Akorn Pharmaceuticals.]<br>[Taylor Pharmaceuticals.] | 20-11177 (KBO) | 72-0717400 | 1925 West Field Court, Suite 300<br>Lake Forest, Illinois 60045 |
| 10 Edison Street LLC | 20-11178 (KBO) | 77-0657890 | 369 Bayview Avenue<br>Amityville, New York 11701 |
| 13 Edison Street LLC | 20-11180 (KBO) | N/A | 369 Bayview Avenue<br>Amityville, New York 11701 |
| Advanced Vision Research, Inc.<br>[AVR Business Trust]<br>[Advanced Vision Pharmaceuticals, LLC]<br>[TheraTears]<br>[Akorn Consumer Health] | 20-11182 (KBO) | 04-2989046 | 2929 Plymouth Road, Suite 275<br>Ann Arbor, Michigan 48105 |
| Akorn (New Jersey), Inc. | 20-11183 (KBO) | 36-4301474 | 1925 West Field Court, Suite 300<br>Lake Forest, Illinois 60045 |
| Akorn Animal Health, Inc. | 20-11185 (KBO) | 46-2986645 | 1925 West Field Court, Suite 300<br>Lake Forest, Illinois 60045 |
| Akorn Ophthalmics, Inc. | 20-11186 (KBO) | 45-3466266 | 1925 West Field Court, Suite 300<br>Lake Forest, Illinois 60045 |
| Akorn Sales, Inc. | 20-11174 (KBO) | 46-4527866 | 1925 West Field Court, Suite 300<br>Lake Forest, Illinois 60045 |
| Clover Pharmaceuticals Corp. | 20-11187 (KBO) | 26-3813735 | 1925 West Field Court, Suite 300<br>Lake Forest, Illinois 60045 |

| Jointly Administered Cases [Other names, if any, used by the Debtor in the last 8 years appear in brackets and italics] | Case No. | Tax ID. | Address |
|---|---|---|---|
| Covenant Pharma, Inc. | 20-11188 (KBO) | 20-1140115 | 1925 West Field Court, Suite 300 Lake Forest, Illinois 60045 |
| Hi-Tech Pharmacal Co., Inc. [Akorn Enterprises, Inc.] | 20-11189 (KBO) | 11-2638720 | 369 Bayview Avenue Amityville, New York 11701 |
| Inspire Pharmaceuticals, Inc. | 20-11190 (KBO) | 04-3209022 | 1925 West Field Court, Suite 300 Lake Forest, Illinois 60045 |
| Oak Pharmaceuticals, Inc. | 20-11192 (KBO) | 45-2776647 | 1925 West Field Court, Suite 300 Lake Forest, Illinois 60045 |
| Olta Pharmaceuticals Corp. | 20-11191 (KBO) | 26-3813621 | 1925 West Field Court, Suite 300 Lake Forest, Illinois 60045 |
| VersaPharm Incorporated | 20-11194 (KBO) | 58-2146739 | 1925 West Field Court, Suite 300 Lake Forest, Illinois 60045 |
| VPI Holdings Corp. | 20-11193 (KBO) | 26-1356716 | 1925 West Field Court, Suite 300 Lake Forest, Illinois 60045 |
| VPI Holdings Sub, LLC | 20-11195 (KBO) | N/A | 1925 West Field Court, Suite 300 Lake Forest, Illinois 60045 |

3. **Address**
   1925 West Filed Court
   Suite 300
   Lake Forest, Illinois 60045

4. **Debtor's attorney and claims agent (name and address)**

   RICHARDS, LAYTON & FINGER, P.A.
   Paul N. Heath
   Amanda R. Steele
   Zachary I. Shapiro
   Brent M. Haywood
   One Rodney Square
   920 North King Street
   Wilmington, Delaware 19801

   Contact phone: (302) 651-7700
   Email: heath@rlf.com
   steele@rlf.com
   shapiro@rlf.com
   haywood@rlf.com

   KIRKLAND & ELLIS LLP
   KIRKLAND & ELLIS INTERNATIONAL LLP
   Patrick J. Nash, Jr., P.C.
   Gregory F. Pesce
   Christopher M. Hayes
   300 North LaSalle Street
   Chicago, Illinois 60654

   Contact phone: (312) 862-2000
   Email: patrick.nash@kirkland.com
   gregory.pesce@kirkland.com
   christopher.hayes@kirkland.com

   KIRKLAND & ELLIS LLP
   KIRKLAND & ELLIS INTERNATIONAL LLP
   Nicole L. Greenblatt, P.C.
   601 Lexington Avenue
   New York, New York 10022

   Contact phone: (212) 446-4800
   Email: nicole.greenblatt@kirkland.com

   Debtor's Notice and Claims Agent
   If you have questions about this notice,
   please contact Kurtzman Carson Consultants

   Contact phone: (877) 725-7539 (U.S./Canada) or
   (424) 236-7247 (International)
   Email: akorninfo@kccllc.com
   Website: http://www.kccllc.net/akorn

5. **Bankruptcy clerk's office**
   Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov

   824 Market Street, 3rd Floor
   Wilmington, DE 19801

   Hours open: Monday − Friday
   8:00 AM − 4:00 PM
   Contact phone (302) 252−2900

6. **Meeting of creditors**
   The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.

   June 29, 2020 at 10:00 a.m. (ET)
   (Telephonic)
   The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

   Location:
   J. Caleb Boogs Federal Building
   844 King Street
   Wilmington, DE 19801
   Dial-in: 1-866-621-1355
   Passcode: 7178157 #

| | |
|---|---|
| 7. Proof of claim deadline | **Deadline for filing proof of claim: Not yet set. If a deadline is set, notice will be sent at a later time.** |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at http://www.deb.uscourts.gov/claims−information.

Your claim will be allowed in the amount scheduled unless:
- Your claim is designated as disputed, contingent or unliquidated;
- You file a proof of claim in a different amount; or
- You receive another notice

If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**8. Exception to discharge deadline**

| | |
|---|---|
| The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint: Not yet set.** |

**9. Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**10. Filing a Chapter 11 bankruptcy case**

Chapter 11 allows the debtor to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

**11. Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

**If you have questions about this notice, please call (877) 725-7539 (toll free) or (424) 236-7247 (international) or visit http://www.kcclcc.net/akorn**