**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| AKORN, INC., et al. | : | Case No. 20-11177 (KBO) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtor(s). | : | NOTICE OF APPOINTMENT OF |
| --------------------------------- | | COMMITTEE OF UNSECURED CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **McKesson Corporation,** Attn: Ben Carlsen, Esq., 1564 Northeast Expressway, Atlanta, GA 30329, Phone: 404-461-4232; ben.carlsen@mckesson.com

2.     **Douglas Pharmaceuticals America Ltd.,** Attn: Kent Durbin, Te Pai Place, Henderson, New Zealand, Phone +6421445256; kentd@douglas.co.nz

3.     **Walgreen Co.,** Attn: Darin Osmond, Esq., 104 Wilmot Rd, 4th Floor MS 144P, Deerfield, IL 60015, Phone: 847-315-4692; darin.osmond@walgreens.com

4.     **Rising Pharma Holdings, Inc**., Attn: Dipesh Patel, Esq., 2 Tower Center Blvd., Suite 1401, East Brunswick, NJ 08816, Phone: 908-296-0998; dpatel@risingpharma.com

5.     **Gabelli Funds, LLC**, Attn: David M. Goldman, Esq., One Corporate Center, Rye, NY 10580, Phone: 914-921-5100; dgoldman@gabelli.com

                                                ANDREW R. VARA
                                                United States Trustee, Region 3


                                                /s/ *Jane Leamy* for
                                                T. PATRICK TINKER
                                                ASSISTANT UNITED STATES TRUSTEE

DATED: June 3, 2020

Attorney assigned to this Case: Jane Leamy, Esq., Phone: (302) 573-6566; jane.m.leamy@usdoj.gov
Debtors' Counsel: Paul Heath, Esq., Phone: (302) 651-7590; health@rlf.com