# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AKORN, INC.,[1] | Case No. 20-11177 (KBO) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Sommer L. Ross and Keri L. Wintle, of the law firm Duane Morris LLP, hereby appear in the above-referenced chapter 11 cases as counsel for Catalent Pharma Solutions, LLC ("Catalent"), and, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), including Local Rules 2002-1, 3017-1 and 9006-1, request that copies of all notices and pleadings given or filed in these cases be given and served upon counsel as follows:

| | |
|---|---|
| Sommer L. Ross, Esq. | Keri L. Wintle, Esq. |
| DUANE MORRIS LLP | DUANE MORRIS LLP |
| 222 Delaware Avenue, Suite 1600 | 100 High Street, Suite 2400 |
| Wilmington, DE 19801-1659 | Boston, MA 02110-1724 |
| Telephone: (302) 657-4951 | Tel: (857) 488 4226 |
| Facsimile: (302) 657-4900 | Fax: (857) 401 3021 |
| E-mail: SLRoss@duanemorris.com | Email: KLWintle@duanemorris.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases or the rights of Catalent.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of Catalent including, without limitation (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Catalent is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved. This Notice of Appearance is also not intended, and shall not be deemed or construed, to be a consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules, the Federal Rules of Civil Procedure or Local Rules.

[*Signature Page Follows*]

| | |
|---|---|
| Dated: June 3, 2020<br>      Wilmington, Delaware | DUANE MORRIS LLP<br><br>*/s/ Sommer L. Ross*<br>Sommer L. Ross (DE 4598)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>E-mail: slross@duanemorris.com<br><br>and<br><br>Keri L. Wintle, Esq.<br>DUANE MORRIS LLP<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br>Tel: (857) 488 4226<br>Fax: (857) 401 3021<br>E-mail: KLWintle@duanemorris.com<br><br>*Counsel to Catalent Pharma Solutions LLC* |