**Exhibit B**

**Nash Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AKORN, INC., *et al.*,[1] | ) Case No. 20-11177 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF**
**PATRICK J. NASH, JR. IN SUPPORT OF THE DEBTORS'**
**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING**
**THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP**
**AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE**
**DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF MAY 20, 2020**

I, Patrick J. Nash, Jr., being duly sworn, state the following under penalty of perjury:

1.      I am the president of Patrick J. Nash, Jr., P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle Street, Chicago, Illinois 60654, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").[2]  I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of Illinois, and I have been admitted to practice in Illinois.  There are no disciplinary proceedings pending against me.

2.      I submit this declaration (the "Declaration") in support of the Debtors' *Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:  Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC.  The location of the Debtors' service address is:  1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Application.

*Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of May 20, 2020* (the "Application").[3]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Kirkland's Qualifications

4.      The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

5.      Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:  *In re Longview Power, LLC*, No. 20-10951 (BLS) (Bankr. D. Del. May 18, 2020); *In re Bluestem Brands, Inc.*, No. 20-10566 (MFW) (Bankr. D. Del. Apr. 3, 2020); *In re Clover Technologies Group, LLC*, No. 19-12680 (KBO) (Bankr. D. Del. Jan. 21, 2020); *In re Anna Holdings, Inc.*, No. 19-12551 (CSS) (Bankr. D. Del. Jan. 7, 2020); *In re Forever 21, Inc.*, No. 19-12122 (KG) (Bankr. D. Del. Nov. 5, 2019); *In re PES Holdings, LLC*, No. 19-11626 (KG) (Bankr. D. Del. Aug. 21, 2019); *In re Blackhawk Mining LLC*, No. 19-11595 (LSS) (Bankr. D. Del. Aug. 18, 2019); *In re Things Remembered, Inc.*, No. 19-10234 (KG) (Bankr. D. Del. May 5, 2019); *In re Z Gallerie, LLC*, No. 19-10488 (LSS) (Bankr. D. Del. Apr. 9, 2019); *In re ATD Corporation*, No. 18-12221 (KJC) (Bankr. D. Del. Nov. 1, 2018); *In re VER Technologies HoldCo LLC*, No. 18-10834 (KG) (Bankr. D. Del. May 22, 2018); *In re EV Energy Partners, L.P.*, No. 18-10814 (CSS) (Bankr. D. Del. May 7, 2018).[4]

---

[3]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

[4]    Because of the voluminous nature of the orders cited in this Declaration, they are not attached to this Declaration. Copies of these orders are available upon request to Kirkland.

6.      In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### Services to Be Provided

7.      Subject to further order of the Court and that certain engagement letter dated April 10, 2019 (the "Engagement Letter"), a copy of which is attached as **Exhibit 1** to **Exhibit A** to the Application, the Debtors retained Kirkland to render, without limitation, the following legal services:

a.      advising the Debtors with respect to its powers and duties as debtor in possession in the continued management and operation of its businesses and properties;

b.      advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.      attending meetings and negotiating with representatives of creditors and other parties in interest;

d.      taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.      preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.      representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.      advising the Debtors in connection with any potential sale of assets;

h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.      advising the Debtors regarding tax matters;

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

**<u>Professional Compensation</u>**

8.      Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

9.      Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

10.      As of January 1, 2020, Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[5]

---

[5]    For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency. When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable

4

| Billing Category[6] | U.S. Range |
|---|---|
| Partners | $1,075–$1,845 |
| Of Counsel | $625–$1,845 |
| Associates | $610–$1,165 |
| Paraprofessionals | $245–$460 |

11.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[7]

12.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

---

conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[6]   Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[7]   For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

13.     To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity.  In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

14.     Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States.  Notwithstanding the foregoing and consistent with the Local Rules, Kirkland will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases.  Kirkland does not charge its clients for incoming facsimile transmissions. Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

### Compensation Received by Kirkland from the Debtors

15.     Per the terms of the Engagement Letter, on June 11, 2019, the Debtors paid $50,000.00 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007).  Subsequently, the Debtors paid to Kirkland additional advance payment retainer totaling $7,641,923.57 in the aggregate.  As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt, any advance payment retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any advance payment retainer upon Kirkland's receipt, any advance payment retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Debtors will not earn any interest on any advance

6

payment retainer.[8]   A chart identifying the statements setting forth the professional services

provided by Kirkland to the Debtors and the expenses incurred by Kirkland in connection

therewith, as well as the advance payment retainer transferred by the Debtors to Kirkland, prior to

the Petition Date is set forth below.

16.     During the 90-day period before the Petition Date, the Debtors paid advance

payment retainer in the following amounts to Kirkland:

| Type of Transaction | Date | Amount of Fees and Expenses Listed on Statement | Amount of Advance Payment Retainer Requested | Amount of Advance Payment Retainer Received | Resulting Advance Payment Retainer Following |
|---|---|---|---|---|---|
| Receipt of Additional Advance Payment Retainer | 2/26/2020 | | | $500,000 | $2,037,033.50 |
| Additional Advance Payment Retainer (Full Statement) | 3/11/2020 | $1,743,709.33 | $500,000 | | $293,324.17 |
| Receipt of Additional Advance Payment Retainer | 3/12/2020 | | | $500,000 | $793,324.17 |
| Additional Advance Payment Retainer (Full Statement) | 3/19/2020 | $596,181.47 | $500,000 | | $197,139.70 |
| Receipt of Additional Advance Payment Retainer | 3/20/2020 | | | $500,000 | $697,139.70 |
| Additional Advance Payment Retainer (Full Statement) | 3/26/2020 | | $500,000 | | $697,139.70 |
| Receipt of Additional Advance Payment Retainer | 3/26/2020 | | | $500,000 | $1,197,139.70 |
| Additional Advance Payment Retainer (Full Statement) | 3/30/2020 | $491,636.61 | $500,000 | | $705,403.09 |
| Receipt of Additional Advance Payment Retainer | 3/31/2020 | | | $500,000 | $1,205,503.09 |
| Additional Advance Payment Retainer (Full Statement) | 4/17/2020 | $719,955.70 | $500,000 | | $485,547.39 |
| Receipt of Additional Advance Payment Retainer | 4/21/2020 | | | $500,000 | $985,547.39 |
| Additional Advance Payment Retainer (Summary Statement) | 4/28/2020 | | $500,000 | | $985,547.39 |
| Receipt of Additional Advance Payment Retainer | 5/1/2020 | | | $500,000 | $1,485,547.39 |
| Additional Advance Payment Retainer (Summary Statement) | 5/6/2020 | | $1,000,000 | | $1,485,547.39 |

---

[8]   The Engagement Letter provides that Kirkland may continue to hold any remaining prepetition advance payment retainer during the pendency of a chapter 11 case rather than applying such advance payment retainer to postpetition fees and expenses.  Kirkland evaluates whether to retain any remaining prepetition advance payment retainer on a case-by-case basis.  In this particular case, Kirkland has elected not to hold any remaining prepetition advance payment retainer but, instead, will apply any remaining advance payment retainer to postpetition fees and expenses as such fees and expenses are allowed by the Court.

| Receipt of Additional Advance Payment Retainer | 5/13/2020 | | | $1,000,000 | $2,485,547.39 |
|---|---|---|---|---|---|

17.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred, but not yet applied to Kirkland's advance payment retainer, Kirkland's total advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

18.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

**Statement Regarding U.S. Trustee Guidelines**

19.     Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

8

## **Attorney Statement Pursuant to Revised UST Guidelines**

20.        The following is provided in response to the request for additional

information set forth in Paragraph D.1. of the Revised UST Guidelines:

    a.  **Question**: Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?

       **Answer**: No.  Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement.  The rate structure provided by Kirkland is appropriate and is not significantly different from (a) the rates that Kirkland charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

    b.  **Question**: Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

       **Answer**: No.  The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

    c.  **Question**: If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

       **Answer**: Kirkland's current hourly rates for services rendered on behalf of the Debtors range as follows:[9]

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,075–$1,845 |
| Of Counsel | $625–$1,845 |
| Associates | $610–$1,165 |
| Paraprofessionals | $245–$460 |

       Kirkland represented the Debtors during the twelve-month period before the Petition Date, using the hourly rates listed above effective as of January 1, 2020.

---

[9]  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

For the period from May 20, 2019, through December 31, 2019, Kirkland's hourly rates ranged as follows:

| Billing Category | U.S. Range |
|------------------|------------|
| Partners | $1,025–$1,795 |
| Of Counsel | $595–$1,705 |
| Associates | $595–$1,125 |
| Paraprofessionals | $235–$460 |

d.  **Question**:  Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

**Answer**:  Yes, for the period from May 20, 2020 through September 30, 2020.

### Kirkland's Disinterestedness

21.     In connection with its proposed retention by the Debtors in these chapter 11 cases, Kirkland undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Kirkland obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto.  Kirkland has searched on its electronic database for its connections to the entities listed on **Schedule 1** hereto.  In addition, after Kirkland identified all client connections with the parties in interest over a specified time period, Kirkland circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients during the prior six years.  Further, beyond the individual emails, Kirkland sent a daily report of new matters firm wide.  All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations.  Except with respect to matters specifically disclosed herein, Kirkland did not receive any answers in the affirmative to these emails.  Additionally, to the extent that I have been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in

10

Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

22.    Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases. Kirkland has searched on its electronic database for its connection to the entities listed on **Schedule 1** attached hereto. The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases. Accordingly, Kirkland will update this Declaration as necessary and when Kirkland becomes aware of additional material information. The following is a list of the categories that Kirkland has searched:[10]

| **Schedule** | **Category** |
|---|---|
| 1(a) | Debtors and Debtor Affiliates |
| 1(b) | Current and Former Directors and Officers |
| 1(c) | 5% or More Equity Holders |
| 1(d) | Banks/Lenders/UCC Lien Parties/Administrative Agents |
| 1(e) | Contract Counterparties |
| 1(f) | Customers |
| 1(g) | Governmental/Regulatory Agencies |
| 1(h) | Insurance, PFA, Surety Providers |
| 1(i) | Landlords |
| 1(j) | Litigation Parties |
| 1(k) | Professionals |
| 1(l) | Taxing Authorities |
| 1(m) | U.S. Trustee Personnel, Judges, and Court Contacts for the District of Delaware (and Key Staff Members) |
| 1(n) | Unsecured Creditors |
| 1(o) | Utilities |
| 1(p) | Vendors |

---

[10] Kirkland's inclusion of parties in the following Schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

23.    To the best of my knowledge, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

24.    Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[11]  For the avoidance of doubt, Kirkland will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action.  To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by conflicts counsel.

25.    Of the entities listed on **Schedule 2**, only two represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on May 20, 2020.  GSO Capital Partners LP, a prepetition lender to the Debtors and Kirkland client, is an affiliate of Kirkland client The Blackstone Group.  The Blackstone Group represented more than one percent of

---

[11]    As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed. Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

Kirkland's fee receipts for the twelve-month period ending on May 20, 2020.  Second, Abbott Laboratories Inc., a Kirkland client, is a defendant in litigation in which Debtor Akorn, Inc. is an interested co-defendant.  Abbott Laboratories Inc. represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on May 20, 2020.  I do not believe that any current or former representation of The Blackstone Group or Abbott Laboratories Inc. precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.[12]

26.     Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1(p)** (that Kirkland was able to locate using its reasonable efforts) reveals, to the best of Kirkland's knowledge, that those Kirkland attorneys and paraprofessionals who previously worked at other law firms that represented such entities in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Kirkland.

27.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware, except as disclosed or otherwise described herein.

28.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to

---

[12]   Specific percentages will be disclosed to the U.S. Trustee upon request.

identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

29.     Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

30.     From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to Kirkland.

31.     Certain insurance companies pay the legal bills of Kirkland clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

### Specific Disclosures

32.     As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates. Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

A.      **Connections to Holders of Equity Interests in the Debtors.**

33.      As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, The Vanguard Group ("<u>Vanguard</u>") on a variety of matters.  Vanguard owns approximately 6.4% of the equity interests in Akorn, Inc.  All prior and current Kirkland representations of Vanguard have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not and will not represent Vanguard in matters related to the Debtors or their chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or former representation of Vanguard precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

B.      **Connections to Officers and Directors.**

34.      As disclosed below and in **<u>Schedule 2</u>** attached hereto, Kirkland currently represents, and has formally represented, certain affiliates, subsidiaries and entities associated with the Debtors' current and recent former officers and directors.  I do not believe that Kirkland's current or prior representation of the affiliates, subsidiaries, and entities associated with certain officers and directors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

35.      As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain current and former directors and officers of the Debtors in litigation in which one or more of the Debtors is an interested co-defendant (the "<u>D&O Defendants</u>").  Kirkland has not represented and will not represent the D&O Defendants in matters related to the Debtors or their chapter 11 cases.  I do not believe that Kirkland's current and prior representations of the D&O Defendants preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

15

## C.    Connections to Other Entities.

36.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Teva Pharmaceuticals North America and its affiliates (collectively, "Teva"), Pfizer, Inc. ("Pfizer"), Bausch Health Companies Inc. and certain of its affiliates (collectively, "Valeant"), and Abbott Laboratories Inc. and certain of its affiliates (collectively, "Abbott") in various litigations in which one or more of the Debtors is an interested co-defendant.  In addition, Kirkland currently represents, and in the past has represented, Allergan plc and its affiliates (collectively, "Allergan") in litigation in which one or more of the Debtors is an interested third party.  Kirkland has not represented and will not represent Allergan, Teva, Pfizer, Valeant, or Abbott in matters related to the Debtors or their chapter 11 cases.  I do not believe that Kirkland's current and prior representations of Allergan, Teva, Pfizer, Valeant, or Abbott preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

37.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain entities that comprise one or more of the following:  (a) a prepetition lender to the Debtors; (b) an entity with which the Debtors have a banking relationship; (c) an agent under the Debtors' prepetition term loan credit facility; and/or (d) certain affiliates of the foregoing (collectively, the "Financial Counterparties") in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented and will not represent the Financial Counterparties in matters related to the Debtors or their chapter 11 cases.  I do not believe that Kirkland's current and prior representations of the Financial Counterparties preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

38.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain of the Debtors' customers, vendors, and utility providers (collectively, the "Business Counterparties").  All prior and current Kirkland representations of the Business

Counterparties have been in matters unrelated to the Debtors and these chapter 11 cases. Kirkland has not represented and will not represent the Business Counterparties in matters related to the Debtors or their chapter 11 cases. I do not believe that Kirkland's current or prior representations of the Business Counterparties preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

39.     As disclosed on **Schedule 2**, certain parties in interest in these chapter 11 cases are current or former Kirkland restructuring clients. These entities include Cenveo, Inc. and Windstream Holdings, Inc. Kirkland will not represent the Debtors, the Debtors' non-Debtor affiliates, or other entities associated with the Debtors in any matter related to other Kirkland clients' bankruptcy proceedings. Similarly, Kirkland will not represent any of its other restructuring clients against the Debtors in any of its other clients' restructuring matters. Kirkland's other chapter 11 representations are unrelated to these chapter 11 cases or the Debtors.

