IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **AKORN, INC., et al**, | § | Case No. 20-11177 (KBO) |
| | § | |
| Debtors. | § | (Jointed Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Case, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firm of Bodman PLC hereby enters its appearance as counsel to NSF Health Sciences, LLC, as interested parties/creditor in the above-captioned bankruptcy case (the "Bankruptcy Case").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Case be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Case:

Ralph E. McDowell
Bodman PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226
Telephone: (313) 393-7592
Facsimile: (313) 393-7579
Email: rmcdowell@bodmanlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, or plan, or request,

whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, or otherwise filed or made with regard to the Bankruptcy Case and proceedings therein.

The filing of this Notice of Appearance and Request for Service of Papers is not intended to be, and it shall not be deemed or construed to be, a waiver or relinquishment of any right, including, but not limited to: (a) the right to have final orders in non-core matters entered only after de novo review by a higher court; (b) the right to trial by jury in any proceeding so triable in connection with this case or any related case, controversy or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims or defenses to which the above-referenced interested parties may be entitled in law or in equity, all of which are reserved.

BODMAN PLC

By: */s/ Ralph E. McDowell*
Ralph E. McDowell (P39235)
Attorneys for NSF Health Sciences, LLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226
Telephone: (313) 393-7592
Facsimile: (313) 393-7579

Dated: June 8, 2020           Email: *rmcdowell@bodmanlaw.com*