IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AKORN, INC, *et al.,*

Debtors.

Chapter 11
Case Nos. 20-11177 (KBO), *et seq.*

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel appears in these proceedings as counsel for Thermo Fisher Scientificpursuant to § 1109(b) of the Bankruptcy Code and Fed. R. Bankr. P. 9010(b). Counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings, papers, and orders given or filed in the above-captioned case be served upon the following:

Sloane B. O'Donnell, Esquire
Jordan S. Blask, Esquire
Tucker Arensberg
1500 One PPG Place
Pittsburgh, PA 15222
(412) 594-3946
sodonnell@tuckerlaw.com
jblask@tuckerlaw.com

Adam Hiller, Esquire
Hiller Law, LLC
1500 N. French Street
Wilmington, Delaware 19801
(302) 442-7677
ahiller@adamhillerlaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and the sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, disclosure statement, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of any rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, set-offs, or recoupments to which this party is or may be entitled, in law or in equity, all of

which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated:  June 10, 2020
        Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC


 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
1500 North French Street
Wilmington, Delaware 19801
(302) 442-7677 telephone
*ahiller@adamhillerlaw.com*

-and-

Sloane B. O'Donnell, Esquire
Jordan S. Blask, Esquire
Tucker Arensberg
1500 One PPG Place
Pittsburgh, PA 15222
(412) 594-3946
*sodonnell@tuckerlaw.com*
*jblask@tuckerlaw.com*

*Counsel for Thermo Fisher Scientific*