**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AKORN, INC., *et al.*, | Case No. 20-11177 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Quantic Group, Ltd. ("Quantic") pursuant to 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in these cases be delivered to and served upon the counsel identified below at the following addresses and further requests to be added to the Master Service List:

| | |
|---|---|
| John M. August, Esq.<br>SAIBER LLC<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932<br>Tel: (973) 622-3699<br>Email: JAugust@saiber.com | Frederick B. Rosner, Esq.<br>Jason A. Gibson, Esq.<br>THE ROSNER LAW GROUP LLC<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Tel: (302) 777-1111<br>Email: rosner@teamrosner.com<br>          gibson@teamrosner.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); HiTech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

{00028436. }

whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of Quantic's (a) right to (i) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) rights, claims, actions, defenses, setoffs, or recoupments to which Quantic is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Quantic expressly reserves.

Dated: June 10, 2020
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel: (302) 777-1111
Email: rosner@teamrosner.com
       gibson@teamrosner.com

and

SAIBER LLC
John M. August, Esq.
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-3699
Email: JAugust@saiber.com

*Counsel to Quantic Group, Ltd.*