IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AKORN, INC., *et al.*,[1] | ) ) ) | Case No. 20-11177 (KBO) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | Re: Docket Nos. 13, 75 & 94 |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION SEEKING ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING NOTIFICATION AND HEARING PROCEDURES FOR CERTAIN TRANSFERS OF AND DECLARATIONS OF WORTHLESSNESS WITH RESPECT TO COMMON STOCK AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies that she has received no answer, objection, or any other responsive pleading with respect to the *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 13] (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") with the United States Bankruptcy Court for the District of Delaware (the "Court") on May 21, 2020.  On May 22, 2020, the Court entered an order [Docket No. 75] (the "Interim Order") approving the relief requested in the Motion on an interim basis.

The undersigned further certifies that she has reviewed the Court's docket in the above-referenced chapter 11 cases and no answer, objection or other responsive pleading to the Motion

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC.  The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

appears thereon.  Pursuant to the Interim Order and the *Notice of (A) Entry of Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief; and (B) Final Hearing Thereon* [Docket No. 94], filed on May 22, 2020, objections or responses to the Motion were to be filed no later than June 8, 2020, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").[2]

WHEREFORE, the Debtors respectfully request that the proposed form of final order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

---

[2] The Objection Deadline was extended to June 11, 2020 at 12:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors (the "Committee").  The Committee has informed counsel for the Debtors that they do not object to the final relief requested in the Motion.

Wilmington, Delaware
June 11, 2020

/s/ *Amanda R. Steele*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Paul N. Heath (No. 3704) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Amanda R. Steele (No. 5530) | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Gregory F. Pesce (admitted *pro hac vice*) |
| Brett M. Haywood (No. 6166) | Christopher M. Hayes (admitted *pro hac vice*) |
| One Rodney Square | 300 North LaSalle Street |
| 920 N. King Street | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 651-7700 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 651-7701 | Email: patrick.nash@kirkland.com |
| Email: heath@rlf.com | gregory.pesce@kirkland.com |
| steele@rlf.com | christopher.hayes@kirkland.com |
| shapiro@rlf.com | |
| haywood@rlf.com | -and- |

*Proposed Co-Counsel for the*
*Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: nicole.greenblatt@kirkland.com

*Proposed Co-Counsel for the*
*Debtors and Debtors in Possession*

RLF1 23560883v.1