## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AKORN, INC., *et al.*,[1] | ) Case No. 20-11177 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON JUNE 15, 2020 AT 2:30 P.M. (PREVAILING EASTERN TIME)[2]

## I.    UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:

1.    Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Import/Export Claimants, 503(b)(9) Claimants, and Lien Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief [Docket No. 12 – filed May 21, 2020]

Objection/Response Deadline:    June 8, 2020 at 4:00 p.m. (ET); extended to June 11, 2020 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee")

Objections/Responses Received:    None

Related Documents:

i.    Declaration of Duane Portwood in Support of Chapter 11 Petitions and First Day Motions [Docket No. 15 – filed May 21, 2020]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

[2]    Any person who wishes to appear at the June 15, 2020 hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.* All motions and other pleadings referenced herein are available online at the following address: www.kccllc.net/akorn

ii.      Interim Order (I) Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Import/Export Claimants, 503(B)(9) Claimants, and Lien Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief [Docket No. 67 – entered May 22, 2020]

iii.     Notice of (A) Entry of Interim Order (I) Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Import/Export Claimants, 503(B)(9) Claimants, and Lien Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 88 – filed May 22, 2020]

iv.      Certificate of No Objection Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Import/Export Claimants, 503(b)(9) Claimants, and Lien Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief [Docket No. 154 – filed June 11, 2020]

Status: On June 11, 2020, the Debtors filed certificate of no objection regarding this matter.  Accordingly, a hearing regarding this matter is not required.

2.    Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 9 – filed May 21, 2020]

Objection/Response Deadline:        June 8, 2020 at 4:00 p.m. (ET); extended to June 11, 2020 at 12:00 p.m. (ET) for the Committee

Objections/Responses Received:     None

Related Documents:

i.      Declaration of Duane Portwood in Support of Chapter 11 Petitions and First Day Motions [Docket No. 15 – filed May 21, 2020]

ii.     Interim Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 73 – entered May 22, 2020]

iii.    Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain

RLF1 23523710v.3

Prepetition Obligations Related Thereto, and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 89 – filed May 22, 2020]

iv.  Certificate of No Objection Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 158 – filed June 11, 2020]

Status: On June 11, 2020, the Debtors filed certificate of no objection regarding this matter.  Accordingly, a hearing regarding this matter is not required.

3.  Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain the Surety Bonds, and (II) Granting Related Relief [Docket No. 7 – filed May 21, 2020]

Objection/Response Deadline:      June 8, 2020 at 4:00 p.m. (ET); extended to June 11, 2020 at 12:00 p.m. (ET) for the Committee

Objections/Responses Received:    None

Related Documents:

i.  Declaration of Duane Portwood in Support of Chapter 11 Petitions and First Day Motions [Docket No. 15 – filed May 21, 2020]

ii.  Interim Order (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain the Surety Bonds, and (II) Granting Related Relief [Docket No. 68 – entered May 22, 2020]

iii.  Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain the Surety Bonds, and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 91 – filed May 22, 2020]

iv.  Certificate of No Objection Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain the Surety Bonds, and (II) Granting Related Relief [Docket No. 157 – filed June 11, 2020]

Status: On June 11, 2020, the Debtors filed certificate of no objection regarding this matter.  Accordingly, a hearing regarding this matter is not required.

4.   Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 8 – filed May 21, 2020]

   Objection/Response Deadline:      June 8, 2020 at 4:00 p.m. (ET); extended to June 11, 2020 at 12:00 p.m. (ET) for the Committee

   Objections/Responses Received:    None

   Related Documents:

   i.    Declaration of Duane Portwood in Support of Chapter 11 Petitions and First Day Motions [Docket No. 15 – filed May 21, 2020]

   ii.   Interim Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 69 – entered May 22, 2020]

   iii.  Notice of (A) Entry of Interim Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 92 – filed May 22, 2020]

   iv.   Certificate of No Objection Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 155 - filed June 11, 2020]

   Status: On June 11, 2020, the Debtors filed certificate of no objection regarding this matter.  Accordingly, a hearing regarding this matter is not required.

