# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AKORN, INC., *et al.*, | ) Case No. 20-11177 (KBO) |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## REQUEST OF UNITED STATES PHARMACOPEIA FOR SERVICE OF NOTICE PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Chapter 11 of the United States Bankruptcy Code, the undersigned, as counsel for United States Pharmacopeia ("USP") hereby requests that the Court, all parties in interest and all counsel of record provide the following person with copies of all notices, pleadings, and other filings in the above-captioned cases. All counsel of record are requested to direct all electronic, written or telephonic correspondence as follows:

> Scott E. Blakeley, Esq.
> Blakeley LLP
> 18500 Von Karman Avenue, Fifth Floor
> Irvine, CA 92612
> SEB@BlakeleyLLP.com
> Telephone: (949) 260-0611

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

---

[1] The Debtors are: Akorn, Inc.; 10 Edison Street LLC; 13 Edison Street LLC; Advanced Vision Research, Inc.; Akorn (New Jersey), Inc.; Akorn Animal Health, Inc.; Akorn Ophthalmics, Inc.; Akorn Sales, Inc.; Clover Pharmaceuticals Corp.; Covenant Pharma, Inc.; Hi-Tech Pharmacal Co., Inc.; Inspire Pharmaceuticals, Inc.; Oak Pharmaceuticals, Inc.; Olta Pharmaceuticals Corp.; VersaPharm Incorporated; VPI Holdings Corp.; VPI Holdings Sub, LLC.

BN 40653838v1

DATED:  June 11, 2020 					Respectfully submitted,

/s/ *Scott E. Blakeley*
SCOTT E. BLAKELEY
(Cal. Bar. No. 141418)
BLAKELEY LLP
18500 Von Karman Avenue, Fifth Floor
Irvine, CA 92612
Telephone: (949) 260-0611
Email:  SEB@BlakeleyLLP.com

Counsel for United States Pharmacopeia

BN 40653838v1