**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | )<br>)  Chapter 11<br>) |
| AKORN, INC., *et al.,*[1] | )  Case No. 20-11177 (KBO)<br>) |
| Debtors. | )  (Jointly Administered)<br>) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF PAPERS**

*PLEASE TAKE NOTICE* that the attorneys set forth below hereby appear as counsel for

the Unclaimed Property Division of the Texas Comptroller of Public Accounts, by and through

the Office of the Attorney General of Texas, pursuant to Rule 9010 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules").  The undersigned request that all notices given

or required to be given in the above-captioned case (including, but not limited to, all papers filed

and served in all adversary proceedings in such case, and to creditors and equity security holders

who file with the Court and request that all notices be mailed to them) be given to and served on

the following:

Jason B. Binford
Layla D. Milligan
Assistant Attorneys General
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548- MC 008
Austin, Texas 78711-2548
Phone: 512/463-2173   Fax: 512/936-1409

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

***PLEASE TAKE FURTHER NOTICE*** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

*[Remainder of Page Intentionally Left Blank]*

Dated:  June 18, 2020

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jason B. Binford*
JASON B. BINFORD
Texas State Bar No. 24045499
LAYLA D. MILLIGAN
Texas State Bar No. 24026015
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548 MC008
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
jason.binford@oag.texas.gov
layla.milligan@oag.texas.gov

ATTORNEYS FOR THE TEXAS COMPTROLLER OF
PUBLIC ACCOUNTS, UNCLAIMED PROPERTY
DIVISION

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on June 18, 2020.

*/s/ Jason B. Binford*
JASON B. BINFORD
Assistant Attorney General