**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AKORN, INC., et al., | ) | Case No. 20-11177 (KBO) |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |
| | **)** | |
| | **)** | |

## REQUEST OF U.S. CONSULTS, LLC FOR SERVICE OF NOTICE PURSUANT TO FED.R.BANKR.P.2002(g)

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Chapter 11 of the United States Bankruptcy Code, the undersigned, as counsel for U.S. Consults, LLC hereby requests that the Court, all parties in interest and all counsel of record provide the following person with copies of all notices, pleadings, and other filing in the above-captioned cases. All counsel of record are requested to direct all electronic, written or telephonic correspondence as follows:

> SAM L. JENKINS, JR., APLC
> ATTORNEY AT LAW
> La. Bar Roll # 1441
> 2419 Kings Highway
> Shreveport, LA 71103
> (318) 636-4266
> sam.jenkinslaw@bellsouth.net

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

Please take further notice that this Notice of Appearance and Requests for Notices and Papers shall not be deemed or construed to be a waiver of any rights (i) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, set-offs, or recoupments to which this party is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

DATED: June 12, 2020               Respectfully Submitted.


  /s/ Sam L. Jenkins, Jr.
SAM L. JENKINS, JR., APLC
ATTORNEY AT LAW
La. Bar Roll # 1441
2419 Kings Highway
Shreveport, LA 71103
(318) 636-4266
sam.jenkinslaw@bellsouth.net

Counsel for U.S. Consults, LLC