# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| AKORN, INC., *et al.*,[1] | ) Case No. 20-11177 (KBO) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON JUNE 24, 2020 AT 1:00 P.M. (PREVAILING EASTERN TIME)[2]**

## I. UNCONTESTED MATTERS WITH CERTIFICATIONS OF COUNSEL OR CERTIFICATES OF NO OBJECTION:

1. Debtors' Motion Seeking Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (II) Granting Related Relief [Docket No. 95 – filed May 22, 2020]

    Objection/Response Deadline:    June 17, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:    None

    Related Documents:

    i.   Certification of No Objection Regarding Debtors' Motion Seeking Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (II) Granting Related Relief [Docket No. 199 – filed June 20, 2020]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

[2]  Any person who wishes to appear at the June 24, 2020 hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.* All motions and other pleadings referenced herein are available online at the following address: www.kccllc.net/akorn

Status: On June 20, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

2. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of May 20, 2020 [Docket No. 127 – filed June 3, 2020]

   Objection/Response Deadline: June 17, 2020 at 4:00 p.m. (ET); extended to June 19, 2020 at 5:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

   Objections/Responses Received:

   A. Informal comments from the U.S. Trustee

   Related Documents:

   i. Certification of Counsel Regarding Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of May 20, 2020 [Docket No. 204 – filed June 20, 2020]

   Status: On June 20, 2020, the Debtors submitted a proposed form of order under certification of counsel. Accordingly, a hearing regarding this matter is required only to the extent that the Court has any questions or concerns.

3. Application of the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 128 – filed June 3, 2020]

   Objection/Response Deadline: June 17, 2020 at 4:00 p.m. (ET)

   Objections/Responses Received: None

   Related Documents:

   i. Certification of No Objection Regarding Application of the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 200 – filed June 20, 2020]

   Status: On June 20, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

4. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors Effective as of the Petition Date [Docket No. 129 – filed June 3, 2020]

   Objection/Response Deadline:  June 17, 2020 at 4:00 p.m. (ET); extended to June 19, 2020 at 5:00 p.m. (ET) for the U.S. Trustee

   Objections/Responses Received:

   A. Informal comments from the U.S. Trustee

   Related Documents:

   i. Certification of Counsel Regarding Order Authorizing the Debtors to Employ and Retain AlixPartners, LLC as Their Financial Advisor Effective as of the Petition Date [Docket No. 205 – filed June 20, 2020]

   Status: On June 20, 2020, the Debtors submitted a proposed order under certification of counsel. Accordingly, a hearing regarding this matter is required on to the extent that the Court has any questions or comments.

5. Debtors' Application Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective as of the Petition Date [Docket No. 130 – filed June 3, 2020]

   Objection/Response Deadline:  June 17, 2020 at 4:00 p.m. (ET)

   Objections/Responses Received:  None

   Related Documents:

   i. Certificate of No Objection Regarding Debtors' Application Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective as of the Petition Date [Docket No. 201 – filed June 2020]

   Status: On June 20, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

6. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of PJT Partners LP as Investment Banker for the Debtors and Debtors in Possession, Effective as of the Petition Date [Docket No. 131 – filed June 3, 2020]

   Objection/Response Deadline:  June 17, 2020 at 4:00 p.m. (ET); extended to June 19, 2020 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee")

   Related Documents:

      i.    Certificate of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Employment and Retention of PJT Partners LP as Investment Banker for the Debtors and Debtors in Possession, Effective as of the Petition Date [Docket No. 207 – filed June 21, 2020]

    Status: On June 21, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

7.    Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Grant Thornton LLP as Tax and Advisory Consultant Effective as of the Petition Date [Docket No. 132 – filed June 3, 2020]

    Objection/Response Deadline:    June 17, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:    None

    Related Documents:

      i.    Certificate of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Grant Thornton LLP as Tax and Advisory Consultant Effective as of the Petition Date [Docket No. 203 – filed June 20, 2020]

    Status: On June 20, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

8.    Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 133 – filed June 3, 2020]

    Objection/Response Deadline:    June 17, 2020 at 4:00 p.m. (ET); extended to June 19, 2020 at 4:00 p.m. (ET) for the Committee; extended to June 19, 2020 at 5:00 p.m. (ET) for the U.S. Trustee

    Objections/Responses Received:

    A.    Informal comments from the Committee

    B.    Informal comments from the U.S. Trustee

    Related Documents:

      i.    Certification of Counsel Regarding Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 206 – filed June 20, 2020]

<blockquote>

Status: On June 20, 2020, the Debtors submitted a proposed order under certification of counsel. Accordingly, a hearing regarding this matter is required only to the extent that the Court has any questions or concerns.

</blockquote>

9. Debtors' Motion Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units, (III) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (IV) Approving the Form of and Manner for Filing Proofs of Claim, and (V) Approving Notice of Bar Dates [Docket No. 134 – filed June 3, 2020]

   Objection/Response Deadline:    June 17, 2020 at 4:00 p.m. (ET)

   Objections/Responses Received:    None

   Related Documents:

   i.  Certificate of No Objection Regarding Debtors' Motion Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units, (III) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (IV) Approving the Form of and Manner for Filing Proofs of Claim, and (V) Approving Notice of Bar Dates [Docket No. 198 – filed June 20, 2020]

   Status: On June 20, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

10. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 135 – filed June 3, 2020]

    Objection/Response Deadline:    June 17, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:    None

    Related Documents:

    i.  Certification of No Objection Regarding Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 202 – filed June 20, 2020]

    Status: On June 20, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

Wilmington, Delaware
June 22, 2020

/s/ *Brett M. Haywood*

| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
|---|---|

Paul N. Heath (No. 3704)  **KIRKLAND & ELLIS INTERNATIONAL LLP**
Amanda R. Steele (No. 5530)  Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Zachary I. Shapiro (No. 5103)  Gregory F. Pesce (admitted *pro hac vice*)
Brett M. Haywood (No. 6166)  Christopher M. Hayes (admitted *pro hac vice*)
One Rodney Square  300 North LaSalle Street
920 N. King Street  Chicago, Illinois 60654
Wilmington, Delaware 19801  Telephone:  (312) 862-2000
Telephone:  (302) 651-7700  Facsimile:  (312) 862-2200
Facsimile:  (302) 651-7701  Email:  patrick.nash@kirkland.com
Email:  heath@rlf.com  gregory.pesce@kirkland.com
steele@rlf.com  christopher.hayes@kirkland.com
shapiro@rlf.com
haywood@rlf.com  -and-

*Proposed Co-Counsel for the*  **KIRKLAND & ELLIS LLP**
*Debtors and Debtors in Possession*  **KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  nicole.greenblatt@kirkland.com

*Proposed Co-Counsel for the*
*Debtors and Debtors in Possession*