**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11177 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Bayard, P.A. ("Bayard"), and Greenberg, Whitcombe, Takeuchi & Gibson, LLP, ("Greenberg Whitcombe"), attorneys for Senju Pharmaceutical Co., Ltd., ("Senju Pharmaceutical") file this Notice of Appearance and Request for Service of Papers pursuant to sections 342 and 1109(b) of title 11 of the United States Code, §§ 101–1532, as amended (the "Bankruptcy Code"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Senju Pharmaceutical through service upon Greenberg Whitcombe and Bayard at the addresses, emails, and/or facsimile numbers set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals, Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

| | |
|---|---|
| Greenberg, Whitcombe, Takeuchi & Gibson, LLP<br>Derrick K. Takeuchi, Esq<br>21515 Hawthorne Blvd., Suite 450<br>Torrance, California 90503<br>Telephone: (310) 540–2000<br>Facsimile: (310) 540–6609<br>E-Mail:  dtakeuchi@gwtllp.com | BAYARD, P.A.<br>Scott D. Cousins (No. 3079)<br>Scott D. Jones (No. 6672)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655–5000<br>Facsimile: (302) 658–6395<br>E-mail:  scousins@bayardlaw.com<br>              sjones@bayardlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by Senju Pharmaceutical does not, shall not, and shall not be deemed to: (i) constitute the consent of Senju Pharmaceutical to entry by the Bankruptcy Court of any final order or judgment, or any other order having the effect of a final order or judgment, in any non-core proceeding or with respect to any matter for which the Bankruptcy Court lacks jurisdiction and/or constitutional authority to enter a final order, **<u>which consent is hereby withheld unless expressly granted in the future with respect to a specific issue, matter, or proceeding</u>**; (ii) waive any substantive or procedural rights of Senju Pharmaceutical, including but not limited to (a) the right to challenge the constitutional authority of the Bankruptcy Court to enter a final order or judgment on, or any other order having the effect of a final order or judgment on, any matter; (b) the right to have final orders in non-core

2

matters entered only after *de novo* review by a United States District Court judge; (c) the right to trial by jury in any proceedings so triable herein, in any associated adversary proceedings, in any litigation presently or hereafter pending in any other court, or in any other case, controversy, or proceeding; (d) the right to seek withdrawal of the bankruptcy reference by a United States District Court in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, remedies, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which Senju Pharmaceutical is or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, remedies, actions, arguments, counterarguments, defenses, setoffs, and recoupments are expressly reserved.

Dated:  June 22, 2020
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655–5000
Facsimile: (302) 658–6395
E-mail:  scousins@bayardlaw.com
         sjones@bayardlaw.com

-and-

Greenberg, Whitcombe, Takeuchi & Gibson, LLP
Derrick K. Takeuchi, Esq
21515 Hawthorne Blvd., Suite 450
Torrance, California 90503
Telephone: (310) 540–2000
Facsimile: (310) 540–6609
E-Mail:  dtakeuchi@gwtllp.com

*Counsel for Senju Pharmaceutical Co., Ltd.*