**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AKORN, INC., *et al.*,[1] | ) |
| | ) Case No. 20-11177 (KBO) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**CERTIFICATE OF SERVICE**

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On June 17, 2020, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email upon the service list attached hereto as **Exhibit A**; and via First Class mail upon the service list attached hereto as **Exhibit B**:

- **Certification of Counsel Regarding Scheduling of Omnibus Hearing Date** [Docket No. 184]

- **Order Scheduling Omnibus Hearing Date** [Docket No. 185]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: June 23, 2020

/s/ Travis R. Buckingham
Travis R. Buckingham
KCC
222 N Pacific Coast Hwy
Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:  Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC.  The location of the Debtors' service address is:  1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| AK AG Office | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Top 30 | AMAZON.COM SERVICES INC | Kyle Templeton; Gabrielle Lewnes | kyltempl@amazon.com; abboudg@amazon.com |
| Top 30 | AMERISOURCEBERGEN GLOBAL SERVICES | Heather Odenwelder | HOdenwelder@amerisourcebergen.com |
| Top 30 | AMRI RENSSELAER INC | Steve Lichter | steve.lichter@amriglobal.com |
| AZ AG Office | Arizona Attorney General | Attn Bankruptcy Department | AGInfo@azag.gov |
| AR AG Office | Arkansas Attorney General | Attn Bankruptcy Department | oag@ArkansasAG.gov |
| Top 30 | BERLIN PACKAGING LLC | Andrew Berlin | andrew.berlin@berlinpackaging.com |
| Counsel to United States Pharmacopeia | Blakeley LLP | Scott E. Blakeley | SEB@BlakeleyLLP.com |
| Counsel to NSF Health Sciences, LLC | Bodman PLC | Ralph E. McDowell | rmcdowell@bodmanlaw.com |
| Counsel to McKesson Corporation, on behalf of itself and Certain Corporate Affiliates and ClarusOne Sourcing Services LLP | Buchalter, a Professional Corporation | Jeffrey K. Garfinkle, Esq | jgarfinkle@buchalter.com |
| Top 30 | CARDINAL HEALTH | Kelli Jones | kelli.jones@cardinalhealth.com |
| Top 30 | CATALENT PHARMA SOLUTIONS | Shaun Tooker | Shaun.Tooker@catalent.com |
| Top 30 | CLARUSONE SOURCING SERVICES LLP | Sarah O Larson | sarah.larson@clarusonesourcing.com |
| CT AG Office | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Top 30 | CVS Health Corporation | Scott Griffin | Scott.Griffin@CVSHealth.com |
| DE AG Office | Delaware Attorney General | Kathy Jennings | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 | DEPARTMENT OF VETERANS AFFAIRS | Erik Boehmke | ERIK.BOEHMKE@VA.GOV |
| DC AG Office | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Top 30 | DOUGLAS PHARMACEUTICALS AMERICA LIMITED | Kent Durbin | kentd@douglas.co.nz |
| Committee of Unsecured Creditors | Douglas Pharmaceuticals America Ltd. | Kent Durbin | kentd@douglas.co.nz |
| Counsel to Catalent Pharma Solutions LLC | Duane Morris LLP | Keri L. Wintle, Esq. | KLWintle@duanemorris.com |
| Counsel to Catalent Pharma Solutions LLC | Duane Morris LLP | Sommer L. Ross, Esq. | SLRoss@duanemorris.com |
| Top 30 | EAGLE PHARMACY LLC | Stacy Huss | shuss@eaglesfp.com |
| Counsel to DXC Technology Services, LLC | Eckert Seamans Cherin & Mellott, LLC | Christopher L. Perkins | cperkins@eckertseamans.com |
| Counsel for Douglas Pharmaceuticals, Ltd | Eckert Seamans Cherin & Mellott, LLC | Gary M. Schildhorn, Esq. | gschildhorn@eckertseamans.com |
| Counsel for Douglas Pharmaceuticals, Ltd | Eckert Seamans Cherin & Mellott, LLC | Tara L. Lattomus, Esq. | tlattomus@eckertseamans.com |
| Counsel to Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC | Entwistle & Cappucci LLP | Attn Andrew Entwistle | aentwistle@entwistle-law.com |
| Counsel to Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC | Entwistle & Cappucci LLP | Attn Joshua K. Porter | jporter@entwistle-law.com |
