# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **AKORN, INC., et al.,** | : Case No. 20-11177 (KBO) |
| | : |
| **Debtor.** | : |
| | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Edmond M. George, Esquire to represent AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, and 1199SEIU Licensed Practical Nurses Welfare Fund ("The Funds") in this action.

Dated: June 24, 2020            **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By: */s/ Leslie B. Spoltore*
Leslie B. Spoltore (No. 3605)
123 S. Justison Street, Suite 100
Wilmington, DE 19801-5364
Telephone: (302) 238-6947
Email: leslie.spoltore@obermayer.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission pro hac vice is granted.

1

OMC\4818-0757-2417.v1-6/24/20

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, the district of Washington, D.C., United States District Court of New Jersey, United States District Court for the Eastern District of Pennsylvania, and the Third Circuit Court of Appeals and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund, revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date:  June 24, 2020         **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By:  *Edmond M. George*
Edmond M. George, Esq.
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Telephone: (215) 665-3140
Email: edmond.george@obermayer.com