UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AKORN, INC., *et al.*, | ) | Case No. 20-11177-KBO |
| | ) | |
| Debtors. | ) | Hon. Karen B. Owens |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF PAPERS AND TO BE ADDED TO BANKRUPTCY MATRIX
ON BEHALF OF PREMIER GROUP**

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Premier Group, a Michigan nonprofit corporation, in the above-captioned bankruptcy case, and, pursuant to Bankruptcy Rule 2002, requests that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon him at the address and e-mail set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or any of the foregoing and any other document brought before this Court with respect to these proceedings, whether

03277291 v1

formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise.

                            MADDIN, HAUSER, ROTH & HELLER, P.C.

                      By: */s/ Earle I. Erman*
                            Earle I. Erman  (P24296)
                            Counsel for Premier Group
                            28400 Northwestern Hwy., 2nd Floor
                            Southfield, MI  48034
                            (248) 208-0710
                            eerman@maddinhauser.com

DATED:    June 25, 2020

03277291 v1