**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Akorn, Inc., *et al.,* | ) | Case No. 20-11177 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of J. Knipper and Company, Inc., a creditor and party in interest ("Knipper). Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned demands that notice of all matters be served upon the following counsel:

> Susan E. Kaufman, Esquire
> Law Office of Susan E. Kaufman, LLC
> 919 North Market Street, Suite 460
> Wilmington, DE 19801
> Ph. (302) 472-7420
> Fax: (302) 792-7420
> skaufman@skaufmanlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all papers, notices, reports, pleadings, motions, applications, disclosure statements of any kind, plans, answering or reply papers, in this case and in all contested matters.

PLEASE TAKE FURTHER NOTICE that Knipper requests that its attorney at the address above be added to any service list in this case.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of Knipper to (i) have final orders in non-core matters entered only after

2

*de novo* review by a District Judge (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which it may be entitled, which it expressly reserves.

Date: June 19, 2020
   Wilmington, Delaware

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
M. Claire McCudden (DSB# 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Attorneys for J. Knipper and Company, Inc.

16636626.1