**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AKORN, INC., et al.[1] | Case No.  20-11177 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Iron Mountain Information Management, Inc. (collectively, "Iron Mountain"), hereby appear through its counsel, Hackett Feinberg, a Professional Corporation, and requests that, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), § 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), and Del. Bankr. L.R. 2002-1(d), Iron Mountain be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or any proceeding herein, be served upon the below-listed counsel at the following mailing or e-mail addresses or facsimile numbers:

> Frank F. McGinn
> Bartlett Hackett Feinberg P.C.
> 155 Federal Street, 9th Floor
> Boston, MA  02110
> Tel. (617) 422-0200
> Fax. (617) 422-0383
> E-mail: ffm@bostonbusinesslaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the abovementioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit are not intended as, nor shall be deemed, a consent to or waiver of Iron Mountain's: (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claim, actions, defenses, setoffs, or recoupments to which Iron Mountain is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

    Respectfully submitted,
Iron Mountain Information Management, Inc.
By its attorneys,

Dated:  July 2, 2020    */s/ Frank F. McGinn*
Frank F. McGinn (Massachusetts BBO# 564729)
ffm@bostonbusinesslaw.com
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
Tel. (617) 422-0200
Fax. (617) 422-0383

**CERTIFICATE OF SERVICE**

I, Frank F. McGinn, hereby certify that on July 2, 2020, the foregoing document was electronically filed via the Court's CM/ECF system and thereby served on the following parties having to consented to electronic service:

- **Jason Binford**    Jason.binford@oag.texas.gov
- **Scott E. Blakeley**    seb@blakeleyllp.com, ecf@blakeleyllp.com
- **William Pierce Bowden**    wbowden@ashby-geddes.com
- **Robert S. Brady**    bankfilings@ycst.com
- **Shawn M. Christianson**    schristianson@buchalter.com, cmcintire@buchalter.com
- **Scott D. Cousins**    scousins@bayardlaw.com, kmccloskey@bayardlaw.com
- **Andrew J. Entwistle**    aentwistle@entwistle-law.com
- **Earle I. Erman**    eerman@maddinhauser.com
- **Brian E Farnan**    bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
- **Michael J. Farnan**    mfarnan@farnanlaw.com, tfarnan@farnanlaw.com
- **Jeffrey K. Garfinkle**    jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **David William Giattino**    dwg@stevenslee.com
- **Jason A. Gibson**    gibson@teamrosner.com
- **Steven A. Ginther**    deecf@dor.mo.gov
- **Andrew N. Goldman**    andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com
- **L. Katherine Good**    kgood@potteranderson.com, cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
- **Scott J Greenberg**    sgreenberg@gibsondunn.com
- **Christopher M Hayes**    Christopher.hayes@kirkland.com
- **Brett Michael Haywood**    haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com
- **Paul Noble Heath**    heath@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Adam Hiller**    ahiller@adamhillerlaw.com
- **Joseph H. Huston**    jhh@stevenslee.com
- **Sam L Jenkins**    sam.jenkinslaw@bellsouth.net
- **Wojciech F. Jung**    wjung@lowenstein.com, bnathan@lowenstein.com
- **Nicholas F. Kajon**    nfk@stevenslee.com
- **Albert Kass**    ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
- **Susan E. Kaufman**    skaufman@skaufmanlaw.com
- **Ashley C Keller**    docket@kellerlenkner.com

- **Kurtzman Carson Consultants LLC**   info@kccllc.com, ecfpleadings@kccllc.com
- **Tara L. Lattomus**   delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com
- **Jane M. Leamy**   jane.m.leamy@usdoj.gov
- **Benjamin W. Loveland**   benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com
- **Garvan F. McDaniel**   gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
- **Ralph Edward McDowell**   rmcdowell@bodmanlaw.com
- **Seth Adam Meyer**   SAM@KELLERLENKNER.COM, 3783558420@filings.docketbird.com,docket@kellerlenkner.com
- **Andreas D Milliaressis**   adm@stevenslee.com
- **Layla Milligan**   layla.milligan@oag.texas.gov
- **Mark Minuti**   mark.minuti@saul.com, robyn.warren@saul.com
- **J. Zachary Noble**   noble@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Michael Parker**   Michael.Parker@nortonrosefulbright.com
- **Gregory Pesce**   gregory.pesce@kirkland.com, ecf-9b7a1a52c6e8@ecf.pacerpro.com
- **Robert F. Poppiti, Jr.**   bankfilings@ycst.com
- **Joshua K. Porter**   jporter@entwistle-law.com
- **Constantine D. Pourakis**   cp@stevenslee.com
- **Jason Custer Powell**   jpowell@delawarefirm.com, dtroiano@delawarefirm.com
- **Reliable Companies**   gmatthews@reliable-co.com
- **Frederick B. Rosner**   rosner@teamrosner.com
- **Sommer Leigh Ross**   slross@duanemorris.com, AutoDocketWILM@duanemorris.com
- **LESLIE B. SPOLTORE**   leslie.spoltore@obermayer.com, michelle.rennalls@obermayer.com
- **Zachary I Shapiro**   shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Michelle E. Shriro**   mshriro@singerlevick.com, scotton@singerlevick.com
- **Sarah Silveira**   silveira@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Catherine Steege**   csteege@jenner.com, docketing@jenner.com;mroot@jenner.com;WHughes@jenner.com;LRaiford@jenner.com;WWilliams@jenner.com
- **Amanda R. Steele**   steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Aaron H. Stulman**   astulman@potteranderson.com, lhuber@potteranderson.com;cgiobbe@potteranderson.com;bankruptcy@potteranderson.com

- **William F. Taylor**   bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV

*/s/ Frank F. McGinn*
Frank F. McGinn
