IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AKORN, INC., *et al.*,[1] | Case No. 20-11177 (KBO) |
| Debtors. | (Jointly Administered)<br>Hearing Date: July 21, 2020 at 3:30 p.m. (prevailing ET)<br>Objection Deadline: July 15, 2020 at 4:00 p.m. (ET)<br><br>**Re:  Docket Nos. 312, 313 and 314** |

**NOTICE OF HEARING ON OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
PROFESSIONALS' RETENTION APPLICATIONS**

**PLEASE TAKE NOTICE** that on July 2, 2020, the Official Committee of Unsecured Creditors of Akorn, Inc., *et al.* (the "Committee") filed the following applications with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

1. **Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Employment of Jenner & Block LLP as Its Counsel Effective as of June 8, 2020** [Docket No. 312];

2. **Application of the Official Committee of Unsecured Creditors for the Entry of an Order Authorizing the Employment and Retention of Saul Ewing Arnstein & Lehr LLP as Co-Counsel to the Official Committee of Unsecured Creditors, Effective as of June 10, 2020** [Docket No. 313] and

3. **Application of the Official Committee of Unsecured Creditors for Entry of Order Authorizing the Retention and Employment of Huron Consulting Services LLC as Its Financial Advisors Effective as of June 9, 2020** [Docket No. 314]

(collectively, the "Retention Applications").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of orders approving the Retention Applications must be (a) in writing and served on or before **July 15, 2020 at 4:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline"); (b) filed with the Clerk of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:  Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC.  The location of the Debtors' service address is:  1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the Committee.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order granting the *Motion to Shorten Notice Period With Respect to the Official Committee of Unsecured Creditors' Applications to Retain Professionals* [Docket No. 319], a hearing on the Retention Applications shall be held on **July 21, 2020 at 3:30 p.m. (prevailing Eastern Time)** before the Honorable Karen B Owens, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

IF NO OBJECTION OR RESPONSE TO THE RETENTION APPLICATIONS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE RETENTION APPLICATIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 2, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Lucian B. Murley (DE Bar No. 4892)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873
mark.minuti@saul.com
luke.murley@saul.com

-and-

**JENNER & BLOCK LLP**
Catherine L. Steege
Landon S. Raiford
William A. Williams
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350
csteege@jenner.com
lraiford@jenner.com
wwilliams@jenner.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*