## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AKORN, INC., *et al.*,[1] | ) | Case No. 20-11177 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 3, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Email upon the service list attached hereto as **Exhibit A**; and via First Class mail upon the service list attached hereto as **Exhibit B**:

- **Declaration of Disinterestedness of Bryan Cave Leighton Paisner LLP Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business** [Docket No. 328]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: July 10, 2020

*/s/ Travis R. Buckingham*
Travis R. Buckingham
KCC
222 N Pacific Coast Hwy
Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:  Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC.  The location of the Debtors' service address is:  1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

# Exhibit A

**Exhibit A**
**OCP Service List**
**Served via Electronic Mail**

| Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| Counsel to the Ad Hoc Term Lender Group under their Prepetition Term Loan Facility, Term DIP Lenders, and Stalking Horse Bidder | Gibson, Dunn & Crutcher LLP | Attn Scott J. Greenberg, Steven A. Domanowski, Jeremy D. Evans | sgreenberg@gibsondunn.com; sdomanowski@gibsondunn.com; jevans@gibsondunn.com |
| Proposed Co-Counsel to the Official Committee of Unsecured Creditors | Jenner & Block LLP | William A. Williams, Landon S. Raiford, Catherine L. Steege | wwilliams@jenner.com; lraiford@jenner.com; csteege@jenner.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane Leamy | jane.leamy@usdoj.com |
| Proposed Co-Counsel to the Official Committee of Unsecured Creditors | Saul Ewing Arnstein & Lehr LLP | Mark Minuti | mark.minuti@saul.com |
| Counsel to the Prepetition Term Loan Agent and DIP Agent | Wilmer Cutler Pickering Hale and Dorr LLP | Attn Andrew Goldman | andrew.goldman@wilmerhale.com |
| Counsel to the Prepetition Term Loan Agent and DIP Agent and Ad Hoc Term Lender Group | Young Conaway Stargatt & Taylor, LLP | Robert S. Brady, Esq., Robert F. Poppiti, Jr., Esq., Allison S. Mielke, Esq. | rbrady@ycst.com; rpoppiti@ycst.com; amielke@ycst.com |

# Exhibit B

**Exhibit B**
**OCP Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to the Ad Hoc Term Lender Group under their Prepetition Term Loan Facility, Term DIP Lenders, and Stalking Horse Bidder | Gibson, Dunn & Crutcher LLP | Attn Scott J. Greenberg, Steven A. Domanowski, Jeremy D. Evans | 200 Park Avenue | | New York | NY | 10166 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane Leamy | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |

In re: Akorn, Inc., et al.
Case No.: 20-11177

Page 1 of 1