IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) )  Chapter 11 ) |
| AKORN, INC., *et al.*,[1] | )  Case No. 20-11177 (KBO) ) |
| Debtors. | )  (Jointly Administered) ) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON JULY 21, 2020 AT 3:30 P.M. (PREVAILING EASTERN TIME)**[3]

**AS NO ITEMS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

I.   **MATTERS WITH PENDING CERTIFICATES OF NO OBJECTION:**

1.  Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Employment of Jenner & Block LLP As Its Counsel Effective as of June 8, 2020 [Docket No. 312 – filed July 1, 2020]

    Objection/Response Deadline:    July 15, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:   None

    Related Documents:

    i.   Order Granting Motion to Shorten Notice Period with Respect to the Official Committee of Unsecured Creditors' Applications to Retain Professionals [Docket No. 319 – entered July 2, 2020]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

[2] **Amended items appear in bold.**

[3] Any person who wishes to appear at the July 21, 2020 hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*. All motions and other pleadings referenced herein are available online at the following address: www.kccllc.net/akorn.

    ii.    Notice of Hearing on Official Committee of Unsecured Creditors' Professionals' Retention Applications [Docket No. 327 – filed July 2, 2020]

    iii.    **Certification of No Objection to Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Employment of Jenner & Block LLP As Its Counsel Effective as of June 8, 2020 [Docket No. 355 – filed July 17, 2020]**

    iv.    **Order Authorizing Employment of Jenner & Block LLP as Counsel for the Official Committee of Unsecured Creditors Effective as of June 8, 2020 [Docket No. 358 – entered July 20, 2020]**

    Status:  **On July 20, 2020, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.**

2.    Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Saul Ewing Arnstein & Lehr LLP as Co-Counsel to the Official Committee of Unsecured Creditors, Effective as of June 10, 2020 [Docket No. 313 – filed July 1, 2020]

    Objection/Response Deadline:    July 15, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:    None

    Related Documents:

    i.    Order Granting Motion to Shorten Notice Period with Respect to the Official Committee of Unsecured Creditors' Applications to Retain Professionals [Docket No. 319 – entered July 2, 2020]

    ii.    Notice of Hearing on Official Committee of Unsecured Creditors' Professionals' Retention Applications [Docket No. 327 – filed July 2, 2020]

    iii.    **Certification of No Objection to Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Saul Ewing Arnstein & Lehr LLP as Co-Counsel to the Official Committee of Unsecured Creditors, Effective as of June 10, 2020 [Docket No. 356 – filed July 17, 2020]**

    iv.    **Order Authorizing the Employment and Retention of Saul Ewing Arnstein & Lehr LLP as Delaware Counsel to the Official Committee of Unsecured Creditors, Effective as of June 10, 2020 [Docket No. 359 – entered July 20, 2020]**

    Status:  **On July 20, 2020, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.**

3.  Application of the Official Committee of Unsecured Creditors for Entry of Order Authorizing the Retention and Employment of Huron Consulting Services LLC as Its Financial Advisors Effective as of June 9, 2020 [Docket No. 314 – filed July 1, 2020]

    Objection/Response Deadline:   July 15, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:   None

    Related Documents:

    i.   Order Granting Motion to Shorten Notice Period with Respect to the Official Committee of Unsecured Creditors' Applications to Retain Professionals [Docket No. 319 – entered July 2, 2020]

    ii.  Notice of Hearing on Official Committee of Unsecured Creditors' Professionals' Retention Applications [Docket No. 327 – filed July 2, 2020]

    iii. **Certification of No Objection to Application of the Official Committee of Unsecured Creditors for Entry of Order Authorizing the Retention and Employment of Huron Consulting Services LLC as Its Financial Advisors Effective as of June 9, 2020 [Docket No. 357 – filed July 17, 2020]**

    iv.  **Order Authorizing the Employment and Retention of Huron Consulting Services LLC as Financial Advisors to the Official Committee of Unsecured Creditors Effective as of June 9, 2020 [Docket No. 360 – entered July 20, 2020]**

    Status: **On July 20, 2020, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.**

## II. MATTER GOING FORWARD:

4.  Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Certain Equity Interests in Non-Debtor Akorn India Private Limited Pursuant to 11 U.S.C. § 363 of the Bankruptcy Code, (II) Authorizing the Retention and Employment of PricewaterhouseCoopers Corporate Finance LLC in Connection Therewith, Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 269 – filed June 30, 2020]

    Objection/Response Deadline:   July 14, 2020 at 4:00 p.m. (ET); extended to July 15, 2020 for the Official Committee of Unsecured Creditors (the "Committee")

    Objections/Responses Received:   None

    Related Document:

i. Notice of Revised Proposed Order (I) Authorizing the Sale of Certain Equity Interests in Non-Debtor Akorn India Private Limited Pursuant to 11 U.S.C. § 363 of the Bankruptcy Code, (II) Authorizing the Retention and Employment of PricewaterhouseCoopers Corporate Finance LLC in Connection Therewith, Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 353 – filed July 17, 2020]

ii. **Certification of Counsel Regarding Order (I) Authorizing the Sale of Certain Equity Interests in Non-Debtor Akorn India Private Limited Pursuant to 11 U.S.C. § 363 of the Bankruptcy Code, (II) Authorizing the Retention and Employment of PricewaterhouseCoopers Corporate Finance LLC in Connection Therewith, Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 364 – filed July 21, 2020]**

iii. **Order (I) Authorizing the Sale of Certain Equity Interests in Non-Debtor Akorn India Private Limited Pursuant to 11 U.S.C. § 363 of the Bankruptcy Code, (II) Authorizing the Retention and Employment of PricewaterhouseCoopers Corporate Finance LLC in Connection Therewith, Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 365 – entered July 21, 2020]**

Status: **On July 21, 2020, the Court entered an order granting the relief requested.  Accordingly, a hearing regarding this matter is not required.**

RLF1 23742773v.1

Wilmington, Delaware
July 21, 2020

/s/ *Amanda R. Steele*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Paul N. Heath (No. 3704) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Amanda R. Steele (No. 5530) | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Gregory F. Pesce (admitted *pro hac vice*) |
| Brett M. Haywood (No. 6166) | Christopher M. Hayes (admitted *pro hac vice*) |
| One Rodney Square | 300 North LaSalle Street |
| 920 N. King Street | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 651-7700 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 651-7701 | Email: patrick.nash@kirkland.com |
| Email: heath@rlf.com | gregory.pesce@kirkland.com |
| steele@rlf.com | christopher.hayes@kirkland.com |
| shapiro@rlf.com | |
| haywood@rlf.com | -and- |

*Co-Counsel for the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   nicole.greenblatt@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*