**Exhibit A**

**Proposed Order**

# IN UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------ x : | |
| **In re** : | **Chapter 11** |
| : | |
| **AKORN, INC.,** *et al.*, : | **Case No. 20–11177 (KBO)** |
| : | **(Jointly Administered)** |
| **Debtors.**[1] : | |
| : | |
| : | |
| : | |
| : | |
| : | |
| ------------------------------------------------------ x | |

## ORDER GRANTING MOTION OF FRESENIUS KABI AG
## TO RECLASSIFY CLAIMS PURSUANT TO BANKRUPTCY RULE 3013

Upon the Motion,[2] pursuant to Bankruptcy Rule 3013 for entry of an order reclassifying under the Plan (i) the Fresenius Contract Claim in Class 4 (General Unsecured Claims) and (ii) the Shareholder Litigation Claims in Class 7 (Section 510(b) Claims); and upon consideration of the Motion and all pleadings related thereto; and due and proper notice of the Motion having been given under the circumstances; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and after due deliberation, and sufficient cause appearing therefor, IT IS HEREBY ORDERED that:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

1

1. The Motion is GRANTED.

2. The Fresenius Contract Claim is hereby classified in Class 4 (General Unsecured Claims) in the Plan.

3. The Shareholder Litigation Claims are hereby classified in Class 7 (Shareholder Litigation Claims) in the Plan.

4. The Debtors are directed to file a revised Plan reflecting the reclassification of the Fresenius Contract Claim and the Shareholder Litigation Claims.

5. Nothing in this Order shall be construed as waiving Fresenius' rights with respect to the classification, allowance, or amounts of any claims.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.