## **CERTIFICATE OF SERVICE**

    I, L. Katherine Good do hereby certify that on July 24, 2020, a copy of the foregoing *Motion of Fresenius Kabi AG to Reclassify Claims Pursuant to Bankruptcy Rule 3013* was served on the parties listed on the attached service list via email (consenting parties) and first-class mail (non-consenting).

 

                                                                 */s/ L. Katherine Good*
                                                                 L. Katherine Good (No. 5101)

## SERVICE LIST

**Exhibit**
Core/2002 Service List

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtors | Akorn, Inc. | Joseph Bonaccorsi | 1925 W. Field Court, Suite 300 | | | Lake Forest | IL | 60045 | | | | |
| AL AG Office | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | | 334-242-7300 | | |
| AK AG Office | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 | | 907-269-5100 | 907-276-3697 | attorney.general@alaska.gov |
| Top 30 | AMAZON.COM SERVICES INC | Kyle Templeton; Gabrielle Lewnes | 410 Terry Ave N | | | Seattle | WA | 98109 | | 206- 266-1000 | | kyltempl@amazon.com; abboudg@amazon.com |
| Top 30 | AMERISOURCEBERGEN GLOBAL SERVICES | Heather Odenwelder | 1300 Morris Drive | | | Chesterbrook | PA | 19087 | | 610-727-2472 | 800-640-5221 | HOdenwelder@amerisourcebergen.com |
| Top 30 | AMRI RENSSELAER INC | Steve Lichter | Organichem Corp 21 Corporate Circle | | | Albany | NY | 12203 | | 872-241-5203 | | steve.lichter@amriglobal.com |
| AZ AG Office | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | | 602-542-5025 | 602-542-4085 | AGInfo@azag.gov |
| AZ AG Office | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | | | | |
| AR AG Office | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | | 501-682-2007; 800-482-8982 | | oag@ArkansasAG.gov |
| Counsel to Senju Pharmaceutical Co., Ltd. | Bayard, P.A. | Scott D. Cousins, Scott D. Jones | 600 N. King Street, Suite 400 | | | Wilmington | DE | 19801 | | 302-655–5000 | 302-658–6395 | scousins@bayardlaw.com; sjones@bayardlaw.com |
| Top 30 | BERLIN PACKAGING LLC | Andrew Berlin | 525 West Monroe, 14th Floor | | | Chicago | IL | 60661 | | 312-876-9292; 800-723-7546; 312-965-9000 | 312-876-9290 | andrew.berlin@berlinpackaging.com |
| Counsel to United States Pharmacopeia | Blakeley LLP | Scott E. Blakeley | 18500 Von Karman Avenue, Fifth Floor | | | Irvine | CA | 92612 | | 949-260-0611 | | SEB@BlakeleyLLP.com |
| Counsel to NSF Health Sciences, LLC | Bodman PLC | Ralph E. McDowell | 1901 St. Antoine Street | 6th Floor at Ford Field | | Detroit | MI | 48226 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanlaw.com |
| Counsel to McKesson Corporation, on behalf of itself and Certain Corporate Affiliates and ClarusOne Sourcing Services LLP | Buchalter, a Professional Corporation | Jeffrey K. Garfinkle, Esq | 18400 Von Karman Avenue, Suite 800 | | | Irvine | CA | 92612 | | 949-760-1121 | | jgarfinkle@buchalter.com |
| Counsel for Oracle America, Inc. | Buchalter, a Professional Corporation | Shawn M. Christianson | 55 Second Street, 17th Floor | | | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| CA AG Office | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | | 916-445-9555 | | |
| Top 30 | CARDINAL HEALTH | Kelli Jones | 7000 Cardinal Place | | | Dublin | OH | 43017 | | 614- 757-9578 | | kelli.jones@cardinalhealth.com |
| Top 30 | CATALENT PHARMA SOLUTIONS | Shaun Tooker | 14 Schoolhouse Road | | | Somerset | NJ | 08873 | | 732-537-6154 | | Shaun.Tooker@catalent.com |
