**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AKORN, INC., *et al.*,[1] | Case No. 20-11177 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: August 11, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 4, 2020 at 4:00 p.m. (ET)** |
| | **Re: Docket No. 379** |

**NOTICE OF HEARING REGARDING MOTION OF FRESENIUS KABI AG TO
RECLASSIFY CLAIMS PURSUANT TO BANKRUPTCY RULE 3013**

**PLEASE TAKE NOTICE** that, on July 24, 2020, Fresenius Kabi AG ("Fresenius") filed the *Motion of Fresenius Kabi AG to Reclassify Claims Pursuant to Bankruptcy Rule 3013* [Docket No. 379] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **August 4, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon and received by the undersigned counsel for Fresenius.

**PLEASE TAKE FURTHER NOTICE** that, if a response is timely filed, served and received, you or your attorney must attend the hearing on the Motion scheduled to be held before

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC.  The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

the Honorable Karen B. Owens at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 on **August 11, 2020 at 10:00 a.m. (ET).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*(Remainder of page intentionally left blank)*

Dated: July 27, 2020  
     Wilmington, Delaware

Respectfully submitted,

*/s/ L. Katherine Good*
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
astulman@potteranderson.com

– and –

Lewis R. Clayton, Esq.
Kelley A. Cornish, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: lclayton@paulweiss.com
kcornish@paulweiss.com

– and –

Claudia R. Tobler, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: ctobler@paulweiss.com

*Counsel for Fresenius Kabi AG*