## CERTIFICATE OF SERVICE

I, L. Katherine Good, do hereby certify that on July 27, 2020, I caused a copy of the foregoing **Notice of Hearing Regarding Motion of Fresenius Kabi AG to Reclassify Claims Pursuant to Bankruptcy Rule 3013** to be served on the parties listed on the attached service list via email (consenting) and first-class mail (non-consenting).

*/s/ L. Katherine Good*
L. Katherine Good (No. 5101)

**Exhibit**
Core/2002 Service List
Served via

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtors | Akorn, Inc. | Joseph Bonaccorsi | 1925 W. Field Court, Suite 300 | | | Lake Forest | IL | 60045 | | | | |
| AL AG Office | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | | 334-242-7300 | | |
| AK AG Office | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 | | 907-269-5100 | 907-276-3697 | attorney.general@alaska.gov |
| AZ AG Office | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | | 602-542-5025 | 602-542-4085 | AGInfo@azag.gov |
| AZ AG Office | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | | | | |
| AR AG Office | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | | 501-682-2007; 800-482-8982 | | oag@ArkansasAG.gov |
| Counsel for Iron Mountain Information Management, Inc. | Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street, 9th Floor | | | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com |
| Counsel to Senju Pharmaceutical Co., Ltd. | Bayard, P.A. | Scott D. Cousins, Scott D. Jones | 600 N. King Street, Suite 400 | | | Wilmington | DE | 19801 | | 302-655–5000 | 302-658–6395 | scousins@bayardlaw.com; sjones@bayardlaw.com |
| Counsel to United States Pharmacopeia | Blakeley LLP | Scott E. Blakeley | 18500 Von Karman Avenue, Fifth Floor | | | Irvine | CA | 92612 | | 949-260-0611 | | SEB@BlakeleyLLP.com |
| Counsel for Primapharma, Inc. | Bodell Bové, LLC | Bruce W. McCullough | 1225 N. King Street, Suite 1000 | | | Wilmington | DE | 19801 | | 302-655-6749 | 302-655-6827 | bmccullough@bodellbove.com |
| Counsel to NSF Health Sciences, LLC | Bodman PLC | Ralph E. McDowell | 1901 St. Antoine Street | 6th Floor at Ford Field | | Detroit | MI | 48226 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanlaw.com |
| Counsel to McKesson Corporation, on behalf of itself and Certain Corporate Affiliates and ClarusOne Sourcing Services LLP | Buchalter, a Professional Corporation | Jeffrey K. Garfinkle, Esq | 18400 Von Karman Avenue, Suite 800 | | | Irvine | CA | 92612 | | 949-760-1121 | | jgarfinkle@buchalter.com |
| Counsel for Oracle America, Inc. | Buchalter, a Professional Corporation | Shawn M. Christianson | 55 Second Street, 17th Floor | | | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| CA AG Office | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | | 916-445-9555 | | |
| CO AG Office | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | | 720-508-6000 | 720-508-6030 | |
| CT AG Office | Connecticut Attorney General | Attn Bankruptcy Department | 55 Elm St. | | | Hartford | CT | 06106 | | 860-808-5318 | 860-808-5387 | attorney.general@ct.gov |
| DE AG Office | Delaware Attorney General | Kathy Jennings | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | | 302-577-8600 | 302-577-6495 | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | | 302-577-8424 | 302-577-5866 | attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us |
| DC AG Office | District of Columbia Attorney General | Attn Bankruptcy Department | 441 4th Street NW Suite 1100S | | | Washington | DC | 20001 | | 202-727-3400 | 202-347-8922 | oag@dc.gov |
| DEA Philadelphia Division | Drug Enforcement Agency | | 600 Arch St Rm 10224 | Wm J Green Fed Bldg | | Philadelphia | PA | 19106 | | 215-861-3474 | | |
