IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| AKORN, INC., et al.,[1] : | |
| : | Case No. 20-11177 (KBO) |
| Debtors. : | |
| : | (Jointly Administered) |

**PROVEPHARM, INC.'S LIMITED JOINDER TO MOTION OF FRESENIUS KABI AG TO RECLASSIFY CLAIMS PURSUANT TO BANKRUPTCY RULE 3013**

For the reasons set forth therein, Provepharm, Inc. ("**Provepharm**") hereby joins that portion of the Motion to Reclassify Claims Pursuant to Bankruptcy Rule 3013 [Docket No. 379] ("**Motion**")[2] filed by Fresenius Kabi AG ("**Fresenius**") which seeks to reclassify the Shareholder Litigation Claims as Section 510(b) Claims, and to do so *before* the above-captioned Debtors' Confirmation Hearing.

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

[2] Capitalized terms not otherwise defined herein have the meaning given them in the Motion.

- 2 -

**ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*
_____
William P. Bowden (No. 2553)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Telephone: (302) 654-1888

and

**NORTON ROSE FULBRIGHT US LLP**


*/s/Michael M. Parker*
Michael M. Parker
State Bar No. 00788163
michael.parker@nortonrosefulbright.com

111 W. Houston Street, Suite 1800
San Antonio, TX 78205-3792
Telephone:    (210) 224-5575
Facsimile:    (210) 270-7205

**COUNSEL FOR PROVEPHARM, INC.**