## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that on July 28, 2020, I caused one copy of the foregoing document to be served upon the parties on the attached service list via first class mail.

*/s/ William P. Bowden*
William P. Bowden (DE #2553)

{01591174;v1 }

| | | |
|---|---|---|
| **Akorn, Inc.**<br>Joseph Bonaccorsi<br>1925 W. Field Court, Suite 300<br>Lake Forest, IL 60045 | **Alabama Attorney General**<br>Attn Bankruptcy Department<br>501 Washington Ave<br>PO Box 300152<br>Montgomery, AL 36104-0152 | **Alaska Attorney General**<br>Attn Bankruptcy Department<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| **Arizona Attorney General**<br>Attn Bankruptcy Department<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926 | **Arizona Attorney General's Office - CSS**<br>Attn Bankruptcy Department<br>PO Box 6123<br>MD 7611<br>Phoenix, AZ 85005-6123 | **Arkansas Attorney General**<br>Attn Bankruptcy Department<br>323 Center St. Ste 200<br>Little Rock, AR 72201-2610 |
| **Bartlett Hackett Feinberg P.C.**<br>Frank F. McGinn<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 | **Bayard, P.A.**<br>Scott D. Cousins, Scott D. Jones<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801 | **Blakeley LLP**<br>Scott E. Blakeley<br>18500 Von Karman Avenue, Fifth Floor<br>Irvine, CA 92612 |
| **Bodell Bové, LLC**<br>Bruce W. McCullough<br>1225 N. King Street, Suite 1000<br>Wilmington, DE 19801 | **Bodman PLC**<br>Ralph E. McDowell<br>1901 St. Antoine Street<br>6th Floor at Ford Field<br>Detroit, MI 48226 | **Buchalter, a Professional Corporation**<br>Jeffrey K. Garfinkle, Esq<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612 |
| **Buchalter, a Professional Corporation**<br>Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 | **California Attorney General**<br>Attn Bankruptcy Department<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814-2919 | **Colorado Attorney General**<br>Attn Bankruptcy Department<br>Ralph L Carr Colorado Judicial Building<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 |
| **Connecticut Attorney General**<br>Attn Bankruptcy Department<br>55 Elm St.<br>Hartford, CT 06106 | **Delaware Attorney General**<br>Kathy Jennings<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 | **Delaware Dept of Justice**<br>Attn Bankruptcy Dept<br>820 N French St 6th Fl<br>Wilmington, DE 19801 |
| **Delaware Secretary of State**<br>Division of Corporations Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 | **Delaware State Treasury**<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 | **District of Columbia Attorney General**<br>Attn Bankruptcy Department<br>441 4th Street NW Suite 1100S<br>Washington, DC 20001 |
| **Drug Enforcement Agency**<br>600 Arch St Rm 10224<br>Wm J Green Fed Bldg<br>Philadelphia, PA 19106 | **Duane Morris LLP**<br>Keri L. Wintle, Esq.<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724 | **Duane Morris LLP**<br>Sommer L. Ross, Esq.<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659 |
| **Eckert Seamans Cherin & Mellott, LLC**<br>Christopher L. Perkins<br>919 East Main Street, Suite 1300<br>Richmond, VA 23219 | **Eckert Seamans Cherin & Mellott, LLC**<br>Gary M. Schildhorn, Esq.<br>Two Liberty Place, 22nd Floor<br>50 South 16th Street<br>Philadelphia, PA 19102 | **Eckert Seamans Cherin & Mellott, LLC**<br>Tara L. Lattomus, Esq.<br>222 Delaware Avenue, 7th Floor<br>Wilmington, DE 19801 |
