# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| AKORN, INC., *et al.*,[1] | ) Case No. 20-11177 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Docket No. 413** |

## CERTIFICATE OF SERVICE

I, Amanda R. Steele, hereby certify that on July 31, 2020, I caused a copy of *Monthly Operating Report for May 20, 2020 – June 30, 2020* [Docket No. 413] to be served upon the following parties in the manner indicated.

| *Via CM/ECF, First Class Mail & Courtesy Email* | *Via First Class Mail & Courtesy Email* |
|---|---|
| Jane M. Leamy<br>Office of the United States Trustee<br>for the District of Delaware<br>844 North King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Email: jane.m.leamy@usdoj.gov | Karen E. Starr<br>Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Email: Karen.E.Starr@usdoj.gov |

        */s/ Amanda R. Steele*
        Amanda R. Steele (No. 5530)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

RLF1 23806995v.1