**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AKORN, INC., *et al.*,[1] | ) | Case No. 20-11177 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**CERTIFICATE OF SERVICE**

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 30, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Email upon the service list attached hereto as **Exhibit A**; and via First Class mail upon the service list attached hereto as **Exhibit B**:

- **First Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period May 20, 2020 Through and Including June 30, 2020** [Docket No. 408]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: August 5, 2020

/s/ *Travis R. Buckingham*
Travis R. Buckingham
KCC
222 N Pacific Coast Hwy
Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

# Exhibit A

**Exhibit A**
Fee Application Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Ad Hoc Term Lender Group under their Prepetition Term Loan Facility, Term DIP Lenders, and Stalking Horse Bidder | Gibson, Dunn & Crutcher LLP | Attn Scott J. Greenberg, Steven A. Domanowski, Jeremy D. Evans | sgreenberg@gibsondunn.com; sdomanowski@gibsondunn.com; jevans@gibsondunn.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | Jenner & Block LLP | William A. Williams, Landon S. Raiford, Catherine L. Steege | wwilliams@jenner.com; lraiford@jenner.com; csteege@jenner.com |
| Counsel to the Debtors | Kirkland & Ellis LLP | Nicole L. Greenblatt, P.C. | nicole.greenblatt@kirkland.com |
| Counsel to the Debtors | Kirkland & Ellis LLP | Patrick J. Nash, Jr., P.C., Gregory F. Pesce, Christopher M. Hayes, Dan Latona | patrick.nash@kirkland.com; gregory.pesce@kirkland.com; christopher.hayes@kirkland.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane Leamy | jane.leamy@usdoj.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | Saul Ewing Arnstein & Lehr LLP | Mark Minuti | mark.minuti@saul.com |
| Counsel to the Prepetition Term Loan Agent and DIP Agent | Wilmer Cutler Pickering Hale and Dorr LLP | Attn Andrew Goldman | andrew.goldman@wilmerhale.com |
| Counsel to the Prepetition Term Loan Agent and DIP Agent and Ad Hoc Term Lender Group | Young Conaway Stargatt & Taylor, LLP | Robert S. Brady, Esq., Robert F. Poppiti, Jr., Esq., Allison S. Mielke, Esq. | rbrady@ycst.com; rpoppiti@ycst.com; amielke@ycst.com |

# Exhibit B

**Exhibit B**
Fee Application Parties Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Debtors | Akorn, Inc. | Joseph Bonaccorsi | 1925 W. Field Court, Suite 300 | | Lake Forest | IL | 60045 |
| Counsel to the Ad Hoc Term Lender Group under their Prepetition Term Loan Facility, Term DIP Lenders, and Stalking Horse Bidder | Gibson, Dunn & Crutcher LLP | Attn Scott J. Greenberg, Steven A. Domanowski, Jeremy D. Evans | 200 Park Avenue | | New York | NY | 10166 |
| Counsel to the Debtors | Kirkland & Ellis LLP | Nicole L. Greenblatt, P.C. | 601 Lexington Avenue | | New York | NY | 10022 |
| Counsel to the Debtors | Kirkland & Ellis LLP | Patrick J. Nash, Jr., P.C., Gregory F. Pesce, Christopher M. Hayes, Dan Latona | 300 North LaSalle Street | | Chicago | IL | 60654 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane Leamy | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |

In re: Akorn, Inc., et al.
Case No.: 20-11177