# EXHIBIT A

## Grant Thornton Professionals' Information

*The following professionals worked on an engagement on a hourly fee basis.*

| Professional | Title | Group | Hourly Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| Agarwala, Deepak | International Resource | National Tax Office - INDUS | 220 | 7.8 | 1,705.00 |
| Auclair, David B | Partner / Principal | National Tax Office | 815 | 0.7 | 570.50 |
| Bank, Catherine Lindsey | Associate | TEP | 290 | 43.7 | 12,673.00 |
| Berezin, David L | Partner / Principal | Tax Reporting & Advisory | 815 | 32.5 | 26,487.50 |
| Berry, Michael | Senior Manager | M&A Tax Services | 695 | 3.0 | 2,085.00 |
| Cavanaugh, Jennifer L | Partner / Principal | Professional Standards | 815 | 1.0 | 815.00 |
| Cordonnier, Caleb Michael | Senior Manager | National Tax Office | 695 | 0.3 | 208.50 |
| Daniel, Russell | Partner / Principal | M&A Tax Services | 815 | 0.5 | 407.50 |
| Dayton, Roderick P. | Senior Associate | Strategic Solutions | 350 | 26.9 | 9,415.00 |
| Dee, Julie A | Partner / Principal | Privately Held Business | 815 | 1.7 | 1,385.50 |
| Delfino, Lara | Senior Associate | TEP | 450 | 13.0 | 5,850.00 |
| Eichinger, Jeffrey R | Senior Manager | SALT | 695 | 0.5 | 347.50 |
| Ensinger, Bethany L | Manager | Tax Reporting & Advisory | 380 | 9.7 | 3,686.00 |
| Farmer, David Arthur | Senior Associate | TEP | 450 | 5.1 | 2,295.00 |
| Fasel, William J. | Managing Director | Strategic Solutions | 650 | 37.7 | 24,505.00 |
| Groberski, Scott E | Managing Director | SALT | 760 | 1.5 | 1,140.00 |
| Hruskocy, Adam | Senior Manager | SALT | 348 | 2.9 | 1,009.20 |
| Hughes, Laura Michael | Manager | M&A Tax Services | 610 | 26.9 | 16,409.00 |
| Iles, Kevin | Senior Associate | TEP | 225 | 41.6 | 9,360.00 |
| Jansen, Lauren Ziolo | Senior Manager | Tax Reporting & Advisory | 435 | 22.3 | 9,700.50 |
| Jansen, Lauren Ziolo | Senior Manager | Tax Reporting & Advisory | 695 | 14.2 | 9,869.00 |
| Joseph, Brandon M | Senior Manager | International Tax Services | 695 | 2.2 | 1,529.00 |
| Kang, Piljung | Associate | TEP | 145 | 22.0 | 3,190.00 |
| Kay, Sharon A | Partner / Principal | National Tax Office | 815 | 2.8 | 2,282.00 |
| Kinsey, Joann Garnet | Senior Associate | TEP | 450 | 30.0 | 13,500.00 |
| Kiruba, Evangelin | International Resource | National Tax Office - INDUS | 220 | 10.0 | 2,200.00 |
| Kumar, Nithin | International Resource | National Tax Office - INDUS | 220 | 4.5 | 990.00 |
| Patton, William Christopher | Associate | TEP | 290 | 0.3 | 87.00 |
| Pomis, Brian M | Partner / Principal | SALT | 815 | 2.1 | 1,711.50 |
| Ravi, Rajitha | International Resource | National Tax Office - INDUS | 220 | 6.0 | 1,320.00 |
| Russell, Mckenna | Associate | TEP | 290 | 0.5 | 145.00 |
| Shi, Debbie Dingyi | Manager | Strategic Federal Tax Services | 610 | 10.7 | 6,527.00 |
| Shukla, Amith | International Resource | National Tax Office - INDUS | 220 | 5.0 | 1,100.00 |
| Siamis, Lauren Marie | Senior Manager | Strategic Solutions | 575 | 2.0 | 1,150.00 |
| Suttora, John C | Partner / Principal | National Tax Office | 815 | 33.2 | 27,058.00 |
| Suttora, John C | Partner / Principal | National Tax Office | 510 | 2.2 | 1,122.00 |
| Suttora, John C | Managing Director | National Tax Office | 760 | 1.6 | 1,216.00 |
| Witherspoon, Sara | Associate | TEP | 290 | 5.0 | 1,450.00 |
| Yesnowitz, Jamie C | Partner / Principal | SALT | 815 | 1.0 | 815.00 |
| **Total Hourly Fees** | | | | **434.6** | **207,316.20** |

*The following professionals worked on an engagement on a fixed fee basis.*

| Professional | Title | | Hours | Fees |
|---|---|---|---:|---:|
| Eichinger, Jeffrey R | Senior Manager | SALT | 1.0 | 265.85 |
| Lucas-Nihei, Jeffrey | Associate | TEP | 3.4 | 890.61 |
| Stingley, Angela LeeHelena | Senior Associate | TEP | 1.8 | 478.54 |
| **Total Fixed Fees** | | | **6.2** | **1,635.00** |
| **Total Fees** | | | **440.7** | **208,951.20** |

*Note that some Professionals have provided services under multiple Scopes of Work at different hourly rates and as such are listed multiple times.