IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| **In re:** | Chapter 11 |
|---|---|
| **AKORN, INC.,** *et al.*, | Lead Case No. 20-11177 (KBO) <br> Jointly Administered |
| **Debtors.** | Honorable Karen B. Owens |

**ORDER GRANTING MOTION OF 1199SEIU BENEFIT FUNDS, DC47 FUND AND SBA FUND FOR LEAVE TO FILE OBJECTION (DI #553) TO THE DEBTORS' MOTION TO SELL (DI #18) AND CONFIRMATION OF THE DEBTORS' PLAN (DI #258) <u>UNDER SEAL</u>**

Upon consideration of the motion to file 1199SEIU Benefit Funds, DC47 Fund and SBA Fund's Objection to the Debtors' Motion to Sell (DI #18) and Confirmation of the Debtors' Plan (DI #258) under seal (the "Motion"), the Court having reviewed the Motion and all related pleadings and having heard the statements of counsel with respect thereto; the Court having determined that notice of the Motion was reasonable and sufficient under the circumstances and that no further notice is required; and that the legal and factual bases set forth in Motion and at the Hearing establish sufficient cause for the relief granted herein; and for the reasons stated by the Court at that Hearing,

IT IS HEREBY ORDERED as follows:

The Motion is GRANTED, as set forth herein.

The movants are GRANTED LEAVE to file the Sealed Documents under seal or redaction consistent with the request in the Motion.

The movants may provide a copy of the Sealed Documents to the U.S. Trustee, counsel for the Official Committee of Unsecured Creditors and any other party that is a signatory on the Protective Order.

The movants shall file a redacted document consistent with this order under cover of "Notice of Filing of Proposed Redacted Version of 1199SEIU Benefit Funds, DC47 Fund and SBA Fund Objection to the Debtors' Motion to Sell (DI #18) and Confirmation of the Debtors' Plan (DI #258)" within three (3) days of the date of this order.

Dated: _____

The Honorable Karen B. Owens
United States Bankruptcy Judge