# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **AKORN, INC.,** *et al.*, | Lead Case No. 20-11177 (KBO)<br>Jointly Administered |
| **Debtors.** | Honorable Karen B. Owens |

### CERTIFICATION OF LESLIE B. SPOLTORE IN SUPPORT OF MOTION OF 1199SEIU BENEFIT FUNDS, DC47 FUND AND SBA FUND FOR LEAVE TO FILE OBJECTION (DI #553) TO THE DEBTORS' MOTION TO SELL (DI #18) AND CONFIRMATION OF THE DEBTORS' PLAN (DI #258) UNDER SEAL

I, Leslie B. Spoltore, Esq., Delaware counsel for the moving party, being of full age, submit this certification in support of the Objectors' Motion to Seal and state as follows:

1. Pursuant to the Protective Order, the Debtors are the Holder of Confidentiality Rights as defined in Local Rule 9018-1.

2. On August 25, 2020, the Objectors file an Objection and exhibits containing confidential information under seal (DI #553).

3. Counsel to the moving Objectors has conferred in good faith with the Debtors' counsel and reached an agreement concerning what information contained in the Objection (DI #553) must remain sealed from public view.

4. The Objectors and Debtors agree that the following must remain seal from public view:

   a. Exhibit H (Investor Presentation 4.1.2.3): sealed entirely;

   b. Exhibit I (2020 4+8 Forecast 4.15.3): sealed entirely;

   c. Exhibit J (Bid Summary 4.1.1.2): sealed entirely;

   d. Exhibit O (8-6-19 Board Discussion Materials): sealed entirely;

e. Exhibit Q (Director Compensation History 4.7.5): employee names redacted;

f. Exhibit S (Douglas Boothe Accelerated Bonus Agreement): sealed entirely; and

g. Objection brief: redaction of references to sealed/redacted material.

5. The Objectors and Debtors agree that the remainder of the Objection may be publicly filed.

6. A proposed redacted version of the Objection will be filed under cover of "Notice of Filing of Proposed Redacted Version of 1199SEIU Benefit Funds, DC47 Fund and SBA Fund Objection to the Debtors' Motion to Sell (DI #18) and Confirmation of the Debtors' Plan (DI #258)."

7. The Court should grant the relief requested in the Motion to Seal.

I certify under penalty of perjury that the above information is true.

Dated: August 28, 2020
      Wilmington, Delaware

Respectfully submitted,

By: /s/Leslie B. Spoltore
Leslie B. Spoltore, Esquire (DE Bar No. 3605)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
123 Justison Street, Suite 100
Wilmington, Delaware 19801
Telephone: (302) 238-6947
Facsimile: (302) 655-1092
Email: leslie.spoltore@obermayer.com