# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**AKORN, INC.,** *et al.*,<br><br>**Debtors.** | Chapter 11<br><br>Lead Case No. 20-11177 (KBO)<br>Jointly Administered<br><br>Honorable Karen B. Owens<br>Hearing Date: Sept. 1, 2020 at 10:00 a.m.<br>Obj. Deadline: Sept. 1, 2020 at 10:00 a.m.<br>Re: D.I. #553 |

## NOTICE OF MOTION OF 1199SEIU BENEFIT FUNDS, DC47 FUND AND SBA FUND FOR LEAVE TO FILE OBJECTION (DI #553) TO THE DEBTORS' MOTION TO SELL (DI #18) AND CONFIRMATION OF THE DEBTORS' PLAN (DI #258) UNDER SEAL

TO:

JENNER & BLOCK LLP
Catherine L. Steege (admitted pro hac vice)
353 N. Clark Street Chicago, Illinois 60654
Telephone: (312) 923-2952
Fax: (312) 840-7352
Email: csteege@jenner.com
Counsel to the Official Committee of
Unsecured Creditors of Akorn, Inc. et al.

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Patrick J. Nash, Jr., P.C. (admitted pro hac vice)
300 North LaSalle Street
Chicago, Illinois 60654
Email: patrick.nash@kirkland.com
Counsel to the Debtors

T. Patrick Tinker. Esq.
Assistant United States Trustee (Region 3)
Jane M. Leamy, Esq.
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Wilmington, Delaware 19801
Thomas.P.Tinker@usdoj.gov
Jane.M.Leamy@usdoj.gov

1199SEIU BENEFIT FUNDS, DC47 FUND AND SBA FUND (the "Movants") have

filed a Motion to Seal which seeks the following relief:

To permit the Movants to file portions of "1199SEIU Benefit Funds, DC47 Fund and SBA Fund's Objection to the Debtors' Motion to Sell (DI #18) and Confirmation of the Debtors' Plan (DI #258)" (DI #553) under seal.

HEARING ON THE MOTION WILL BE HELD ON September 1, 2020, at 10:00 a.m.

Pursuant to Local Rule 9018-1(d)(viii) you are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion by the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

Edmond M. George, Esquire (*pro hac vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3140
Facsimile: (215) 665-3165
Email: Edmond.george@obermayer.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

Respectfully submitted,

Dated: August 28, 2020
Wilmington, Delaware

By: /s/Leslie B. Spoltore
Leslie B. Spoltore, Esquire (DE Bar No. 3605)

OBERMAYER REBMANN MAXWELL & HIPPEL LLP
123 Justison Street, Suite 100
Wilmington, Delaware 19801
Telephone: (302) 238-6947
Facsimile: (302) 655-1092
Email: leslie.spoltore@obermayer.com

-and-

Edmond M. George, Esquire (*pro hac vice*)
Michael D. Vagnoni, Esquire (*pro hac vice*)
Turner N. Falk, Esquire (*pro hac vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3140
Facsimile: (215) 665-3165
Email: Edmond.george@obermayer.com
*Counsel to AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, 1199SEIU Licensed Practical Nurses Welfare Fund and Sergeants Benevolent Association Health and Welfare Fund*