| **UNITED STATES BANKRUPTCY FOR THE DISTRICT OF DELAWARE** | |
|---|---|
| In re: | Chapter 11 |
| Akorn Inc., et al. | Lead Case No. 20-11177-KBO<br>Honorable Karen B. Owens |
| Jointly Administered Debtors. | |

## CERTIFICATION OF SERVICE

1. I, <u>Leslie B. Spoltore</u> represent the <u>creditor</u> in this matter.

2. On <u>August 28, 2020</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Motion to Seal with Exhibits
   - Proposed Order
   - Notice of Motion

3. I hereby certify under penalty of perjury that the above documents were sent to counsel for the Debtors, counsel for all Committees, the United States Trustee, all parties with an interest in the requested relief and all parties receiving notice by CM/EFC.

Respectfully submitted,

Dated: August 28, 2020
       Wilmington, Delaware

By: /s/Leslie B. Spoltore
Leslie B. Spoltore, Esquire (DE Bar No. 3605)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
123 Justison Street, Suite 100
Wilmington, Delaware 19801
Telephone: (302) 238-6947
Facsimile: (302) 655-1092
Email: leslie.spoltore@obermayer.com

-and-

Edmond M. George, Esquire (*pro hac vice*)
Michael D. Vagnoni, Esquire (*pro hac vice*)
Turner N. Falk, Esquire (*pro hac vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3140
Facsimile: (215) 665-3165

Email: Edmond.george@obermayer.com
*Counsel to AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, 1199SEIU Licensed Practical Nurses Welfare Fund and Sergeants Benevolent Association Health and Welfare Fund*