**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AKORN, INC., *et al.*,[1] | Case No. 20-11177 (KBO) |
| Debtors. | (Jointly Administered) |

**DEBTORS' LIST OF EXHIBITS AND WITNESSES FOR HEARINGS TO CONSIDER THE SALE TRANSACTION AND CONFIRMATION OF THE MODIFIED JOINT CHAPTER 11 PLAN OF AKORN, INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE THAT**, in accordance with the August 27, 2020 pretrial conference with all interested parties and this Court, the above-captioned Debtors hereby submit their witness and exhibit lists in connection with the hearings currently scheduled for September 1, 2020 through September 3, 2020 (the "Hearings") to consider (i) the *Debtors' Motion Seeking Entry of an Order (A) Authorizing and Approving Bidding Procedures, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (E) Granting Related Relief* (the "Sale Motion") [Docket No. 18]; and (ii) Confirmation of the *Modified Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates* (the "Plan") [Docket No. 547] .

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve all rights to amend, supplement, and modify the Witness List and Exhibit List prior to the Hearings and introduce into evidence any exhibits listed by other parties.

## EXHIBITS FOR SALE AND CONFIRMATION HEARINGS

| EXHIBIT NO. | DOCUMENT | MARKED | ADMITTED | OBJECTIONS |
|---|---|---|---|---|
| 1 | Modified Joint Chapter 11 Plan of Akorn, Inc. and its Debtor Affiliates [Dkt. No. 547] | | | |
| 2 | Akorn Disclosure Statement [Dkt. 318-1] | | | |
| 3 | Akorn 10-K-A for fiscal year ending 12/31/2019 | | | |
| 4 | 12/12/2019 *Kogut* Settlement Stipulation; Ex. A Notice of Proposed Settlement; Ex. B. Proposed Preliminary Approval Order; Ex. C. Proposed Final Order; Ex. D Charter | | | |
| 5 | March 8, 2016 Verified Amended *Kogut* Complaint | | | |
| 6 | September 21, 2018 Verified Second Amended and Restated *Kogut* Complaint | | | |
| 7 | Third Amended *Kogut* Petition | | | |
| 8 | *Kogut* Settlement: Court Approved Order, January 23, 2020 | | | |
| 9 | Akorn Primary D&O XL $5M Policy 2019-2021 | | | |
| 10 | Akorn D&O 1st Excess $5M xs $5M Berkshire Policy 2019-2021 | | | |
| 11 | Akorn D&O 2nd Excess $5M xs $10M Sompo Policy 2019-2021 | | | |
| 12 | Akorn D&O 3rd Excess $5M xs $15M Euclid Policy 2019-2021 | | | |
| 13 | Akorn D&O Side A XL Policy 2019-2021 | | | |
| 14 | Akorn D&O Excess Side A AIG Policy 2019-2020 | | | |
| 15 | Akorn Crime, Fiduciary Chubb Policy 2019-2020 | | | |

| | | | | |
|---|---|---|---|---|
| 16 | Akorn D&O 1st Excess- Allied World National Assurance (Extended) Policy 2017-2018 | | | |
| 17 | Akorn D&O - 2nd Excess Endurance American Insurance Company (Extended) Policy 2017-2018 | | | |
| 18 | Akorn D&O - 3rd Excess Illinois National Insurance Company (Extended) Policy 2018-2019 | | | |
| 19 | Akorn D&O - CNA 4th Excess (Extended) Policy 2018-2019 | | | |
| 20 | Akorn D&O - Greenwich Insurance Company and SL Specialty Insurance Company Primary (Extended) Policy 2017-2018 | | | |
| 21 | Akorn D&O - Illinois National Insurance Company Side A Edge (Extended - Endorsement #11), August 28, 2017 | | | |
| 22 | Akorn D&O - Illinois National Insurance Company Side A Edge (Extended - Endorsement # 15), June 1, 2018 | | | |
| 23 | Akorn D&O - Illinois National Insurance Company Side A Edge (Extended), 2017-2018 | | | |
| 24 | November 27, 2018 Letter to Company | | | |
| 25 | December 11, 2018 Follow Up Letter to Company | | | |
| 26 | 4.1.4 Estimated Required Overbid and 4.1.5. Required Overbid | | | |
| 27 | UCC Statement ISO of Debtors' Plan of Reorganization | | | |
| 28 | Voting Declaration | | | |
| 29 | *Trsar* Derivative Complaint | | | |
| 30 | *Pulchinski* Derivative Complaint | | | |
| 31 | *The Booth Family Trust* Derivative Complaint | | | |
| 32 | 01/31/2020 *Booth Family Trust* Order for Voluntary Dismissal | | | |
| 33 | 01/30/2020 *Pulchinski* Order for Voluntary Dismissal | | | |
| 34 | 03/04/2020 *Trsar* and *Glaubach* Stipulation & Order of Dismissal | | | |
| 35 | 03/13/2020 Order & Final Judgment Approving Class Action Settlement | | | |
| 36 | *In re Akorn, Inc., Data Securities Litigation* Complaint | | | |

