# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **AKORN, INC.,** *et al.*, | Lead Case No. 20-11177 (KBO)<br>Jointly Administered |
| **Debtors.** | Honorable Karen B. Owens<br>Hearing Date: Sept. 1, 2020 at 10:00 a.m.<br>Obj. Deadline: Sept. 1, 2020 at 10:00 a.m.<br>Re: D.I. #553 |

### NOTICE OF FILING OF PROPOSED REDACTED VERSION OF 1199SEIU BENEFIT FUNDS, DC47 FUND AND SBA FUND'S OBJECTION (DI #553) TO THE DEBTORS' MOTION TO SELL (DI #18) AND <u>CONFIRMATION OF THE DEBTORS' PLAN (DI #258)</u>

PLEASE TAKE NOTICE that, pursuant to Rule 9018-1(d)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, 1199SEIU Benefit Funds, DC47 Fund and SBA Fund hereby file the attached proposed redacted version of the Objection (DI #553) to the Debtors' Motion to Sell (DI #18) and Confirmation of the Debtors' Plan (DI #258) with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the attached Exhibit List denotes in bold text the exhibits that are proposed to be filed under seal in their entirety (Exhibits H, I, J, O, and S). The Exhibit List denotes in text that is both bold and italicized the exhibits that are proposed to be redacted in part (Exhibit Q). The Objection itself is also proposed to be redacted in part.

Dated: August 28, 2020
      Wilmington, Delaware

Respectfully submitted,

By: /s/Leslie B. Spoltore
    Leslie B. Spoltore, Esquire (DE Bar No. 3605)

1

OBERMAYER REBMANN MAXWELL & HIPPEL LLP
123 Justison Street, Suite 100
Wilmington, Delaware 19801
Telephone: (302) 238-6947
Facsimile: (302) 655-1092
Email: leslie.spoltore@obermayer.com

-and-

Edmond M. George, Esquire (*pro hac vice*)
Michael D. Vagnoni, Esquire (*pro hac vice*)
Turner N. Falk, Esquire (*pro hac vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3140
Facsimile: (215) 665-3165
Email: Edmond.george@obermayer.com
*Counsel to AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, 1199SEIU Licensed Practical Nurses Welfare Fund and Sergeants Benevolent Association Health and Welfare Fund*