| UNITED STATES BANKRUPTCY FOR THE DISTRICT OF DELAWARE | |
|---|---|
| In re: | Chapter 11 |
| Akorn Inc., et al.<br>　　　　Jointly Administered Debtors. | Lead Case No. 20-11177-KBO<br>Honorable Karen B. Owens |

**EXHIBIT LIST FOR OBJECTION OF 1199SEIU BENEFIT FUNDS, DC47 FUND AND SBA FUND TO THE DEBTORS' MOTION TO SELL (DI #18) AND CONFIRMATION OF THE DEBTORS' PLAN (DI #258)**

A. Transcript, July 15 2020 341 Meeting

B. Overbid Analysis 4.1.4

C. Akorn D&O Insurance Policies 4.14

D. Unencumbered Asset List 4.17.1

E. Debtor Application for CARES Tax rebate 4.24.1

F. Confirmatory Grants of Security Interests 4.11.2

G. 3-5-19 Standstill Emails

**H. Investor Presentation 4.1.2.3**

**I. 2020 4+8 Forecast 4.15.3**

**J. Bid Summary 4.1.1.2**

K. Standstill Fee Summary 4.10.2

L. 5-19-20 Credit Bid Email

M. 5-20-20 Overbid Emails

N. Incremental Expense 4.1.5

**O. 8-6-19 Board Discussion Materials**

P. Department of Justice Press Release

***Q. Director Compensation History 4.7.5***

R. 2019 Salaried Executive Plan

**S. Douglas Boothe Accelerated Bonus Agreement**

T. 12-9-19 Bonus Acceleration Discussion

U.  2020 Prepaid Retention Program

V.  2-10-20 Public Bonus Issues Emails

W. 5-15-20 Liquidity Bonus Emails