# Exhibit D

**Intent to Use Trademarks**

| Mark | Application No./Date | Owner |
|---|---|---|
| BUSTER BRANDS | App 87/299,186<br>App 12-JAN-2017 | Hi-Tech Pharmacal Company |
| DESIGN ONLY | App 88/581,415<br>App August 16, 2019 | Advanced Vision Research, Inc. |
| DETOMISED | App 88/677,127<br>App 01-NOV-2019 | Akorn Animal Health, Inc. |
| MACUTRITION | App 88/164,134<br>App October 22, 2018 | Advanced Vision Research, Inc. |
| RESTORES EYES NATURAL BALANCE CLEANSES EYELIDS AND LASHES NOURISHES EYES TO PROMOTE HEALTHY TEARS<br><br>(DESIGN PLUS WORDS) | App 88/070,824<br>App August 9, 2018 | Advanced Vision Research, Inc. |
| THERATEARS EXTRA | App 88/047,652<br>App July 23, 2018 | Advanced Vision Research, Inc. |
| PROPOSED | App 88/677,131<br>App 01-NOV-2019 | Akorn Animal Health, Inc. |
| RESTORES + CLEANSES + NOURISHES<br><br>(DESIGN PLUS WORDS) | App 88/072,677<br>App 09-AUG-2018 | Advanced Vision Research, Inc. |
| STERI-OPTICS | App 87/413,349<br>App 17-APR-2017 | Hi-Tech Pharmacal Co., Inc. |

## **Intellectual Property**

Intellectual Property registered in any jurisdiction other than the United States, to extent such exists.

## **Real Property**[1]

| Owner | Address | Fair Market Value |
|---|---|---|
| Akorn, Inc. | 150 S. Wyckles Road, Decatur, Illinois 62522 | Assumed to be <$5 million NBV of $2,524,755.00 |
| Akorn, Inc. | 1390 N. Fairview Avenue, Decatur, Illinois 62526 | Assumed to be <$5 million |

---

[1] **Note to Draft**: Excluded Assets under the Pre-Petition CA given FMV <$5MM.

## Excluded Accounts

| Entity Owner | Bank Name | Bank Acct Number |
|---|---|---|
| Akorn, Inc. | Bank of America | 0893 |

4