# Exhibit E

# Transmission Log

| Akorn AR Dept | | | | Thursday, 2020-07-09  09:01 | | | | 8472796125 | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Type | Job # | Length | Speed | Station Name/Number | | Pgs | Status |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2020-07-09 | 08:28 | SCAN | 21782 | 32:25 | 14400 | 18552691647 | | 100 | OK -- V.17 AM31 |

## AKORN | SPECIALTY GENERICS

**Sent via Facsimile**

To: Internal Revenue Service
Tentative Refund Claim Unit
(855) 269-1647

From: Akorn, Inc. and Subsidiaries
72-0717400
Fax: 847-279-6195
Phone: 847-279-6150

Pages, including this page: 100

Dear Sir:

Akorn, Inc. and Subsidiaries ("Taxpayer") submits Form 1139, "Corporation Application for Tentative Refund," with relevant attachments to claim a refund for applying net operating loss carrybacks from the taxable year ended December 31, 2018. This claim is made in accordance with Section 2303 of the Coronavirus Aid, Relief, and Economic Security Act (the so-called CARES Act) and Notice 2020-26 (issued April 9, 2020). We have revised the originally submitted Form 1139 to align with the audit adjustments on file with the IRS per telephone conversation on July 1, 2020.

Taxpayer submits this claim by fax pursuant to the temporary procedures outlined by the Internal Revenue Service on April 14, 2020 (updated on April 16, 2020 and April 30, 2020). Taxpayer respectfully requests the IRS expeditiously process this claim.

Best regards,
Duane A Portwood
Chief Financial Officer
Akorn, Inc. and Subsidiaries

1925 West Field Court, Suite 300 · Lake Forest, IL 60045 · PHONE (800) 932-5676 · FAX (800) 943-3694 · WEB akorn.com



HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:28

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:28

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:28

<u>**Sent via Facsimile**</u>

To:   Internal Revenue Service
      Tentative Refund Claim Unit
      (855) 269-1647

From: Akorn, Inc. and Subsidiaries
      72-0717400
      Fax: 847-279-6195
      Phone: 847-279-6150

Pages, including this page:  100

Dear Sir:

Akorn, Inc. and Subsidiaries ("Taxpayer") submits Form 1139, "Corporation Application for Tentative Refund," with relevant attachments to claim a refund for applying net operating loss carrybacks from the taxable year ended December 31, 2018.  This claim is made in accordance with Section 2303 of the Coronavirus Aid, Relief, and Economic Security Act (the so-called CARES Act) and Notice 2020-26 (issued April 9, 2020).  We have revised the originally submitted Form 1139 to align with the audit adjustments on file with the IRS per telephone conversation on July 1, 2020.

Taxpayer submits this claim by fax pursuant to the temporary procedures outlined by the Internal Revenue Service on April 14, 2020 (updated on April 16, 2020 and April 30, 2020).  Taxpayer respectfully requests the IRS expeditiously process this claim.

Best regards,
Duane A Portwood
Chief Financial Officer
Akorn, Inc. and Subsidiaries

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:28

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:28

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:28

1925 West Field Court, Suite 300 • Lake Forest, IL 60045 • **PHONE** (800) 932-5676 • **FAX** (800) 943-3694 • **WEB** akorn.com

# Form 1139 — Corporation Application for Tentative Refund

**Form 1139** (Rev. October 2018)
Department of the Treasury — Internal Revenue Service

▶ Go to www.irs.gov/Form1139 for instructions and the latest information.
▶ Do not file with the corporation's income tax return - file separately.
▶ Keep a copy of this application for your records.

OMB No. 1545-0123

| Field | Value |
|---|---|
| Name | AKORN, INC. AND SUBSIDIARIES |
| Employer identification number | 72-0717400 |
| Number, street, and room or suite no. | 1925 W FIELD COURT SUITE 300 |
| Date of incorporation | 01/20/1971 |
| City or town, state, and ZIP code | LAKE FOREST, IL 60045 |
| Daytime phone number | (847) 279-6116 |

**1** Reason(s) for filing. See instructions - attach computation
- **a** Net operating loss (NOL) ▶ $ 102,920,733.
- **b** Net capital loss ▶ $
- **c** Unused general business credit ▶ $
- **d** Other ▶ $

**2** Return for year of loss, unused credit, or overpayment under section 1341(b)(1) ▶
- **a** Tax year ended: 12/31/2018
- **b** Date tax return filed: 10/14/2019
- **c** Service center where filed: OGDEN, UT

**3** If this application is for an unused credit created by another carryback, enter ending date for the tax year of the first carryback ▶

