# Exhibit F

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

# CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES PATENTS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES PATENTS (the "Confirmatory Grant") is made effective as of February 6, 2019 by and from ADVANCED VISION RESEARCH, INC., a Delaware corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A. (the "Grantee"), for itself and as Administrative Agent for the Secured Parties (as defined in the Term Loan Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Loan Agreement dated as of April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Term Loan Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into a Term Loan Pledge and Security Agreement dated as of April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the patents (the "Patents") listed on Exhibit A attached hereto, which Patents are issued or pending with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to the Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference.  In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)    Definitions.  All capitalized terms not defined herein shall have the respective meaning given to them in the Term Loan Agreement.

2)    The Security Interest.

(a)    This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations.  Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to Grantor all reasonably requested instruments in writing releasing the security interest in the Patents acquired under this Confirmatory Grant.

(b)    The Grantor hereby grants to the Grantee a security interest in (1) all of Grantor's right, title and interest in and to the Patents now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Patents, and (3) all causes of action arising prior to or after the date hereof for infringement of the Patents or unfair competition regarding the same.

3)    Counterparts.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement.  Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

ADVANCED VISION RESEARCH, INC.

By: _____

Name:  Joseph Bonaccorsi
Title: EVP General Counsel and Secretary

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

Signature Page to Confirmatory Grant of
Security Interest in United States Patents
(Term Loan Agreement)

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES PATENTS

Exhibit A - SCHEDULE OF PATENTS

| Application Title | Owner | Status in Patent Office | Application No./Patent No. | Application/Issue Date | Country |
|---|---|---|---|---|---|
| Cleanser compositions and methods for using the same | Advanced Vision Research, Inc. | Granted | 14528420 9050288 | 10/30/2014 6/9/2015 | USA |
| Cleanser compositions and methods for using the same | Advanced Vision Research, Inc. | Pending | 14722252 | 5/27/2015 | USA |

## CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES PATENTS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES PATENTS (the "Confirmatory Grant") is made effective as of February 6, 2019 by and from AKORN, INC., a Louisiana corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A. (the "Grantee"), for itself and as Administrative Agent for the Secured Parties (as defined in the Credit Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Loan Agreement dated as of April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Credit Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into a Pledge and Security Agreement dated as of April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the patents (the "Patents") listed on Exhibit A attached hereto, which Patents are issued or pending with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to the Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference.  In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)      Definitions.  All capitalized terms not defined herein shall have the respective meaning given to them in the Credit Agreement.

2)      The Security Interest.

(a)      This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations.  Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to Grantor all reasonably requested instruments in writing releasing the security interest in the Patents acquired under this Confirmatory Grant.

(b)      The Grantor hereby grants to the Grantee a security interest in (1) all of Grantor's right, title and interest in and to the Patents now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Patents, and (3) all causes of action arising prior to or after the date hereof for infringement of the Patents or unfair competition regarding the same.

3)      Counterparts.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement.  Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

AKORN, INC.

By: _____

Name:  Joseph Bonaccorsi

Title: EVP General Counsel and Secretary

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

Signature Page to Confirmatory Grant of
Security Interest in United States Patents
(Credit Agreement)

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES PATENTS

Exhibit A - SCHEDULE OF PATENTS

| Application Title | Owner | Status in Patent Office | Application No./Patent No. | Application/Issue Date | Country |
|---|---|---|---|---|---|
| Stable pentobarbital formulation | Akorn, Inc. | Granted | 14617404 9517269 | 2/9/2015 12/13/2016 | USA |
| Methods of sterilizing bacitracin | Akorn, Inc. | Pending | 62/373,667 | 8/11/2016 | USA |

US-DOCS\103721606.3

## CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES PATENTS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES PATENTS (the "Confirmatory Grant") is made effective as of February 6, 2019 by and from AKORN, INC., a Louisiana corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A. (the "Grantee"), for itself and as Administrative Agent for the Secured Parties (as defined in the Term Loan Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Loan Agreement dated as of April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Term Loan Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into a Term Loan Pledge and Security Agreement dated as of April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the patents (the "Patents") listed on Exhibit A attached hereto, which Patents are issued or pending with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to the Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)    Definitions. All capitalized terms not defined herein shall have the respective meaning given to them in the Term Loan Agreement.

