# Exhibit G

**Bcc:** Buschmann@pjtpartners.com[Buschmann@pjtpartners.com]; KimH@pjtpartners.com[KimH@pjtpartners.com]; Davidson@pjtpartners.com[Davidson@pjtpartners.com]; cargo@pjtpartners.com[cargo@pjtpartners.com]; aguizy@pjtpartners.com[aguizy@pjtpartners.com]; yuci@pjtpartners.com[yuci@pjtpartners.com]; Volkoff@pjtpartners.com[Volkoff@pjtpartners.com]; rajan@pjtpartners.com[rajan@pjtpartners.com]; Monti@pjtpartners.com[Monti@pjtpartners.com]; wangg@pjtpartners.com[wangg@pjtpartners.com]
**To:** O'Hara, Michael[Ohara@pjtpartners.com]; Michael Kahn[mkahn@cravath.com]
**Cc:** Project Wood Working Group[ProjectWoodWorkingGroup@pjtpartners.com]; Zhang, Helen[hzhang@alixpartners.com]; Baluzy, Jon[jbaluzy@alixpartners.com]; Kocovski, William[WKocovski@alixpartners.com]; Paul Sandler[psandler@cravath.com]; Evan Schladow[eschladow@cravath.com]
**From:** Orlofsky, David[dorlofsky@alixpartners.com]
**Sent:** Wed 3/6/2019 1:48:39 PM Central Standard Time
**Subject:** [External] RE: Fw: Term Loan Standstill Proposal

I'm ok with that.

**David Orlofsky**
Managing Director
AlixPartners
909 Third Avenue 30th Floor, New York 10022
D +1 (212) 561-4022   M +1 (973) 615-4952
dorlofsky@alixpartners.com

---

**From:** O'Hara, Michael <Ohara@pjtpartners.com>
**Sent:** Wednesday, March 6, 2019 2:36 PM
**To:** Michael Kahn <mkahn@cravath.com>
**Cc:** Project Wood Working Group <ProjectWoodWorkingGroup@pjtpartners.com>; Zhang, Helen <hzhang@alixpartners.com>; Baluzy, Jon <jbaluzy@alixpartners.com>; Orlofsky, David <dorlofsky@alixpartners.com>; Kocovski, William <WKocovski@alixpartners.com>; Paul Sandler <psandler@cravath.com>; Evan Schladow <eschladow@cravath.com>
**Subject:** Re: Fw: Term Loan Standstill Proposal

Cravath and Alix teams,
Unfortunately, both Mark and I are on airplanes this afternoon and can't make the 5pm ET call. In light of the fact that we're sending the standstill agreement to them, we think it would make more sense to send it and have them digest it and then have a call tomorrow to get reactions. Thoughts?

Michael O'Hara
PJT Partners
(212) 364-5645

On Mar 6, 2019, at 10:44 AM, Michael Kahn <mkahn@cravath.com> wrote:

> PJT and Alix Teams,
>
> Below please find the email we sent yesterday to the Company in advance of our call at 1PM today. Thanks.
>
> Michael
>
> Michael Kahn
> Not Admitted
> Cravath, Swaine & Moore LLP
> 825 Eighth Avenue | New York, NY 10019
> T + 1 (212) 474-1337
> mkahn@cravath.com
>
> ----- Forwarded by Michael Kahn/NYC/Cravath on 03/06/2019 10:42 AM -----
>
> **From:** Michael Kahn/NYC/Cravath
> **To:** "Duane Portwood" <duane.portwood@akorn.com>
> **Cc:** "Jennifer Bowles" <jennifer.bowles@akorn.com>, "Joe Bonaccorsi" <joe.bonaccorsi@akorn.com>, "Jed Zobitz" <JZobitz@cravath.com>, "Paul Sandler" <psandler@cravath.com>, "Paul Zumbro" <PZumbro@cravath.com>, "Sharon Nowakowski" <Sharon.Nowakowski@akorn.com>, "Stephen Kessing" <SKessing@cravath.com>, "Stanley Keller" <Stanley.Keller@akorn.com>, "Evan Schladow" <eschladow@cravath.com>, Justin C. Clarke/NYC/Cravath@Cravath
> **Date:** 03/05/2019 05:17 PM
> **Subject:** Term Loan Standstill Proposal
>
> Akorn Team,
>
> In recent days, we have received increasing pressure from advisors to the term lender group for a response to their proposed amendment term sheet. Working with PJT and Alix, we have developed the attached, which we believe could be a workable solution from the Company's perspective -- a proposed standstill arrangement that gives the Company flexibility to develop its business plan for a specified period of time, while ensuring no undue asset leakage from the Company in the way of dividends and the like. The standstill is constructed to provide that the Company will not use certain covenant exceptions that could adversely affect the value of the lenders' collateral pool in exchange for the term lenders' agreement not to assert a default during the standstill period as a result of any conduct disclosed by the Company in its public filings or to the term lenders or their advisors. The term sheet contemplates our delivery of a business plan and 13 week cash flow by the end of May, with the standstill arrangement extending through the end of June.
>
> Though we think this could be workable from the Company's perspective, and think that it solves the term lenders' concerns of significant asset leakage between now and finalization of a business plan, there's no guarantee that this construct will be acceptable to the term lender group or their advisors.
>
> We think it would be helpful to set up a call to walk through the attached in greater detail with you – please let us know when works for you tomorrow during the day. We have a catch-up call tomorrow with the lender group advisors at 5 pm ET, so should try to get this draft over to them beforehand.

Thanks very much.

Michael Kahn
Not Admitted
Cravath, Swaine & Moore LLP
825 Eighth Avenue | New York, NY 10019
T + 1 (212) 474-1337
mkahn@cravath.com

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.
<Framework for TL Waiver Agreement.DOCX>

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not an intended recipient of an electronic communication, please notify the sender immediately, delete the message and do not act upon, print, disclose, copy, retain or redistribute any portion or contents to any other person. Please refer to www.pjtpartners.com/email-disclaimer for important disclosures regarding this electronic communication, including information if you are not the intended recipient.


Confidential: This electronic message and all contents contain information from the firm of AlixPartners, LLP and its affiliates which may be confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the original message and all copies.