# Exhibit I

(Sealed Document)