# Exhibit J

(Sealed Document)