# Exhibit M

**To:** Baluzy, Jon[jbaluzy@alixpartners.com]; Kocovski, William[WKocovski@alixpartners.com]; McGrath, Neethling[mmcgrath@alixpartners.com]; Rajan, Kinshuk [rajan@pjtpartners.com]; Monti, Vince[Monti@pjtpartners.com]
**From:** Kim, Harold[KimH@pjtpartners.com]
**Sent:** Wed 5/20/2020 10:48:55 AM Central Daylight Time
**Subject:** RE: Akorn | Purchase Price Estimate
**Attachment:** image001.png

I don't necessarily disagree with that view.  Reality is that a third party will need to pay the full freight including call premium / exit fees to overbid.  If that's where the AHG lenders are conceptually (which I think they are), then it makes sense.

From: Baluzy, Jon <jbaluzy@alixpartners.com>
Sent: Wednesday, May 20, 2020 11:46 AM
To: Kocovski, William <WKocovski@alixpartners.com>; McGrath, Neethling <mmcgrath@alixpartners.com>; Kim, Harold <KimH@pjtpartners.com>; Rajan, Kinshuk <rajan@pjtpartners.com>; Monti, Vince <Monti@pjtpartners.com>
Subject: [External] FW: Akorn | Purchase Price Estimate

FYI – prodded them for a meeting on the numerous open items, and below was Nick's follow up question on the Purchase Price.

Jon Baluzy

AlixPartners  alixpartners.com [alixpartners.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.alixpartners.com_&d=DwMGaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=3ksO3uFKoh7Tcvl3pp-UEZM5lax55hcHkUQj6nIU31A&m=W1P60GDCCaxt0WCObBdiu3A3RY4aGpfj7gLyxYqA4MQ&s=HdUjVCljTSmeofOOTlTyPLaInFaLhSZqh-rCV_J5xtE&e=>  M +1 (347) 291-6927

From: Nicholas Drayson <nicholas.drayson@greenhill.com <mailto:nicholas.drayson@greenhill.com>>
Sent: Wednesday, May 20, 2020 11:41 AM
To: Baluzy, Jon <jbaluzy@alixpartners.com <mailto:jbaluzy@alixpartners.com>>; Matt Guill <matt.guill@greenhill.com <mailto:matt.guill@greenhill.com>>
Subject: RE: Akorn | Purchase Price Estimate

Jon –

We are running through our analysis, and have solicited lender approvals on the DIP Budget – will let you know when we meet the required lenders threshold.

Regarding the below – why are we excluding the call premium and exit fee from the par plus accrued Term Loan calculation? We think that these should be included.

I have broad availability to connect this afternoon.

Best,
Nick

Nicholas Drayson
Greenhill & Co., LLC
300 Park Ave
New York, NY 10022
Mob:     +1 (847) 610 0210
Email:   nicholas.drayson@greenhill.com <mailto:nicholas.drayson@greenhill.com>

From: Baluzy, Jon <jbaluzy@alixpartners.com <mailto:jbaluzy@alixpartners.com>>
Sent: Wednesday, May 20, 2020 11:36 AM
To: Matt Guill <matt.guill@greenhill.com <mailto:matt.guill@greenhill.com>>; Nicholas Drayson <nicholas.drayson@greenhill.com <mailto:nicholas.drayson@greenhill.com>>
Subject: RE: Akorn | Purchase Price Estimate

[EXTERNAL]

Hey guys – we really need to hop on the phone to align and put this stuff to bed. Please let us know when you can chat.

Jon Baluzy

AlixPartners  alixpartners.com [alixpartners.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.alixpartners.com&d=DwMGaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=3ksO3uFKoh7Tcvl3pp-UEZM5lax55hcHkUQj6nIU31A&m=W1P60GDCCaxt0WCObBdiu3A3RY4aGpfj7gLyxYqA4MQ&s=Gm4HCl70vl9oIoSwmWREbqVBZvAkViEpO41d_exu  M +1 (347) 291-6927

From: Baluzy, Jon

Debtors_Prod_00052681

Sent: Wednesday, May 20, 2020 10:58 AM
To: McGrath, Neethling <mmcgrath@alixpartners.com><mailto:mmcgrath@alixpartners.com>; Matt Guill
<matt.guill@greenhill.com><mailto:matt.guill@greenhill.com>; Nicholas Drayson <nicholas.drayson@greenhill.com><mailto:nicholas.drayson@greenhill.com>;
Andrew Dazzo <andrew.dazzo@greenhill.com><mailto:andrew.dazzo@greenhill.com>
Cc: Kocovski, William <WKocovski@alixpartners.com><mailto:WKocovski@alixpartners.com>; Kim, Harold
<KimH@pjtpartners.com><mailto:KimH@pjtpartners.com>; Rajan, Kinshuk <rajan@pjtpartners.com><mailto:rajan@pjtpartners.com>; Monti, Vince
<Monti@pjtpartners.com><mailto:Monti@pjtpartners.com>
Subject: RE: Akom | Purchase Price Estimate

Adding PJT.

