# Exhibit N

**Required Overbid Calculation ($ in Millions) - Other Incremental Expense Detail**

| | |
|---|---:|
| **Total Required Breakeven Price (Incl. Assumed Liabilities)** | **$1,108** |
| (x) PJT 2% Transaction Fee | 2.0% |
| PJT Transaction Fee | $22 |
| (-) PJT Credit Bid Transaction Fee in Wind Down Budget | (9) |
| (-) Foregone Credit Bid Exit ABL Financing Fee | (2) |
| **Incremental Expenses** | **$12** |