# Exhibit O

(Sealed Document)