# Exhibit R

## Akorn 2019 Salaried Incentive Plan

Executive Summary

The Salaried Incentive Plan for 2019 is structured to achieve several objectives:

- Incent associates to deliver results and provide the opportunity to be recognized for delivering results beyond the base plan.
- Increase the weight of the incentive on the Company performance to keep the focus on the enterprise in total.
- Establish targets that are critical to the Company's success and associates see as achievable with appropriate stretch to gain upside earnings.

Akorn's prior incentive plan was based on a single "circuit breaker" of achieving the Adjusted EBITDA target that was set in the annual budget.  For 2017 and 2018 the company did not achieve the Adjusted EBITDA target and therefore there was no bonus available under the plan.  The Board of Directors approved a discretionary bonus of 50% of target for employees below the executive team for 2017 and below the Vice President level for 2018.

Changing the plan design for 2019 is supportive of the cultural change within the organization that has been occurring since January of this year.

Structure of the 2019 Plan

[ EMBED PowerPoint.Show.12 ]

The 2019 plan design reflects a major shift in the Company's approach to the program.

| TO | FROM |
|---|---|
| Multiple (2) metrics on company performance | Single metric on company performance |
| Minimum thresholds on each company metric | Single "circuit breaker" on any bonus payout |
| 2/3 weighting on company performance to drive enterprise thinking | Equal weighting of company and personal |
| Upside potential of 120% to drive performance | Payment maximum at 100% - can create governor on performance |
| Payout curve | Single payout number; adjustments only made on personal performance |
| Structure more common in industry | Structure unique to company |
| Associates can see how they impact company performance and that "extra" effort can have an impact on payout. | Link between associate impact and the single metric was not clear to many |

Payout Curve

The payout of the incentive would actually be based on a curve that is structured around the following points in the payout grid. The same curve is applied to the Adjusted EBITDA and the Adjusted Cash Balance metric.

| Achievement Rating | Payout Percentage | Achievement Rating | Payout Percentage |
|---|---|---|---|
| Less than 70 | 0 | 100 | 100 |
| 70 | 50 | 102.5 | 105 |
| 80 | 80 | 105 | 110 |
| 90 | 90 | 110 | 115 |
| 95 | 97 | 120 | 120 |
| 97.5 | 98.5 | | |

The payout associated with personal performance is based on the performance rating that the associate received through our *Managing and Appraising Performance (MAP)* program. This is a direct percentage applied to the 33.3% of the bonus linked to the personal performance.

| Performance Rating | Developing Contributor | Successful Contributor | Top Contributor |
|---|---|---|---|
| **Payout Percentage** | 70 | 100 | 120 |

Below you will find an illustrative example.

*Associate A – Director level*

- Salary: $160,000
- Bonus Target: 25%
- Bonus Opportunity: $40,000

| Metric | Adjusted EBITDA | Adjusted Cash Balance | Performance Rating |
|---|---|---|---|
| **Actual Performance** | $29.25MM | $137MM | Successful Contributor |
| **Achievement Rating** | 90 (90% of target) | 100 (100% of target) | - |
| **Percentage Payout** | 90% | 100% | 100% |
| **Weighting** | 33.4 | 33.3 | 33.3 |
| **Component Bonus Calculation** | $12,024 ($40K*.334*90%) | $13,320 ($40K*.333*1) | $13,320 ($40K*.333*1) |

Associate A bonus payout = $38,664

Executive Team "Stretch" Bonus

The company would maintain the stretch bonus for the executives who are direct reports to the President & CEO and the President & CEO himself. This bonus amount is an additional 50% of the individual executive's bonus target. For example, the bonus target for an Executive Vice President is 50%. The stretch bonus is therefore an additional 25% of the EVP's salary.

For 2019 we would set the stretch bonus maximum payout at 200% of our Adjusted EBITDA target. Different than past years, the stretch would also be earned on a payout curve. The curve would start from the 120% of target that was used for the base bonus plan and would be linear in nature.

| Percent Achievement of Adjusted EBITDA Target | Percent of Stretch Bonus Payout |
| --- | --- |
| 120% | 0% |
| 160% | 50% |
| 200% | 100% |

Below you will find an illustrative example.

*Associate B– Executive Vice President level*

- Salary: $375,000
- Bonus Target: 50%
- Bonus Opportunity: $187,500
- Stretch Bonus Target: 25%
- Stretch Bonus Opportunity: $93,750

| Metric | Adjusted EBITDA | Adjusted Cash Balance | Performance Rating |
| --- | --- | --- | --- |
| Actual Performance | $52.0MM (160% of target) | $137MM | Successful Contributor |
| Achievement Rating | 120 (120% of target) – max under Base Bonus Plan | 100 (100% of target) | - |
| Percentage Payout | 120% | 100% | 100% |
| Weighting | 33.4 | 33.3 | 33.3 |
| Component Bonus Calculation | $75,150 ($187.5K*.334*120%) | $62,437.50 ($187.5K*.333*1) | $62,437.50 ($187.5K*.333*1) |
| Stretch Bonus Achievement | 160 | | |
| Stretch Bonus Percentage Payout | 50% | | |
| Stretch Bonus Calculation | $46,875 ($93,750*50%) | | |

Associate B bonus payout = $246,900