# Exhibit S

(Sealed Document)