# Exhibit T

**To:** Duane Portwood[duane.portwood@akorn.com]
**Cc:** Gregory Lawless[Gregory.Lawless@akorn.com]
**From:** Douglas Boothe[douglas.boothe@akorn.com]
**Sent:** Mon 12/9/2019 2:23:01 PM Central Standard Time
**Subject:** Re: Amount

Understood - and important that folks have gauge for the amounts.
We've been accruing all year, but certainly would factor into YE cash balance and rolling 13 week cash estimates.

Sent from my iPhone

On Dec 9, 2019, at 3:02 PM, Duane Portwood <duane.portwood@akorn.com> wrote:

> Doug/Greg,
>
> As info, I spoke with Mark and Michael regarding the possibility of pre-paying the compensation items noted below. They asked for approx. amounts which are included below. They were going to reach out to Nash to make sure he is armed with complete information. They weren't saying not to but wanted to have a conversation with him.
>
> I'm certainly in the camp of executing this but want to make sure we are aware of the potential impacts it could have with respect to the process so that we go into it with eyes open.
>
> Duane
>
> ---
>
> **From:** Duane Portwood
> **Sent:** Monday, December 9, 2019 1:06 PM
> **To:** 'Buschmann, Mark' <Buschmann@pjtpartners.com>; O'Hara, Michael <Ohara@pjtpartners.com>
> **Subject:** Amount
>
> Guys,
>
> The buckets of payments amount to approx. $20M (not including payroll taxes). Buckets are as follows:
>
> Annual incentive (financial and personal performance based, usually paid in March) of $16.2M
> Retention (plan implemented a year ago and mostly originally scheduled to be paid before end of December 2019) of $3.2M
> Relo and sign on (handful of execs, these amounts are scheduled to be paid throughout 2020) of $0.5M
>
> I imagine payroll taxes might add another $1.0M or so.
>
> Duane