# Exhibit U

**To:** Pesce, Gregory F.[gregory.pesce@kirkland.com]; Neil Augustine[neil.augustine@greenhill.com]
**Cc:** Scott Greenberg[sgreenberg@gibsondunn.com]; Jeremy Evans[JEvans@gibsondunn.com]; Nash, Patrick J.[patrick.nash@kirkland.com]; Nafday, Rohit[rohit.nafday@kirkland.com]; Zach Georgeson[zach.georgeson@willistowerswatson.com]; Loren Lehnen[loren.lehnen@willistowerswatson.com]; David Orlofsky[dorlofsky@alixpartners.com]; Mark Buschmann[Buschmann@pjtpartners.com]; Harold Kim[KimH@pjtpartners.com]
**From:** Hayes, Christopher[/O=KIRKLAND-ELLIS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHRISTOPHER HAYES]
**Sent:** Thur 2/13/2020 9:34:39 AM Central Standard Time
**Subject:** RE: [EXT] Re: Akorn Compensation

**Confidential**
All,
Following up on the call the other day, below is a summary of the two compensation programs approved last week.

**Prepaid Retention Program**
- The prepaid retention letters were entered into with 17 insiders
- Payment is made in a cash lump sum immediately, subject to clawback upon a termination other than a qualifying termination prior to the earlier to occur of 12/31/20 and a change of control
- The prepaid retention bonus replaces the Company's traditional incentive plans for 2020 (i.e., the annual cash incentive plan and long-term equity incentive plan)
- A portion of the prepaid retention bonus is subject to the company attaining a defined quality metric as of December 31, 2020. If the quality metric is not achieved, the recipient must repay that portion of the bonus
- A form of the prepaid retention letter can be found at http://investors.akorn.com/node/13846/html

**KERP**
- The non-insider retention incentive bonus applies to all U.S. salaried exempt employees and will be approved by the court post filing
- Will be paid quarterly in arears throughout 2020 and an employee must be an employee on the pay date to receive the payment
- This retention incentive bonus replaces the Company's traditional incentive plans for 2020 (i.e., the annual cash incentive plan and long-term equity incentive plan)
- A portion of the retention incentive bonus is subject to the company attaining a defined quality metric as of December 31, 2020. If the quality metric is not achieved, the final payment for Q4 will be reduced accordingly.
- New hires will be eligible for the program beginning in their first full month of employment (i.e., no proration for starting in the middle of a month).

**Christopher Hayes**

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4039  M +1 312 315 4796
F +1 312 862 2200

christopher.hayes@kirkland.com

**From:** Pesce, Gregory F.
**Sent:** Tuesday, February 11, 2020 3:51 PM
**To:** Neil Augustine
**Cc:** Scott Greenberg ; Jeremy Evans ; Nash, Patrick J. ; Nafday, Rohit ; Hayes, Christopher ; Zach Georgeson ; Loren Lehnen ; David Orlofsky ; Mark Buschmann ; Harold Kim
**Subject:** RE: [EXT] Re: Akorn Compensation

All,
Attached for our call at 6:00 pm (ET), please find summaries of the insider retention program (paid last week) and the non-insider KERP to be implemented as part of the chapter 11 cases. **Please treat these materials as professionals' eyes only.**
Regards,
**Gregory F. Pesce**

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2642  M +1 312 613 8501
F +1 312 862 2200

gregory.pesce@kirkland.com

**From:** Pesce, Gregory F. <gregory.pesce@kirkland.com>
**Sent:** Tuesday, February 11, 2020 10:12 AM
**To:** Neil Augustine <neil.augustine@greenhill.com>
**Cc:** Scott Greenberg <sgreenberg@gibsondunn.com>; Jeremy Evans <JEvans@gibsondunn.com>; Nash, Patrick J. <patrick.nash@kirkland.com>; Nafday, Rohit <rohit.nafday@kirkland.com>; Hayes, Christopher <christopher.hayes@kirkland.com>; Zach Georgeson <zach.georgeson@willistowerswatson.com>; Loren Lehnen <loren.lehnen@willistowerswatson.com>; David Orlofsky <dorlofsky@alixpartners.com>; Mark Buschmann <Buschmann@pjtpartners.com>; Harold Kim <KimH@pjtpartners.com>
**Subject:** Re: [EXT] Re: Akorn Compensation

Neil - That doesn't work for WTW though it does work for K&E. We can post you then on the program. To preserve privilege we will not send the report over though we will of course walk you through it. We'll send a lit of the insiders and their payouts as well.

**Gregory F. Pesce**

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2642  M +1 312 613 8501
F +1 312 862 2200

gregory.pesce@kirkland.com

On Feb 11, 2020, at 12:40 AM, Neil Augustine <neil.augustine@greenhill.com> wrote:

Thanks Greg.
How about 6pm?
Not sure if that works for Scott and the GD team or not.
Can you guys send a summary of the plan and the participants in advance of the call.
We just had Watson do something similar (but not as rich as this plan) in another situation and i know what their decks include so would be good if we could see that in advance of the call.
Thanks,
Neil
Get Outlook for iOS

---

**From:** Pesce, Gregory F. <gregory.pesce@kirkland.com>
**Sent:** Monday, February 10, 2020 11:57:29 PM
**To:** Scott Greenberg <sgreenberg@gibsondunn.com>; Jeremy Evans <JEvans@gibsondunn.com>; Neil Augustine <neil.augustine@greenhill.com>
**Cc:** Nash, Patrick J. <patrick.nash@kirkland.com>; Nafday, Rohit <rohit.nafday@kirkland.com>; Hayes, Christopher <christopher.hayes@kirkland.com>; Zach Georgeson <zach.georgeson@willistowerswatson.com>; Loren Lehnen <loren.lehnen@willistowerswatson.com>; David Orlofsky <dorlofsky@alixpartners.com>; Mark Buschmann <buschmann@pjtpartners.com>; Harold Kim <KimH@pjtpartners.com>
**Subject:** Akorn Compensation
**[EXTERNAL]**

---

Guys - Please let us know if there are windows that work tomorrow to discuss the compensation announcement, which I understand Neil reached out to PJT about. We're happy to walk through. Willis Towers is copied as well. Thanks.

**Gregory F. Pesce**

------------------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2642  M +1 312 613 8501
F +1 312 862 2200
------------------------------------------------
gregory.pesce@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

---

DISCLAIMER
The information contained in this communication from the sender is confidential and may be legally privileged. It is intended solely for use
by the intended recipient and others authorized to receive it. If you are not the intended recipient you are hereby notified that any disclosure,
copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.

If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer.
Link to Privacy Policy
Greenhill & Co., LLC