# Exhibit V

**To:** Neil Augustine[neil.augustine@greenhill.com]
**From:** Buschmann, Mark[Buschmann@pjtpartners.com]
**Sent:** Mon 2/10/2020 4:54:49 PM Central Standard Time
**Subject:** RE: Akorn - Akorn Announces $39.4M Retention Bonus Program for U.S. Salaried Employees (Americas Intelligence)

Yes, will get you the details..

From: Neil Augustine <neil.augustine@greenhill.com>
Sent: Monday, February 10, 2020 5:50 PM
To: Buschmann, Mark <Buschmann@pjtpartners.com>
Subject: [External] Fwd: Akorn - Akorn Announces $39.4M Retention Bonus Program for U.S. Salaried Employees (Americas Intelligence)

Mark - really need the details on this especially given its now public and everyone is asking the obviously questions.   Can u pls get us the info we requested on our weekly call last week so we are somewhat educated on this.

Let me know.  Thanks.

Neil


Get Outlook for iOS [aka.ms]<https://urldefense.proofpoint.com/v2/url?u=https-3A__aka.ms_o0ukef&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqKbLnlGWK2iRDqbG8b8sKQvu-ngGbdiBg&e=>

_____
From: Reorg Alert <dockets@reorg-research.com<mailto:dockets@reorg-research.com>>
Sent: Monday, February 10, 2020 4:38:26 PM
To: Neil Augustine <neil.augustine@greenhill.com<mailto:neil.augustine@greenhill.com>>
Subject: Akorn - Akorn Announces $39.4M Retention Bonus Program for U.S. Salaried Employees (Americas Intelligence)

[EXTERNAL]

_____


[R][email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxNLy-2D2BKL0ygZOSPdQztUyZAfsnKuyk11MPyxYcGtm3ZoBdXYG-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YVk4x437Gr-2D2FCZotnyfyNgiWZnl-2D2Bce0kMsoUGU6zJudCPnuuFy52t-2D2Boio72RzwNIhGsmCmR95hOJWPuDf3GCsdv2LhK-2D2FQv9ENKgXMXwGw4zxq2Xz1DROWahay2lATn30-2D2F-2D2B4G08HWGprQTKkyEsMKhTu6Kj-2D2B6TGVV8Mvdm7drdbVi4k-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5-K3zxtx4S2Afs&e=>

[Americas Core Credit by Reorg][email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxNLy-2D2BKL0ygZOSPdQztUyZAfsnKuyk11MPyxYcGtm3ZoB3FQ9-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YVBOyGRUeRoY3dmqNyqRaKaQFbOeEqhiXhP9ePOZ-2D2Bn4IRDBB6ikJKfPdrf7naCv7efpIqEYBZymtnrzHDbASaGpTcOJsy8S2GeSNH9boiuJmVQUGSKqz6b4zOL-2D2F1HWrl-2D2BMDxZ4jkRDL2LstRkYX-2D2FHll7DuserZn7uMsMPI4AGE4Cw-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5


Akorn [email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxNLy-2D2BKL0ygZOSPdQztUyZAeQH13rx-2D2FRW3iKlqn-2D2BuhvwplCc7v-2D2Ft8vW4YS-2D2FsKREu1LFzAKOlTVDQNXbVa7qYwmu4-2D3D5e1R-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YVsTnsvCMJ4CD0ei4zLQ8kq-2D2BxkbwH8rsI0-2D2FEoRMDV8bUEs0UZZgJBlynEv0TNwphAJtTngbGY00fqdcDxclLCnylJxM5jBOkVZzdLn0swT-2D2BiMCrLvYqjE-2D2FVdoDwHr1hFllF37WK9fZeLlMaHiiVccfn-2D2FSxwUxztRQCQ7AML5NfVPA-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5-NxRlkgFOrzJgee-c8nry4&e=>

Confidential

Akorn Announces $39.4M Retention Bonus Program for U.S. Salaried Employees [email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxNLy-2D2BKL0ygZOSPdQztUyZAeQH13rx-2D2FRW3iKlqn-2D2BuhvwpICc7v-2D2Ft8vW4YS-2D2FsKREu1LFzAKOlTVDQNXbVa7qYwmu4-2D3DiDMx-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YV9RpZ7CVnwi4XPWRs9fVHtkqqj4s-2D2FHR4rQVVhL6KLJBIDEZmqldj0-2D2BGqhvKz179nG-2D2BE06u1AvP7DSU1i7Vb5IeX9HQxKVEHYTQr-2D2Fl4qnTmp49-2D2B0Yp-2D2BnsRcOT-2D2FgV36i0IdO9-2D2BEph6Ob9YOQQnBEGDns9dvNugjJGHBnvATKZqAfMo-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5-aWk_QuZM&e=>


