# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| AKORN, INC., *et al.*, | ) Case No. 20-11177 (KBO) |
| Debtors. | ) (Jointly Administered) |

### GABELLI FUNDS, LLC'S POTENTIAL WITNESS AND EXHIBIT LIST FOR HEARINGS ON SEPTEMBER 1-3, 2020 TO CONSIDER THE SALE TRANSACTION AND PLAN CONFIRMATION

Gabelli Funds, LLC ("Gabelli") respectfully submits its witness and exhibit list for the hearings currently scheduled for September 1, 2020 through September 3, 2020 (the "Hearings") concerning the (i) *Debtors' Motion Seeking Entry of an Order (A) Authorizing and Approving Bidding Procedures, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (E) Granting Related Relief* (ECF No. 18); and (ii) *Confirmation of the Modified Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates* (ECF No. 547).

### WITNESS LIST

1. Any persons listed or called at the Hearings by any other party,

2. Any impeachment witness, and

3. Any rebuttal witness.

### EXHIBITS

1. Gabelli may submit the following Exhibits at the Hearings:

| Exhibit No. | Document |
|---|---|
| 1. | Gabelli Funds, LLC's Limited Objection to Confirmation of Plan [ECF No. 575] |
| 2. | Contingent Value Rights Agreement between Akorn, Inc. and American Stock Transfer Trust Company, LLC, Dated April 1, 2020; Ex. A [ECF No. 575-1] |
| 3. | Gabelli Funds, LLC's Limited Response to Confirmation Objections by Provepharm, Inc. and Fresenius Kabi AG [ECF No. 602] |
| 4. | Management Liability and Company Reimbursement Insurance Policy Declarations; Ex. A [ECF No. 602-1] |

2. Gabelli may also submit any exhibits included on the exhibit lists of and/or introduced at the Hearings by any other party, and

3. Any rebuttal or impeachment exhibits.

**RESERVATION OF RIGHTS**

Gabelli reserves the right to (a) amend or supplement the foregoing lists of witnesses and exhibits at any time prior to the Hearings; (b) use additional exhibits for purposes of rebuttal or impeachment, whether or not designated herein, and to further supplement the foregoing lists of witnesses and exhibits as necessary in connection therewith; (c) rely upon and use as evidence (i) additional documents produced by any party, (ii) exhibits included on the exhibit lists of any other party, and (iii) any pleading, hearing transcript, order, or other document filed with or by the Court in the above-captioned chapter 11 bankruptcy cases (the "Chapter 11 Cases"); and/or (d) request that the Court take judicial notice of any pleadings, hearing transcripts, orders, or other documents filed in the Chapter 11 Cases and/or any other related case or proceeding.

Dated: August 28, 2020

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Michael J. Farnan (Bar No. 5165)
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Andrew J. Entwistle (admitted *pro hac vice*)
ENTWISTLE & CAPPUCCI LLP
401 Congress Ave., Suite 1170
Austin, Texas 78701
(512) 710-5960
aentwistle@entwistle-law.com

Joshua K. Porter (admitted *pro hac vice*)
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY 10171
(212) 894-7282
jporter@entwistle-law.com

*Attorneys for Gabelli Funds, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on August 28, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware.

                                          */s/ Michael J. Farnan*
                                          Michael J. Farnan