**D.      Other Chapter 11 Professionals.**

40.     As disclosed in **Schedule 2** attached hereto, Kirkland currently represents, and formerly has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seeks to retain in connection with these chapter 11 cases. All prior and current Kirkland representations of these professionals have been in matters unrelated to the Debtors and these chapter 11 cases. Kirkland has not represented and will not represent any such professionals in connection with any matter in these chapter 11 cases. I do not believe that Kirkland's current or prior representations of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

41.     The Debtors' proposed financial advisor and investment banker is PJT Partners LP ("PJT") for these chapter 11 cases. Kirkland represents certain of PJT's direct or indirect affiliates in matters unrelated to the Debtors and these chapter 11 cases. Kirkland does not and will not

17

represent PJT in matters unrelated to the Debtors or their chapter 11 cases.  I do not believe that Kirkland's representation of these parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

42.     The Debtors' proposed restructuring advisor is AlixPartners LLP ("Alix") for these chapter 11 cases.  Kirkland represents certain of Alix's direct or indirect affiliates in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland does not and will not represent Alix in matters related to the Debtors or their chapter 11 cases.  I do not believe that Kirkland's representation of these parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

43.     The Debtors' proposed tax advisor is Grant Thornton, LLP ("GT") for these chapter 11 cases.  Kirkland represents certain of GT's direct or indirect affiliates in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland does not and will not represent GT in matters related to the Debtors or their chapter 11 cases.  I do not believe that Kirkland's representation of these parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

44.     On May 22, 2020, the Court approved Kurtzman Carson Consultants LLC ("KCC") as the Debtors' notice and claims agent.[13]   KCC currently employs certain former Kirkland attorneys and professionals.  Although such former employees are currently employed at KCC, any work provided by these former Kirkland employees is unrelated to the Debtors and these chapter 11 cases.  I do not believe these connections preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

---

[13] *See Order Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Notice and Claims Agent for the Debtors* [Docket No. 72].

E.      **Kirkland Attorney and Employee Investments.**

45.     From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge.  Each Kirkland person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  The Investment Fund is generally operated as a blind pool, meaning that when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

46.     From time to time one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds. Such Passive-Intermediary Entity is composed only of persons who were Kirkland partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel).  Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate.  The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds

19

will purchase or sell, and has no control over such purchases or sales. And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund. To the extent the Passive-Intermediary Entity is or becomes aware of the identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

47.     From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases. Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

**F.      Former Clerks.**

48.     The following Kirkland employees had clerkships in the United States Bankruptcy Court for the District of Delaware during the last three years (together, the "Former Clerks").

49.     Francis Petrie is a Kirkland associate who clerked with the Honorable Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware from September 2016 to September 2017. Mr. Petrie began working at Kirkland in September 2017, and had no connection with the Debtors' chapter 11 cases while working for the Court.

50.     Jhanile Trudy Smith is a Kirkland associate who clerked with the Honorable Mary F. Walrath of the United States Bankruptcy Court for the District of Delaware from

September 2016 to September 2017.  Ms. Smith began working at Kirkland in September 2017, and had no connection with the Debtors' chapter 11 cases while working for the Court.

51.     Alexander Warso is a Kirkland associate who clerked with the Honorable Laurie S. Silverstein of the United States Bankruptcy Court for the District of Delaware from September 2017 to August 2018.  Mr. Warso began working at Kirkland in September 2018, and had no connection with the Debtors' chapter 11 cases while working for the Court.

52.     James Lathrop is a Kirkland associate who clerked with the Honorable Mary F. Walrath of the United States Bankruptcy Court for the District of Delaware from September 2017 to September 2018.  Mr. Lathrop began working at Kirkland in September 2018, and had no connection with the Debtors' chapter 11 cases while working for the Court.

53.     Kyle Unice is a Kirkland associate who clerked with the Honorable Brendan L. Shannon of the United States Bankruptcy Court for the District of Delaware from September 2017 to September 2018.  Mr. Unice began working at Kirkland in September 2018 and had no connection with the Debtors' chapter 11 cases while working for the Court.

54.     Carole Wurzelbacher is a Kirkland associate who clerked with the Honorable Brendan L. Shannon of the United States Bankruptcy Court for the District of Delaware from 2018 to 2019.  Ms. Wurzelbacher began working at Kirkland in September 2019 and had no connection with the Debtors' chapter 11 cases while working for the Court.

55.     Kevin Liang is a Kirkland associate who clerked with the Honorable Kevin Gross of the United States Bankruptcy Court for the District of Delaware from September 2018 to September 2019.  Mr. Liang began working at Kirkland in September 2019 and had no connection with the Debtors' chapter 11 cases while working for the Court.

56.     Margaret Reiney is a Kirkland associate who clerked with the Honorable Kevin J. Carey of the United States Bankruptcy Court for the District of Delaware from September 2018 to September 2019.  Ms. Reiney began working at Kirkland in September 2019 and had no connection with the Debtors' chapter 11 cases while working for the Court.

57.     Eric Schlabs is a Kirkland associate who clerked with the Honorable Richard G. Andrews of United States District Court for the District of Delaware (the "District Court") from September 2017 to September 2018.  Mr. Schlabs began working at Kirkland in November 2018 and had no connection with the Debtors' chapter 11 cases while working for the District Court.

58.     Matthew Lembo is a Kirkland associate who clerked with the Honorable Leonard P. Stark of the United States District Court for the District of Delaware from October 2018 to October 2019.  Mr. Lembo began working at Kirkland in January 2020 and had no connection with the Debtors' chapter 11 cases while working for the District Court.

59.     I do not believe that the Former Clerks' work for the Court or the District Court, as the case may be, precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**G.     Other Disclosures.**

60.     Finally, certain interrelationships exist among the Debtors.  Nevertheless, the Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint representation of the Debtors in these chapter 11 cases.

61.     The spouse of Kirkland partner Helen E. Witt, P.C. is a managing director of JPMorgan Chase & Co.  JPMorgan Chase Bank, N.A., an affiliate of JPMorgan Chase & Co., is a holder of the Debtors' prepetition term loan debt.  Out of an abundance of caution, Kirkland has

instituted formal screening measures to screen Ms. Witt from all aspects of Kirkland's representation of the Debtors.

62.     James H.M. Sprayregen, a Kirkland partner, worked as an attorney at Kirkland from July 1990 until June 2006 and rejoined the firm in December 2008.  From June 2006 until December 2008, prior to rejoining the firm, Mr. Sprayregen was co-head of the restructuring group of Goldman Sachs Americas, where he advised U.S. and international clients in restructuring and distressed situations.  Certain affiliates of Goldman Sachs are prepetition lenders to the Debtors. Goldman Sachs is a client of the firm and disclosed on Schedule 2 attached hereto.  I do not believe that Mr. Sprayregen's prior employment at Goldman Sachs precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

63.     Gregg Kirchhoefer, a Kirkland partner, is a member of the board of directors of Bell Flavors and Fragrances, Inc., a vendor to the Debtors.   Kirkland has instituted formal screening measures to screen Mr. Kirchhoefer from all aspects of Kirkland's representation of the Debtors.

64.     Linda Myers, a Kirkland partner, is a member of the board of directors of Endo International plc, a potential party in interest in these chapter 11 cases.  Kirkland has instituted formal screening measures to screen Ms. Myers from all aspects of Kirkland's representation of the Debtors.

65.     Furthermore, prior to joining Kirkland, certain Kirkland attorneys represented clients adverse to Kirkland's current and former restructuring clients.  Certain of these attorneys (the "Screened Kirkland Attorneys") will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation.  Kirkland's formal ethical screen provides sufficient safeguards and procedures to

prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

66.     Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows: (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding Kirkland's representation of the Debtors in a manner that avoids contact with the Screened Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

## Affirmative Statement of Disinterestedness

67.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Patrick J. Nash, Jr., P.C.

Dated:  June 3, 2020
Wilmington, Delaware

Respectfully submitted,

*/s/ Patrick J. Nash, Jr.*

Patrick J. Nash, Jr.
as President of Patrick J. Nash, Jr., P.C., as
Partner of Kirkland & Ellis LLP; and as Partner
of Kirkland & Ellis International LLP

## **Schedule 1**

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Patrick J. Nash, Jr. in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of May 20, 2020* (the "Nash Declaration").[1]  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Nash Declaration, matching the incomplete or ambiguous name.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Nash Declaration.

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
| --- | --- |
| 1(a) | Debtors and Debtor Affiliates |
| 1(b) | Current and Former Directors and Officers |
| 1(c) | 5% or More Equity Holders |
| 1(d) | Banks/Lenders/UCC Lien Parties/Administrative Agent |
| 1(e) | Contract Counterparties |
| 1(f) | Customers |
| 1(g) | Governmental/Regulatory Agencies |
| 1(h) | Insurance, PFA, and Surety Providers |
| 1(i) | Landlords |
| 1(j) | Litigation Parties |
| 1(k) | Professionals |
| 1(l) | Taxing Authorities |
| 1(m) | U.S. Trustee Personnel, Judges, and Court Contacts for the District of Delaware (and Key Staff Members) |
| 1(n) | Unsecured Creditors |
| 1(o) | Utilities |
| 1(p) | Vendors |

# SCHEDULE 1(a)

## Debtors and Debtor Affiliates

10 Edison Street LLC
13 Edison Street LLC
Advanced Vision Research Inc.
Akorn (New Jersey) Inc.
Akorn AG
Akorn Animal Health Inc.
Akorn Canada Inc.
Akorn Inc.
Akorn India Private Ltd.
Akorn International SARL
Akorn Ophthalmics Inc.
Akorn Sales Inc.
Clover Pharmaceuticals Corp.
Covenant Pharma Inc.
Hi-Tech Pharmacal Co. Inc.
Inspire Pharmaceuticals Inc.
Oak Pharmaceuticals Inc.
Olta Pharmaceuticals Corp.
VersaPharm Inc.
VPI Holdings Corp.
VPI Holdings Sub LLC
WorldAkorn Pharma Mauritius

# SCHEDULE 1(b)

## Current and Former Directors and Officers

Abramowitz, Ken
Bonaccorsi, Joe
Boothe, Douglas
Chapman, Scott
Graves, Adrienne
Johnson, Ronald Mitchel
Kafer, Jonathan
Kapoor, John, Dr.
Kutinsky, Bruce
Lichter, Steven
Meyer, Steven
Pollard, Randall
Portwood, Duane
Rai, Raj
Rappuhn, Terry
Tambi, Brian
Weinstein, Alan
Young, Christopher

# SCHEDULE 1(c)

## 5% or More Equity Holders

Akorn Holdings LP
CEDE & Co.
Vanguard Group, The

# SCHEDULE 1(d)

## Banks/Lenders/UCC Lien Parties/Administrative Agent

40/86 Advisors Inc.
Aegon USA Investment Management LLC
Apollo Global Management Inc.
Bank of America Corp.
Bank of Montreal
Barclays Bank Plc
Barclays plc
Bardin Hill Investment Partners LP
Benefit Street Partners LLC
Blackrock Financial Management Inc.
BlackRock Inc.
BlueMountain Capital Management LLC
Brigade Capital Management LP
Canyon Capital Advisors LLC
Carlyle Group LP, The
Carlyle Investment Management LLC
CIFC Asset Management LLC
Credit Suisse Asset Management LLC
Credit Suisse Group AG
CVC CR Parts LLC
DSC Meridian Capital LP
Eaton Vance Management
Effcon Laboratories Inc.
Elliott Associates LP
EP Canyon Ltd.
First Colony Bank
First Trust Advisors LP
Five Arrows Managers NA LLC
Five Arrows Managers North America LLC
Garrison Investment Group LP
Goldentree Asset Management LP
Goldman Sachs Bank USA
GSO Capital Partners LP
H/2 Credit Manager LP
Insight North America LLC
Investcorp Credit Management US LLC
JPMorgan Bank Branch 0802
JPMorgan Chase & Co.
JPMorgan Chase Bank NA
Loomis Sayles & Co. LP
Madison Capital Funding LLC
Midocean Partners LP