5.   Debtors' Motion Seeking Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 13 – filed May 21, 2020]

   Objection/Response Deadline:      June 8, 2020 at 4:00 p.m. (ET); extended to June 11, 2020 at 12:00 p.m. (ET) for the Committee

   Objections/Responses Received:    None

   Related Documents:

      i.       Declaration of Duane Portwood in Support of Chapter 11 Petitions and First Day Motions [Docket No. 15 – filed May 21, 2020]

      ii.      Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 75 – entered May 22, 2020]

      iii.     Notice of (A) Entry of Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 94 – filed May 22, 2020]

      iv.     Certificate of No Objection Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 156 – filed June 11, 2020]

Status: On June 11, 2020, the Debtors filed certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

## II.    MATTERS GOING FORWARD:

6.    Debtors' Motion Seeking Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 10 – filed May 21, 2020]

    Objection/Response Deadline:    June 8, 2020 at 4:00 p.m. (ET); extended to June 11, 2020 at 12:00 p.m. (ET) for the Committee

    Objections/Responses Received:

      A.     Objection of Commonwealth Edison Company, PSEG Long Island and Public Service Electric and Gas Company to the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 120 – filed June 2, 2020]

      B.     Informal comment from Homefield Energy

    Related Documents:

i.    Declaration of Duane Portwood in Support of Chapter 11 Petitions and First Day Motions [Docket No. 15 – filed May 21, 2020]

ii.    Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 70 – entered May 22, 2020]

iii.    Notice of (A) Entry of Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 93 – filed May 22, 2020]

iv.    Notice of Withdrawal of Objection of Commonwealth Edison Company, PSEG Long Island and Public Service Electric and Gas Company to the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 140 – filed June 9, 2020]

Status: The Debtors have resolved the informal comment from Homefield Energy and anticipate filing a revised final order under certification of counsel shortly.

7.    Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 14 – filed May 21, 2020]

Objection/Response Deadline:    June 8, 2020 at 4:00 p.m. (ET); extended to June 12, 2020 at 5:00 p.m. (ET) for the Committee

Objections/Responses Received:    None

Related Documents:

i.    Declaration of Duane Portwood in Support of Chapter 11 Petitions and First Day Motions [Docket No. 15 – filed May 21, 2020]

ii.    Interim Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay,

6

(IV) Scheduling a Final Hearing and (V) Granting Related Relief [Docket No. 65 – entered May 22, 2020]

iii.    Notice of (A) Entry of Interim Order (I) Authorizing the Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay (IV) Scheduling a Final Hearing, and (V) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 87 – filed May 22, 2020]

Status: The hearing regarding this matter is going forward.

8.    Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 3 – filed May 21, 2020]

Objection/Response Deadline:        June 8, 2020 at 4:00 p.m. (ET); extended to June 12, 2020 at 5:00 p.m. (ET) for the Committee

Objections/Responses Received:    None

Related Documents:

i.      Declaration of Duane Portwood in Support of Chapter 11 Petitions and First Day Motions [Docket No. 15 – filed May 21, 2020]

ii.     Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 84 – entered May 22, 2020]

iii.    Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 86 – filed May 22, 2020]

Status:  The hearing regarding this matter is going forward.

9.    Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee

Benefits Programs and (II) Granting Related Relief [Docket No. 4 – filed May 21, 2020]

Objection/Response Deadline:    June 8, 2020 at 4:00 p.m. (ET); extended to June 12, 2020 at 5:00 p.m. (ET) for the Committee

Objections/Responses Received:    None

Related Documents:

i.    Declaration of Duane Portwood in Support of Chapter 11 Petitions and First Day Motions [Docket No. 15 – filed May 21, 2020]

ii.    Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 66 – entered May 22, 2020]

iii.    Notice of (A) Entry of Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 90 – filed May 22, 2020]

Status:  The hearing regarding this matter is going forward.

10.    Debtors' Motion Seeking Entry of an Order (A) Authorizing and Approving Bidding Procedures, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (E) Granting Related Relief [Docket No. 18 – filed May 21, 2020]

Bid Procedures Objection/Response Deadline:    June 8, 2020 at 4:00 p.m. (ET); extended to June 12, 2020 at 5:00 p.m. (ET) for the Committee

Bid Procedures Objections/Responses Received:  None

Related Documents:

i.    Notice of Motion and Hearing [Docket No. 85 – filed May 22, 2020]

Status:  The hearing regarding this matter is going forward.

Wilmington, Delaware
June 11, 2020

/s/ *Amanda R. Steele*

| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
|---|---|

**RICHARDS, LAYTON & FINGER, P.A.**
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          heath@rlf.com
                steele@rlf.com
                shapiro@rlf.com
                haywood@rlf.com

*Proposed Co-Counsel for the*
*Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Christopher M. Hayes (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          patrick.nash@kirkland.com
                gregory.pesce@kirkland.com
                christopher.hayes@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          nicole.greenblatt@kirkland.com

*Proposed Co-Counsel for the*
*Debtors and Debtors in Possession*