| Top 30 | EXPRESS SCRIPTS INC | Jason Parrish; Lynn Fernandez | JMParrish@express-scripts.com; Lynn.Fernandez@econdisc.net |
| Counsel to Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC | Farnan LLP | Attn Brian E. Farnan, Michael J. Farnan | bfarnan@farnanlaw.com; mfarnan@farnanlaw.com |
| Top 30 | FRESENIUS KABI USA, LLC | Jack C. Silhavy | Jack.Silhavy@fresenius-kabi.com |
| Committee of Unsecured Creditors | Gabelli Funds, LLC | David M. Goldman, Esq. | dgoldman@gabelli.com |
| Top 30 | GDL INTERNATIONAL | Marcy Enneking | marcy@gdlinternational.com |
| GA AG Office | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to the Ad Hoc Term Lender Group under their Prepetition Term Loan Facility, Term DIP Lenders, and Stalking Horse Bidder | Gibson, Dunn & Crutcher LLP | Attn Scott J. Greenberg, Steven A. Domanowski, Jeremy D. Evans | sgreenberg@gibsondunn.com; sdomanowski@gibsondunn.com; jevans@gibsondunn.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| HI AG Office | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Top 30 | HEALTH TRUST PURCHASING GROUP | Chris Little | Thomas.little@healthtrustpg.com; hpgsvc@healthtrustpg.com |
| Counsel to Thermo Fisher Scientific | Hiller Law, LLC | Adam Hiller | ahiller@adamhillerlaw.com |
| Top 30 | HUMANA PHARMACY SOLUTIONS | Mike Vezza | MVezza@humana.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| IA AG Office | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Keller Lenkner LLC | Ashley Keller, Seth Meyer | ack@kellerlenkner.com; sam@kellerlenkner.com |
| Top 30 | LABORATOIRE UNITHER | Eric Goupil | eric.goupil@unither-pharma.com |
| Top 30 | LEADIANT BIOSCIENCES INC | Michael Minarich | michael.minarich@leadiant.com |
| LA AG Office | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov |
| Counsel to AQR Funds  - AQR Multi-Strategy Alternative Fund, AQR Absolute Return Master Account L.P., AQR DELTA Sapphire Fund, L.P., AQR DELTA XN Master Account, L.P., AQR Funds; AQR Diversified Arbitrage Fund, CNH Master Account, L.P., LUMYNA ; AQR Global Relative Value UCITS Fund, AQR DELTA Master Account, L.P., AQR Global Alternative Premia Master Account, L.P., Magnetar Constellation Fund II-PRA LP, Magnetar Systematic Multi-Strategy Master Fund Ltd, Magnetar PRA Master Fund Ltd, Magnetar MSW Master Fund Ltd, MProved Systematic Merger Arbitrage Fund, MProved Systematic Multi-Strategy Fund, AMX Master – Magnetar – Passive Risk Arbitrage, Blackstone Alternative Multi-Strategy Sub Fund IV LLC, Blackstone Diversified Multi-Strategy Fund, Manikay Master Fund, LP, Manikay Merger Fund, LP, Twin Master Fund, Ltd., Twin Opportunities Fund, LP, and Twin Securities, Inc. | Lowenstein Sandler LLP | Lawrence M. Rolnick, Esq., Michael J. Hampson, Esq., Wojciech F. Jung, Esq. | lrolnick@lowenstein.com; mhampson@lowenstein.com; wjung@lowenstein.com |
| MD AG Office | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| MA AG Office | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Committee of Unsecured Creditors | McKesson Corporation | Ben Carlsen, Esq. | ben.carlsen@mckesson.com |
| Top 30 | MCKESSON CORPORATION | John Pulido Johnson | John.Johnson3@McKesson.com |
| MI AG Office | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| MO AG Office | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Morgan & Morgan | James Young | jyoung@forthepeople.com |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Morgan & Morgan | Juan R. Martinez | juanmartinez@forthepeople.com |
| Top 30 | MORRIS & DICKSON CO LTD | Paul Dickson | pmdjr@morrisdickson.com; info@morrisdickson.com |
| NE AG Office | Nebraska Attorney General | Attn Bankruptcy Department | ago.info.help@nebraska.gov |
| NV AG Office | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| NH AG Office | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| NC AG Office | North Carolina Attorney General | Attn Bankruptcy Department | dlennon@ncdoj.gov |