| Top 30 | CLARUSONE SOURCING SERVICES LLP | Sarah O Larson | 6 St Andrew Street | | | London | | EC4A 3AE | United Kingdom | 011 44- 7712 681 824 | | sarah.larson@clarusonesourcing.com |
| CO AG Office | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | | 720-508-6000 | 720-508-6030 | |
| CT AG Office | Connecticut Attorney General | Attn Bankruptcy Department | 55 Elm St. | | | Hartford | CT | 06106 | | 860-808-5318 | 860-808-5387 | attorney.general@ct.gov |
| Top 30 | CVS Health Corporation | Scott Griffin | Attn MC 1110 | One CVS Drive | | Woonsocket | RI | 02895 | | 401- 770-4353 | | Scott.Griffin@CVSHealth.com |
| DE AG Office | Delaware Attorney General | Kathy Jennings | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | | 302-577-8600 | 302-577-6499 | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | | 302-577-8424 | 302-577-5866 | attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us |
| Top 30 | DEPARTMENT OF VETERANS AFFAIRS | Erik Boehmke | P.O. Box 76, 1st Avenue | One Block North of 22nd Street | | Hines | IL | 60141 | | 708-786-5803 | 708-786-5828 | ERIK.BOEHMKE@VA.GOV |
| DC AG Office | District of Columbia Attorney General | Attn Bankruptcy Department | 441 4th Street NW Suite 1100S | | | Washington | DC | 20001 | | 202-727-3400 | 202-347-8922 | oag@dc.gov |
| Top 30 | DOUGLAS PHARMACEUTICALS AMERICA LIMITED | Kent Durbin | 1 Central Park Drive | Lincoln | | Auckland | | 0610 | New Zealand | 64-9-914-0669 | 64-9-835-0665 | kentd@douglas.co.nz |
| Committee of Unsecured Creditors | Douglas Pharmaceuticals America Ltd. | Kent Durbin | Te Pai Place | | | Henderson | | | New Zealand | 64-2144-5256 | | kentd@douglas.co.nz |
| DEA Philadelphia Division | Drug Enforcement Agency | | 600 Arch St Rm 10224 | Wm J Green Fed Bldg | | Philadelphia | PA | 19106 | | 215-861-3474 | | |
| Counsel to Catalent Pharma Solutions LLC | Duane Morris LLP | Keri L. Wintle, Esq. | 100 High Street, Suite 2400 | | | Boston | MA | 02110-1724 | | 857-488-4226 | 857-401-3021 | KLWintle@duanemorris.com |
| Counsel to Catalent Pharma Solutions LLC | Duane Morris LLP | Sommer L. Ross, Esq. | 222 Delaware Avenue, Suite 1600 | | | Wilmington | DE | 19801-1659 | | 302-657-4951 | 302-657-4900 | SLRoss@duanemorris.com |
| Top 30 | EAGLE PHARMACY LLC | Stacy Huss | 350 EAGLES LANDING DRIVE | | | LAKELAND | FL | 33810 | | 303-725-1700 | | shuss@eaglesfp.com |
| Counsel to DXC Technology Services, LLC | Eckert Seamans Cherin & Mellott, LLC | Christopher L. Perkins | 919 East Main Street, Suite 1300 | | | Richmond | VA | 23219 | | 804-788-9636 | 804-698-2950 | cperkins@eckertseamans.com |
| Counsel for Douglas Pharmaceuticals, Ltd | Eckert Seamans Cherin & Mellott, LLC | Gary M. Schildhorn, Esq. | Two Liberty Place, 22nd Floor | 50 South 16th Street | | Philadelphia | PA | 19102 | | 215-851-8465 | 215-851-8383 | gschildhorn@eckertseamans.com |
| Counsel for Douglas Pharmaceuticals, Ltd | Eckert Seamans Cherin & Mellott, LLC | Tara L. Lattomus, Esq. | 222 Delaware Avenue, 7th Floor | | | Wilmington | DE | 19801 | | 302-574-7403 | 302-574-7401 | tlattomus@eckertseamans.com |
| Counsel to Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC | Entwistle & Cappucci LLP | Attn Andrew Entwistle | 401 Congress Ave., Suite 1170 | | | Austin | TX | 78701 | | 512-710-5960 | | aentwistle@entwistle-law.com |
| Counsel to Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC | Entwistle & Cappucci LLP | Attn Joshua K. Porter | 299 Park Avenue, 20th Floor | | | New York | NY | 10171 | | 212-894-7282 | | jporter@entwistle-law.com |