| Counsel to Catalent Pharma Solutions LLC | Duane Morris LLP | Keri L. Wintle, Esq. | 100 High Street, Suite 2400 | | | Boston | MA | 02110-1724 | | 857-488-4226 | 857-401-3021 | KLWintle@duanemorris.com |
| Counsel to Catalent Pharma Solutions LLC | Duane Morris LLP | Sommer L. Ross, Esq. | 222 Delaware Avenue, Suite 1600 | | | Wilmington | DE | 19801-1659 | | 302-657-4951 | 302-657-4900 | SLRoss@duanemorris.com |
| Counsel to DXC Technology Services, LLC | Eckert Seamans Cherin & Mellott, LLC | Christopher L. Perkins | 919 East Main Street, Suite 1300 | | | Richmond | VA | 23219 | | 804-788-9636 | 804-698-2950 | cperkins@eckertseamans.com |
| Counsel for Douglas Pharmaceuticals, Ltd | Eckert Seamans Cherin & Mellott, LLC | Gary M. Schildhorn, Esq. | Two Liberty Place, 22nd Floor | 50 South 16th Street | | Philadelphia | PA | 19102 | | 215-851-8465 | 215-851-8383 | gschildhorn@eckertseamans.com |
| Counsel for Douglas Pharmaceuticals, Ltd | Eckert Seamans Cherin & Mellott, LLC | Tara L. Lattomus, Esq. | 222 Delaware Avenue, 7th Floor | | | Wilmington | DE | 19801 | | 302-574-7403 | 302-574-7401 | tlattomus@eckertseamans.com |
| Counsel to Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC | Entwistle & Cappucci LLP | Attn Andrew Entwistle | 401 Congress Ave., Suite 1170 | | | Austin | TX | 78701 | | 512-710-5960 | | aentwistle@entwistle-law.com |
| Counsel to Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC | Entwistle & Cappucci LLP | Attn Joshua K. Porter | 299 Park Avenue, 20th Floor | | | New York | NY | 10171 | | 212-894-7282 | | jporter@entwistle-law.com |
| Counsel to Gabelli & Co. Investment Advisors, Inc. and Gabelli Funds, LLC | Farnan LLP | Attn Brian E. Farnan, Michael J. Farnan | 919 North Market Street, 12th Floor | | | Wilmington | DE | 19801 | | 302-777-0300 | 302-777-0301 | bfarnan@farnanlaw.com; mfarnan@farnanlaw.com |
| FL AG Office | Florida Attorney General | Attn Bankruptcy Department | The Capitol PL-01 | | | Tallahassee | FL | 32399-1050 | | 850-414-3300 | 850-487-2564 | |
| FDA | Food and Drug Administration | | 10903 New Hampshire Ave | | | Silver Spring | MD | 20993-0002 | | 888-463-6332 | | |
| GA AG Office | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | Agcarr@law.ga.gov |
| Counsel to the Ad Hoc Term Lender Group under their Prepetition Term Loan Facility, Term DIP Lenders, and Stalking Horse Bidder | Gibson, Dunn & Crutcher LLP | Attn Scott J. Greenberg, Steven A. Domanowski, Jeremy D. Evans | 200 Park Avenue | | | New York | NY | 10166 | | 212-351-5298, 212-351-4000 | 212-716-0798; 212-351-4035 | sgreenberg@gibsondunn.com; sdomanowski@gibsondunn.com; jevans@gibsondunn.com |
| Counsel to Senju Pharmaceutical Co., Ltd. | Greenberg, Whitcombe, Takeuchi & Gibson, LLP | Derrick K. Takeuchi | 21515 Hawthorne Blvd., Suite 450 | | | Torrance | CA | 90503 | | 310-540–2000 | 310-540–6609 | dtakeuchi@gwtllp.com |
| HI AG Office | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 | | 808-586-1500 | 808-586-1239 | hawaiiag@hawaii.gov |
| Counsel to Thermo Fisher Scientific | Hiller Law, LLC | Adam Hiller | 1500 N. French Street | | | Wilmington | DE | 19801 | | 302-442-7677 | | ahiller@adamhillerlaw.com |
| ID AG Office | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 | | 208-334-2400 | 208-854-8071 | |
| IL AG Office | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | | 312-814-3000 | | |
| IN AG Office | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | | 317-232-6201 | 317-232-7979 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | | 800-913-9358 | | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 855-235-6787 | |
| IA AG Office | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 | | 515-281-5164 | 515-281-4209 | IDR.Bankruptcy@ag.iowa.gov |