| **Entwistle & Cappucci LLP**<br>Attn Andrew Entwistle<br>401 Congress Ave., Suite 1170<br>Austin, TX 78701 | **Entwistle & Cappucci LLP**<br>Attn Joshua K. Porter<br>299 Park Avenue, 20th Floor<br>New York, NY 10171 | **Farnan LLP**<br>Attn Brian E. Farnan, Michael J. Farnan<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801 |

| | | |
|---|---|---|
| **Florida Attorney General**<br>Attn Bankruptcy Department<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | **Food and Drug Administration**<br>10903 New Hampshire Ave<br>Silver Spring, MD 20993-0002 | **Georgia Attorney General**<br>Attn Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |
| **Gibson, Dunn & Crutcher LLP**<br>Attn Scott J. Greenberg, Steven A. Domanowski, Jeremy D. Evans<br>200 Park Avenue<br>New York, NY 10166 | **Greenberg, Whitcombe, Takeuchi & Gibson, LLP**<br>Derrick K. Takeuchi<br>21515 Hawthorne Blvd., Suite 450<br>Torrance, CA 90503 | **Hawaii Attorney General**<br>Attn Bankruptcy Department<br>425 Queen Street<br>Honolulu, HI 96813 |
| **Hiller Law, LLC**<br>Adam Hiller<br>1500 N. French Street<br>Wilmington, DE 19801 | **Idaho Attorney General**<br>Attn Bankruptcy Department<br>700 W. Jefferson Street Suite 210<br>PO Box 83720<br>Boise, ID 83720-0010 | **Illinois Attorney General**<br>Attn Bankruptcy Department<br>James R. Thompson Ctr<br>100 W. Randolph St.<br>Chicago, IL 60601 |
| **Indiana Attorney General**<br>Attn Bankruptcy Department<br>Indiana Govt Center South<br>302 West Washington St 5th Fl<br>Indianapolis, IN 46204 | **Internal Revenue Service**<br>Attn Susanne Larson<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | **Iowa Attorney General**<br>Attn Bankruptcy Department<br>Hoover State Office Bldg<br>1305 E. Walnut Street<br>Des Moines, IA 50319 | **Jenner & Block LLP**<br>William A. Williams, Landon S. Raiford, Catherine L. Steege<br>353 North Clark Street<br>Chicago, IL 60654-3456 |
| **Kansas Attorney General**<br>Attn Bankruptcy Department<br>120 SW 10th Ave., 2nd Fl<br>Topeka, KS 66612-1597 | **KCC**<br>Leanne Scott<br>222 N. Pacific Coast Highway<br>Suite 300<br>El Segundo, CA 90245 | **Keller Lenkner LLC**<br>Ashley Keller, Seth Meyer<br>150 North Riverside Plaza, Suite 4270<br>Chicago, IL 60606 |
| **Kentucky Attorney General**<br>Attn Bankruptcy Department<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY 40601-3449 | **Kirkland & Ellis LLP**<br>Nicole L. Greenblatt, P.C.<br>601 Lexington Avenue<br>New York, NY 10022 | **Kirkland & Ellis LLP**<br>Patrick J. Nash, Jr., P.C., Gregory F. Pesce, Christopher M. Hayes, Dan Latona<br>300 North LaSalle Street<br>Chicago, IL 60654 |
| **Law Office of Susan E. Kaufman, LLC**<br>Susan E. Kaufman<br>919 North Market Street, Suite 460<br>Wilmington, DE 19801 | **Louisiana Attorney General**<br>Attn Bankruptcy Department<br>1885 North Third Street<br>Baton Rouge, LA 70802 | **Lowenstein Sandler LLP**<br>Lawrence M. Rolnick, Esq., Michael J. Hampson, Esq., Wojciech F. Jung, Esq., Michael Savetsky, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| **Maddin, Hauser, Roth & Heller, P.C.**<br>Earle I. Erman<br>28400 Northwestern Hwy., 2nd Floor<br>Southfield, MI 48034 | **Maine Attorney General**<br>Attn Bankruptcy Department<br>6 State House Station<br>Augusta, ME 04333 | **Maryland Attorney General**<br>Attn Bankruptcy Department<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| **Massachusetts Attorney General**<br>Attn Bankruptcy Department<br>One Ashburton Place<br>Boston, MA 02108-1518 | **Michigan Attorney General**<br>Attn Bankruptcy Department<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909 | **Minnesota Attorney General**<br>Attn Bankruptcy Department<br>445 Minnesota St Suite 1400<br>St Paul, MN 55101-2131 |