| | | | | | |
|---|---|---|---|---|---|
| 37 | *In re Akorn Inc., Data Securities Litigation* Stipulation and Agreement of Settlement in | | | | |
| 38 | *Twin Master Fund, Ltd. et al. v. Akorn, Inc.*, Complaint | | | | |
| 39 | *Manikay Master Fund, LP et al. v. Akorn, Inc.*, Complaint | | | | |
| 40 | *Magnetar Constellation Fund II-PRA LP, et al. v. Akorn, Inc.* Complaint | | | | |
| 41 | *AQR Funds – AQR Multi-Strategy Alternative Fund, et al. v. Akorn, Inc.*, Complaint | | | | |
| 42 | Liquidation Analysis | | | | |
| 43 | Expert Report of Loren P. Lehnen | | | | |
| 44 | Asset Purchase Agreement | | | | |
| 45 | Notice of Filing of Plan Supplement [Dkt. No. 434] | | | | |
| 46 | Notice of Filing of First Amended Plan Supplement [Dkt. No. 521] | | | | |
| 47 | Affidavit of Solicitation | | | | |
| 48 | April 17, 2014 Term Loan Agreement | | | | |
| 49 | August 12, 2014 Incremental Facility Joinder Agreement | | | | |
| 50 | September 19, 2014 Supplement to the Loan Agreement | | | | |
| 51 | Standstill Agreement and First Amendment to Loan Agreement | | | | |
| 52 | First Amendment to Standstill Agreement and Second Amendment to Loan Agreement | | | | |
| 53 | Second Amendment to Standstill Agreement and Third Amendment to Loan Agreement | | | | |
| 54 | Declaration of Andrew J. Entwistle in Support of Lead Plaintiffs' Motion for Preliminary Approval of Settlement (*In re Akorn Inc., Data Securities Litigation* Dkt. 127, Aug. 9, 2019) | | | | |

## WITNESS FOR SALE HEARING

Mr. Buschmann will be presented by the Debtors. He will be testifying in support of the Sale Motion. He will not be accompanied by anyone in the room with him during his testimony, and he will have copies of exhibit binders with him while testifying so he can refer to any exhibits in hard copy, but will not otherwise have documents with him during his testimony.

| Witness Name | Mode of Testimony | Location | Parties seeking to cross-examine |
|---|---|---|---|
| Mark Buschmann | Live | New Canaan, CT Home | All objectors to the Sale Motion |

## WITNESSES FOR CONFIRMATION HEARING

Each witness may be presented by the Debtors. The witnesses will be testifying in support of the Plan The witnesses will not be accompanied by anyone in the room with them during their testimony. The witnesses will have copies of exhibit binders with them while testifying so they can refer to any exhibits in hard copy, but will not otherwise have documents with them during their testimony.

| Witness Name | Mode of Testimony | Location | Parties seeking to cross-examine |
|---|---|---|---|
| Joseph Bonaccorsi | Live | West Tisbury, MA Home | All objectors |
| Mark Buschmann | Live | New Canaan, CT Home | All objectors |
| William Kocovski | Live | Oakland Township, MI Home | All objectors |
| Duane Portwood | Live | Marietta, GA Home | All objectors |
| Loren Lehnen | Live | Dallas, TX Home | All objectors |
| David Hartie | Via declaration (filed contemporaneously with confirmation reply brief) | New York, New York Home | [TBD] |
| Leanne Rehder Scott | Via declaration (filed contemporaneously with confirmation reply brief) | Westminster, CA Home | [TBD] |

5

Wilmington, Delaware
August 28, 2020

/s/ *Paul N. Heath*
_____

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Paul N. Heath (No. 3704) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Amanda R. Steele (No. 5530) | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Gregory F. Pesce (admitted *pro hac vice*) |
| Brett M. Haywood (No. 6166) | Christopher M. Hayes (admitted *pro hac vice*) |
| One Rodney Square | 300 North LaSalle Street |
| 920 N. King Street | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 651-7700 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 651-7701 | Email: patrick.nash@kirkland.com |
| Email: heath@rlf.com | gregory.pesce@kirkland.com |
| steele@rlf.com | christopher.hayes@kirkland.com |
| shapiro@rlf.com | |
| haywood@rlf.com | -and- |

*Co-Counsel for the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: nicole.greenblatt@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*