**4** Did a loss result in the release of a foreign tax credit, or is the corporation carrying back a general business credit that was released because of the release of a foreign tax credit (see instructions)? If "Yes," the corporation must file an amended return to carry back the released credits ... ☐ Yes  ☒ No

**5a** Was a consolidated return filed for any carryback year or did the corporation join a consolidated group (see instructions)? ☒ Yes  ☐ No
**b** If "Yes," enter the tax year ending date and the name of the common parent and its EIN, if different from above (see instructions) ▶

**6a** If Form 1138 has been filed, was an extension of time granted for filing the return for the tax year of the NOL? ☐ Yes  ☐ No
**b** If "Yes," enter the date to which extension was granted ▶
**c** Enter the date Form 1138 was filed ▶
**d** Unpaid tax for which Form 1138 is in effect ▶ $

**7** If the corporation changed its accounting period, enter the date permission to change was granted ▶

**8** If this is an application for a dissolved corporation, enter date of dissolution ▶

**9** Has the corporation filed a petition in Tax Court for the year or years to which the carryback is to be applied? ☐ Yes  ☒ No

**10** If any part of the decrease in tax due to a loss or credit resulting from a reportable transaction required to be disclosed? If "Yes," attach Form 8886 ... ☐ Yes  ☒ No

## Computation of Decrease in Tax

| | 5TH preceding tax year ended ▶ 12/31/2013 | | 3RD preceding tax year ended ▶ 12/31/2015 | | 2ND preceding tax year ended ▶ 12/31/2016 | |
|---|---|---|---|---|---|---|
| | (a) Before carryback | (b) After carryback | (c) Before carryback | (d) After carryback | (e) Before carryback | (f) After carryback |
| 11 Taxable income from tax return | 93471660. | 97236507. | 181387830. | 181320208. | 320303348. | 320303348. |
| 12 Capital loss carryback (see instructions) | | | | | | |
| 13 Subtract line 12 from line 11 | | 97236507. | | 181320208. | | 320303348. |
| 14 NOL deduction (see instructions) | | 97236507. | | 5,684,226. | | |
| 15 Taxable income. Subtract line 14 from line 13 | | | | 175635982. | | 320303348. |
| 16 Income tax | 32715081. | | 63485740. | 61472594. | 112106172. | 112106172. |
| 17 Alternative minimum tax | NONE | 19033888. | NONE | NONE | NONE | NONE |
| 18 Base erosion minimum tax (Attach Form 8991) | | | | | | |
| 19 Add lines 16 through 18 | 32715081. | 19033888. | 63485740. | 61472594. | 112106172. | 112106172. |
| 20 General business credit (see instructions) | 708,703. | | 2,622,434. | 2,622,434. | 704,106. | 704,106. |
| 21 Other credits (see instructions) | NONE | | 249,593. | 8,236,802. | NONE | 11046679. |
| 22 Total credits. Add lines 20 and 21 | 708,703. | | 2,872,027. | 10859236. | 704,106. | 11750785. |
| 23 Subtract line 22 from line 19 | 32006378. | 19033888. | 60613713. | 50613358. | 111402066. | 100355387. |
| 24 Personal holding company tax (Sch. PH (Form 1120)) | | | | | | |
| 25 Other taxes (see instructions) | | | | | | |
| 26 Total tax liability. Add lines 23 through 25 | 32006378. | 19033888. | 60613713. | 50613358. | 111402066. | 100355387. |
| 27 Enter amount from "After carryback" column on line 26 for each year | 19033888. | | 50613358. | | 100355387. | |
| 28 Decrease in tax. Subtract line 27 from line 26 | 12972490. | | 10000355. | | 11046679. | |

**29** Overpayment of tax due to a claim of right adjustment under section 1341(b)(1) (attach computation) ...

**Sign Here**
Under penalties of perjury, I declare that I have examined this application and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.

Signature of officer: DUANE A PORTWOOD
Date: 07/08/2020
Title: CHIEF FINANCIAL OFFICER

**Paid Preparer Use Only**
- Print/Type preparer's name: LAUREN JANSEN
- Preparer's signature: Lauren Jansen (Digitally signed 2020.07.08 10:57:38 -05'00')
- Date: 07/08/2020
- PTIN: P00850800
- Firm's name ▶ GRANT THORNTON LLP
- Firm's address ▶ CHICAGO, IL 60601
- Firm's EIN ▶ 36-6055558
- Phone no. 312-856-0200

For Paperwork Reduction Act Notice, see separate instructions.    Form **1139** (Rev. 10-2018)

JSA
8C3500 3.000

3617ON  649R