2)    The Security Interest.

(a)    This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations. Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to Grantor all reasonably requested instruments in writing releasing the security interest in the Patents acquired under this Confirmatory Grant.

(b)    The Grantor hereby grants to the Grantee a security interest in (1) all of Grantor's right, title and interest in and to the Patents now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Patents, and (3) all causes of action arising prior to or after the date hereof for infringement of the Patents or unfair competition regarding the same.

3)    Counterparts. This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement. Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

AKORN, INC.

By: _____

Name: Joseph Bonaccorsi

Title:  EVP General Counsel and Secretary

Signature Page to Confirmatory Grant of
Security Interest in United States Patents
(Term Loan Agreement)

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES PATENTS

Exhibit A - SCHEDULE OF PATENTS

| Application Title | Owner | Status in Patent Office | Application No./Patent No. | Application/Issue Date | Country |
|---|---|---|---|---|---|
| Stable pentobarbital formulation | Akorn, Inc. | Granted | 14617404 9517269 | 2/9/2015 12/13/2016 | USA |
| Methods of sterilizing bacitracin | Akorn, Inc. | Pending | 62/373,667 | 8/11/2016 | USA |

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

## CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES PATENTS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES PATENTS (the "Confirmatory Grant") is made effective as of February 6, 2019 by and from HI-TECH PHARMACAL CO., INC., a Delaware corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A. (the "Grantee"), for itself and as Administrative Agent for the Secured Parties (as defined in the Term Loan Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Loan Agreement dated as of April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Term Loan Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into a Term Loan Pledge and Security Agreement dated as of April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the patents (the "Patents") listed on Exhibit A attached hereto, which Patents are issued or pending with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to the Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1) <u>Definitions</u>. All capitalized terms not defined herein shall have the respective meaning given to them in the Term Loan Agreement.

2) <u>The Security Interest</u>.

(a)    This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations. Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to Grantor all reasonably requested instruments in writing releasing the security interest in the Patents acquired under this Confirmatory Grant.

(b)    The Grantor hereby grants to the Grantee a security interest in (1) all of Grantor's right, title and interest in and to the Patents now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Patents, and (3) all causes of action arising prior to or after the date hereof for infringement of the Patents or unfair competition regarding the same.

3)    <u>Counterparts</u>. This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement. Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

HI-TECH PHARMACAL CO., INC.

By: _____

Name: Joseph Bonaccorsi

Title: EVP General Counsel and Secretary

Signature Page to Confirmatory Grant of
Security Interest in United States Patents
(Term Loan Agreement)

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES PATENTS

Exhibit A - SCHEDULE OF PATENTS

| Application Title | Owner | Status in Patent Office | Application No./Patent No. | Application/Issue Date | Country |
|---|---|---|---|---|---|
| Method of treatment using a therapeutic agent for intranasal administration | Hi-Tech Pharmacal Co., Inc. | Granted | 14464177 9301988 | 8/20/2014 4/5/2016 | USA |

EXECUTION COPY

# CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES TRADEMARKS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES TRADEMARKS (the "<u>Confirmatory Grant</u>") is made effective as of August 12, 2014 by and from CLOVER PHARMACEUTICALS CORP., a Delaware corporation (the "<u>Grantor</u>"), to and in favor of JPMORGAN CHASE BANK, N.A., (the "<u>Grantee</u>") for itself and as Administrative Agent for the Secured Parties (as defined in the Credit Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Credit Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "<u>Credit Agreement</u>").

WHEREAS, the Grantor and the other Loan Parties have entered into an ABL Pledge and Security Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "<u>Security Agreement</u>").