Jon Baluzy

AlixPartners  alixpartners.com [alixpartners.com]<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.alixpartners.com_&d=DwMGaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=3ksO3uFKoh7Tcvl3pp-
UEZM5Iax55hcHkUQj6nIU31A&m=W1P60GDCCaxt0WCObBdiu3A3RY4aGpfj7gl.yxYqA4MQ&s=HdUjVCIjTSmeofOOTITyPLaInFaLhSZqh-
rCV_J5xtE&e=>  M +1 (347) 291-6927


From: McGrath, Neethling
Sent: Wednesday, May 20, 2020 10:56 AM
To: Matt Guill <matt.guill@greenhill.com><mailto:matt.guill@greenhill.com>; Nicholas Drayson
<nicholas.drayson@greenhill.com><mailto:nicholas.drayson@greenhill.com>; Andrew Dazzo
<andrew.dazzo@greenhill.com><mailto:andrew.dazzo@greenhill.com>
Cc: Kocovski, William <WKocovski@alixpartners.com><mailto:WKocovski@alixpartners.com>; Baluzy, Jon
<jbaluzy@alixpartners.com><mailto:jbaluzy@alixpartners.com>
Subject: Akom | Purchase Price Estimate

GH team –

Please see below and attached an estimate of the Purchase Price that we seek to disclose in the sale order. Can we have a quick call on this to align? Separately,
does your side approve the DIP and wind down budgets?

Purchase Price Estimate ($mm):
[cid:image001.png@01D62E9C.A3100400]

Motion:
On [•], 2020, the Debtors and the Stalking Horse Bidder entered into the asset purchase agreement (including all exhibits and schedules related thereto, the
"Stalking Horse APA"), whereby the Stalking Horse Bidder proposes to acquire certain of the Debtors' assets as further described in the Stalking Horse APA for
consideration valued at approximately $[•] million, subject to certain adjustments (the "Purchase Price").

Sincerely,

Neethling McGrath
Vice President
AlixPartners
909 Third Avenue 30th Floor, New York NY 10022
D +1 (646) 428-9145   M +1 (917) 891-7604
mmcgrath@alixpartners.com
<mailto:mmcgrath@alixpartners.com>alixpartners.com [alixpartners.com]<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.alixpartners.com_&d=DwMGaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=3ksO3uFKoh7Tcvl3pp-
UEZM5Iax55hcHkUQj6nIU31A&m=W1P60GDCCaxt0WCObBdiu3A3RY4aGpfj7gl.yxYqA4MQ&s=HdUjVCIjTSmeofOOTITyPLaInFaLhSZqh-
rCV_J5xtE&e=> | linkedIn<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.linkedin.com_company_alixpartners&d=DwMFaQ&c=LbONZuVfeX9r3BKVI3DiW15ySOqOCs2yRreUdzld8D4&r=zHmFf_KhgkY5Irx-3edGep-
YUBLoijdUMVhMR9APbvI&m=36FCx0Nfyku7uzsep4NQskM_v7f793Q9B8LTebsg6G0&s=SwRer98pS9bNICgFw-vsLXZ-KHEUGVof9CbnKVX-
5f0&e=> | twitter<https://urldefense.proofpoint.com/v2/url?u=http-3A__twitter.com_-23-
21_AlixPartnersLLP&d=DwMFaQ&c=LbONZuVfeX9r3BKVI3DiW15ySOqOCs2yRreUdzld8D4&r=zHmFf_KhgkY5Irx-3edGep-
YUBLoijdUMVhMR9APbvI&m=36FCx0Nfyku7uzsep4NQskM_v7f793Q9B8LTebsg6G0&s=hxiPgDNohb8-JAvdEl9pjFm3I2Ug2Xk5KmqTFr4PUpU&e=>
| facebook
<https://urldefense.proofpoint.com/v2/url?u=https-
3A__www.facebook.com_AlixPartners&d=DwMFaQ&c=LbONZuVfeX9r3BKVI3DiW15ySOqOCs2yRreUdzld8D4&r=zHmFf_KhgkY5Irx-3edGep-
YUBLoijdUMVhMR9APbvI&m=36FCx0Nfyku7uzsep4NQskM_v7f793Q9B8LTebsg6G0&s=fzKJi38DmTIvWYuwCOBZ3CMwxNQwk7mGCDRNjYsCfCw

Confidential: This electronic message and all contents contain information from the firm of AlixPartners, LLP and its affiliates which may be confidential or otherwise
protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the
contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the
original message and all copies.

_____

DISCLAIMER

The information contained in this communication from the sender is confidential and may be legally privileged. It is intended solely for use by the intended recipient and others authorized to receive it. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.

If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. Link to Privacy Policy<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.greenhill.com_privacy&d=DwMFaQ&c=LbONZuVfeX9r3BKVl3DiW15ySOqOCs2yRreUdzld8D4&r=zHmFf_KhgkY5lrx-3edGep-YUBLoijdUMVhMR9APbvI&m=36FCx0Nfyku7uzsep4NQskM_v7f793Q9B8LTebsg6G0&s=vXGoS_9jm1q3zhadx5Fkgvn0aA8NCSA-AJ4wt00HdlM&e=> Greenhill & Co., LLC

usdisc