February 10, 2020 17:38


Relevant Document:
8-K [email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxMdiZICMI9xiv33PsVuFd9ATPhyKF8AqtgXGvS8hB74Oqzl7Yd9xgn5LeNfPBJV7UQ-2D3D-2D3Dx1DV-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YVE53gxBTDcvz-2D2B3iEg-2D2FvRVDSuvTbZAGFNBa2KRqGg2jODlMyvSU81f5WOCHRswSxGgIeQX-2D2F2Qk77ZlhPu2b1iC2e8RuDXNMFDH7k6Z1OHeTMuPQXvmy-2D2Bs5s8W-2D2Bx5MNPRzxKLJPNfK3toalAvOHdCF-2D2Bmv6uc2vKg30HNag3ocwTB9s-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5

In an 8-K today, Akorn disclosed the retention programs for the company's executive officers the board has approved on Feb. 4.

The 2020 retention program provides a prepaid retention payment subject to a letter agreement. According to the release, "in the event that the participant's employment with the company terminates for any reason other than a qualifying termination (as defined in the Letter Agreement) prior to the completion date and a change of control (as defined in the Letter Agreement), such participant will be required to repay the participant's retention bonus to the company, net of certain tax adjustments."

A total aggregate of $39.4 million was approved for payment under the retention programs for the company's U.S. salaried exempt employees for 2020, including:

  * $3.6 million for President and Chief Executive Officer Douglas Boothe;
  * $1.5 million for Chief Financial Officer Duane Portwood;
  * $1.5 million for General Counsel Joseph Bonaccorsi; and
  * $1.2 million for Chief Commercial Officer Jonathan Kafer

The retention programs for the company's executive officers and other U.S. salaried exempt employees replace the traditional incentive compensation programs for 2020.


See on Reorg [email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxNLy-2D2BKL0ygZOSPdQztUyZAeQH13rx-2D2FRW3iKlqn-2D2BuhvwpICc7v-2D2Ft8vW4YS-2D2FsKREu1LFzAKOlTVDQNXbVa7qYwmu4-2D3DlTRj-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YVeZlCCphADMSxU4axKHodXrvF9QFBQEYR4S7JxDOwBtGdlO65roBMALP-2D2BeytIe4iE2kPN1MA-2D2F6bZbR62olCvhFduFiTfSnPUawIGPer6hHEJKwALnRgK-2D2F4HBmocavdXhdog0YIvSM69AXS9UYLOs-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5-BhN5Uy608FS4C0sgrSbsd7Zic&e=>


Contact Us

Contact us<mailto:questions@reorg.com> to ask a question or contact Reorg regarding this story.


Docket Alerts

Update [email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxNLy-2D2BKL0ygZOSPdQztUyZAc7t8N5N0hvz-2D2BRl65WGY9wcgi58X4ZPgrR-2D2BsschtBc2-2D2F0reB8jtSJETdHn4VvtvjXQ-2D3DlRsS-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YVs3GFw5RXmkx1Wyb-2D2BubRSJyZT4POKtwxUszdYo1-2D2FlgWRca4gTkIwbjln8lBL1RP-2D2BdCThImnW7x7vxN6oZUGc-2D2FvafubH853HUhCUjer-2D2BC11RVRUeux7UrhNHqoxNc2Hb7A376n5U-2D2FUK0wKzm3iXSCqUKXuXvxg8dnq-2D2FvvUwzifvJw-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5
your docket alert or tracking preferences.

Debtors_Prod_00049170

Intelligence Emails

Update [email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxNLy-2D2BKL0ygZOSPdQztUyZAc7t8N5N0hvz-2D2BRl65WGY9wcedl-2D2FWksCv-2D2FnlgKd0O-2D2B4tPZf6Md2GcYM9MXp3llhD9BA-2D3DuIjz-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YVFcWWvqzQ1V1pvfYNDZUm83HBEgu5yvdWSeE-2D2BswRn3cs-2D2BuCyYn-2D2Bm7g-2D2BXKcFSrCdz7cMumuANLs-2D2FnSfnlSElKwvxEPnmPAMAlxPno3lqBNAoTnempSigiM-2D2BZVYOioXmh1axfUhvs9fx3Mn1LmtbMEevCOxEGYAr6cFxigXbo3UqC8-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5 your intelligence email preferences.