MJX Asset Management LLC
Nationsbank NA (South)
Neuberger Berman Investment
Neuberger Berman Investment Advisors
New York Life Investment Management
   LLC
Nut Tree Capital Management LP
Pinebridge Investments LLC
Pretium Capital Management LLC
Rubric Capital Management LP
Shenkman Capital Management Inc.
Silvermine Capital Management LLC
Stonehill Capital Management LLC
Symphony Asset Management LLC
Thermo Fisher Financial Services Inc.
Toshiba Financial Services
TPG Opportunities Partners LP
Trimaran Advisors LLC
Voya Investment Management Co. LLC
Wells Fargo Equipment Finance Inc.
Western Asset Management Co. LLC
Whitebox Advisors LLC
Whitefort Capital Master Fund LP
Wilmington Savings Fund Society FSB

# SCHEDULE 1(e)

## Contract Counterparties

Advanced Resources LLC
Aerotek Commercial Staffing
Agilent Technologies Inc.
Albemarle Corp.
Alliance Pharmacy, The
Allied Universal Security Services
Ankura Consulting Group LLC
Aramark Uniform Services
Arthur J. Gallagher RMS Inc.
Associates of Cape Cod Inc.
AT&T Inc.
Barry-Wehmiller Design Group Inc.
Burns & McDonnell Engineering Co. Inc.
Burwood Group Inc.
Busbee, Brandon
Castle Hill Pharmaceutical Distributors
Catalent Micron Technologies
Catalent Pharma Solutions RTP
CDW Direct LLC
Celgene Corp.
Charles River Laboratories International Inc.
Cintas Corp.
ClarusONE Sourcing Services LLP
Colbert Packaging Corp.
Comcast Corp.
Confiance Analytix
Costco Wholesale Corp.
Crystal Pharma SAU
Cumberland Consulting Group LLC
Denison Pharmaceuticals Inc.
Dimension Data North America Inc
DPS Group Inc.
Dr. Reddy's Laboratories Inc.
EDI Staffing Inc.
Element Materials Technology Ltd.
Eurofins EAG Materials Science LLC
Eurofins Lancaster Laboratories Inc.
Evoqua Water Technologies LLC
Excelvision AG
FedEx Corp.
Gartner Inc.
Getinge USA Sales LLC

Gordon Flesch Co. Inc.
Health Canada-Sante Canada
Health Trust Purchasing Group LP
Homefield Energy
IMA North America Inc.
Innovative Staff Solutions Inc.
InSite Vision Inc.
Interchem Corp.
Interior Specialty Construction Inc.
inVentiv Health Consulting
IQVIA Inc.
Iron Mountain Inc.
Iron Mountain Records Management
Johnson Controls Inc.
Johnson Controls Security Solutions
Kaiser Foundation Hospitals Inc.
Kubacki, Maureen
Kuehne & Nagel Services Ltd.
Lee Industries Inc.
LogMeIn USA Inc.
Mapi Life Sciences Canada Inc.
McKesson Specialty Arizona Inc.
Mettler-Toledo International Inc.
mindSHIFT Technologies Inc.
Motus LLC
Nelson Labs Fairfield Inc.
Noramco Inc.
NxtTeam Inc.
OptiSource LLC
Oracle America Inc.
PARx Solutions Inc.
Patheon Pharmaceuticals Inc.
Patina Solutions Group Inc.
PQE US Inc.
Premier Group
Premier Purchasing Partners LP
Pride Chemical Solutions Inc.
QPharma Inc.
Regulatory Compliance Associates Inc.
Remote DBA Experts LLC
Rx Sourcing Strategies LLC
RXC Acquisition Co.

RxCrossroads
SAFC Inc.
Sam's Club Pharmacy
Santen Oy
Sartorius Stedim North America Inc.
Scisafe Inc.
SGS North America Inc.
Siegfried USA Inc.
Sigma-Aldrich Corp.
Simple Science LLC
Stericycle Environmental Solutions Inc.
Sterigenics Inc.
Sterling Engineering Inc.
Sterling Pharma Solutions Ltd.
Superior Environmental Equipment Corp.
Syneos Health LLC
Terillium Inc.
Tishcon Corp.
TNR Resources LLC
Tympani LLC
UCB Inc.
Uline Inc.
United Cooling & Refrigeration Inc.
United Parcel Service Inc.
United States, Government of the,
    Department of Veterans Affairs
Unither USA
Unum Life Insurance Co. of America
Veeva Systems Inc.
Veolia ES Technical Solutions LLC
Veritiv Operating Co.
Walgreens Co.
Water-Jel Technologies LLC
West Pharmaceutical Services Inc.
Westco F.G. Corp.
Whitehouse Analytical Laboratories LLC
Winters Bros Hauling of LI LLC

# SCHEDULE 1(f)

## Customers

Accuristix
Accutome Inc.
Advance Healthcare Pte Ltd.
AFT Pharmaceuticals Ltd.
Albertsons Cos. LLC
Albertsons Distribution Center
Albertsons LLC
Amazon.com Services Inc.
Amcon Laboratories Inc.
Amerisourcebergen Corp.
Amwo Farma
Anda Inc.
Animal Health International Inc.
AS Medication Solutions LLC
ASD Specialty Healthcare
Aspen Veterinary Resources Ltd.
Associated National Brokerage
Associated Pharmacies Inc.
Associated Retina Consultants
Associates in Ophthalmology Ltd.
Auburn Pharmaceutical Co.
Austin Retina Associates
Bascom Palmer Eye Institute
BCD Pharma Inc.
Beacon Pharmacy LLC
Besse Medical Supply
Bloodworth Wholesale Drugs
Blupax Pharmaceuticals LLC
Burlington Drug Co.
C&S Wholesale Grocers
Capital Wholesale Drug & Co
Cardinal AP
Cardinal Health PR 120 Inc.
Central Sales Co.
Cesar Castillo Inc.
Clipper Distributing Co. LLC
Colorado Retina Associates PC
Contact Lens Centre Australia Ltd.
Corneal Lens Corp. Nz Ltd.
Covetrus North America
CVS Caremark Scottsdale
CVS Pharmacy Inc.

Dakota Drug Inc.
Dean McGee Eye Institute
Delhaize America Distribution LLC
DFAS BVDP Sl4701
Dixon-Shane LLC
DMS Pharmaceutical Group Inc.
Drogueria Betances Inc.
Drugs Unlimited Inc.
Eagle Pharmacy LLC
Enclara Pharmacia Inc.
Excel Eye Center
Express Scripts
Eye Care & Cure Corp.
Eye Surgical Association
Genetco Inc.
Giant Eagle Store Inc.
Glase, Bert M.
Golden State Medical Supply Inc.
Hannaford Bros Co.
Harris Teeter Supermarkets Inc.
Harvard Drug Co.
HC Pharmacy Central Inc.
HD Smith LLC
HE Butt Grocery Co.
Healthsource Distributors LLC
Henry Schein GIV
Henry Schein Inc.
High Country Macula, Retina, & Vitreous, PC
Hilco Global
HMPG Pharmacy LLC
Houston Eye Associates PA
Humana Inc.
Hygen Pharmaceuticals Inc.
Hy-Vee Inc.
Independent Pharmacy Cooperative Inc.
Integradose Compounding Services LLC
Johns Hopkins Health Systems Corp.
Justice Ophthalmics Inc.
Kaiser Permanente Inc.
Keysource Acquisition LLC
KPH Healthcare Services Inc.

Kutzsche, Bernd M.
Leadiant Biosciences Inc.
Liberty Procurement Co. Inc.
Logan, Avery Robert
Long Island Vitreoretinal Consultants
Louisiana Wholesale Drugs Co. Inc.
McKesson Financial Center
McKesson Medical-Surgical Inc.
McKesson Specialty Care Distribution LLC
Medline Industries Inc.
Meijer Inc.
Michigan State University
Morris & Dickson Co. Ltd.
MWI Veterinary Supply Co.
National Distribution & Contracting Inc.
North Carolina Mutual Wholesale Drug Co.
Ophthalmic Consultants of Long Island
Ophthalmology Associates
PA Retina Specialists
Patterson Dental Supply Inc.
Patterson Veterinary Supply Inc.
Pelion Surgical LLC
Peyton's Southeastern Inc.
Pfizer Inc.
Prasco Laboratories
Prescription Supply Inc.
Priority Healthcare Distribution Inc.
Propharm Ltd.
Publix Super Markets Inc.
Quality Care Products LLC
Quest Pharmaceuticals Inc.
Real Value Products Corp.
Retina Associates of Cleveland Inc.
Retina Associates of New Jersey
Retina Associates PA
Retina Associates SW PC
Retina Consultants Ltd.
Retina Consultants of Houston
Retina Group of WA PC
Retina Health Center
Retina Institute of California
Retina Institute of Texas PA
Retina Macula Institute
Retina Specialists of Alabama
Retina Vitreous Associates Medical Group
    Inc.

Retina Vitreous Consultants Inc.
Retinal Consultants Medical Group
Retinal Consultants of AZ Ltd.
Rite Aid Corp.
Rochester Drug Cooperative Inc.
SCA Pharmaceuticals LLC
Schnuck Markets Inc.
SightMD
Smith Drug Co.
Soll Eye
Southeastern Retina Associates PC
Southwest Retina Consultants PA
SuperValu Northeast Region
Target Northern Operations
Taylor Retina Center
Tennessee Retina PC
Texas Retina Association
Thrifty White Warehouse
Top RX LLC
UCLA School of Medicine
Valley Wholesale Drug Co., LLC
Value Drug Co.
Vedco Inc.
Vision Care of Maine Aroostook LLC
Vista Pharm Inc.
Vitreo Retinal Associates
Wakefern General Merchandise
Walgreens Inc.
Walmart Inc.
Wegmans Food Markets Inc.
Winn-Dixie Logistics Inc.
Xgen Pharmaceuticals Inc.
YS Marketing Inc.
Ysasaga, Jason E.

# SCHEDULE 1(g)

## Governmental/Regulatory Agencies

Alabama, State of, Department of Revenue
Amityville, Village (NY)
Ann Arbor, City of (MI), Treasurer
Arizona, State of, Corporate Commission
Arizona, State of, Department of Revenue
Australian Pesticides & Veterinary Medicine Authority
Austrian Patent Office
Babylon, Town of (NY)
Bulgaria, Government of, Patent Office
California, State of, Department of Tax & Fee Administration
California, State of, Franchise Tax Board
Canadian Intellectual Property Office
Colorado, State of, Secretary of State
Connecticut, State of, Department of Revenue Services
Connecticut, State of, Secretary of State
Cyprus, Government of, Department of Registrar of Companies & Official Receiver
Danish Patent & Trademark Office
Delaware, State of
Delaware, State of, Department of State, Division of Corporations
Estonian Patent Office
Finnish Patent & Registration Office
Florida, State of, Department of Revenue
Florida, State of, Division of Corporations
Georgia, State of, Department of Revenue
German Patent & Trade Mark Office
Hawaii, State of, Department of Commerce & Consumer Affairs
Health Canada-Sante Canada
Hellenic Industrial Property Organzation
Icelandic Intellectual Property Office
Idaho, State of, Secretary of State
Idaho, State of, Tax Commission
Illinois, State of, Department of Revenue
Illinois, State of, Secretary of State
Indiana, State of, Secretary of State
Intellectual Property Office of New Zealand

Iowa, State of, Secretary of State
Ireland Intellectual Property Unit
Italian Patent & Trademark Office
Kansas, State of, Secretary of State
Kentucky, Commonwealth of, Department of Revenue
Kentucky, Commonwealth of, Secretary of State
Latvia, Government of, Patent Office
Louisiana, State of, Department of Revenue
Louisiana, State of, Secretary of State
Macon, County of (MI), Collector
Maine, State of, Revenue Services
Maine, State of, Secretary of State
Maryland, State of, Revenue Administration Division
Maryland, State of, State Center
Massachusetts, Commonwealth of, Department of Revenue
Michigan, State of, Department of Treasury
Minnesota, State of, Department of Revenue
Minnesota, State of, Secretary of State, Business Services
Mississippi, State of, Secretary of State
Missouri, State of, Department of Revenue
Missouri, State of, Secretary of State, Corporations Unit
Montana, State of, Department of Revenue
Montana, State of, Secretary of State
National Institute of Industrial Property
Nebraska, State of, Department of Revenue
Nebraska, State of, Secretary of State, Business Services Division
Netherlands Patent Office
New Hampshire, State of, Department of State
New Jersey, State of
New Jersey, State of, Department of State
New Jersey, State of, Division of Taxation
New Mexico, State of, Secretary of State
New York, State of, Department of State