| ND AG Office | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| Top 30 | NSF HEALTH SCIENCES LLC | Maxine Fritz | Mfritz@nsf.org; nsfbilling@nsf.org |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane Leamy | jane.leamy@usdoj.com |
| Top 30 | OPTISOURCE LLC | Matt Adams | optisource.matt@gmail.com |
| Top 30 | OPTUMRX INC | Kent Rogers | KENT.ROGERS@OPTUM.COM |
| OR AG Office | Oregon Attorney General | Attn Bankruptcy Department | Fred.Boss@doj.state.or.us |
| Counsel for Fresenius Kabi AG | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Claudia R. Tobler, Esq | ctobler@paulweiss.com |
| Counsel for Fresenius Kabi AG | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Lewis R. Clayton, Esq., Kelley A. Cornish, Esq. | lclayton@paulweiss.com; kcornish@paulweiss.com |
| Top 30 | PD SUB LLC | Brian Scanlan | bscanlan@particledynamics.com |
| Counsel for Fresenius Kabi AG | Potter Anderson & Corroon LLP | L. Katherine Good, Aaron H. Stulman | kgood@potteranderson.com; astulman@potteranderson.com |
| Committee of Unsecured Creditors | Rising Pharma Holdings, Inc. | Dipesh Patel | dpatel@risingpharma.com |
| Counsel to Quantic Group, Ltd. | Saiber LLC | John M. August | JAugust@saiber.com |
| Top 30 | Santen Pharmaceutical Co Ltd | Ken Araki | ken.araki@santen.com |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Marc Berger Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel for DP West Lake at Conway, LLC | Singer & Levick, P.C. | Michelle E. Shriro, Esq. | mshriro@singerlevick.com |
| SD AG Office | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Stevens & Lee, P.C. | Joseph H. Huston, Jr., David W. Giattino | jhh@stevenslee.com; dwg@stevenslee.com |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Stevens & Lee, P.C. | Nicholas F. Kajon, Constantine D. Pourakis | nfk@stevenslee.com; cp@stevenslee.com |
| Top 30 | TARGET CORPORATION | Becky Fait | Becky.Fait@target.com |
| Counsel to Quantic Group, Ltd. | The Rosner Law Group LLC | Frederick B. Rosner, Jason A. Gibson | rosner@teamrosner.com; gibson@teamrosner.com |
| Top 30 | Thermo Fisher Scientific | Isabelle Lafosse | isabelle.lafosse@thermofisher.com |
| Counsel to Thermo Fisher Scientific | Tucker Arensberg | Sloane B. O'Donnell, Jordan S. Blask | sodonnell@tuckerlaw.com; jblask@tuckerlaw.com |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| UT AG Office | Utah Attorney General | Attn Bankruptcy Department | uag@utah.gov |
| VT AG Office | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| VA AG Office | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Top 30 | Vizient Inc | Gloria Sumler | gloria.sumler@vizientinc.com |
| Committee of Unsecured Creditors | Walgreen Co. | Darin Osmond, Esq. | darin.osmond@walgreens.com |
| Top 30 | WALGREENS | Zachary Mikulak | zachary.mikulak@walgreens.com |
| Top 30 | WALMART | Dick Derks | DDerks@walmart.com |
| WA AG Office | Washington Attorney General | Attn Bankruptcy Department | emailago@atg.wa.gov |
| WV AG Office | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to the Prepetition Term Loan Agent and DIP Agent | Wilmer Cutler Pickering Hale and Dorr LLP | Attn Andrew Goldman | andrew.goldman@wilmerhale.com |
| Counsel to the Prepetition Term Loan Agent and DIP Agent | Wilmer Cutler Pickering Hale and Dorr LLP | Benjamin W. Loveland, Esq. | benjamin.loveland@wilmerhale.com |
| Successor Administrative Agent under the Term Loan Credit Agreement (the "Term Loan Agent") | Wilmington Savings Fund Society, FSB | Attn Geoffrey J. Lewis | glewis@wsfsbank.com |
| WI AG Office | Wisconsin Attorney General | Attn Bankruptcy Department | radkeke@doj.state.wi.us |
| WY AG Office | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |
| Counsel to the Prepetition Term Loan Agent and DIP Agent and Ad Hoc Term Lender Group | Young Conaway Stargatt & Taylor, LLP | Robert S. Brady, Esq., Robert F. Poppiti, Jr., Esq., Allison S. Mielke, Esq. | rbrady@ycst.com; rpoppiti@ycst.com; amielke@ycst.com |