In re: Akorn, Inc., et al.
Case No.: 20-11177

Page 1 of 3

**Exhibit**
Core/2002 Service List

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 30 | EXPRESS SCRIPTS INC | Jason Parrish; Lynn Fernandez | One Express Way | | | St Louis | MO | 63121 | | 314- 684-6211 | | JMParrish@express-scripts.com; Lynn.Fernandez@econdisc.net |
| Counsel to Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC | Farnan LLP | Attn Brian E. Farnan, Michael J. Farnan | 919 North Market Street, 12th Floor | | | Wilmington | DE | 19801 | | 302-777-0300 | 302-777-0301 | bfarnan@farnanlaw.com; mfarnan@farnanlaw.com |
| FL AG Office | Florida Attorney General | Attn Bankruptcy Department | The Capitol PL-01 | | | Tallahassee | FL | 32399-1050 | | 850-414-3300 | 850-487-2564 | |
| FDA | Food and Drug Administration | | 10903 New Hampshire Ave | | | Silver Spring | MD | 20993-0002 | | 888-463-6332 | | |
| Top 30 | FRESENIUS KABI USA, LLC | Jack C. Silhavy | Three Corporate Drive | | | Lake Zurich | IL | 60047 | | 847-550-2760 | 847-550-2920 | Jack.Silhavy@fresenius-kabi.com |
| Committee of Unsecured Creditors | Gabelli Funds, LLC | David M. Goldman, Esq. | One Corporate Center | | | Rye | NY | 10580 | | 914-921-5100 | | dgoldman@gabelli.com |
| Top 30 | GDL INTERNATIONAL | Marcy Enneking | 3715 Beck Rd | | | St Joseph | MO | 64506 | | 816-364-3520; 913- 49-6570 | | marcy@gdlinternational.com |
| GA AG Office | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | Agcarr@law.ga.gov |
| Counsel to the Ad Hoc Term Lender Group under their Prepetition Term Loan Facility, Term DIP Lenders, and Stalking Horse Bidder | Gibson, Dunn & Crutcher LLP | Attn Scott J. Greenberg, Steven A. Domanowski, Jeremy D. Evans | 200 Park Avenue | | | New York | NY | 10166 | | 212-351-5298, 212-351-4000 | 212-716-0798; 212-351-4035 | sgreenberg@gibsondunn.com; sdomanowski@gibsondunn.com; jevans@gibsondunn.com |
| Counsel to Senju Pharmaceutical Co., Ltd. | Greenberg, Whitcombe, Takeuchi & Gibson, LLP | Derrick K. Takeuchi | 21515 Hawthorne Blvd., Suite 450 | | | Torrance | CA | 90503 | | 310-540–2000 | 310-540–6609 | dtakeuchi@gwtllp.com |
| HI AG Office | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 | | 808-586-1500 | 808-586-1239 | hawaiiag@hawaii.gov |
| Top 30 | HEALTH TRUST PURCHASING GROUP | Chris Little | 1100 Dr Martin L King JR Blvd Ste 1100 | | | Nashville | TN | 37203 | | 314-364-6595; 615-344-3000 | | Thomas.little@healthtrustpg.com; hpgsvc@healthtrustpg.com |
| Counsel to Thermo Fisher Scientific | Hiller Law, LLC | Adam Hiller | 1500 N. French Street | | | Wilmington | DE | 19801 | | 302-442-7677 | | ahiller@adamhillerlaw.com |
| Top 30 | HUMANA PHARMACY SOLUTIONS | Mike Vezza | 500 WEST MAIN STREET 7TH FLOOR | | | LOUISVILLE | KY | 40202 | | 502- 301-3434 | | MVezza@humana.com |
| ID AG Office | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 | | 208-334-2400 | 208-854-8071 | |
| IL AG Office | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | | 312-814-3000 | | |
| IN AG Office | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | | 317-232-6201 | 317-232-7979 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | | 800-913-9358 | | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 855-235-6787 | |
| IA AG Office | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 | | 515-281-5164 | 515-281-4209 | IDR.Bankruptcy@ag.iowa.gov |
| KS AG Office | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | | 785-296-2215 | 785-296-6296 | |
| Claims Agent | KCC | Leanne Scott | 222 N. Pacific Coast Highway | Suite 300 | | El Segundo | CA | 90245 | | 877-725-7539 | 310-751-1883 | AkornInfo@kccllc.com |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Keller Lenkner LLC | Ashley Keller, Seth Meyer | 150 North Riverside Plaza, Suite 4270 | | | Chicago | IL | 60606 | | 312-741-5220 | | ack@kellerlenkner.com; sam@kellerlenkner.com |
| KY AG Office | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 | | 502-696-5300 | | |
| Counsel to the Debtors | Kirkland & Ellis LLP | Nicole L. Greenblatt, P.C. | 601 Lexington Avenue | | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | nicole.greenblatt@kirkland.com |
| Counsel to the Debtors | Kirkland & Ellis LLP | Patrick J. Nash, Jr., P.C., Gregory F. Pesce, Christopher M. Hayes | 300 North LaSalle Street | | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | patrick.nash@kirkland.com; gregory.pesce@kirkland.com; christopher.hayes@kirkland.com |
| Top 30 | LABORATOIRE UNITHER | Eric Goupil | Groupe Unither Espace Industriel Nord | 151 Rue Andre Durouchez | | Amiens | | 80 80080 | France | 33144635170 | 011-33-144635179 | eric.goupil@unither-pharma.com |
| Counsel for J. Knipper and Company, Inc. | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | 919 North Market Street, Suite 460 | | | Wilmington | DE | 19801 | | 302-472-7420 | 302-792-7420 | skaufman@skaufmanlaw.com |
| Top 30 | LEADIANT BIOSCIENCES INC | Michael Minarich | 800 South Frederick Avenue Suite 300 | | | Gaithersburg | MD | 20877 | | 815-603-9037 | 301- 948-1862 | michael.minarich@leadiant.com |
| LA AG Office | Louisiana Attorney General | Attn Bankruptcy Department | 1885 North Third Street | | | Baton Rouge | LA | 70802 | | 225-326-6079 | 225-326-6797 | Executive@ag.louisiana.gov |