In re: Akorn, Inc., et al.
Case No.: 20-11177

Page 1 of 4

Exhibit
Core/2002 Service List
Served via

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Co-Counsel to the Official Committee of Unsecured Creditors | Jenner & Block LLP | William A. Williams, Landon S. Raiford, Catherine L. Steege | 353 North Clark Street | | | Chicago | IL | 60654-3456 | | 312-840-7257; 312-840-8663; 312-923-2952 | | wwilliams@jenner.com; lraiford@jenner.com; csteege@jenner.com |
| KS AG Office | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | | 785-296-2215 | 785-296-6296 | |
| Claims Agent | KCC | Leanne Scott | 222 N. Pacific Coast Highway | Suite 300 | | El Segundo | CA | 90245 | | 877-725-7539 | 310-751-1883 | AkornInfo@kccllc.com |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Keller Lenkner LLC | Ashley Keller, Seth Meyer | 150 North Riverside Plaza, Suite 4270 | | | Chicago | IL | 60606 | | 312-741-5220 | | ack@kellerlenkner.com; sam@kellerlenkner.com |
| KY AG Office | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 | | 502-696-5300 | | |
| Counsel to the Debtors | Kirkland & Ellis LLP | Nicole L. Greenblatt, P.C. | 601 Lexington Avenue | | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | nicole.greenblatt@kirkland.com |
| Counsel to the Debtors | Kirkland & Ellis LLP | Patrick J. Nash, Jr., P.C., Gregory F. Pesce, Christopher M. Hayes, Dan Latona | 300 North LaSalle Street | | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | patrick.nash@kirkland.com; gregory.pesce@kirkland.com; christopher.hayes@kirkland.com |
| Counsel for J. Knipper and Company, Inc. | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | 919 North Market Street, Suite 460 | | | Wilmington | DE | 19801 | | 302-472-7420 | 302-792-7420 | skaufman@skaufmanlaw.com |
| LA AG Office | Louisiana Attorney General | Attn Bankruptcy Department | 1885 North Third Street | | | Baton Rouge | LA | 70802 | | 225-326-6079 | 225-326-6797 | Executive@ag.louisiana.gov |
| Counsel to AQR Funds - AQR Multi-Strategy Alternative Fund, AQR Absolute Return Master Account L.P., AQR DELTA Sapphire Fund, L.P., AQR DELTA XN Master Account, L.P., AQR Funds; AQR Diversified Arbitrage Fund, CNH Master Account, L.P., LUMYNA ; AQR Global Relative Value UCITS Fund, AQR DELTA Master Account, L.P., AQR Global Alternative Premia Master Account, L.P., Magnetar Constellation Fund II-PRA LP, Magnetar Systematic Multi-Strategy Master Fund Ltd, Magnetar PRA Master Fund Ltd, Magnetar MSW Master Fund Ltd, MProved Systematic Merger Arbitrage Fund, MProved Systematic Multi-Strategy Fund, AMX Master – Magnetar – Passive Risk Arbitrage, Blackstone Alternative Multi-Strategy Sub Fund IV LLC, Blackstone Diversified Multi-Strategy Fund, Manikay Master Fund, LP, Manikay Merger Fund, LP, Twin Master Fund, Ltd., Twin Opportunities Fund, LP, and Twin Securities, Inc; and Opt-Out Plaintiffs | Lowenstein Sandler LLP | Lawrence M. Rolnick, Esq., Michael J. Hampson, Esq., Wojciech F. Jung, Esq., Michael Savetsky, Esq. | 1251 Avenue of the Americas | | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | lrolnick@lowenstein.com; mhampson@lowenstein.com; wjung@lowenstein.com; msavetsky@lowenstein.com |
| Counsel for Premier Group | Maddin, Hauser, Roth & Heller, P.C. | Earle I. Erman | 28400 Northwestern Hwy., 2nd Floor | | | Southfield | MI | 48034 | | 248-208-0710 | | eerman@maddinhauser.com |
| ME AG Office | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | | 207-626-8800 | | |
| MD AG Office | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | | 410-576-6300 | | oag@oag.state.md.us |
| MA AG Office | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | | | Boston | MA | 02108-1518 | | 617-727-2200 | | ago@state.ma.us |
| MI AG Office | Michigan Attorney General | Attn Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | | Lansing | MI | 48909 | | 517-373-1110 | 517-373-3042 | miag@michigan.gov |
| MN AG Office | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | | 651-296-3353 | | |
| MS AG Office | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | | 601-359-3680 | | |
| MO AG Office | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | | Jefferson City | MO | 65101 | | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue | Steven A. Ginther Bankruptcy Unit | PO Box 475 | | | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | deecf@dor.mo.gov |
| MT AG Office | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | | Helena | MT | 59620-1401 | | 406-444-2026 | 406-444-3549 | |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Morgan & Morgan | James Young | 76 South Laura Street, Suite 1100 | | | Jacksonville | FL | 32202 | | 904-361-0012 | 904-361-4307 | jyoung@forthepeople.com |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Morgan & Morgan | Juan R. Martinez | 201 North Franklin Street, 7th Floor | | | Tampa | FL | 33602 | | 813-393-5463 | 813-393-5489 | juanmartinez@forthepeople.com |
| NE AG Office | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 | | 402-471-2682 | 402-471-3297 | ago.info.help@nebraska.gov |
| NV AG Office | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | | 775-684-1100 | 775-684-1108 | AgInfo@ag.nv.gov |
| NH AG Office | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 | | 603-271-3658 | 603-271-2110 | attorneygeneral@doj.nh.gov |
| NJ AG Office | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | | 609-292-8740 | 609-292-3508 | |
| NM AG Office | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | | 505-490-4060 | 505-490-4883 | |
| NY AG Office | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | | 518-474-7330 | | |
| NC AG Office | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | | 919-716-6400 | 919-716-6750 | dlennon@ncdoj.gov |
| ND AG Office | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 | | 701-328-2210 | | ndag@nd.gov |