| | | |
|---|---|---|
| **Mississippi Attorney General**<br>Attn Bankruptcy Department<br>Walter Sillers Building<br>550 High St Ste 1200<br>Jackson, MS 39201 | **Missouri Attorney General**<br>Attn Bankruptcy Department<br>Supreme Court Bldg<br>207 W. High St.<br>Jefferson City, MO 65101 | **Missouri Department of Revenue**<br>Steven A. Ginther Bankruptcy Unit<br>PO Box 475<br>Jefferson City, MO 65105-0475 |
| **Montana Attorney General**<br>Attn Bankruptcy Department<br>Justice Bldg<br>215 N. Sanders 3rd Fl<br>Helena, MT 59620-1401 | **Morgan & Morgan**<br>James Young<br>76 South Laura Street, Suite 1100<br>Jacksonville, FL 32202 | **Morgan & Morgan**<br>Juan R. Martinez<br>201 North Franklin Street, 7th Floor<br>Tampa, FL 33602 |
| **Nebraska Attorney General**<br>Attn Bankruptcy Department<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509 | **Nevada Attorney General**<br>Attn Bankruptcy Department<br>Old Supreme Ct. Bldg.<br>100 N. Carson St<br>Carson City, NV 89701 | **New Hampshire Attorney General**<br>Attn Bankruptcy Department<br>33 Capitol St.<br>Concord, NH 03301 |
| **New Jersey Attorney General**<br>Attn Bankruptcy Department<br>Richard J. Hughes Justice Complex<br>25 Market St<br>PO Box 080<br>Trenton, NJ 08625-0080 | **New Mexico Attorney General**<br>Attn Bankruptcy Department<br>408 Galisteo St<br>Villagra Building<br>Santa Fe, NM 87501 | **New York Attorney General**<br>Attn Bankruptcy Department<br>Office of the Attorney General<br>The Capitol, 2nd Fl.<br>Albany, NY 12224-0341 |
| **North Carolina Attorney General**<br>Attn Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | **North Dakota Attorney General**<br>Attn Bankruptcy Department<br>600 E. Boulevard Ave.<br>Dept 125<br>Bismarck, ND 58505-0040 | **Obermayer Rebmann Maxwell & Hippel LLP**<br>Edmond M. George<br>1500 Market Street<br>Centre Square West, Suite 3400<br>Philadelphia, PA 19102 |
| **Obermayer Rebmann Maxwell & Hippel LLP**<br>Leslie B. Spoltore<br>123 S. Justison Street Suite 100<br>Wilmington, DE 19801-5364 | **Office of the Attorney General of Texas**<br>Jason B. Binford, Layla D. Milligan<br>Bankruptcy & Collections Division<br>P. O. Box 12548- MC 008<br>Austin, TX 78711-2548 | **Office of the United States Trustee Delaware**<br>Jane Leamy<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 |
| **Ohio Attorney General**<br>Attn Bankruptcy Department<br>30 E. Broad St. 14th Fl<br>Columbus, OH 43215-0410 | **Oklahoma Attorney General**<br>Attn Bankruptcy Department<br>313 NE 21st St<br>Oklahoma City, OK 73105 | **Oregon Attorney General**<br>Attn Bankruptcy Department<br>1162 Court St. NE<br>Salem, OR 97301-4096 |
| **Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>Claudia R. Tobler, Esq<br>2001 K Street, NW<br>Washington, DC 20006 | **Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>Lewis R. Clayton, Esq., Kelley A. Cornish, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019 | **Pennsylvania Attorney General**<br>Attn Bankruptcy Department<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| **Potter Anderson & Corroon LLP**<br>L. Katherine Good, Aaron H. Stulman<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-3700 | **Puerto Rico Attorney General**<br>PO Box 902192<br>San Juan, PR 00902-0192 | **Rhode Island Attorney General**<br>Attn Bankruptcy Department<br>150 S. Main St.<br>Providence, RI 02903 |