WHEREAS, the Grantor owns the trademarks (the "<u>Trademarks</u>") listed on <u>Exhibit A</u> attached hereto, which Trademarks are pending or registered with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)      <u>Definitions</u>.  All capitalized terms not defined herein shall have the respective meaning given to them in the Credit Agreement.

2)      <u>The Security Interest</u>.

(a)      This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations.  Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to Grantor all reasonably requested instruments in writing releasing the security interest in the Trademarks acquired under this Confirmatory Grant.

(b)      The Grantor hereby grants to Grantee a security interest in (1) all of Grantor's right, title and interest in and to the Trademarks now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Trademarks, (3) the goodwill associated with such Trademarks, and (4) all causes of action arising prior to or after the date hereof for infringement of the Trademarks or unfair competition regarding the same.

3)      <u>Counterparts</u>.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement.  Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

ACTIVE 203055876v.1

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

CLOVER PHARMACEUTICALS CORP.

By: _____
Name: Joseph Bonaccorsi
Title: Secretary

Signature Page to Grant of
Security Interest in United States Trademarks
(Credit Agreement)

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES TRADEMARKS
Exhibit A - SCHEDULE OF TRADEMARKS

| Trademark | Owner | Status in Trademark Office | Registration/ Application No. Date | Country |
|---|---|---|---|---|
| AMICAR | Clover Pharmaceuticals Corp. | Registered | 0729648 (April 10, 1962) | United States |

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

EXECUTION COPY

## CONFIRMATORY GRANT OF SECURITY INTEREST
### IN UNITED STATES TRADEMARKS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES TRADEMARKS (the "Confirmatory Grant") is made effective as of August 12, 2014 by and from CLOVER PHARMACEUTICALS CORP., a Delaware corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A., (the "Grantee") for itself and as Administrative Agent for the Secured Parties (as defined in the Term Loan Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Loan Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Term Loan Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into a Term Loan Pledge and Security Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the trademarks (the "Trademarks") listed on Exhibit A attached hereto, which Trademarks are pending or registered with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)    Definitions.  All capitalized terms not defined herein shall have the respective meaning given to them in the Term Loan Agreement.

2)    The Security Interest.

(a)    This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations.  Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to Grantor all reasonably requested instruments in writing releasing the security interest in the Trademarks acquired under this Confirmatory Grant.

(b)    The Grantor hereby grants to Grantee a security interest in (1) all of Grantor's right, title and interest in and to the Trademarks now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Trademarks, (3) the goodwill associated with such Trademarks, and (4) all causes of action arising prior to or after the date hereof for infringement of the Trademarks or unfair competition regarding the same.

3)    Counterparts.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement.  Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

ACTIVE 203055892v.1

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

CLOVER PHARMACEUTICALS CORP.

By: _____

Name:  Joseph Bonaccorsi

Title:  Secretary

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES TRADEMARKS
Exhibit A - SCHEDULE OF TRADEMARKS

| Trademark | Owner | Status in Trademark Office | Registration/ Application No. Date | Country |
|-----------|-------|----------------------------|------------------------------------|---------|
| AMICAR | Clover Pharmaceuticals Corp. | Registered | 0729648 (April 10, 1962) | United States |

EXECUTION COPY

## CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES TRADEMARKS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES TRADEMARKS (the "Confirmatory Grant") is made effective as of August 12, 2014 by and from COVENANT PHARMA INC., a Georgia corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A., (the "Grantee") for itself and as Administrative Agent for the Secured Parties (as defined in the Credit Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Credit Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Credit Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into an ABL Pledge and Security Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the trademarks (the "Trademarks") listed on Exhibit A attached hereto, which Trademarks are pending or registered with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)     Definitions.  All capitalized terms not defined herein shall have the respective meaning given to them in the Credit Agreement.

2)     The Security Interest.

(a)     This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations. Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to Grantor all reasonably requested instruments in writing releasing the security interest in the Trademarks acquired under this Confirmatory Grant.