SEC Alerts

Update [email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxNLy-2D2BKL0ygZOSPdQztUyZAc7t8N5N0hvz-2D2BRl65WGY9wc-2D2B8v63muf9doggiY3A8mUXg-2D3D-2D3DgaE8-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YV8tp01Ulizx4w-2D2BvtVH7JeuxuDlDXgarGgQvGGd56VZVAjpGtmo9I-2D2B22xssVNnXeQHp3VZ5VNjPXhnDkpwY6yxLygxjuunFkovGwlBSSAsqLYFrQJcN6iskl0orhc3Ay5rkMwX4Gj6NgCPtdP3e56A7XmxbABz2-2D2FivRDub9w8-2D2FZo-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5-1IrLw2xXuEsPqAg3BXXQh1G-2dJk9eKXBgsA&e=> your SEC alert preferences.

Download the Reorg app and subscribe to the Reorg podcast

[Download on the Apple App Store][email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxCqxZQWGQ7Di-2D2ByFj5vq-2D2FRSBBaA-2D2FbjsAH5ZzJRUNJCh2jPetAKiKKZtRIqS2nJ2AAtVhNWlrwi2VjifaIRpkrKIc-2D3Davl4-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YVujPInMiu-2D2FSnDWxZsiohf0vaiPH3DCIQValK1r4QGrMD9Qg9ZPgVmCKbWeDbX06YktP3juUjtTU6XDqppcc58jxRMK1PwN5CbG4kYStBmtcQiBCPRcsBqqoIGJ-2D2FxFlrQNLPI3WRpX0sXznnvrs-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5-ksmpMPZPkGZUyaswv12nvc&e=> [Download on the Google Play Store] [email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxNl0xUMq0LmhPI846cqxGCBBHdyGecnWWJkCZpjhipR80AB-2D2FSW7AxI-2D2BTZYDoqs5Z0AoQrtR7CaqfEXI1yYHDv-2D2FI-2D3DdYjf-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YVBXFVq6yjdULe8CIza3-2D2BC5Z7lSbL0HxdNa8odH-2D2Fi07rorfXIZ9-2D2F0k1Dq1b7praijKOrArMUcN0EKlswD0gSB3bbhgz2iGGx5EGKL65jB-2D2BjB7czUEV-2D2BO5rNKic0ZBHDBnsLOzVzDrBSBXEyNLdZY0KDF-2D2FiSt0w6LwP-2D2BZhEBgQd2KU-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5 [Listen on Apple Podcasts] [email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxCqxZQWGQ7Di-2D2ByFj5vq-2D2FRSCuINHzdHk0xrrSlnw-2D2BMJ9PJCij4xjZOPW7kr-2D2FmvGL1PybWt5FBJetlXgrwocGCHtY-2D3DH3XN-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YVzU0-2D2BJ9-2D2FcYQa3Q060fPpToYh3GRIrqFG5d3jFFGzJEhqDsk1U17CY01T96s9wXSEn7GTgN5DwjrrRUlJ95hTV-2D2B5E-2D2FgomarpNl3ZqDErfV0YeooXqCbDVeEYOYpm3reWo8QAFwbx-2D2FamPwY9cS9c4EYD7smdljiHTpYmEKbsEZOTmc-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5-71KPvFyqA&e=> [Listen on Google Podcasts] [email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxGJkNBaAzLixR8VyWYh3f9Z3uGs3KnxYTSfE-2D2F8jH1uFZo1me-2D2BvdPK7G6HOmkcs9XxzEMFW7DULtS1EbCOYhU-2D2B9SKzNZDOwQ5ej6y92zF8kIXrGjuhb0VgiAxxyRO9J1LdtcFb5h4cnCbksze8vQfeCUZ-2D2FYpJpO4cAlv4OBDBgvczp9TL-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YV5HiHGgOFJlCtA4emR3aGjj-2D2BRArwM-2D2BkU5AUfiCAJS-2D2BG-2D2FdeeDbOpReckCJzOfx12XSbB8Qs2dN3QpgUkyPro2m-2D2FhDo-2D2FRAwyzZJOPeuF6aFtsYSL5xnYWDTvuZbYt5ECj4o2B5OPcHjKWDX-2D2F3YBgn-2D2FyOmLDHV0CKJ1GgU2EV1jAKLc-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5

This publication has been prepared by Reorg Research, Inc. or one of its affiliates (collectively, "Reorg") and is being provided to the recipient in connection with a subscription to one or more Reorg products. Recipient's use of the Reorg platform is subject to Reorg's Terms of Use [email-links.reorg-research.com] <https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxIkvUlNDw9bIiKbN7YgeEWg-2D3DNvq4-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YVgCjAUH2JEeAKd9H3C43L7sLOCHvlA4Q0Mx0O4rxNSj5cNCinJh-2D2B9Y9YzvRC1TN-2D2F0j8EQkhpQ46bhBDGOJDRnhwMGPP5ZDd-2D2FN5JdGF5at-2D2FbzmVXyaZUUhdP0T-2D2FCqxZaHMO21T1mKWE3FCuCVdlImOt8ZMlnjjVrQZw-2D2Fo-2D2BwNYRLa4-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5