New York, State of, Department of State's
Division of Corporations
New York, State of, Department of Taxation
& Finance
North Carolina, State of, Department of
Revenue
North Carolina, State of, Secretary of State
North Dakota, State of, Secretary of State
Norwegian Industrial Property Office
Ohio, State of, Department of Taxation
Oklahoma, State of, Secretary of State
Oklahoma, State of, Tax Commission
Oregon, State of, Department of Revenue
Oregon, State of, Secretary of State
Pennsylvania, Commonwealth of,
Department of Revenue
Poland, Government of, Patent Office
Portuguese Institute of Industrial Property
Rhode Island, State of, Department of
Health
Rhode Island, State of, Department of
Revenue
Rhode Island, State of, Department of State
South Carolina, State of, Department of
Revenue
South Dakota, State of, Secretary of State
Spanish Patent & Trademark Office
State Office for Inventions and Trademarks
State Patent Bureau of the Government of
Lithuania
Swedish Patent & Registration Office
Swiss Federal Institute of Intellectual
Property
Tennessee, State of, Department of Revenue
Tennessee, State of, Secretary of State
Texas, State of, Comptroller of Public
Accounts
United Kingdom Intellectual Property Office
United States, Government of the,
Department of Labor, Occupational
Safety & Health Administration
United States, Government of the,
Department of Health & Human
Services, Food & Drug Administration
United States, Government of the,
Department of Homeland Security

United States, Government of the,
Department of Justice
United States, Government of the,
Department of Justice, Drug
Enforcement Agency
United States, Government of the,
Environmental Protection Agency
United States, Government of the, Federal
Trade Commission
United States, Government of the, Patent &
Trademark Offices
United States, Government of the, U.S.
Consumer Product Safety Commission
Utah State of, Tax Commission
Utah, State of, Secretary of State
Vermont, State of, Department of Taxes
Vermont, State of, Secretary of State
Virginia, Commonwealth of, Corp.
Commission
Washington, D.C., Office of Tax & Revenue
Washington, State of, Deparment of
Revenue
Washington, State of, Secretary of State
West Virginia, State of, Secretary of State
Wisconsin, State of, Department of Revenue
Wyoming, State of, Secretary of State

# SCHEDULE 1(h)

## Insurance, PFA, and Surety Providers

ACE American Insurance Co.
Axis Surplus Insurance Co.
Berkshire Hathaway Specialty Insurance Co.
BlueCross BlueShield of Illinois
Endurance American Insurance Co.
Evanston Insurance Co.
Everest Indemnity Insurance Co.
Federal Insurance Co.
Great American Insurance Co.
Hartford Accident & Indemnity Co.
Hartford Casualty Insurance Co.
Hartford Fire Insurance Co.
Illinois National Insurance Co.
James River Insurance Co.
Lloyd's of London Ltd.
Lloyd's Syndicate 1218 (Newline Management)
Mt. Hawley Insurance Co.
Philadelphia Indemnity Insurance Co.
TDC Specialty Insurance Co.
Travelers Casualty & Surety Co. of America
Travelers Excess & Surplus Lines Co.
Trumbull Insurance Co.
Underwriters at Lloyd's London
Washington International Insurance Co.
Wesco Insurance Co.
Westchester Fire Insurance Co.
Western Surety Co.
XL Insurance America Inc.
XL Specialty Insurance Co.

# SCHEDULE 1(i)

## **Landlords**

275 Pierce St. LLC
AmeriPharma Holdings Inc.
Arthur J. Rogers & Co.
Bonanno, Paul
Cedar Brook Corporate Center LP
DP West Lake at Conway LLC
Duke Realty LP
EGF One Conway LLC
Lester M. Entin Associates
Plymouth-Prairie Associates LLC
Veronica Development Associates

# SCHEDULE 1(j)

## Litigation Parties

Abbott Laboratories Inc.
Actavis Mid Atlantic LLC
Actavis Pharma Inc.
Allergan Inc.
Allergan Sales LLC
AMX Master - Magnetar - Passive Risk
    Arbitrage
Andrx Laboratories Inc.
Anip Acquisition Co.
AQR Capital Management
Bachrach, Reuben
Barr Laboratories Inc.
Barr Pharmaceuticals LLC
Blackstone Alternative Multi-Strategy Sub
    Fund IV LLC
Blackstone Diversified Multi-Strategy Fund
Boca Pharmacal Inc.
Booth Family Trust
Bradley Pharmaceutical Inc.
Breckenridge Pharmaceutical Inc.
Brenn Distributors Inc.
Cabasares, Horatio V.
Camline LLC
Capozello, Jason
Caraco Pharmaceutical Laboratories Ltd.
Centrix Pharmaceuticals Inc.
CNH Master Account LP
Cohen, Debra
Connecticut, State of, Attorney General's
    Office
Contreras, Ana
Copley Pharmaceutical Inc.
Cornerstone Therapeutics Inc.
Cypress Pharmaceuticals
Duke University
E. Claiborne Robins Co. Inc.
ECR Pharmaceuticals Co. Inc.
Edwards Pharmaceuticals LLC
Endo Pharmaceuticals Inc.
Ferndale Laboratories Inc.
Fir Tree Value Master Fund
Fresenius Kabi AG

Gabelli & Co. Investment Advisors Inc.
Gabelli Funds LLC
Glaubach, Felix
Glenmark Generics Ltd.
Goldline Laboratories Inc.
Harvard Drug Group LLC, The
Hawthorn Pharmaceuticals Inc.
Houston Healthcare Systems Inc.
Ironshore Specialty Insurance Co.
Jaymac Pharmaceuticals LLC
Joshi Living Trust
Kim, Sam
Kogut, Merry A.
Kreitz, Tyler
Kutom, Ali H.
KVK-Tech Inc.
Larken Laboratories Inc.
Laser Pharmaceuticals LLC
Louisiana, State of
Lumyna - AQR Global Relative Value
    UCITS Fund
Magnetar Constellation Fund V LLC
Manikay Master Fund LP
Marnel Pharmaceuticals Inc.
Meda Pharmaceuticals Inc.
Mississippi, State of
MProved Systematic Merger Arbitrage Fund
MProved Systematic Multi-Strategy Fund
Mylan Inc.
Mylan Laboratories Inc.
Mylan Pharmaceuticals Inc.
Pernix Therapeutics LLC
Poly Pharmaceuticals Inc.
Pope, Ann
Pope, Anthony
Prasco LLC
Provepharm Inc.
Pulchinski, Dannis
Pulchinski, Dennis
Rice, Earl
Rivers Edge Pharmaceuticals LLC
Rugby Laboratories Inc.

Shenan, James
Shionogi Inc.
Sun Pharmaceutical Industries Inc.
Takla, Amir
Teva Pharmaceuticals USA Inc.
Teva Women's Health Inc.
Trsar, Dale
TSAR Trust
Twin Master Fund
Twin Opportunities Fund LP
Twin Securities Inc.
United Research Laboratories Inc.
US Consults LLC
Valeant Pharmaceuticals International, Inc.
Valeant Pharmaceuticals North America
     LLC
Vision Pharma LLC
Walleye Trading LLC
Wangbickler, Michael
Warner Chilcott Corp.
Watson Laboratories Inc.
Wickstrom Auto Group Inc.
Wickstrom, Johnny
Wraser Pharmaceuticals LLC
Zyber Pharmaceuticals

# SCHEDULE 1(k)

## Professionals

Accenture LLP
Advanced Discovery Inc.
AlixPartners LLP
Arnall Golden Gregory LLP
Baker McKenzie LLP
Baker, Donelson, Bearman, Caldwell &
    Berkowitz PC
Barrasso Usdin Kupperman Freeman &
    Sarver LLC
Binder Dijker Otte
BonelliErede Pappalardo Studio Legale
Borden Ladner Gervais LLP
Bryan Cave Leighton Paisner LLP
Canadian Healthcare Law
Chapman Pharmaceutical Consulting Inc.
Conrad O'Brien PC
Consilio LLC
Cornerstone Research Inc.
Corporation Service Co. Inc.
Cravath, Swaine & Moore LLP
Deloitte Consulting LLP
Essential Ally LLC
Figliulo & Silverman PC
Finch McCranie LLP
Foley & Lardner LLP
FTI Consulting Inc.
Gibson, Dunn & Crutcher LLP
Grant Thornton LLP
Greenhill & Co.
Greenwood Group LLC
Hyman, Phelps & McNamara PC
Jones Day
Jones Walker LLP
Katten Muchin Rosenman LLP
Khaitan & Co.
King & Spalding LLP
Kopecky Schumacher Rosenberg LLC
Kroll Inc.
Kurtzman Carson Consultants LLC
Latham & Watkins LLP
Legility Inc.
Lewis Brisbois Bisgaard & Smith LLP

Lynn Consulting LLC
Mansukhlal Hiralal & Co.
Merrill Corp.
Michael Best & Friedrich LLP
Miller & Martin PLLC
Morris Nichols Arsht & Tunnell LLP
Murphy Law Group LLC, The
Nardello & Co.
Nixon Peabody LLP
NSF Health Sciences
NSF International
Parker Hudson Rainer & Dobbs LLP
Pestalozzi Attorneys at Law Ltd.
PJT Partners LP
Polsinelli PC
Pricewaterhousecoopers LLP
Quantic Group Ltd., The
Quigg Partners
Renascence LP
Ropes & Gray LLP
Schiff Hardin LLP
Schnader Harrison Segal & Lewis
Segal McCambridge Singer & Mahoney
    Ltd.
Sterne Kessler Goldstein & Fox
Sughrue Mion PLLC
Taft Stettinius & Hollister LLP
Taylor Porter Brooks & Phillips LLP
Thomson Reuters Corp.
Toscano Consulting Group Inc.
Transperfect Legal Solutions
Wachtell Lipton Rosen & Katz

# SCHEDULE 1(l)

## Taxing Authorities

Alabama, State of, Department of Revenue
Amityville, Village (NY)
Ann Arbor, City of (MI), Treasurer
Arizona, State of, Corporate Commission
Arizona, State of, Department of Revenue
Australian Pesticides & Veterinary Medicine
    Authority
Babylon, Town of (NY)
California, State of, Department of Tax &
    Fee Administration
California, State of, Franchise Tax Board
California, State of, Secretary of State
Colorado, State of, Secretary of State
Connecticut, State of, Department of
    Revenue Services
Connecticut, State of, Secretary of State
Delaware, State of, Department of State,
    Division of Corporations
Florida, State of, Department of Revenue
Florida, State of, Division of Corporations
Georgia, State of, Department of Revenue
Georgia, State of, Office of Secretary of
    State
Hawaii, State of, Department of Commerce
    & Consumer Affairs
Health Canada-Sante Canada
Idaho, State of, Secretary of State
Idaho, State of, Tax Commission
Illinois, State of, Department of Revenue
Illinois, State of, Secretary of State
Indiana, State of, Secretary of State
Iowa, State of, Secretary of State
Kansas, State of, Secretary of State
Kentucky, Commonwealth of, Secretary of
    State
Louisiana, State of, Department of Revenue
Louisiana, State of, Secretary of State
Macon, County of (MI), Collector
Maine, State of, Secretary of State
Maryland, State of, Revenue Administration
    Division
Maryland, State of, State Center

Massachusetts, Commonwealth of,
    Department of Revenue
Massachussetts, Commonwealth of,
    Secretary
Michigan, State of, Corporations Division
Michigan, State of, Department of Treasury
Minnesota, State of, Department of Revenue
Minnesota, State of, Secretary of State,
    Business Services
Mississippi, State of, Secretary of State
Missouri, State of, Department of Revenue
Missouri, State of, Secretary of State,
    Corporations Unit
Montana, State of, Department of Revenue
Montana, State of, Secretary of State
Nebraska, State of, Department of Revenue
Nebraska, State of, Secretary of State,
    Business Services Division
New Hampshire, State of, Department of
    State
New Jersey, State of
New Jersey, State of, Department of State
New Jersey, State of, Division of Taxation
New Mexico, State of, Secretary of State
New Mexico, State of, Taxation & Revenue
    Department
New York, State of, Department of State
New York, State of, Department of State's
    Division of Corporations
New York, State of, Department of Taxation
    & Finance
North Carolina, State of, Department of
    Revenue
North Carolina, State of, Secretary of State
North Dakota, State of, Secretary of State
Ohio, State of, Department of Taxation
Oklahoma, State of, Secretary of State
Oregon, State of, Department of Revenue
Oregon, State of, Secretary of State
Pennsylvania, Commonwealth of,
    Department of Revenue

Rhode Island, State of, Department of
    Revenue
South Carolina, State of, Department of
    Revenue
South Dakota, State of, Secretary of State
Tennessee, State of, Department of Revenue
Tennessee, State of, Secretary of State
Texas, State of, Comptroller of Public
    Accounts
United States, Government of the,
    Department of Health & Human
    Services, Food & Drug Administration
United States, Government of the,
    Department of Homeland Security
United States, Government of the,
    Department of Justice
Utah State of, Tax Commission
Utah, State of, Secretary of State
Vermont, State of, Department of Taxes
Vermont, State of, Secretary of State
Virginia, Commonwealth of, Corporation
    Commission
Washington, D.C., Office of Tax & Revenue
Washington, State of, Deparment of
    Revenue
Washington, State of, Secretary of State
West Virginia, State of, Secretary of State
Wisconsin, State of, Department of Revenue
Wyoming, State of, Secretary of State

# SCHEDULE 1(m)

## U.S. Trustee Personnel, Judges, and Court Contacts for the District of Delaware (and Key Staff Members)

Agarwal, Robert
Attix, Lauren
Batts, Cacia
Bello, Rachel
Brady, Claire
Buchbinder, David
Capp, Laurie
Casey, Linda
Cavello, Robert
Chan, Ashley M.
Dice, Holly
Dorsey, John T.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Hackman, Benjamin
Haney, Laura
Heck, Jeffrey
Johnson, Lora
Leamy, Jane
Lopez, Marquietta
McCollum, Hannah M.
O'Malley, James R.
Owens, Karen B.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Serrano, Edith A.
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Starr, Karen
Strupczewski, Karen
Szymanski, Cheryl
Tinker, T. Patrick

Vara, Andy
Villagrana, David
Vinson, Ramona
Walker, Jill
Walrath, Mary
Werkheiser, Rachel
Wynn, Dion

# SCHEDULE 1(n)

## Unsecured Creditors

ACV Enviro CC
Albea Thomaston Inc.
Alcami Corp.
ALKU LLC
Amber International
American Express Co.
AmerisourceBergen Global Services
Andler South Corp.
Andon Brush Co. Inc.
Aptar Pharma
Aramark Cleanroom Services
Bam Connection LLC, The
Berlin Packaging LLC
Bosch Packaging Services Inc.
Call One Inc.
Cardinal Health Inc.
CaremarkPCS Health LLC
Catalent Pharma Solutions
Cedar Brook 5 Corporate Center LP
Centerpoint Venture II LLC
Cenveo Inc.
Concur Technologies Inc.
Corden Pharma Latina SPA
Covance Labs
C-Squared Pharma
CVS Caremark
CVS Pharmacy Inc.
Denovo Ventures LLC
Disc Graphics Inc.
Douglas Pharmaceuticals America
Eagle Pharmacy LLC
EMD Millipore Corp.
Empire Freight Logistics LLC
Ethypharm SA
Everlight Chemical Industrial Corp.
Fisher Scientific International Inc.
Gerresheimer Glass Inc.
Golden State Medical Supply Inc.
Greenwood Group LLC
Halocarbon Products Corp.
HealthCheck 360
International Vitamin Corp.