In re: Akorn, Inc., et al.
Case No.: 20-11177

Page 3 of 3

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AL AG Office | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | Montgomery | AL | 36104-0152 | |
| AK AG Office | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 | |
| Top 30 | AMAZON.COM SERVICES INC | Kyle Templeton; Gabrielle Lewnes | 410 Terry Ave N | | Seattle | WA | 98109 | |
| Top 30 | AMERISOURCEBERGEN GLOBAL SERVICES | Heather Odenwelder | 1300 Morris Drive | | Chesterbrook | PA | 19087 | |
| Top 30 | AMRI RENSSELAER INC | Steve Lichter | Organichem Corp 21 Corporate Circle | | Albany | NY | 12203 | |
| AZ AG Office | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | |
| AZ AG Office | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | Phoenix | AZ | 85005-6123 | |
| AR AG Office | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | Little Rock | AR | 72201-2610 | |
| Top 30 | BERLIN PACKAGING LLC | Andrew Berlin | 525 West Monroe, 14th Floor | | Chicago | IL | 60661 | |
| CA AG Office | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 | |
| Top 30 | CARDINAL HEALTH | Kelli Jones | 7000 Cardinal Place | | Dublin | OH | 43017 | |
| Top 30 | CATALENT PHARMA SOLUTIONS | Shaun Tooker | 14 Schoolhouse Road | | Somerset | NJ | 08873 | |
| Top 30 | CLARUSONE SOURCING SERVICES LLP | Sarah O Larson | 6 St Andrew Street | | London | | EC4A 3AE | United Kingdom |
| CO AG Office | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | Denver | CO | 80203 | |
| CT AG Office | Connecticut Attorney General | Attn Bankruptcy Department | 55 Elm St. | | Hartford | CT | 06106 | |
| Top 30 | CVS Health Corporation | Scott Griffin | Attn MC 1110 | One CVS Drive | Woonsocket | RI | 02895 | |
| DE AG Office | Delaware Attorney General | Kathy Jennings | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 | |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax | 401 Federal Street | PO Box 898 | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 | |
| Top 30 | DEPARTMENT OF VETERANS AFFAIRS | Erik Boehmke | P.O. Box 76, 1st Avenue | One Block North of 22nd Street | Hines | IL | 60141 | |
| DC AG Office | District of Columbia Attorney General | Attn Bankruptcy Department | 441 4th Street NW Suite 1100S | | Washington | DC | 20001 | |
| Top 30 | DOUGLAS PHARMACEUTICALS AMERICA LIMITED | Kent Durbin | 1 Central Park Drive | Lincoln | Auckland | | 0610 | New Zealand |
| Committee of Unsecured Creditors | Douglas Pharmaceuticals America Ltd. | Kent Durbin | Te Pai Place | | Henderson | | | New Zealand |
| DEA Philadelphia Division | Drug Enforcement Agency | | 600 Arch St Rm 10224 | Wm J Green Fed Bldg | Philadelphia | PA | 19106 | |
| Counsel to Catalent Pharma Solutions LLC | Duane Morris LLP | Keri L. Wintle, Esq. | 100 High Street, Suite 2400 | | Boston | MA | 02110-1724 | |
| Top 30 | EAGLE PHARMACY LLC | Stacy Huss | 350 EAGLES LANDING DRIVE | | LAKELAND | FL | 33810 | |
| Counsel to DXC Technology Services, LLC | Eckert Seamans Cherin & Mellott, LLC | Christopher L. Perkins | 919 East Main Street, Suite 1300 | | Richmond | VA | 23219 | |
| Counsel for Douglas Pharmaceuticals, Ltd | Eckert Seamans Cherin & Mellott, LLC | Gary M. Schildhorn, Esq. | Two Liberty Place, 22nd Floor | 50 South 16th Street | Philadelphia | PA | 19102 | |
| Top 30 | EXPRESS SCRIPTS INC | Jason Parrish; Lynn Fernandez | One Express Way | | St Louis | MO | 63121 | |
| FL AG Office | Florida Attorney General | Attn Bankruptcy Department | The Capitol PL-01 | | Tallahassee | FL | 32399-1050 | |
| FDA | Food and Drug Administration | | 10903 New Hampshire Ave | | Silver Spring | MD | 20993-0002 | |