In re: Akorn, Inc., et al.
Case No.: 20-11177

Page 2 of 3

**Exhibit**
Core/2002 Service List

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to AQR Funds - AQR Multi-Strategy Alternative Fund, AQR Absolute Return Master Account L.P., AQR DELTA Sapphire Fund, L.P., AQR DELTA XN Master Account, L.P., AQR Funds; AQR Diversified Arbitrage Fund, CNH Master Account, L.P., LUMYNA ; AQR Global Relative Value UCITS Fund, AQR DELTA Master Account, L.P., AQR Global Alternative Premia Master Account, L.P., Magnetar Constellation Fund II-PRA LP, Magnetar Systematic Multi-Strategy Master Fund Ltd, Magnetar PRA Master Fund Ltd, Magnetar MSW Master Fund Ltd, MProved Systematic Merger Arbitrage Fund, MProved Systematic Multi-Strategy Fund, AMX Master – Magnetar – Passive Risk Arbitrage, Blackstone Alternative Multi-Strategy Sub Fund IV LLC, Blackstone Diversified Multi-Strategy Fund, Manikay Master Fund, LP, Manikay Merger Fund, LP, Twin Master Fund, Ltd., Twin Opportunities Fund, LP, and Twin Securities, Inc. | Lowenstein Sandler LLP | Lawrence M. Rolnick, Esq., Michael J. Hampson, Esq., Wojciech F. Jung, Esq. | 1251 Avenue of the Americas | | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | lrolnick@lowenstein.com; mhampson@lowenstein.com; wjung@lowenstein.com |
| Counsel for Premier Group | Maddin, Hauser, Roth & Heller, P.C. | Earle I. Erman | 28400 Northwestern Hwy., 2nd Floor | | | Southfield | MI | 48034 | | 248-208-0710 | | eerman@maddinhauser.com |
| ME AG Office | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | | 207-626-8800 | | |
| MD AG Office | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | | 410-576-6300 | | oag@oag.state.md.us |

In re: Akorn, Inc., et al.
Case No.: 20-11177

Page 3 of 3