**Exhibit**
Core/2002 Service List
Served via

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, and 1199SEIU Licensed Practical Nurses Welfare Fund | Obermayer Rebmann Maxwell & Hippel LLP | Edmond M. George | 1500 Market Street | Centre Square West, Suite 3400 | | Philadelphia | PA | 19102 | | 215-665-3140 | 215-665-3165 | edmond.george@obermayer.com |
| Counsel for AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, and 1199SEIU Licensed Practical Nurses Welfare Fund | Obermayer Rebmann Maxwell & Hippel LLP | Leslie B. Spoltore | 123 S. Justison Street Suite 100 | | | Wilmington | DE | 19801-5364 | | 302-238-6947 | 302-665-1092 | leslie.spoltore@obermayer.com |
| Counsel to Unclaimed Property Division of the Texas Comptroller of Public Accounts | Office of the Attorney General of Texas | Jason B. Binford, Layla D. Milligan | Bankruptcy & Collections Division | P. O. Box 12548- MC 008 | | Austin | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane Leamy | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | | 302-573-6491; 302-573-6566 | 302-573-6497 | jane.leamy@usdoj.com |
| OH AG Office | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | | 614-466-4986; 614-466-4320 | | |
| OK AG Office | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | | 405-521-3921 | 405-521-6246 | |
| OR AG Office | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | | 503-378-4400 | 503-378-4017 | Fred.Boss@doj.state.or.us |
| Counsel for Fresenius Kabi AG | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Claudia R. Tobler, Esq | 2001 K Street, NW | | | Washington | DC | 20006 | | 202-223-7300 | 202-223-7420 | ctobler@paulweiss.com |
| Counsel for Fresenius Kabi AG | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Lewis R. Clayton, Esq., Kelley A. Cornish, Esq. | 1285 Avenue of the Americas | | | New York | NY | 10019 | | 212-373-3000 | 212-757-3990 | lclayton@paulweiss.com; kcornish@paulweiss.com |
| PA AG Office | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | | 717-787-3391 | 717-787-8242 | |
| Counsel for Fresenius Kabi AG | Potter Anderson & Corroon LLP | L. Katherine Good, Aaron H. Stulman | 1313 N. Market Street, 6th Floor | | | Wilmington | DE | 19801-3700 | | 302-984-6000 | 302-658-1192 | kgood@potteranderson.com; astulman@potteranderson.com |
| PR AG Office | Puerto Rico Attorney General | | PO Box 902192 | | | San Juan | PR | 00902-0192 | | 787-721-2900 | | |
| RI AG Office | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 | | 401-274-4400 | | |
| Counsel to the Debtors | Richards, Layton & Finger, PA | Paul N. Heath | 920 N. King St | | | Wilmington | DE | 19801 | | 302-651-7700 | 302-651-7701 | heath@rlf.com |
| Counsel to Quantic Group, Ltd. | Saiber LLC | John M. August | 18 Columbia Turnpike, Suite 200 | | | Florham Park | NJ | 07932 | | 973-622-3699 | | JAugust@saiber.com |
| Counsel to U.S. Consults, LLC | Sam L. Jenkins, Jr., APLC | Sam L. Jenkins, Jr. | 2419 Kings Highway | | | Shreveport | LA | 71103 | | 318-636-4266 | | sam.jenkinslaw@bellsouth.net |