| **Richards, Layton & Finger, PA**<br>Paul N. Heath<br>920 N. King St<br>Wilmington, DE 19801 | **Saiber LLC**<br>John M. August<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932 | **Sam L. Jenkins, Jr., APLC**<br>Sam L. Jenkins, Jr.<br>2419 Kings Highway<br>Shreveport, LA 71103 |

| | | |
|---|---|---|
| **Saul Ewing Arnstein & Lehr LLP**<br>Mark Minuti<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801 | **Securities & Exchange Commission**<br>G Jeffrey Boujoukos Regional Director<br>1617 JFK Boulevard Ste 520<br>Philadelphia, PA 19103 | **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 |
| **Securities & Exchange Commission NY Office**<br>Marc Berger Regional Director<br>Brookfield Place<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | **Singer & Levick, P.C.**<br>Michelle E. Shriro, Esq.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001 | **South Carolina Attorney General**<br>Attn Bankruptcy Department<br>Rembert C. Dennis Office Bldg.<br>1000 Assembly St Room 519<br>Columbia, SC 29201 |
| **South Dakota Attorney General**<br>Attn Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre, SD 57501-8501 | **Stevens & Lee, P.C.**<br>Joseph H. Huston, Jr., David W. Giattino<br>919 North Market Street, 13th Floor<br>Wilmington, DE 19801 | **Stevens & Lee, P.C.**<br>Nicholas F. Kajon, Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 |
| **Tennessee Attorney General**<br>Attn Bankruptcy Department<br>425 5th Avenue North<br>Nashville, TN 37243 | **Texas Attorney General**<br>Attn Bankruptcy Department<br>300 W. 15th St<br>Austin, TX 78701 | **The Rosner Law Group LLC**<br>Frederick B. Rosner, Jason A. Gibson<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801 |
| **Troutman Pepper Hamilton Sanders LLP**<br>Marcy J. McLaughlin Smith<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899-1709 | **Troutman Pepper Hamilton Sanders LLP**<br>Richard E. Hagerty<br>401 9th Street, NW, Suite 1000<br>Washington, DC 20004 | **Tucker Arensberg**<br>Sloane B. O'Donnell, Jordan S. Blask<br>1500 One PPG Place<br>Pittsburgh, PA 15222 |
| **US Attorney for Delaware**<br>David C. Weiss c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington, DE 19899-2046 | **Utah Attorney General**<br>Attn Bankruptcy Department<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320 | **Vermont Attorney General**<br>Attn Bankruptcy Department<br>109 State St.<br>Montpelier, VT 05609-1001 |
| **Virginia Attorney General**<br>Attn Bankruptcy Department<br>202 North Ninth St<br>Richmond, VA 23219 | **Washington Attorney General**<br>Attn Bankruptcy Department<br>1125 Washington St SE<br>PO Box 40100<br>Olympia, WA 98504-0100 | **West Virginia Attorney General**<br>Attn Bankruptcy Department<br>State Capitol Bldg 1 Rm E-26<br>1900 Kanawha Blvd., East<br>Charleston, WV 25305 |
| **Wilmer Cutler Pickering Hale and Dorr LLP**<br>Attn Andrew Goldman<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | **Wilmer Cutler Pickering Hale and Dorr LLP**<br>Benjamin W. Loveland, Esq.<br>60 State Street<br>Boston, MA 02109 | **Wilmington Savings Fund Society, FSB**<br>Attn Geoffrey J. Lewis<br>500 Delaware Avenue<br>Wilmington, DE 19801 |
| **Wisconsin Attorney General**<br>Attn Bankruptcy Department<br>Wisconsin Dept. of Justice<br>114 East, State Capitol<br>Madison, WI 53707-7857 | **Wyoming Attorney General**<br>Attn Bankruptcy Department<br>2320 Capitol Avenue<br>Kendrick Building<br>Cheyenne, WY 82002 | **Young Conaway Stargatt & Taylor, LLP**<br>Robert S. Brady, Esq., Robert F. Poppiti, Jr., Esq.,<br>Allison S. Mielke, Esq.<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801 |