(b)     The Grantor hereby grants to Grantee a security interest in (1) all of Grantor's right, title and interest in and to the Trademarks now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Trademarks, (3) the goodwill associated with such Trademarks, and (4) all causes of action arising prior to or after the date hereof for infringement of the Trademarks or unfair competition regarding the same.

3)     Counterparts.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement. Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

COVENANT PHARMA INC..

By: _____

Name:  Joseph Bonaccorsi

Title:  Secretary

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES TRADEMARKS
Exhibit A - SCHEDULE OF TRADEMARKS

| Trademark | Owner | Status in Trademark Office | Registration/ Application No. Date | Country |
|---|---|---|---|---|
| ISONARIF | Covenant Pharma Inc. | Registered | 3235289 (April 24, 2007) | United States |

EXECUTION COPY

## CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES TRADEMARKS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES TRADEMARKS (the "Confirmatory Grant") is made effective as of August 12, 2014 by and from COVENANT PHARMA INC., a Georgia corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A., (the "Grantee") for itself and as Administrative Agent for the Secured Parties (as defined in the Term Loan Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Loan Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Term Loan Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into a Term Loan Pledge and Security Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the trademarks (the "Trademarks") listed on Exhibit A attached hereto, which Trademarks are pending or registered with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)      Definitions.  All capitalized terms not defined herein shall have the respective meaning given to them in the Term Loan Agreement.

2)      The Security Interest.

(a)      This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations.  Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to Grantor all reasonably requested instruments in writing releasing the security interest in the Trademarks acquired under this Confirmatory Grant.

(b)      The Grantor hereby grants to Grantee a security interest in (1) all of Grantor's right, title and interest in and to the Trademarks now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Trademarks, (3) the goodwill associated with such Trademarks, and (4) all causes of action arising prior to or after the date hereof for infringement of the Trademarks or unfair competition regarding the same.

3)      Counterparts.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement.  Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

COVENANT PHARMA INC..

By: _____

Name:  Joseph Bonaccorsi

Title:  Secretary

Signature Page to Grant of
Security Interest in United States Trademarks
(Term Loan)

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

**CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES TRADEMARKS
Exhibit A - SCHEDULE OF TRADEMARKS**

| Trademark | Owner | Status in Trademark Office | Registration/ Application No. Date | Country |
|---|---|---|---|---|
| ISONARIF | Covenant Pharma Inc. | Registered | 3235289 (April 24, 2007) | United States |

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

**EXECUTION COPY**

## CONFIRMATORY GRANT OF SECURITY INTEREST
### IN UNITED STATES TRADEMARKS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES TRADEMARKS (the "Confirmatory Grant") is made effective as of August 12, 2014 by and from VERSAPHARM INCORPORATED, a Georgia corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A., (the "Grantee") for itself and as Administrative Agent for the Secured Parties (as defined in the Credit Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Credit Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Credit Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into an ABL Pledge and Security Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the trademarks (the "Trademarks") listed on Exhibit A attached hereto, which Trademarks are pending or registered with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)     <u>Definitions</u>.  All capitalized terms not defined herein shall have the respective meaning given to them in the Credit Agreement.

2)     <u>The Security Interest</u>.

(a)     This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations. Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to Grantor all reasonably requested instruments in writing releasing the security interest in the Trademarks acquired under this Confirmatory Grant.

(b)     The Grantor hereby grants to Grantee a security interest in (1) all of Grantor's right, title and interest in and to the Trademarks now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Trademarks, (3) the goodwill associated with such Trademarks, and (4) all causes of action arising prior to or after the date hereof for infringement of the Trademarks or unfair competition regarding the same.