Debtors_Prod_00049171

-ttND2R8IBoAoH38nU&e=> or the user agreement pursuant to which the recipient has access to the platform (the "Applicable Terms"). The recipient of this publication may not redistribute or republish any portion of the information contained herein other than with Reorg's express written consent or in accordance with the Applicable Terms. The information in this publication is for general informational purposes only and should not be construed as legal, investment, accounting or other professional advice on any subject matter or as a substitute for such advice. The recipient of this publication must comply with all applicable laws, including laws regarding the purchase and sale of securities. Reorg obtains information from a wide variety of sources, which it believes to be reliable, but Reorg does not make any representation, warranty, or certification as to the materiality or public availability of the information in this publication or that such information is accurate, complete, comprehensive or fit for a particular purpose. Recipients must make their own decisions about investment strategies or securities mentioned in this publication. Reorg and its officers, directors, partners and employees expressly disclaim all liability relating to or arising from actions taken or not taken based on any or all of the information contained in this publication. © 2020 Reorg. All rights reserved. Reorg® is a registered trademark of Reorg Research, Inc.

Unsubscribe from Akorn Intel Alerts [email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxDDZVTkTSJgLefpkmvwv8vdnSROuTceVDNPdQ2VZqMog-2D2FTuwASem57pQBKZrBOcqVm1PXww1xo9uJXHzg50me9yNnaqgO46HpQ37VwEue2Pf6MnC-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YV3Kngcxurh-2D2Bm7609yh8HLOopUl1xeVBJbLFjnKE5RNqpSmVAvyPtfBc577JZ8x513Ie-2D2BnjrCQ09kxC9L6f8bZO8GZp3-2D2B6JSqDysh0xNySHL-2D2B2FKX8V5yL4E7WQ0RibiRcdBweY87rcOrV-2D2B7938gF1ux6irD2A-2D2F8wExAh2nBblGmI-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5 | Unsubscribe from all Reorg emails [email-links.reorg-research.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__email-2Dlinks.reorg-2Dresearch.com_ls_click-3Fupn-3DjidWQyke3DulS9VW8gRCxDDZVTkTSJgLefpkmvwv8vdnSROuTceVDNPdQ2VZqMog-2D2FTuwASem57pQBKZrBOcqVgtHecO7S4ovCp0Dacool-2D2B0-2D3DFSCM-5FzacRiKjHM3YGGExAzlPI2dNELnAu-2D2FT4qnWj6gdVl7isA-2D2B97l-2D2FxCM1u3y63osfGJ8m-2D2FYwKMFnd-2D2FSTCT19DqWG4mdRRlujXeRcnACSf27xN76f9iYQjwGTINqe7d3Cf8YVlN-2D2Fb-2D2BXTe60yvjueouav4ROBrgI3v9UoPuc03Lvgr0uPqKJC-2D2BfjkQX0zKbo0qppIqPbxPJktucpqJ9rv6zTUgTg2uxMIzq1YJVriWQDBo-2D2FOd2Vd545BGGV0-2D2BqV0oHr6bMKYYkDQ4pWwN9vehcEzewVd6aakdrOCiMVLbfEnBRFLM-2D3D&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqKbLnlGWK2iRDqbG8b8sKQvuJQ&m=pdvgr5

DISCLAIMER
The information contained in this communication from the sender is confidential and may be legally privileged. It is intended solely for use by the intended recipient and others authorized to receive it. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.

If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer.
Link to Privacy Policy [greenhill.com]<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.greenhill.com_privacy&d=DwMFaQ&c=0PUbT1m6DaDuRPWemcpoZiDQ9K6lgeg24pvj8XyBJrs&r=b8_CKCpIJPXDSXiPdqKbLnlGWK2iRDqb-ZEUckQKdaQFazglB5pOMavXJxzbbM&e=>
Greenhill & Co., LLC

usdisc


This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not an intended recipient of an electronic communication, please notify the sender immediately, delete the message and do not act upon, print, disclose, copy, retain or redistribute any portion or contents to any other person. Please refer to www.pjtpartners.com/email-disclaimer for important disclosures regarding this electronic communication, including information if you are not the intended recipient.

Debtors_Prod_00049172