J. Knipper & Co. Inc.
Jarden Plastic Solutions
Kelly Services Inc.
Laboratoire Unither Amiens
Lakeview Medical Center Inc. of Rice Lake
Lasalle Network
Leadiant Biosciences Inc.
Liquent Inc.
Marcor Development
Mckesson Financial Center
Medical Packaging Inc.
Micro Filtration Inc.
Mikart Inc.
Mini Graphics Inc.
MJS Packaging
Morris & Dickson Co. Ltd.
Novation LLC
Optel Canada
OptumRx Inc.
Pall Corp.
Parexel International LLC
Particle Dynamics
Patheon NV
Peyton's Southeastern Inc.
Platinum Press Inc.
PPD Development LP
ProPharma Group
Protocol Link Inc.
Qualanex LLC
RHO Inc.
Roadtex Transportation Inc.
RxCrossroads
Sanofi SA
Septodont Inc.
Skan AG
Sofgen Pharmaceuticals LLC
SSCI
Steris Corp.
Teva API Inc.
Toscano Consulting Group Inc.
United States Pharmacopeial Convention,
    The

United States, Government of the,
    Department of Treasury
Viking Healthcare Solutions Inc.
VWR International LLC
Walgreens Co.
Walmart Inc.
Waters Corp.
WestRock Co.
Workiva Inc.
Xellia Pharmaceuticals ApS

# SCHEDULE 1(o)

## Utilities

1390 Fairview
275 Pierce St. LLC
Ameren 1390 Fairview
Ameren Distribution
Ameren Illinois
Ameren Light
AT&T Inc.
BCN Telecom Inc.
Cablevision Systems Corp.
Call One Inc.
Comcast Corp.
ComEdison
Decatur, City of (IL)
Direct Energy Wyckles
Franklin, Township of (NJ)
Franklin, Township of (NJ), Sewage
Freepoint Energy Solutions
Homefield Energy
National Grid plc
New York Power Authority
North Shore Gas
PSE&G Co.
PSEG
Sensible Solar Solutions LLC
Sprague Operating Resources LLC
Suffolk County Water Authority Inc.
Verizon Wireless
Vonage Business Solutions Inc.
Windstream Holdings Inc.

# SCHEDULE 1(p)

### Vendors

Advanced Instruments Inc.
Agilent Technologies Inc.
AirGas Inc.
Albany Molecular Research Inc.
Alcami Corp.
Amsterdam Pharmacy
Ashland Specialty Ingredients GP
Atrium Staffing LLC
B&B Instruments Inc.
Badger Biomedical LLC
BASF SE
Becton Dickinson & Co.
Bell Flavors & Fragrances Inc.
BioCold Environmental LLC
Biocon Ltd.
BioScience Laboratories Inc.
BioStudy Solutions LLC
Brenntag AG
Brookfield Asset Management Inc.
Capua Bioservices SpA
Caron Treatment Centers
Castle Hill Pharmaceutical Distributors
Catalent Micron Technologies
Catalent Pharma Solutions
CEM Corp.
Charles Ross & Son Co.
ChemWorth Corp.
Chongqing Carelife Pharmaceutical Ltd.
Cole-Parmer Instrument Co. LLC
Croda International plc
Crystal Pharma SAU
Delta Industries Inc.
Dishman Carbogen Amcis Ltd.
Dow Chemical Co., The
DuPont Nutrition USA Inc.
East Norriton Pharmacy
Espee Biopharma Inc.
Eurofins EAG Materials Science
Euticals SpA
Evonik Degussa Corp.
Excelvision AG
Fabbrica Italiana Sintetici

Farmabios SpA
Farmabios SpA, Italy
Flavine North America Inc.
Gateway Analytical LLC
Gerresheimer Glass Inc.
Gibraltar Laboratories Inc.
Givaudan SA
Glenmark Pharmaceuticals Ltd.
Greenhill & Co.
Harry's Pharmacy
Honeywell Fluka
HunterLab
Ingredion Inc.
Inorganic Ventures Inc.
International Group Inc., The
Intertek Group plc
Iron Mountain Inc.
KBS Pharma
Kelly Services Inc.
Kruss GmbH
LGC Group Ltd.
Lipoid LLC
Lubrizol Corp., The
Macron Fine Chemicals
Main Pharmacy
McCrone Associates
McCrone Group, The
McKesson Financial Holdings Ltd.
Medichem SA
Micro Labs Ltd.
Micro Measurement Laboratories Inc. LLC
Netzsch Group
Novo Nordisk Pharmatech A/S
Pacific BioLabs Inc.
Pall Corp.
Particle Technology Labs
PBI International
PBI Pharmacy
Peak Scientific Inc.
Penta International Corp.
Pfizer Inc.
Phenomenex Inc.

Quimica Sintetica SA
Rios Pharmacy Inc.
Rochem International Inc.
SAFC Inc.
Sannova Analytical Inc.
Sanofi SA
Sartorium
Sartorius AG
Scisafe Inc.
SGD SA
SGS Laboratories
Sigma-Aldrich Corp.
Solvias AG
Sotax AG
SP Scientific Inc.
Specturm Chemical Manufacturing Corp.
SST Corp.
Sterigenics US LLC
TA Instruments Inc.
Tergus Pharma LLC
Teva Pharmaceutical Industries Ltd.
Thermo Electron North America LLC
Thermo Fisher Scientific Inc.
TLC Pharmaceuticals Standards Ltd.
Tomita Pharmaceuticals Co. Ltd.
TRC Chemicals Canada
Tuttnauer USA
Waters Corp.
West Pharmaceutical Services Inc.
Whitehouse Labs
Willing, Jingsu
Xellia Pharmaceuticals ApS
Zhejiang Haisen Pharmaceutical Co. Ltd.

# SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Abbott Laboratories Inc. | Abbott Cardiovascular Systems, Inc. | Current |
| | Abbott Diabetes Care Sales Corporation | Current |
| | Abbott Diabetes Care, Inc. | Current |
| | Abbott Laboratories | Current |
| | Abbott Laboratories Inc. | Current |
| | Abbott Molecular, Inc. | Current |
| | Abbott Pharmaceuticals | Current |
| | Abbott Rapid Diagnostics Division | Current |
| | Abbott Vascular Solutions, Inc. | Closed |
| | Abbott Vascular, Inc. | Closed |
| | Miles D. White | Current |
| Abramowitz, Ken | Kenneth S. Abramowitz | Closed |
| Accenture LLP | Accenture LLP | Current |
| | Accenture plc | Current |
| | David5, LLC | Current |
| Actavis Mid Atlantic LLC | Actavis | Current |
| Actavis Pharma Inc. | Actavis Inc. | Current |
| Anda Inc. | Actavis Laboratories UT, Inc. | Current |
| Barr Laboratories Inc. | Actavis LLC | Closed |
| Barr Pharmaceuticals LLC | Actavis South Atlantic Inc. | Current |
| Copley Pharmaceutical Inc. | Barr Laboratories, Inc. | Closed |
| Goldline Laboratories Inc. | Barr Pharmaceuticals | Closed |
| Teva API Inc. | Barr Pharmaceuticals, Inc. | Current |
| Teva Pharmaceutical Industries Ltd. | Copley Pharmaceuticals, Inc. | Current |
| Teva Pharmaceuticals USA Inc. | Duramed Pharmaceuticals, Inc. | Current |
| Teva Women's Health Inc. | Goldline Laboratories, Inc. | Current |
| Watson Laboratories Inc. | IVAX Pharmaceuticals, Inc. | Current |
| | Teva Branded Pharmaceutical Products R&D, Inc | Current |
| | Teva Pharmaceutical Industries, Ltd. | Current |
| | Teva Pharmaceuticals Europe B.V. | Closed |
| | Teva Pharmaceuticals North America | Current |
| | Teva Pharmaceuticals USA, Inc. | Current |
| | Teva Pharmaceuticals, Inc | Current |
| | Teva UK Limited | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Teva USA Inc. | Current |
| | Teva Women's Health, Inc. | Current |
| | Watson Laboratories Inc. | Current |
| Advanced Instruments Inc. | Advanced Instruments, LLC | Current |
| | Windjammer Capital Investors | Current |
| Albany Molecular Research Inc | Albany Molecular Research, Inc. | Current |
| Carlyle Group LP, The | Carlyle Asia Investment Advisers Limited | Current |
| Carlyle Investment Management LLC | Carlyle Aviation Fund Management LLC | Current |
| Euticals SpA | Carlyle Energy Mezzanine Opportunities Fund II, L.P. | Current |
| Whitehouse Labs | Carlyle Europe Technology Partners III Advisor S.a.r.l. | Closed |
| | Carlyle Global Credit Investment Management LLC | Current |
| | Carlyle Infrastructure Fund, L.P. | Current |
| | Carlyle Investment Management LLC | Current |
| | Carlyle Realty Partners III, L.P. | Closed |
| | Carlyle Realty Partners IV, L.P. | Closed |
| | Carlyle Realty Partners V, L.P. | Closed |
| | Carlyle Realty Partners, L.P. | Closed |
| | Rodney S. Cohen | Current |
| | The Carlyle Group | Current |
| | The Carlyle Group Europe - CEP IV Advisor S.a r.l. | Closed |
| Albany Molecular Research Inc. | Albany Molecular Research, Inc. | Current |
| Cole-Parmer Instrument Co. LLC | Benjamin J. Daverman | Former |
| Euticals SpA | Christian B. McGrath | Current |
| Whitehouse Labs | Cole-Parmer Instrument Company, Inc. | Current |
| | Cole-Parmer Instrument Company, LLC | Current |
| | Constantine S. Mihas | Current |
| | GTCR Fund VI, L.P. | Closed |
| | GTCR LLC | Current |
| | GTCR Partners VI, L.P. | Current |

2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Lawrence C. Fey, IV | Closed |
| | Sean L. Cunningham | Current |
| Albea Thomaston Inc. | Albea Americas, Inc. | Current |
| | Albea Beauty Solutions, LLC | Closed |
| | Albea Canada, Inc | Closed |
| | Albea Cosmetics America Inc. | Closed |
| | Albea Deutschland GmbH | Closed |
| | Albea Metal Americas, Inc. | Closed |
| | Albea S.A. | Current |
| | Albea Services S.A.S. | Current |
| | Albea Thomaston, Inc. | Closed |
| Albertsons Cos. LLC<br>Albertsons Distribution Center<br>Albertsons LLC | Albertson Companies, Inc. | Current |
| | Albertson's LLC | Current |
| | Cerberus Capital Management, L.P. | Current |
| | Cerberus Real Estate Capital Management, LLC | Closed |
| | New Albertsons L.P. | Current |
| | Steven Mayer | Current |
| Alcami Corp.<br>Remote DBA Experts LLC | ACM Holdings I, LLC | Current |
| | Database Holdings, LP | Current |
| | James N. Perry | Current |
| | Madison Dearborn Partners | Current |
| | NaviSite LLC | Current |
| AlixPartners LLP | PSP Investments Canada Inc. | Closed |
| | PSP Investments Credit USA LLC | Closed |
| | PSP Investments Holding USA LLC | Closed |
| | PSP Investments USA LLC | Closed |
| | Public Sector Pension Investment Board | Current |
| AlixPartners LLP<br>Allied Universal Security Services | Allied Universal | Current |
| | Caisse de dépôt et placement du Québec | Current |
| AlixPartners LLP<br>Investcorp Credit Management US LLC | Investcorp | Closed |
| ALKU LLC | ALKU, LLC | Current |
| Allergan Inc.<br>Allergan Sales LLC | AbbVie Biotechnology Ltd. | Current |
| | AbbVie Endocrinology Inc. | Current |