In re: Akorn, Inc., et al.
Case No.: 20-11177

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Top 30 | FRESENIUS KABI USA, LLC | Jack C. Silhavy | Three Corporate Drive | | Lake Zurich | IL | 60047 | |
| Committee of Unsecured Creditors | Gabelli Funds, LLC | David M. Goldman, Esq. | One Corporate Center | | Rye | NY | 10580 | |
| Top 30 | GDL INTERNATIONAL | Marcy Enneking | 3715 Beck Rd | | St Joseph | MO | 64506 | |
| GA AG Office | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 | |
| Counsel to the Ad Hoc Term Lender Group under their Prepetition Term Loan Facility, Term DIP Lenders, and Stalking Horse Bidder | Gibson, Dunn & Crutcher LLP | Attn Scott J. Greenberg, Steven A. Domanowski, Jeremy D. Evans | 200 Park Avenue | | New York | NY | 10166 | |
| HI AG Office | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | Honolulu | HI | 96813 | |
| Top 30 | HEALTH TRUST PURCHASING GROUP | Chris Little | 1100 Dr Martin L King JR Blvd Ste 1100 | | Nashville | TN | 37203 | |
| Top 30 | HUMANA PHARMACY SOLUTIONS | Mike Vezza | 500 WEST MAIN STREET 7TH FLOOR | | LOUISVILLE | KY | 40202 | |
| ID AG Office | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | Boise | ID | 83720-0010 | |
| IL AG Office | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | Chicago | IL | 60601 | |
| IN AG Office | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | Indianapolis | IN | 46204 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| IA AG Office | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | Des Moines | IA | 50319 | |
| KS AG Office | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | Topeka | KS | 66612-1597 | |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Keller Lenkner LLC | Ashley Keller, Seth Meyer | 150 North Riverside Plaza, Suite 4270 | | Chicago | IL | 60606 | |
| KY AG Office | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 | |
| Top 30 | LABORATOIRE UNITHER | Eric Goupil | Groupe Unither Espace Industriel Nord | 151 Rue Andre Durouchez | Amiens | | 80 80080 | France |
| Top 30 | LEADIANT BIOSCIENCES INC | Michael Minarich | 800 South Frederick Avenue Suite 300 | | Gaithersburg | MD | 20877 | |
| LA AG Office | Louisiana Attorney General | Attn Bankruptcy Department | 1885 North Third Street | | Baton Rouge | LA | 70802 | |
| ME AG Office | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333 | |
| MD AG Office | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | |
| MA AG Office | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | | Boston | MA | 02108-1518 | |
| Committee of Unsecured Creditors | McKesson Corporation | Ben Carlsen, Esq. | 1564 Northeast Expressway | | Atlanta | GA | 30329 | |
| Top 30 | MCKESSON CORPORATION | John Pulido Johnson | 6535 N. State Highway 161 | | Irving | TX | 75039 | |
| MI AG Office | Michigan Attorney General | Attn Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| MN AG Office | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | St Paul | MN | 55101-2131 | |
| MS AG Office | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| MO AG Office | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | Jefferson City | MO | 65101 | |
| MT AG Office | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | Helena | MT | 59620-1401 | |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Morgan & Morgan | James Young | 76 South Laura Street, Suite 1100 | | Jacksonville | FL | 32202 | |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Morgan & Morgan | Juan R. Martinez | 201 North Franklin Street, 7th Floor | | Tampa | FL | 33602 | |
| Top 30 | MORRIS & DICKSON CO LTD | Paul Dickson | 10301 Highway 1 South | | Shreveport | LA | 71115 | |
| NE AG Office | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | Lincoln | NE | 68509 | |
| NV AG Office | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | Carson City | NV | 89701 | |
| NH AG Office | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | Concord | NH | 03301 | |