| Co-Counsel to the Official Committee of Unsecured Creditors | Saul Ewing Arnstein & Lehr LLP | Mark Minuti | 1201 N. Market Street, Suite 2300 | | | Wilmington | DE | 19801 | | 302-421-6800 | | mark.minuti@saul.com |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 | | 215-597-3100 | 215-597-3194 | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9317 or 202-772-9318 | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Marc Berger Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | | New York | NY | 10281-1022 | | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov |
| Counsel for DP West Lake at Conway, LLC | Singer & Levick, P.C. | Michelle E. Shriro, Esq. | 16200 Addison Road, Suite 140 | | | Addison | TX | 75001 | | 972-380-5533 | 972-380-5748 | mshriro@singerlevick.com |
| SC AG Office | South Carolina Attorney General | Attn Bankruptcy Department | Rembert C. Dennis Office Bldg. | 1000 Assembly St Room 519 | | Columbia | SC | 29201 | | 803-734-3970 | 803-253-6283 | |
| SD AG Office | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | atghelp@state.sd.us |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Stevens & Lee, P.C. | Joseph H. Huston, Jr., David W. Giattino | 919 North Market Street, 13th Floor | | | Wilmington | DE | 19801 | | 302-425-3310 | 610-371-7972 | jhh@stevenslee.com; dwg@stevenslee.com |
| Counsel to Eric Hestrup, et al., and the Putative Classes | Stevens & Lee, P.C. | Nicholas F. Kajon, Constantine D. Pourakis | 485 Madison Avenue, 20th Floor | | | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | nfk@stevenslee.com; cp@stevenslee.com |
| TN AG Office | Tennessee Attorney General | Attn Bankruptcy Department | 425 5th Avenue North | | | Nashville | TN | 37243 | | 615-741-3491 | 615-741-2009 | |
| TX AG Office | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | | 512-463-2100 | 512-475-2994 | |
| Counsel to Quantic Group, Ltd., PH Conway LLC and Opt-Out Plaintiffs | The Rosner Law Group LLC | Frederick B. Rosner, Jason A. Gibson | 824 N. Market Street, Suite 810 | | | Wilmington | DE | 19801 | | 302-777-1111 | | rosner@teamrosner.com; gibson@teamrosner.com |
| Counsel for Excella GmbH & Co. KG | Troutman Pepper Hamilton Sanders LLP | Marcy J. McLaughlin Smith | Hercules Plaza, Suite 5100 | 1313 N. Market Street | | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | marcy.smith@troutman.com |
| Counsel for Excella GmbH & Co. KG | Troutman Pepper Hamilton Sanders LLP | Richard E. Hagerty | 401 9th Street, NW, Suite 1000 | | | Washington | DC | 20004 | | 202-274-1910 | 703-448-6520 | richard.hagerty@troutman.com |
| Counsel to Thermo Fisher Scientific | Tucker Arensberg | Sloane B. O'Donnell, Jordan S. Blask | 1500 One PPG Place | | | Pittsburgh | PA | 15222 | | 412-594-3946 | | sodonnell@tuckerlaw.com; jblask@tuckerlaw.com |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | | 302-573-6590 | 302-573-6431 | usade.ecfbankruptcy@usdoj.gov |
| UT AG Office | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | | 801-538-9600 | 801-538-1121 | uag@utah.gov |
| VT AG Office | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 | | 802-828-3171 | | ago.info@vermont.gov |
| VA AG Office | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 | | 804-786-2071 | | mailoag@oag.state.va.us |