3)     <u>Counterparts</u>.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement. Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

VERSAPHARM INCORPORATED

By: _____

Name:  Joseph Bonaccorsi

Title:  Secretary

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

Signature Page to Grant of
Security Interest in United States Trademarks
(Credit Agreement)

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES TRADEMARKS
Exhibit A - SCHEDULE OF TRADEMARKS

| Trademark | Owner | Status in Trademark Office | Registration/ Application No. Date | Country |
|---|---|---|---|---|
| Myorisan | VersaPharm Incorporated | Registered | 4199023 (August 28, 2012) | United States |
|  | VersaPharm Incorporated | Registered | 2588146 (July 2, 2002) | |
|  | VersaPharm Incorporated | Registered | 2685550 (February 11, 2003) | United States |
| Myorisan | VersaPharm Incorporated | Allowed | (October 13, 2011) | Canada |

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

EXECUTION COPY

## CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES TRADEMARKS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES TRADEMARKS (the "Confirmatory Grant") is made effective as of August 12, 2014 by and from VERSAPHARM INCORPORATED, a Georgia corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A., (the "Grantee") for itself and as Administrative Agent for the Secured Parties (as defined in the Term Loan Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Loan Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Term Loan Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into a Term Loan Pledge and Security Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the trademarks (the "Trademarks") listed on Exhibit A attached hereto, which Trademarks are pending or registered with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)    Definitions.  All capitalized terms not defined herein shall have the respective meaning given to them in the Term Loan Agreement.

2)    The Security Interest.

    (a)    This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations.  Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to Grantor all reasonably requested instruments in writing releasing the security interest in the Trademarks acquired under this Confirmatory Grant.

    (b)    The Grantor hereby grants to Grantee a security interest in (1) all of Grantor's right, title and interest in and to the Trademarks now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Trademarks, (3) the goodwill associated with such Trademarks, and (4) all causes of action arising prior to or after the date hereof for infringement of the Trademarks or unfair competition regarding the same.

3)    Counterparts.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement.  Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30
HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30
HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30
HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30
HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30
HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30
HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

VERSAPHARM INCORPORATED

By: _____

Name:  Joseph Bonaccorsi

Title:  Secretary

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

### CONFIRMATORY GRANT OF SECURITY INTEREST
### IN UNITED STATES TRADEMARKS
### Exhibit A - SCHEDULE OF TRADEMARKS

| Trademark | Owner | Status in Trademark Office | Registration/ Application No. Date | Country |
|---|---|---|---|---|
| Myorisan | VersaPharm Incorporated | Registered | 4199023 (August 28, 2012) | United States |
|  | VersaPharm Incorporated | Registered | 2588146 (July 2, 2002) | |
|  | VersaPharm Incorporated | Registered | 2685550 (February 11, 2003) | United States |
| Myorisan | VersaPharm Incorporated | Allowed | (October 13, 2011) | Canada |

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

## CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES TRADEMARKS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES TRADEMARKS (the "Confirmatory Grant") is made effective as of February 6, 2019 by and from ADVANCED VISION RESEARCH, INC., a Delaware corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A. (the "Grantee"), for itself and as Administrative Agent for the Secured Parties (as defined in the Term Loan Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Loan Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Term Loan Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into a Term Loan Pledge and Security Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the trademarks (the "Trademarks") listed on Exhibit A attached hereto, which Trademarks are pending or registered with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)    Definitions.  All capitalized terms not defined herein shall have the respective meaning given to them in the Term Loan Agreement.

2)    The Security Interest.

(a)    This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations. Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), the Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to the Grantor all reasonably requested instruments in writing releasing the security interest in the Trademarks acquired under this Confirmatory Grant.

(b)    The Grantor hereby grants to Grantee a security interest in (1) all of the Grantor's right, title and interest in and to the Trademarks now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Trademarks, (3) the goodwill associated with such Trademarks, and (4) all causes of action arising prior to or after the date hereof for infringement of the Trademarks or unfair competition regarding the same.

3)    Counterparts.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement. Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:30

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

ADVANCED VISION RESEARCH, INC.