KE 68909243

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Andrx Laboratories Inc. Warner Chilcott Corp. | AbbVie Inc. | Current |
| | AbbVie Products LLC | Former |
| | Abbvie US LLC | Closed |
| | Allergan Finance LLC | Current |
| | Allergan Inc. | Current |
| | Allergan Sales LLC | Current |
| | Allergan USA Inc. | Current |
| | Board of Directors of AbbVie Inc. | Closed |
| | Pharmacyclics, Inc. | Former |
| | Sanam Meshki | Current |
| Allied Universal Security Services | Allied Universal | Current |
| | Safra National Bank of New York | Current |
| | Safra Securities LLC | Current |
| Allied Universal Security Services Gibraltar Laboratories Inc. Sterigenics US LLC | Allied Universal | Current |
| | Matthew Bashaw | Current |
| | Sotera Health LLC | Current |
| | Warburg Pincus | Closed |
| | Warburg Pincus Asia LLC | Current |
| | Warburg Pincus Global Growth L.P. | Current |
| | Warburg Pincus, LLC | Current |
| | WP & Co., L.P. | Current |
| | WP Financial L.P. | Current |
| | WP Re Cayman Limited | Current |
| Amazon.com Services Inc. | Zappos.com, Inc. | Closed |
| AMX Master - Magnetar - Passive Risk Arbitrage | Magnetar Capital LLC | Current |
| Magnetar Constellation Fund V LLC | Steven Shapiro | Closed |
| Ankura Consulting Group LLC | Ankura Holdings, LP | Current |
| Apollo Global Management, Inc. | AEPF III 34 S.à r.l. | Current |
| | Apollo Global Management Inc. | Current |
| | Apollo Management International LLP | Current |
| | Apollo Real Estate Investments Pty Ltd ATF Apollo Family Trust | Closed |
| | Double Eagle Energy Holdings II LLC | Current |
| | Marc Rowan | Current |
| | Martin Kelly | Former |

4

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | MidCap Financial Services, LLC | Closed |
| AQR Capital Management | AQR Capital Management Group GP LLC | Current |
| | AQR Capital Management Group LP | Current |
| | AQR Capital Management, LLC | Current |
| Arizona, State of, Corporate Commission<br><br>Arizona, State of, Department of Revenue | Arizona Department of Child Safety | Current |
| AT&T Inc. | AT&T Corp. | Closed |
| | AT&T Inc. | Closed |
| | AT&T Intellectual Property II, L.P. | Closed |
| | AT&T Intellectual Property LLC | Closed |
| | AT&T Services, Inc. | Closed |
| | Directv, LLC | Current |
| Bank of America Corp.<br><br>Nationsbank NA (South) | BA Capital Company, L.P. | Current |
| | Banc of America Capital Investors SBIC, L.P. | Current |
| | BancAmerica Capital Investors SBIC II, L.P. | Current |
| | BancBoston Ventures, Inc. | Current |
| | Bank of America Capital Investors | Current |
| | Bank of America Corporation | Current |
| | Bank of America Merrill Lynch | Current |
| | Bank of America Securities Limited | Current |
| | Bank of America Ventures | Current |
| | Bank of America, N.A. | Current |
| | Benjamin Klein | Current |
| | Continental Illinois Venture Corporation | Current |
| | Heng Qu | Closed |
| | Merrill Lynch Capital Services, Inc. | Closed |
| | Merrill Lynch Far East Limited | Closed |
| | Merrill Lynch, Pierce, Fenner & Smith Incorporated | Current |
| Bank of Montreal | Bank of Montreal | Current |
| | BMO Capital Markets | Current |

5

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | BMO Capital Markets Corp. | Current |
| | BMO Harris Bank, N.A. | Current |
| | BMO Nesbitt Burns Inc. | Current |
| Barclays Bank Plc | Barclays | Current |
| Barclays plc | Barclays Capital Inc. | Closed |
| BASF SE | BASF Americas Corporation | Current |
| | BASF Catalysts LLC | Current |
| | BASF Corporation | Current |
| | BASF Metals Limited | Current |
| | BASFin | Current |
| Becton Dickinson & Co. | C.R. Bard, Inc. | Closed |
| Benefit Street Partners LLC | Franklin Resources Inc. | Closed |
| | Franklin Templeton Investments Corp. | Closed |
| Berkshire Hathaway Specialty Insurance Co. | Berkshire Hathaway Energy Co. | Current |
| Lubrizol Corp., The | BNSF Railway | Current |
| | Precision Castparts Corp | Closed |
| Blackrock Financial Management Inc. | Mark B. Florian | Closed |
| BlackRock, Inc. | Patrick C. Eilers | Current |
| BlueCross BlueShield of Illinois | Blair W. Todt | Current |
| | Blue Cross and Blue Shield of Illinois | Current |
| | Blue Cross and Blue Shield of New Mexico | Current |
| | Blue Cross and Blue Shield of Oklahoma | Current |
| | Blue Cross and Blue Shield of Texas | Current |
| | Blue Cross and Blue Shield of Texas, Inc. | Current |
| | Blue Cross Blue Shield of Illinois | Current |
| | Blue Cross Blue Shield of Oklahoma | Current |
| | Blue Cross Blue Shield of Texas | Closed |
| | Eric A. Feldstein | Current |
| | Health Care Service Corporation | Current |

6

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| BlueMountain Capital Management LLC | BlueMountain Capital Management L.P. | Current |
| Boca Pharmacal Inc. Endo Pharmaceuticals Inc. | Par Pharmaceutical Companies Inc. | Closed |
| Bonaccorsi, Joe | Joseph Bonaccorsi | Current |
| Bradley Pharmaceutical Inc. | Novartis AG | Current |
| | Novartis International AG | Current |
| | Novartis International Pharmaceutical AG | Current |
| | Novartis Pharma AG | Current |
| | Novartis Pharmaceuticals Corporation | Current |
| | Novartis Pharmaceuticals UK Limited | Current |
| | Sandoz, Inc. | Current |
| Brookfield Asset Management Inc. | Brookfield Asset Management, Inc | Current |
| | Brookfield Asset Management, LLC | Current |
| | Brookfield Business Partners LP | Current |
| | Brookfield Infrastructure Credit Fund | Current |
| | Brookfield Infrastructure Fund | Closed |
| | Brookfield Infrastructure Group LLC | Closed |
| | Brookfield Special Opportunities LLC | Current |
| | Brookfield Strategic Real Estate Partners III | Current |
| | BSREP II Bermuda GP L.P. | Closed |
| | GFI Energy Group of Oaktree Capital Management | Current |
| | Oaktree Acquisition Corp. | Current |
| | Oaktree Capital Management, L.P. | Current |
| | Oaktree Maritime Finance II, LLC | Current |
| | Oaktree Strategic Credit | Current |
| Cablevision Systems Corp. | Altice USA, Inc. | Current |
| | Cablevision Systems Corporation | Current |
| | CSC Holdings Company | Current |
| Call One Inc. | Craig J. Foster | Current |

7

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Canyon Capital Advisors LLC | AECOM-Canyon Real Estate Fund Advisors LLC | Current |
| | Canyon Capital Advisors LLC | Current |
| | ICE Canyon LLC | Current |
| Caraco Pharmaceutical Laboratories Ltd. | Ranbaxy Laboratories Inc. | Current |
| InSite Vision Inc. | Ranbaxy Laboratories, Ltd. | Current |
| Sun Pharmaceutical Industries Inc. | Ranbaxy Pharmaceuticals Inc. | Current |
| | Ranbaxy USA | Former |
| | Ranbaxy USA, Inc. | Current |
| | Ranbaxy, Inc. | Current |
| | Sun Pharma Global FZE | Current |
| | Sun Pharmaceutical Industries Limited | Current |
| | Sun Pharmaceutical Industries, Inc. | Closed |
| Catalent Micron Technologies Catalent Pharma Solutions Catalent Pharma Solutions RTP | Paragon Bioservices, Inc | Current |
| CDW Direct LLC | CDW Corporation | Current |
| | CDW LLC | Current |
| Celgene Corp. | Bristol-Myers Squibb Company and certain of its subsidiaries | Current |
| Cenveo Inc. | Cenveo CEM, Inc. | Closed |
| | Cenveo CEM, LLC | Closed |
| | Cenveo Corporation | Closed |
| | Cenveo Omemee, LLC | Closed |
| | Cenveo Services, LLC | Closed |
| | Cenveo, Inc | Current |
| CIFC Asset Management LLC | CIFC Asset Management Europe Limited | Current |
| | CIFC Asset Management LLC | Current |
| Cintas Corp. | Cintas Corporation | Current |
| Comcast Corp. | Charter/Comcast JV | Current |
| | DreamWorks Animation SKG, Inc. | Closed |
| ComEdison | Exelon Corporation | Current |
| | William A. Von Hoene, Jr. | Current |
| Concur Technologies Inc. | SAP SE | Current |

8

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Cornerstone Therapeutics Inc. | Rafael Pharmaceuticals, Inc. | Closed |
| Covetrus North America | Covetrus Inc. | Current |
| Credit Suisse Asset Management LLC | Credit Suisse (Hong Kong) Limited | Current |
| Credit Suisse Group AG | Credit Suisse AG | Current |
| | Credit Suisse AG, Executive Board | Current |
| | Credit Suisse Group AG | Current |
| | Credit Suisse Group AG, Executive Board | Current |
| | Credit Suisse International | Current |
| | Credit Suisse Securities (USA) LLC | Current |
| | Credit Suisse Securities Europe Ltd. | Current |
| CVC CR Parts LLC | CVC Advisers Limited | Current |
| | CVC Capital Partners Advisory (U.S.) Inc. | Closed |
| | CVC Credit Partners, LLC | Current |
| | CVC European Equity V Limited | Current |
| Deloitte Consulting LLP | Adrian Peter Berry | Current |
| | Clare Boardman | Current |
| | Deloitte Consulting LLP | Current |
| | Deloitte LLP | Current |
| | Deloitte Tax LLP | Current |
| | Deloitte USA LLP | Current |
| Dimension Data North America Inc | NTT America, Inc. | Current |
| | NTT Data, Inc. | Closed |
| Dow Chemical Co., The | Dow Chemical Canada Inc. | Current |
| | Dow Chemical Company | Current |
| | Dow Corning Alabama, Inc. | Current |
| | Dow Corning Corporation | Current |
| | Dow Corning Litigation Facility, Inc. | Closed |
| | Dow Europe GmbH | Current |
| | Dow Hydrocarbons & Resources | Closed |
| | Dow Silicones Corporation | Current |
| | Union Carbide Corporation | Current |
| DP West Lake at Conway LLC | BCP (Singapore) VI Cayman Acquisition Co. Ltd. | Current |
| GSO Capital Partners LP | BCP VIII, L.P. | Current |

9

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Bilal Khan | Current |
| | Blackstone Alternative Asset Management L.P. | Current |
| | Blackstone Alternative Solutions LLC | Current |
| | Blackstone Asia | Current |
| | Blackstone CQP Holdco LP | Current |
| | Blackstone Family Real Estate Partnership (Offshore) VIISMD L.P. | Current |
| | Blackstone Family Real Estate Partnership Europe IV-SMD L.P. | Current |
| | Blackstone Infrastructure Partners | Current |
| | Blackstone Life Sciences Advisors LLC | Current |
| | Blackstone Management Partners LLC | Current |
| | Blackstone Mortgage Trust Inc. | Current |
| | Blackstone Property Partners L.P. | Closed |
| | Blackstone Real Estate | Current |
| | Blackstone Real Estate Advisors | Current |
| | Blackstone Real Estate Advisors L.P. | Current |
| | Blackstone Real Estate Holdings (Offshore) VII-NQ L.P. | Current |
| | Blackstone Real Estate Holdings (Offshore) Vll-NQ - ESC L.P. | Current |
| | Blackstone Real Estate Holdings Europe IV-NQ ESC L.P. | Current |
| | Blackstone Real Estate Partners | Current |
| | Blackstone Real Estate Partners (Asia) Limited | Closed |
| | Blackstone Real Estate Partners (Offshore) Vll.F-NQ L.P. | Current |
| | Blackstone Real Estate Partners (Offshore) Vll.TE.1-8-NQ L.P. | Current |
| | Blackstone Real Estate Partners (Offshore) Vll-NQ L.P. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Real Estate Partners Europe | Current |
| | Blackstone Real Estate Partners Europe IV-NQ L.P. | Current |
| | Blackstone Real Estate Partners Limited | Closed |
| | Blackstone Real Estate Special Situations Advisors LLC | Current |
| | Blackstone Singapore Pte Ltd. | Current |
| | Blackstone Strategic Capital Holdings | Current |
| | Blackstone Strategic Capital Holdings L.P. | Current |
| | Blackstone Strategic Opportunity Fund | Current |
| | Blackstone Strategic Partners | Current |
| | Blackstone Tactical Opportunities | Current |
| | Blackstone Tactical Opportunities Advisors L.L.C. | Current |
| | Blackstone Tactical Opportunities Fund L.P. | Closed |
| | David I. Foley | Current |
| | GSO Capital Opportunities Fund III L.P. | Current |
| | GSO Capital Partners | Current |
| | GSO Capital Partners International LLP | Current |
| | John-Paul Munfa | Current |
| | Jonathan Korngold | Closed |
| | Strategic Partners Fund Solutions | Current |
| | The Blackstone Group | Current |
| | The Blackstone Group International Partners LLP | Current |
| | Vikram Suresh | Current |
| Dr. Reddy's Laboratories Inc. | Dr. Reddy's Laboratories, Inc. | Current |
| | Dr. Reddy's Laboratories, Ltd. | Current |
| DuPont Nutrition USA Inc. | DuPont de Nemours, Inc. | Current |
| | Dupont Performance Elastomers, LLC | Current |