In re: Akorn, Inc., et al.
Case No.: 20-11177

Page 2 of 4

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| NJ AG Office | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St PO Box 080 | Trenton | NJ | 08625-0080 | |
| NM AG Office | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | Santa Fe | NM | 87501 | |
| NY AG Office | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | Albany | NY | 12224-0341 | |
| NC AG Office | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | |
| ND AG Office | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | Bismarck | ND | 58505-0040 | |
| Top 30 | NSF HEALTH SCIENCES LLC | Maxine Fritz | 2001 PENNSYLVANIA AVENUE STE 950 | | WASHINGTON | DC | 20006 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane Leamy | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 | |
| OH AG Office | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | Columbus | OH | 43215-0410 | |
| OK AG Office | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | Oklahoma City | OK | 73105 | |
| Top 30 | OPTISOURCE LLC | Matt Adams | 7500 Flying Cloud Dr | | Eden Prairie | MN | 55344 | |
| Top 30 | OPTUMRX INC | Kent Rogers | 2858 Loker Ave E Ste 100 | | Carlsbad | CA | 92010 | |
| OR AG Office | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | Salem | OR | 97301-4096 | |
| Counsel for Fresenius Kabi AG | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Claudia R. Tobler, Esq | 2001 K Street, NW | | Washington | DC | 20006 | |
| Counsel for Fresenius Kabi AG | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Lewis R. Clayton, Esq., Kelley A. Cornish, Esq. | 1285 Avenue of the Americas | | New York | NY | 10019 | |
| Top 30 | PD SUB LLC | Brian Scanlan | 2629 S Hanley Rd | | St Louis | MO | 63144 | |
| PA AG Office | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 | |
| PR AG Office | Puerto Rico Attorney General | | PO Box 902192 | | San Juan | PR | 00902-0192 | |
| RI AG Office | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | Providence | RI | 02903 | |
| Committee of Unsecured Creditors | Rising Pharma Holdings, Inc. | Dipesh Patel | 2 Tower Center Blvd., Suite 1401 | | East Brunswick | NJ | 08816 | |
| Counsel to Quantic Group, Ltd. | Saiber LLC | John M. August | 18 Columbia Turnpike, Suite 200 | | Florham Park | NJ | 07932 | |
| Top 30 | Santen Pharmaceutical Co Ltd | Ken Araki | 4-20, Ofukacho | Kta-Ku Grand Front Osaka Tower A | Osaka | | JP 530-8552 | Japan |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | |
| SC AG Office | South Carolina Attorney General | Attn Bankruptcy Department | Rembert C. Dennis Office Bldg. | 1000 Assembly St Room 519 | Columbia | SC | 29201 | |
| SD AG Office | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Stevens & Lee, P.C. | Joseph H. Huston, Jr., David W. Giattino | 919 North Market Street, 13th Floor | | Wilmington | DE | 19801 | |
| Top 30 | TARGET CORPORATION | Becky Fait | 1000 Nicollet Mall | | Minneapolis | MN | 55403 | |
| TN AG Office | Tennessee Attorney General | Attn Bankruptcy Department | 425 5th Avenue North | | Nashville | TN | 37243 | |
| TX AG Office | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | Austin | TX | 78701 | |
| Top 30 | Thermo Fisher Scientific | Isabelle Lafosse | 168 Third Avenue | | Waltham | MA | 02451 | |
| Counsel to Thermo Fisher Scientific | Tucker Arensberg | Sloane B. O'Donnell, Jordan S. Blask | 1500 One PPG Place | | Pittsburgh | PA | 15222 | |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 | |
| UT AG Office | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | Salt Lake City | UT | 84114-2320 | |

In re: Akorn, Inc., et al.
Case No.: 20-11177

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| VT AG Office | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | Montpelier | VT | 05609-1001 | |
| VA AG Office | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | Richmond | VA | 23219 | |
| Top 30 | Vizient Inc | Gloria Sumler | 290 East John Carpenter Freeway | | Irving | TX | 75062 | |
| Committee of Unsecured Creditors | Walgreen Co. | Darin Osmond, Esq. | 104 Wilmot Rd, 4th Floor | MS 144P | Deerfield | IL | 60015 | |
| Top 30 | WALGREENS | Zachary Mikulak | 108 Wilmot Rd | | Deerfield | IL | 60015 | |
| Top 30 | WALMART | Dick Derks | 702 Southwest 8th St | | Bentonville | AR | 72716 | |
| WA AG Office | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | Olympia | WA | 98504-0100 | |
| WV AG Office | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | Charleston | WV | 25305 | |
| Successor Administrative Agent under the Term Loan Credit Agreement (the "Term Loan Agent") | Wilmington Savings Fund Society, FSB | Attn Geoffrey J. Lewis | 500 Delaware Avenue | | Wilmington | DE | 19801 | |
| WI AG Office | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | Madison | WI | 53707-7857 | |
| WY AG Office | Wyoming Attorney General | Attn Bankruptcy Department | 2320 Capitol Avenue | Kendrick Building | Cheyenne | WY | 82002 | |