In re: Akorn, Inc., et al.
Case No.: 20-11177

Page 3 of 4

**Exhibit**
Core/2002 Service List
Served via

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WA AG Office | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | | 360-753-6200 | | emailago@atg.wa.gov |
| WV AG Office | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 | | 304-558-2021 | 304-558-0140 | consumer@wvago.gov |
| Counsel to the Prepetition Term Loan Agent and DIP Agent | Wilmer Cutler Pickering Hale and Dorr LLP | Attn Andrew Goldman | 7 World Trade Center | 250 Greenwich Street | | New York | NY | 10007 | | 212-230-8836, 212-230-8800 | 212-230-7800 | andrew.goldman@wilmerhale.com |
| Counsel to the Prepetition Term Loan Agent and DIP Agent | Wilmer Cutler Pickering Hale and Dorr LLP | Benjamin W. Loveland, Esq. | 60 State Street | | | Boston | MA | 02109 | | 617-526-6000 | 617-526-5000 | benjamin.loveland@wilmerhale.com |
| Successor Administrative Agent under the Term Loan Credit Agreement (the "Term Loan Agent") | Wilmington Savings Fund Society, FSB | Attn Geoffrey J. Lewis | 500 Delaware Avenue | | | Wilmington | DE | 19801 | | 302-573-3218 | | glewis@wsfsbank.com |
| WI AG Office | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | | Madison | WI | 53707-7857 | | 608-266-1221 | 608-267-8906 | radkeke@doj.state.wi.us |
| WY AG Office | Wyoming Attorney General | Attn Bankruptcy Department | 2320 Capitol Avenue | Kendrick Building | | Cheyenne | WY | 82002 | | 307-777-7841 | 307-777-6869 | judy.mitchell@wyo.gov |
| Counsel to the Prepetition Term Loan Agent and DIP Agent and Ad Hoc Term Lender Group | Young Conaway Stargatt & Taylor, LLP | Robert S. Brady, Esq., Robert F. Poppiti, Jr., Esq., Allison S. Mielke, Esq. | Rodney Square, 1000 North King Street | | | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | rbrady@ycst.com; rpoppiti@ycst.com; amielke@ycst.com |
| Liaison Counsel for the Settlement Class | Bernstein Litowitz Berger & Grossman LLP | Attn: John Rizio-Hamilton | 1251 Avenue of the Americas | | | New York | NY | 10020 | | | | johnr@blbglaw.com |

In re: Akorn, Inc., et al.
Case No.: 20-11177

Page 4 of 4