By: _____

Name: Joseph Bonaccorsi

Title: EVP General Counsel and Secretary

Signature Page to Confirmatory Grant of
Security Interest in United States Trademarks
(Term Loan Agreement)

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES TRADEMARKS

Exhibit A - SCHEDULE OF TRADEMARKS

| Trademark | Owner | Application Number | Trademark Number | Status in Trademark Office | Country |
|---|---|---|---|---|---|
| THERATEARS EXTRA | ADVANCED VISION RESEARCH, INC. | 87049747 | N/A | PENDING | USA |
| THERAPY FOR YOUR EYES | ADVANCED VISION RESEARCH, INC. | 86260607 | 4843058 | REGISTERED | USA |
| THERAREARS EXTRA™ | ADVANCED VISION RESEARCH, INC. | 88047652 | N/A | PENDING | USA |
| MACUTRITION™ | ADVANCED VISION RESEARCH, INC. | 86590208 | N/A | PENDING | USA |

## CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES TRADEMARKS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES TRADEMARKS (the "Confirmatory Grant") is made effective as of February 6, 2019 by and from AKORN ANIMAL HEALTH, INC., a Delaware corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A. (the "Grantee"), for itself and as Administrative Agent for the Secured Parties (as defined in the Term Loan Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Loan Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Term Loan Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into a Term Loan Pledge and Security Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the trademarks (the "Trademarks") listed on Exhibit A attached hereto, which Trademarks are pending or registered with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)    Definitions.  All capitalized terms not defined herein shall have the respective meaning given to them in the Term Loan Agreement.

2)    The Security Interest.

(a)    This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations.  Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), the Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to the Grantor all reasonably requested instruments in writing releasing the security interest in the Trademarks acquired under this Confirmatory Grant.

(b)    The Grantor hereby grants to Grantee a security interest in (1) all of the Grantor's right, title and interest in and to the Trademarks now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Trademarks, (3) the goodwill associated with such Trademarks, and (4) all causes of action arising prior to or after the date hereof for infringement of the Trademarks or unfair competition regarding the same.

3)    Counterparts.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement.  Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:31

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:31

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

AKORN ANIMAL HEALTH, INC.

By: _____
Name: Joseph Bonaccorsi
Title: EVP General Counsel and Secretary

Signature Page to Confirmatory Grant of
Security Interest in United States Trademarks
(Term Loan Agreement)

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES TRADEMARKS

Exhibit A - SCHEDULE OF TRADEMARKS

| Trademark | Owner | Application Number | Trademark Number | Status in Trademark Office | Country |
|---|---|---|---|---|---|
| BUTORPHIC | AKORN ANIMAL HEALTH, INC. | 77492827 | 3648627 | REGISTERED | USA |
| TOLAZINE | AKORN ANIMAL HEALTH, INC. | 76548343 | 2905937 | REGISTERED | USA |
| VETAKET | AKORN ANIMAL HEALTH, INC. | 74266573 | 1803032 | REGISTERED | USA |
| ANASED | AKORN ANIMAL HEALTH, INC. | 73815445 | 1589685 | REGISTERED | USA |
| YOBINE | AKORN ANIMAL HEALTH, INC. | 73815446 | 1587410 | REGISTERED | USA |
| DETOMISED™ | AKORN ANIMAL HEALTH, INC. | 86478401 | N/A | PENDING | USA |
| PROPOSED™ | AKORN ANIMAL HEALTH, INC. | 86478406 | N/A | PENDING | USA |

## CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES TRADEMARKS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES TRADEMARKS (the "Confirmatory Grant") is made effective as of February 6, 2019 by and from AKORN, INC., a Louisiana corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A. (the "Grantee"), for itself and as Administrative Agent for the Secured Parties (as defined in the Credit Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Loan Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Credit Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into a Pledge and Security Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the trademarks (the "Trademarks") listed on Exhibit A attached hereto, which Trademarks are pending or registered with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)      Definitions.  All capitalized terms not defined herein shall have the respective meaning given to them in the Credit Agreement.

2)      The Security Interest.

(a)      This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations.  Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to Grantor all reasonably requested instruments in writing releasing the security interest in the Trademarks acquired under this Confirmatory Grant.