11

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | DuPont Specialty Products USA, LLC | Current |
| | E.I. Dupont Chemical Corporation | Current |
| | E.I. DuPont de Nemours & Company Inc. | Current |
| E. Claiborne Robins Co. Inc. | Bausch Health & Bausch Ind. Directors | Current |
| ECR Pharmaceuticals Co. Inc. | Bausch Health Companies Inc. | Current |
| Valeant Pharmaceuticals International, Inc. | ECR Pharmaceuticals Co., Inc. | Current |
| | Valeant Pharmaceuticals North America LLC | Current |
| Elliott Associates LP | Elliott Management Corporation | Current |
| | Evergreen Coast Capital Corp. | Closed |
| | Prime Natural Resources, Inc. | Closed |
| Ethypharm SA | Financiere Verdi I | Current |
| Evanston Insurance Co. | Markel Corporation | Current |
| | Markel Ventures, Inc. | Current |
| Express Scripts | Cigna Behavioral Health, Inc. | Current |
| Priority Healthcare Distribution Inc. | Cigna Corporation | Current |
| | Cigna Health and Life Insurance Company | Current |
| | CIGNA Health Corporation | Current |
| | Cigna Healthcare - Mid-Atlantic, Inc. | Closed |
| | CIGNA HealthCare of California, Inc. | Current |
| | Cigna Healthcare of Colorado, Inc. | Closed |
| | CIGNA HealthCare of Florida, Inc. | Current |
| | CIGNA Healthcare of Georgia, Inc. | Current |
| | CIGNA HealthCare of North Carolina, Inc. | Current |
| | CIGNA HealthCare of Pennsylvania, Inc. | Current |
| | CIGNA HealthCare of South Carolina, Inc. | Current |
| | CIGNA HealthCare of St. Louis, Inc. | Current |

12

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | CIGNA HealthCare of Tennessee, Inc. | Current |
| | CIGNA HealthCare of Texas, Inc. | Current |
| | Cigna Healthcare, Inc. | Closed |
| | CIGNA Insurance Co. | Current |
| | Connecticut General Life Insurance Company | Current |
| Eye Care & Cure Corp. | BP HH Holdings LLC | Current |
| | Hilco Australia Pty Limited | Current |
| | Hilco Europe | Current |
| | Hilco Germany GmbH | Current |
| | Hilco Netherlands B.V. | Current |
| | Hilco Vision Limited | Current |
| | Hilco Vision, Inc. | Current |
| | Hilsinger Holdings LLC | Current |
| | Hilsinger LLC | Current |
| | Hilsinger Trading (Shanghai) Co., Ltd | Current |
| | The Hilsinger Company Parent, LLC | Current |
| Farmabios SpA  Farmabios SpA, Italy | DPE Deutschland II A GmbH & Co. KG  DPE Deutschland II B GmbH & Co. KG | Current |
| FedEx Corp. | FedEx Trade Networks, Inc. | Closed |
| Fir Tree Value Master Fund | Fir Tree Partners, L.P. | Current |
| Five Arrows Managers NA LLC  Five Arrows Managers North America LLC | Edmond de Rothschild Europporltunities II FCPR  Edmond de Rothschild Europporltunities II SCA SICAR  Todd R. Snyder | Current  Current  Closed |
| Freepoint Energy Solutions | Cross Ocean Partners LLP | Current |
| FTI Consulting Inc. | FTI Consulting, Inc. | Current |
| | FTI, LLC | Closed |
| | John Howard Batchelor | Current |
| | John Sutton | Closed |
| | Kenneth Fung | Current |
| Garrison Investment Group LP | Garrison Investment Group LP | Current |

KE 68909243

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Gartner Inc. | CEB, Inc. | Current |
| Georgia, State of, Department of Revenue<br><br>Georgia, State of, Office of Secretary of State | State of Georgia | Current |
| Giant Eagle Store Inc. | Ricker Oil Company, Inc. | Current |
| Glenmark Generics Ltd.<br>Glenmark Pharmaceuticals Ltd. | Glenmark Pharmaceuticals | Current |
| | Glenmark Pharmaceuticals Inc., USA | Former |
| | Glenmark Pharmaceuticals Ltd. | Former |
| | Glenmark Pharmaceuticals S.A. | Former |
| | Glenmark Specialty S.A. | Former |
| Goldentree Asset Management LP | GoldenTree Asset Management UK LLP | Closed |
| | GoldenTree Asset Management, L.P. | Current |
| Goldman Sachs Bank USA | Goldman Sachs | Current |
| | Goldman Sachs (Asia) LLC | Current |
| | Goldman Sachs Asset Management International | Closed |
| | Goldman Sachs Asset Management International Ltd. | Current |
| | Goldman Sachs Group Inc., The | Current |
| | Goldman Sachs Group, Merchant Banking Division | Current |
| | Goldman Sachs International Ltd. | Current |
| | Goldman Sachs MB Services Limited | Closed |
| | Goldman Sachs Trust Company of Delaware | Current |
| | West Street Infrastructure Partners | Closed |
| Grant Thornton LLP | Grant Thornton International Ltd. | Current |
| Graves, Adrienne | Adrienne L. Graves | Closed |
| H/2 Credit Manager LP | H/2 Credit Manager, L.P. | Former |
| Hannaford Bros Co. | Koninklijke Ahold Delhaize N.V. | Current |
| Harry's Pharmacy<br>Walgreens Co.<br>Walgreens Inc. | Walgreen Co. | Closed |

14

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Henry Schein GIV<br>Henry Schein Inc. | Henry Schein, Inc. | Current |
| Hilco Global | Hilco Brands LLC | Closed |
| | Hilco Global | Current |
| | Hilco Merchant Resources | Closed |
| | Hilco Real Estate LLC | Closed |
| | Hilco Trading, LLC | Current |
| Homefield Energy | Vistra Energy Corp. | Current |
| Honeywell Fluka | Honeywell Advanced Composites Inc. | Current |
| | Honeywell Aerospace, Inc. | Current |
| | Honeywell ASASCO 2 LLC | Current |
| | Honeywell ASASCO LLC | Current |
| | Honeywell Holdings International Inc. | Current |
| | Honeywell International Inc. | Current |
| | Honeywell Specialty Materials, LLC | Current |
| Humana Inc. | Humana Inc. | Current |
| Illinois National Insurance Co. | Varagon Capital Partners | Closed |
| Illinois, State of, Department of Revenue | Illinois Executive Ethics Commission | Current |
| Illinois, State of, Secretary of State | Illinois Torture Inquiry and Relief Commission | Current |
| | Office of the Illinois Governor | Closed |
| IMA North America Inc. | IMA Industries North America, Inc. | Closed |
| | IMA Industries, Inc. | Closed |
| | IMA North America, Inc. | Closed |
| | IMA SpA | Closed |
| Insight North America LLC | Alcentra Ltd. | Closed |
| | BNY Mellon Capital Markets, LLC | Closed |
| Ireland Intellectual Property Unit | Irish Bank Resolution Corporation | Closed |
| Johnson Controls Inc.<br>Johnson Controls Security Solutions | ShopperTrak RCT Corporation | Closed |
| Johnson, Ronald Mitchel | Ronald M. Johnson | Closed |
| JPMorgan Bank Branch 0802<br>JPMorgan Chase & Co. | Chase Bank USA, NA | Closed |
| | Chase Paymentech Solutions, LLC | Closed |

15

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| JPMorgan Chase Bank NA | Highbridge Capital Management, LLC | Current |
| | J.P. Morgan Securities (Far East) Limited | Current |
| | J.P. Morgan Securities Asia Pacific Limited | Current |
| | J.P. Morgan Securities LLC | Current |
| | JP Morgan Chase & Co. | Current |
| | JPMorgan Asset Management - Global Real Assets | Closed |
| | JPMorgan Chase & Co. | Current |
| | JPMorgan Chase Bank, N.A. | Current |
| | JPMorgan Funds Limited | Current |
| | JPMorgan Investment Management Inc. - Global Special Situations | Current |
| | JPMorgan Investment Management Inc. - Infrastructure Investment Group | Current |
| Kapoor, John, Dr. | Dr. John N. Kapoor | Closed |
| Kutinsky, Bruce | Bruce Kutinsky | Closed |
| LGC Group Ltd. TRC Chemicals Canada | KKR Asia Limited | Current |
| | KKR Credit Advisors (Ireland) | Closed |
| | KKR Credit Advisors (UK) LLP | Current |
| | KKR Credit Advisors (US) LLC | Current |
| | KKR REPA AIV-2, L.P. | Closed |
| | Kohlberg Kravis Roberts & Co., L.P. | Current |
| | Pillarstone Europe LLP | Current |
| | Precision Capital Holdings Limited | Current |
| Liberty Procurement Co. Inc. | Bed Bath & Beyond, Inc. | Closed |
| McKesson Financial Center McKesson Financial Holdings Ltd. McKesson Medical-Surgical Inc. McKesson Specialty Care Distribution LLC Propharm Ltd. RxCrossroads | CoverMyMeds, LLC | Closed |
| Medline Industries Inc. | Medline Industries, Inc. | Closed |
| Meyer, Steven | Steven J. Meyer | Closed |

16

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Michigan State University | Michigan State University | Current |
| Midocean Partners LP | Graham Clempson | Current |
| | MidOcean Partners, LP | Current |
| | Ted Virtue | Current |
| Mikart Inc. | Bernard V. Buonanno, III | Current |
| | Habib Y. Gorgi | Current |
| | Nautic Partners V, L.P. | Current |
| | Nautic Partners VI AIV - No. 1 L.P. | Current |
| | Nautic Partners VI, L.P. | Current |
| | Nautic Partners VI-A AIV - No. 1 L.P. | Current |
| | Nautic Partners VI-A, L.P. | Current |
| | Nautic Partners VII, L.P. | Current |
| | Nautic Partners VII-A, L.P. | Current |
| | Nautic Partners VIII LP | Current |
| | Nautic Partners, LLC | Current |
| Motus LLC | Orlando Bravo | Current |
| | Paul Holden Spaht, Jr. | Current |
| | Robert Sayle | Current |
| | Scott Crabill | Current |
| | Seth J. Boro | Current |
| | Thoma Bravo LLC | Current |
| | Thoma Bravo, L.P. | Current |
| National Distribution & Contracting Inc. | Court Square Capital Management, L.P. | Current |
| Neuberger Berman Investment | NB Alternatives Advisers LLC | Current |
| Neuberger Berman Investment Advisors | Neuberger Berman Investment Advisers LLC | Current |
| Noramco Inc. | Aaron Davenport | Current |
| | Barry B. Siadat | Current |
| | Jamshid Keynejad | Current |
| | John A. Norris, Jr. | Current |
| | Mario Toukan | Current |
| | Noramco Global Holdings Ltd. | Current |
| | Noramco GmbH | Current |
| | Noramco Management | Current |
| | Noramco US Holdings, Inc. | Current |
| | Noramco, Inc. | Current |

17

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | SK Capital Partners | Current |
| | SK Capital Partners II LP | Current |
| | SK Capital Partners III, L.P. | Current |
| | SK Capital Partners IV-A LP | Current |
| | SK Capital Partners IV-B, L.P. | Current |
| | SK Capital Partners V-A, L.P. | Current |
| | SK Capital Partners V-B, L.P. | Current |
| | SK Partners LLC | Current |
| North Carolina, State of, Department of Revenue | Philip E. Berger | Closed |
| North Carolina, State of, Secretary of State | State of North Carolina | Closed |
| | Timothy K. Moore | Closed |
| Norwegian Industrial Property Office | Equinor ASA | Closed |
| Novo Nordisk Pharmatech A/S Xellia Pharmaceuticals ApS | Novo Holdings A/S | Closed |
| OptiSource LLC | Transitions Optical, Inc. | Current |
| Optumrx Inc. | HealthScope Benefits, Inc. | Closed |
| | Rally Health, Inc | Closed |
| Oracle America Inc. | Oracle America, Inc. | Current |
| | Oracle Corporation | Current |
| | Oracle International Corporation | Current |
| | Oracle USA, Inc. | Current |
| Pall Corp. Phenomenex Inc. | Danaher Corp. | Current |
| | Leica Microsystems, Inc. | Current |
| | Pacific Scientific Energetic Materials Company | Closed |
| Parexel International LLC | PAREXEL International Corporation | Current |
| | Parexel Investment Holdings, L.P. | Current |
| Pennsylvania, Commonwealth of, Department of Revenue | Office of the General Counsel of Pennsylvania | Current |
| | Office of the Governor of Pennsylvania | Current |
| | Office of the Secretary of State of Pennsylvania | Current |