(b)      The Grantor hereby grants to Grantee a security interest in (1) all of Grantor's right, title and interest in and to the Trademarks now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Trademarks, (3) the goodwill associated with such Trademarks, and (4) all causes of action arising prior to or after the date hereof for infringement of the Trademarks or unfair competition regarding the same.

3)      Counterparts.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement.  Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:31

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:31

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:31

HIGHLY CONFIDENTIAL
obermayer.com
Aug 05, 2020 14:31

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

AKORN, INC.

By: _____

Name: Joseph Bonaccorsi
Title: EVP General Counsel and Secretary

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:31

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:31

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES TRADEMARKS

Exhibit A - SCHEDULE OF TRADEMARKS

| Trademark | Owner | Application Number | Trademark Number | Status in Trademark Office | Country |
|---|---|---|---|---|---|
| AKORN ® | AKORN, INC. | 86937435 | 5,076,962 | REGISTERED | USA |
| TYPE YOU DIABETIC CARE® | AKORN, INC. | 86966811 | 5,297,364 | REGISTERED | USA |
| TYPE YOU DIABETIC CARE™ | AKORN, INC. | 87542439 | N/A | PENDING | USA |
| HYDASE™ | AKORN, INC. | 86813398 | N/A | PENDING | USA |
| EYE RX DIRECT® (design) | AKORN, INC. | 86773391 | 5,296,978 | REGISTERED | USA |
| TYPE YOU® | AKORN, INC. | 86631044 | 5,291,486 | REGISTERED | USA |
| TYPE YOU™ | AKORN, INC. | 87542435 | N/A | PENDING | USA |

## CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES TRADEMARKS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES TRADEMARKS (the "Confirmatory Grant") is made effective as of February 6, 2019 by and from AKORN, INC., a Louisiana corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A. (the "Grantee"), for itself and as Administrative Agent for the Secured Parties (as defined in the Term Loan Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Loan Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Term Loan Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into a Term Loan Pledge and Security Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the trademarks (the "Trademarks") listed on Exhibit A attached hereto, which Trademarks are pending or registered with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)    Definitions.  All capitalized terms not defined herein shall have the respective meaning given to them in the Term Loan Agreement.

2)    The Security Interest.

(a)    This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations. Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to Grantor all reasonably requested instruments in writing releasing the security interest in the Trademarks acquired under this Confirmatory Grant.

(b)    The Grantor hereby grants to Grantee a security interest in (1) all of Grantor's right, title and interest in and to the Trademarks now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Trademarks, (3) the goodwill associated with such Trademarks, and (4) all causes of action arising prior to or after the date hereof for infringement of the Trademarks or unfair competition regarding the same.

3)    Counterparts.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement. Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:31

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:31

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

AKORN, INC.

By: _____
Name: Joseph Bonaccorsi
Title: EVP General Counsel and Secretary

Signature Page to Confirmatory Grant of
Security Interest in United States Trademarks
(Term Loan Agreement)

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES TRADEMARKS

Exhibit A - SCHEDULE OF TRADEMARKS

| Trademark | Owner | Application Number | Trademark Number | Status in Trademark Office | Country |
|---|---|---|---|---|---|
| AKORN ® | AKORN, INC. | 86937435 | 5,076,962 | REGISTERED | USA |
| TYPE YOU DIABETIC CARE® | AKORN, INC. | 86966811 | 5,297,364 | REGISTERED | USA |
| TYPE YOU DIABETIC CARE™ | AKORN, INC. | 87542439 | N/A | PENDING | USA |
| HYDASE™ | AKORN, INC. | 86813398 | N/A | PENDING | USA |
| EYE RX DIRECT® (design) | AKORN, INC. | 86773391 | 5,296,978 | REGISTERED | USA |
| TYPE YOU® | AKORN, INC. | 86631044 | 5,291,486 | REGISTERED | USA |
| TYPE YOU™ | AKORN, INC. | 87542435 | N/A | PENDING | USA |

## CONFIRMATORY GRANT OF SECURITY INTEREST
## IN UNITED STATES TRADEMARKS

THIS CONFIRMATORY GRANT OF SECURITY INTEREST IN UNITED STATES TRADEMARKS (the "Confirmatory Grant") is made effective as of February 6, 2019 by and from HI-TECH PHARMACAL CO., INC., a Delaware corporation (the "Grantor"), to and in favor of JPMORGAN CHASE BANK, N.A. (the "Grantee"), for itself and as Administrative Agent for the Secured Parties (as defined in the Term Loan Agreement referenced below).