18

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Pennsylvania Higher Education Assistance Agency | Current |
| Pfizer Inc. | Hospira, Inc. | Current |
| | Pfizer | Former |
| | Pfizer, Inc. | Current |
| Pinebridge Investments LLC | FWD Life Insurance Company (Bermuda) Limited | Current |
| | Pacific Century Group Holdings HK Limited | Closed |
| | PCCW Limited | Current |
| | Richard Li | Current |
| PJT Partners LP | PJT Partners Holdings LP | Current |
| Pricewaterhousecoopers LLP | Price Waterhouse & Co. S.R.L. | Closed |
| | PricewaterhouseCoopers Business Consulting (Shanghai) Co. Ltd. | Closed |
| | PricewaterhouseCoopers Consultores, Auditores y Compania Limitada | Closed |
| | PricewaterhouseCoopers Hong Kong Limited | Closed |
| | PricewaterhouseCoopers Limited | Closed |
| | Pricewaterhousecoopers LLP | Current |
| | PricewaterhouseCoopers LLP Ontario | Current |
| | PricewaterhouseCoopers Services LLP | Closed |
| | PricewaterhouseCoopers Zhong Tian LLP | Closed |
| ProPharma Group | ProPharma Group GK | Current |
| | ProPharma Group Holdings, LLC | Current |
| | ProPharma Group Intermediate, LLC | Current |
| | ProPharma Group MIS Holdings Limited | Current |
| | ProPharma Group MIS Limited | Current |
| | ProPharma Group MIS Pty Ltd. | Current |
| | ProPharma Group Topco, LLC | Current |
| | ProPharma Group, LLC | Current |
| | ProPharma MIS Holdings, LLC | Current |

19

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | ProPharma MIS, LLC | Current |
| | ProPharma PV, Inc | Current |
| Rite Aid Corp. | Rite Aid Corp. | Current |
| Sam's Club Pharmacy | Jet.com | Closed |
| Walmart Inc. | Walmart Inc. | Current |
| | Wal-Mart Stores Texas, LLC | Current |
| Sanofi SA | Sanofi | Current |
| | Sanofi-Aventis U.S. LLC | Current |
| SGD SA | China Investment Corporation | Closed |
| | CIC Capital Corporation | Closed |
| | CIC International Co., Ltd. | Closed |
| | CIC Janus Asset Management Company | Closed |
| Shionogi Inc. | Shionogi & Co., Ltd. | Current |
| | Shionogi Inc. | Closed |
| Supervalu Northeast Region | Supervalu Holdings, Inc. | Current |
| | Supervalu Inc. | Closed |
| | Supervalu Pharmacies, Inc. | Current |
| | Supervalu, Inc. | Current |
| | United Natural Foods, Inc. | Current |
| Symphony Asset Management LLC | Nuveen Alternatives Advisors, LLC | Current |
| | Teachers Insurance and Annuity Association of America | Closed |
| TA Instruments Inc. Waters Corp. | Waters Corporation | Current |
| Tambi, Brian | Brian Tambi | Closed |
| Texas, State of, Comptroller of Public Accounts | Greg Abbott | Closed |
| | State of Texas | Closed |
| Toshiba Financial Services | Independent Directors of Toshiba Nuclear Energy Holdings (UK) Limited | Closed |
| TPG Opportunities Partners LP | Strategic Office Partners | Current |
| | TPG Asia VI SF Pte Ltd. | Current |
| | TPG Capital | Current |
| | TPG China Limited | Current |
| | TPG Europe | Current |
| | TPG Global, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | TPG Global, LLC | Current |
| | TPG Group Holdings (SBS), L.P. | Current |
| | TPG Growth, LLC | Current |
| | TPG RE Finance 21 Ltd. | Current |
| | TPG RE Finance 6 LLC | Current |
| | TPG RE Finance 7 LLC | Current |
| | TPG RE Finance Trust CLO Sub-REIT Corp. | Current |
| | TPG RE Finance Trust CLO Sub-REIT Parent LLC | Current |
| | TPG RE Finance Trust HoldCo LLC | Current |
| | TPG RE Finance Trust, Inc. | Current |
| | TPG RE II Arlington SPV I, Limited Partnership (PEI) | Current |
| | TPG RE II Arlington SPV II, Limited Partnership (PEI) | Current |
| | TPG RE II Arlington SPV III, Limited Partnership (PEI) (2) | Current |
| | TPG Real Estate | Current |
| | TPG Real Estate Partners II, L.P. | Current |
| | TPG Sixth Street Partners, LLC | Current |
| | TPG Star VPSI, L.P. | Current |
| Travelers Casualty & Surety Co.of America<br><br>Travelers Excess & Surplus Lines Co. | The Travelers Companies, Inc. | Current |
| UCLA School of Medicine | The Williams Institute | Current |
| Uline Inc. | Brian Uihlein | Former |
| | Elizabeth A. Uihlein 2004 Gift Trust dated November 16, 2004 | Closed |
| | Elizabeth A. Uihlein 2004 Qualified Annuity Trust | Closed |
| | Freddie Goldenberg | Current |
| | Richard E. Uihlein, Jr. | Current |
| | Richard Uihlein | Closed |
| | Stephen Ellis Uihlein | Current |
| | Uline, Inc. | Current |

KE 68909243

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| United Kingdom Intellectual Property Office | Her Majesty's Treasury | Closed |
| United Parcel Service Inc. | Coyote Logistics, LLC | Closed |
| United Research Laboratories Inc. | Shire | Current |
| | Takeda Pharmaceuticals (Hong Kong) Co., Ltd. | Current |
| | United Research Laboratories, Inc. | Current |
| United States, Government of the , Department of Labor, Occupational Safety & Health Administration | John C. Godfrey | Current |
| United States, Government of the, Department of Health & Human Services, Food & Drug Administration | Konstantina Diamantopoulos | Current |
| United States, Government of the, Department of Homeland Security | Rep. William Ballard Hurd, as a member of the United States Congress | Closed |
| United States, Government of the, Department of Justice | Robert J. Quigley | Current |
| United States, Government of the, Department of Justice, Drug Enforcement Agency | United States Department of Homeland Security | Closed |
| United States, Government of the, Department of Treasury | | |
| United States, Government of the, Environmental Protection Agency | | |
| United States, Government of the, Federal Trade Commission | | |
| United States, Government of the, Patent & Trademark Offices | | |
| United States, Government of the, U.S. Consumer Product Safety Commission | | |
| Veolia ES Technical Solutions LLC | Veolia Environnement | Closed |
| Veritiv Operating Co. | UWW Holdings, Inc. | Current |
| Verizon Wireless | Verizon Communications Inc. | Current |
| | Verizon New York, Inc. | Closed |

KE 68909243

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Virginia, Commonwealth of, Corp. Commission | M. Kirkland Cox | Closed |
| Virginia, Commonwealth of, Corporation Commission | Virginia House of Delegates | Closed |
| VWR International LLC | VWR Funding, Inc. | Former |
|  | VWR International, LLC | Former |
| Washington, D.C., Office of Tax & Revenue | DC Superior Court Domestic Relations Panel | Current |
| Water-Jel Technologies LLC | Christopher R. Sweeney | Current |
|  | Curtis M. Selquist | Current |
|  | Maxwell Mishkin | Former |
|  | Michael J. Brennan | Current |
|  | Ned Villers | Current |
|  | Peter M. Strothman | Current |
|  | Robert B. Womsley, Jr. | Current |
|  | Timothy A. Dugan | Current |
|  | Water Street Healthcare Partners LLC | Current |
| Weinstein, Alan | Alan Weinstein | Closed |
| Wells Fargo Equipment Finance Inc. | Jon Kossow | Current |
|  | NEC IX, LLC | Closed |
|  | NEC VIII, LLC | Closed |
|  | Norwest Equity Capital, LLC | Closed |
|  | Norwest Equity Partners VIII, LP | Closed |
|  | Norwest Venture Partners VI-A, LP | Closed |
|  | Norwest Venture Partners VII-A, LP | Closed |
|  | Norwest Venture Partners VIII, LP | Closed |
|  | Wachovia Capital Partners Secondary Fund I, LP | Closed |
|  | Wachovia Holdings Corporation | Closed |
|  | Wachovia Investors, Inc. | Closed |
|  | Wachovia Securities, LLC | Closed |
|  | Wells Fargo Central Pacific Holdings, Inc. | Closed |
|  | Wells Fargo Securities LLC | Current |
|  | WFC Holdings Corporation | Closed |
| Western Asset Management Co. LLC | Clarion Partners LLC | Current |

23

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Western Surety Co. | Consolidated Container Company | Closed |
| | Continental Casualty Company | Current |
| Whitebox Advisors LLC | Whitebox Advisors LLC | Current |
| Windstream Holdings Inc. | Georgia Windstream, LLC | Current |
| | Oklahoma Windstream, LLC | Current |
| | Texas Windstream, LLC | Current |
| | Windstream Accucomm Networks, LLC | Current |
| | Windstream Accucomm Telecommunications, LLC | Current |
| | Windstream Alabama, LLC | Current |
| | Windstream Arkansas, LLC | Current |
| | Windstream Buffalo Valley, Inc. | Current |
| | Windstream Business Holdings, LLC | Current |
| | Windstream BV Holdings, LLC | Current |
| | Windstream Cavalier, LLC | Current |
| | Windstream Communications Kerrville, LLC | Current |
| | Windstream Communications Telecom, LLC | Current |
| | Windstream Communications, LLC | Current |
| | Windstream Concord Telephone, LLC | Current |
| | Windstream Conestoga, Inc. | Current |
| | Windstream CTC Internet Services, Inc. | Current |
| | Windstream D&E Systems, LLC | Current |
| | Windstream D&E, Inc. | Current |
| | Windstream Direct, LLC | Current |
| | Windstream Eagle Holdings LLC | Current |
| | Windstream Eagle Services, LLC | Current |
| | Windstream EN-TEL, LLC | Current |
| | Windstream Finance Corp. | Current |
| | Windstream Florida, LLC | Current |
| | Windstream Georgia Communications, LLC | Current |
| | Windstream Georgia Telephone, LLC | Current |

24

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Windstream Georgia, LLC | Current |
| | Windstream Holding of the Midwest, Inc. | Current |
| | Windstream Holdings, Inc. | Current |
| | Windstream Holdings, Inc. (LEAD DEBTOR) | Current |
| | Windstream Holdings, Inc. and its filing affiliates | Current |
| | Windstream Iowa Communications, LLC | Current |
| | Windstream Iowa-Comm, LLC | Current |
| | Windstream IT-Comm, LLC | Current |
| | Windstream KDL, LLC | Current |
| | Windstream KDL-VA, LLC | Current |
| | Windstream Kentucky East, LLC | Current |
| | Windstream Kentucky West, LLC | Current |
| | Windstream Kerrville Long Distance, LLC | Current |
| | Windstream Lakedale Link, Inc. | Current |
| | Windstream Lakedale, Inc. | Current |
| | Windstream Leasing, LLC | Current |
| | Windstream Lexcom Communications, LLC | Current |
| | Windstream Lexcom Entertainment, LLC | Current |
| | Windstream Lexcom Long Distance, LLC | Current |
| | Windstream Lexcom Wireless, LLC | Current |
| | Windstream Mississippi, LLC | Current |
| | Windstream Missouri, LLC | Current |
| | Windstream Montezuma, LLC | Current |
| | Windstream Nebraska, Inc. | Current |
| | Windstream Network Services of the Midwest, Inc. | Current |
| | Windstream New York, Inc. | Current |
| | Windstream Norlight, LLC | Current |
| | Windstream North Carolina, LLC | Current |
| | Windstream NorthStar, LLC | Current |
| | Windstream NTI, LLC | Current |

KE 68909243

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Windstream NuVox Arkansas, LLC | Current |
| | Windstream NuVox Illinois, LLC | Current |
| | Windstream NuVox Indiana, LLC | Current |
| | Windstream NuVox Kansas, LLC | Current |
| | Windstream NuVox Missouri, LLC | Current |
| | Windstream NuVox Ohio, LLC | Current |
| | Windstream NuVox Oklahoma, LLC | Current |
| | Windstream NuVox, LLC | Current |
| | Windstream of the Midwest, Inc. | Current |
| | Windstream Ohio, LLC | Current |
| | Windstream Oklahoma, LLC | Current |
| | Windstream Pennsylvania, LLC | Current |
| | Windstream Services, LLC | Current |
| | Windstream SHAL Networks, Inc. | Current |
| | Windstream SHAL, LLC | Current |
| | Windstream Shared Services, LLC | Current |
| | Windstream South Carolina, LLC | Current |
| | Windstream Southwest Long Distance, LLC | Current |
| | Windstream Standard, LLC | Current |
| | Windstream Sugar Land, LLC | Current |
| | Windstream Supply, LLC | Current |
| | Windstream Systems of the Midwest, Inc. | Current |
| | Windstream Western Reserve, LLC | Current |
| Winn-Dixie Logistics Inc. | Lone Star Funds | Current |
| | LSF XI Investments, LLC | Current |
| | LSF10 Summertime Investments, Ltd. | Closed |
| | LSREF V Investments, LLC | Closed |
| | LSREF4 Sweden Orel AB | Current |
| Wisconsin, State of, Department of Revenue | Wisconsin Legislature | Closed |
| XL Insurance America Inc. | AB Commercial Real Estate Debt Series 1-A | Current |
| XL Specialty Insurance Co. | AB Commercial Real Estate Debt Series 1-B | Current |

26

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | AB Commercial Real Estate Debt Series 1-C | Current |
| | AB Institutional Series B | Current |
| | AB Institutional Series C | Current |
| | AXA Equitable Holdings, Inc. | Current |
| | Axa Equitable Life Insurance Company | Current |
| | AXA REIM SGP | Current |

27

KE 68909243