WHEREAS, the Grantor, the other Loan Parties, the Lenders and Grantee have entered into a Loan Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Term Loan Agreement").

WHEREAS, the Grantor and the other Loan Parties have entered into a Term Loan Pledge and Security Agreement dated April 17, 2014 (as may be amended, restated, supplemented or otherwise modified from time to time, the "Security Agreement").

WHEREAS, the Grantor owns the trademarks (the "Trademarks") listed on Exhibit A attached hereto, which Trademarks are pending or registered with the United States Patent and Trademark Office.

WHEREAS, this Confirmatory Grant has been granted in conjunction with the security interest granted to Grantee under the Security Agreement. The rights and remedies of Grantee with respect to the security interest granted herein are without prejudice to and are in addition to those set forth in the Security Agreement and the other Loan Documents, all terms and provisions of which are incorporated herein by reference. In the event that any provisions of this Confirmatory Grant are deemed to conflict with the Security Agreement, the provisions of the Security Agreement shall govern.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed that:

1)    Definitions.  All capitalized terms not defined herein shall have the respective meaning given to them in the Term Loan Agreement.

2)    The Security Interest.

(a)    This Confirmatory Grant is made to secure the satisfactory performance and payment of all the Secured Obligations.  Upon the payment in full of all Secured Obligations (other than contingent indemnification obligations), the Grantee shall promptly, upon such satisfaction, execute, acknowledge, and deliver to the Grantor all reasonably requested instruments in writing releasing the security interest in the Trademarks acquired under this Confirmatory Grant.

(b)    The Grantor hereby grants to Grantee a security interest in (1) all of the Grantor's right, title and interest in and to the Trademarks now owned or from time to time after the date hereof owned or acquired by the Grantor, together with (2) all proceeds and products of the Trademarks, (3) the goodwill associated with such Trademarks, and (4) all causes of action arising prior to or after the date hereof for infringement of the Trademarks or unfair competition regarding the same.

3)    Counterparts.  This Confirmatory Grant may be executed in any number of counterparts and by different parties in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same agreement.  Signature pages may be detached from multiple separate counterparts and attached to a single counterpart.

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:31

4) Governing Law. This Confirmatory Grant and the rights and obligations of the parties hereto shall be governed by, and construed and interpreted in accordance with, the law of the State of New York.

*******

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:31

IN WITNESS WHEREOF, the Grantor has executed this Confirmatory Grant of Security Interest effective as of the date first written above.

HI-TECH PHARMACAL CO., INC.

By: _____
Name: Joseph Bonaccorsi
Title: EVP General Counsel and Secretary

CONFIRMATORY GRANT OF SECURITY INTEREST
IN UNITED STATES TRADEMARKS

Exhibit A - SCHEDULE OF TRADEMARKS

| Trademark | Owner | Application Number | Trademark Number | Status in Trademark Office | Country |
|---|---|---|---|---|---|
| MASTER OF MAGNESIUM | HI-TECH PHARMACAL CO., INC. | 87007233 | 5355853 | REGISTERED | USA |
| FAST AND FIERCE RELIEF | HI-TECH PHARMACAL CO., INC. | 87007235 | 5355854 | REGISTERED | USA |
| BUSTER BRANDS™ | HI-TECH PHARMACAL CO., INC. | 87299186 | N/A | PENDING | USA |
| STERI-OPTICS | HI-TECH PHARMACAL CO., INC. | 87413349 | N/A | PENDING | USA |