## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AKORN, INC., *et al.*,[1] | ) | Case No. 20-11177 (KBO) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### *SECOND AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON SEPTEMBER 1, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME)[3]

THIS HEARING WILL BE HELD TELEPHONICALLY VIA COURTCALL AND, IN CERTAIN CIRCUMSTANCES, BY VIDEO VIA ZOOM.  ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878.  ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY VIDEO VIA ZOOM IN ADDITION TO THEIR COURTCALL REGISTRATION.

PLEASE NOTE THAT MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.

TOPIC: AKORN, INC. 20-11177-KBO
TIME: SEPTEMBER 1, 2020 10:00 AM EASTERN TIME (US AND CANADA)

JOIN ZOOMGOV MEETING:
https://debuscourts.zoomgov.com/j/1607526601

MEETING ID: 160 752 6601  PASSCODE: 386877

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC.  The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

[2] **Amended items appear in bold.**

[3] Any person who wishes to appear at the September 1, 2020 hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*  All motions and other pleadings referenced herein are available online at the following address:  www.kccllc.net/akorn.

## I.    SALE HEARING:

1.    Debtors' Motion Seeking Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Establishing Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (E) Granting Related Relief [Docket No. 18 – filed May 21, 2020]

Sale Objection Deadline:        August 25, 2020 at 12:00 p.m. (ET); extended to August 27, 2020 at 12:00 p.m. (ET) for the United States; extended to August 28, 2020 at 12:00 p.m. (ET) for Chubb Companies

Sale Objections/Responses Received:

A.    Limited Objection of Catalent Pharma Solutions, LLC and Catalent Micron Technologies, Inc. to Debtors' (I) Sale Motion and (II) Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 485 – filed August 18, 2020]

B.    IRP Claimants' Limited Objection to Sale of Debtors' Assets [Docket No. 519 – filed August 21, 2020]

C.    (SEALED) Objection of 1199SEIU Benefit Funds, DC47 Fund and SBA to Motion to Sell and Confirmation [Docket No. 553 – filed August 25, 2020]

D.    The Official Committee of Unsecured Creditors' Statement in Support of Akorn's Plan and Sale Motion [Docket No. 560 – filed August 25, 2020]

E.    Omnibus Objection by the United States to: (1) the Assumption and Assignment of Federal Contracts; and (2) the Debtors' Sale Motion [Docket No. 585 – filed August 27, 2020]

F.    The Texas Comptroller of Public Accounts, Unclaimed Property Division's Objection to Debtors' Sale [Docket No. 586 – filed August 27, 2020]

G.    Objection of the Chubb Companies with Respect to (I) the Debtors' Motion Seeking Entry of an Order (A) Authorizing and Approving Bidding Procedures, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (E) Granting Related Relief and (II) Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 596 – filed August 28, 2020]

H.    Ad Hoc Group's Reply in Support of the Sale Transaction [Docket No. 604 – filed August 28, 2020]

I.      Debtors' Reply in Support of the Sale [Docket No. 606 – filed August 28, 2020]

Contract Objection Deadline:        August 25, 2020 at 12:00 p.m. (ET); extended to August 27, 2020 at 12:00 p.m. (ET) for the United States; extended to August 28, 2020 at 12:00 p.m. (ET) for Chubb Companies and Oracle America, Inc.

Contract Objections Received:

A.      Objection of Douglas Pharmaceuticals America, Ltd. to Debtors' Notices to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 437 – filed August 11, 2020]

B.      Reservation of Rights of Premier, Inc. and Its Subsidiaries in Relation to the Debtors' Proposed Cure Amounts [Docket No. 448 – filed August 13, 2020]

C.      Objection of PrimaPharma, Inc. to the Motion of Debtors for the Assumption and Assignment of Certain Executory Contracts and Leases [Docket No. 450 – filed August 13, 2020]

        i.      Amended Declaration of Mark T. Livingston in Support of Objection of PrimaPharma, Inc. to the Motion of Debtors for the Assumption and Assignment of Certain Executory Contracts and Leases [Docket No. 470 – filed August 14, 2020]

D.      Reservation of Rights of AmerisourceBergen Drug Corporation and Affiliates Related to Sale and Assumption [Docket No. 454 – filed August 14, 2020]

E.      Objection of Premier Group to Proposed Cure Amount [Docket No. 455 – filed August 14, 2020]

F.      Objection of Cleaver Brooks Sales & Service, Inc. to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases and Proposed Cure Amount [Docket No. 457 – filed August 14, 2020]

G.      Limited Objection of Express Scripts, Inc. to Debtors' Notice of Proposed Assumption or Assumption and Assignment of Certain Executory Contracts [Docket No. 458 – filed August 14, 2020]

H.      Limited Objection of Express Scripts Senior Care Holdings, Inc. to Debtors' Notice of Proposed Assumption or Assumption and Assignment of Certain Executory Contracts [Docket No. 459 – filed August 14, 2020]

I.      Limited Objection of Ascent Health Services, LLC to Debtors' Notice of Proposed Assumption or Assumption and Assignment of Certain Executory Contracts [Docket No. 460 – filed August 14, 2020]

J.      Limited Objection of Econdisc to Debtors' Notice of Proposed Assumption or Assumption and Assignment of Certain Executory Contracts [Docket No. 461 – filed August 14, 2020]

K.      Limited Objection of Priority Healthcare Distribution, Inc. d/b/a CuraScript SD to Debtors' Notice of Proposed Assumption or Assumption and Assignment of Certain Executory Contracts [Docket No. 462 – filed August 14, 2020]

L.      Limited Objection of Walgreen Co. and Walgreens Boots Alliance Development GmbH to Debtors' Motion Seeking Entry of an Order (A) Authorizing and Approving Bidding Procedures, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (E) Granting Related Relief [Docket No. 464 – filed August 14, 2020]

M.      Response (of Quantic Group, Ltd.) to Notice to Contract Parties to Potentially Assumed Executory Contracts [Docket No. 471 – filed August 14, 2020]

N.      Simple Science, LLC's Objection to Assumption and Assignment Identified Contracts Between Simple Science, LLC and Various [Docket No. 515 – filed August 21, 2020]

O.      Limited Objection and Reservation of Rights of DP West Lake at Conway, LLC to Debtors' Proposed Cure Amounts [Docket No. 546 – filed August 25, 2020]

P.      Objection of Cenveo Worldwide Limited to Notice of Contract Parties to Potentially Assumed Executory Contracts and Proposed Cure Amounts [Docket No. 555 – filed August 25, 2020]

Q.      Objection and Reservation of Rights of Syneos Health, LLC and Inventiv Health Consulting, Inc. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 556 – filed August 25, 2020]

R.      Limited Objection of Cravath, Swaine & Moore LLP ("Cravath") to the Assignment and Assumption of the Engagement Letter Between Cravath and Debtors [Docket No. 561 – filed August 25, 2020]

S.      Objection of Leadiant Biosciences Inc. to Notices to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 563 – filed August 25, 2020]

T.      Objection of Exela Pharma Sciences LLC to the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 564 – filed August 25, 2020]

RLF1 23940949v.1

U.    Omnibus Objection by the United States to: (1) the Assumption and Assignment of Federal Contracts; and (2) the Debtors' Sale Motion [Docket No. 585 – filed August 27, 2020]

V.    Objection of Mitsubishi Tanabe Pharma Corporation Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 591 – filed August 28, 2020]

W.    Limited Objection with Reservation of Rights of Humana, Inc. and Humana Pharmacy, Inc. to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 595 – filed August 28, 2020]

X.    Objection of the Chubb Companies with Respect to (I) the Debtors' Motion Seeking Entry of an Order (A) Authorizing and Approving Bidding Procedures, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (E) Granting Related Relief and (II) Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 596 – filed August 28, 2020]

Y.    Oracle's Limited Objection and Reservation of Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 598 – filed August 28, 2020]

Related Documents:

i.     Order (A) Authorizing and Approving Bidding Procedures, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (E) Granting Related Relief [Docket No. 181 – entered June 15, 2020]

ii.    Notice of Sale by Auction and Sale Hearing [Docket No. 210 – filed June 22, 2020]

iii.   Certification of Publication of Edgar Noblesala of Notice of Sale by Auction and Sale Hearing in The New York Times [Docket No. 226 – filed June 23, 2020]

iv.    Notice of No Auction [Docket No. 429 – filed August 7, 2020]

v.     Notice of Adjournment of Confirmation Hearing and Sale Hearing [Docket No. 438 – filed August 11, 2020]

vi.    Notice of Telephonic Pre-Trial Conference [Docket No. 570 – filed August 25, 2020]

RLF1 23940949v.1

vii.    Debtors' List of Exhibits and Witnesses for Hearings to Consider the Sale Transaction and Confirmation of the Modified Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 609 – filed August 28, 2020]

viii.    Notice of Revised Proposed Order (A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [Docket No. 610 – filed August 28, 2020]

ix.    Notice of Withdrawal (re: Objection of the Chubb Companies with Respect to (I) the Debtors' Motion Seeking Entry of an Order (A) Authorizing and Approving Bidding Procedures, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (E) Granting Related Relief and (II) Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 617 – filed August 28, 2020]

x.    Debtors' Amended List of Exhibits and Witnesses for Hearings to Consider the Sale Transaction and Confirmation of the Modified Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 620 – filed August 30, 2020]

xi.    **Notice of Withdrawal of Objection of Mitsubishi Tanabe Pharma Corporation to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 625 – filed August 31, 2020]**

xii.    **Provepharm, Inc.'s Potential Witness and Exhibit List for Hearings on September 1-3, 2020 to Consider the Sale Transaction and Plan Confirmation [Docket No. 626 – filed August 31, 2020]**

xiii.    **Fresenius Kabi AG's Exhibit List for Hearings to Consider the Sale Transaction and Confirmation of the Modified Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 627 – filed August 31, 2020]**

xiv.    **1199SEIU Benefit Funds, DC47 Fund and SBA Fund Witness and Exhibit List for Hearing on the Debtors' Motion to Sell (DI #18) and Confirmation of the Debtors' Plan (DI #258) [Docket No. 628 – filed August 31, 2020]**

xv.    **Notice of Filing of Amendment to Asset Purchase Agreement [Docket No. 638 – filed August 31, 2020]**

xvi.    **Simple Science, LLC's Exhibit List for Sale Hearing [Docket No. 639 – filed August 31, 2020]**

xvii.   **Notice of Further Revised Proposed Order (A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [Docket No. 643 – filed August 31, 2020]**

Witness Information:

i.   Mark Buschmann, Partner at PJT Partners (testifying from home in New Canaan, Connecticut)

Cure Objection Status:  The Debtors believe they have resolved the following cure objections: A, F through M, **P,** V, W and X.  To the extent the Debtors are unable to resolve any cure objection prior to the hearing, the hearing with respect to such objection is continued to a date to be determined and notice provided to the applicable contract counterparty.  **The Debtors are working to resolve the cure objection of Simple Science, LLC [Docket No. 515, Agenda Item N].  At this time, the hearing with respect to the cure objection of Simple Science, LLC will go forward at the hearing.**

Status:  The Debtors believe they have resolved the objections of: (i) Catalent Pharma Solutions, LLC and Catalent Micron Technologies, Inc. (ii) the IRP Claimants, (iii) the United States; and (iv) the Texas Comptroller of Public Accounts.  The hearing regarding this matter will go forward.

## II.   **PLAN CONFIRMATION:**

2.   Modified Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 547 – filed August 25, 2020]

Objection/Response Deadline:        August 25, 2020 at 12:00 p.m. (ET); extended to August 26, 2020 at 12:00 p.m. (ET) for Gabelli Funds, LLC; extended to August 27, 2020 at 12:00 p.m. (ET) for the United States; extended to August 28, 2020 at 12:00 p.m. (ET) for Chubb Companies.

Objections/Responses Received:

A.   Informal comments from the Office of the Texas Comptroller, Unclaimed Property Division

B.   Reservation of Rights of Catalent Pharma Solutions, LLC and Catalent Micron Technologies, Inc. with Respect to the Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 486 – filed August 18, 2020]

C.   Objection of Dr. Charles P. Ehlen [Docket No. 503 – filed August 17, 2020]

D.      IRP Claimants' Objection to Confirmation of Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 520 – filed August 21, 2020]

E.      Provepharm, Inc.'s Objection to Confirmation of the Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 552 – filed August 25, 2020]

F.      (SEALED) Objection of 1199SEIU Benefit Funds, DC47 Fund and SBA to Motion to Sell and Confirmation [Docket No. 553 – filed August 25, 2020]

G.      The Official Committee of Unsecured Creditors' Statement in Support of Akorn's Plan and Sale Motion [Docket No. 560 – filed August 25, 2020]

H.      Louisiana Department of Revenue's Objection to Confirmation of Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 562 – filed August 25, 2020]

I.      Opt-Out Plaintiffs' Limited Objection to Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 565 – filed August 25, 2020]

J.      Objection of Fresenius Kabi AG to the Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 566 – filed August 25, 2020]

K.      Limited Objection of Leadiant Biosciences Inc. to Confirmation of the Debtors' Joint Chapter 11 Plan [Docket No. 567 – filed August 25, 2020]

L.      Gabelli Funds, LLC's Limited Objection to Confirmation of the Modified Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 575 – filed August 26, 2020]

M.      Objection by the United States to the Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 582 – filed August 27, 2020]

N.      Objection of the Chubb Companies to the Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 597 – filed August 28, 2020]

O.      Gabelli Funds, LLC's Limited Response to Confirmation Objections by Provepharm, Inc. and Fresnius Kabi AG [Docket No. 602 – filed August 28, 2020]

P.      Ad Hoc Group's Statement in Support of Plan [Docket No. 605 – filed August 28, 2020]

Q.      Debtors' Memorandum of Law in Support of an Order Confirming the Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 608 – filed August 28, 2020]

i.      Debtors' Motion for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement with Respect to the Debtors' Confirmation Brief [Docket No. 611 – filed August 28, 2020]

Related Documents:

i.      Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 258 – filed June 30, 2020]

ii.     Disclosure Statement for Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 267 – filed June 30, 2020]

iii.    Notice of Blacklines of (I) Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates and (II) Disclosure Statement for Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 268 – filed June 30, 2020]

iv.     Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates, (III) Approving the Forms of Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto [Docket No. 318 – filed July 2, 2020]

v.      Verification of Publication of Vanessa Salvo of Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates and Related Voting and Objection Deadlines in USA Today [Docket No. 337 – filed July 10, 2020]

vi.     Proof of Publication of Edgar Noblesala of Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates and Related Voting and Objection Deadlines in The New York Times [Docket No. 338 – filed July 10, 2020]

vii.    Certificate of Service (re: Solicitation Materials) [Docket No. 363 – filed July 20, 2020]

viii.   Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of Akorn, Inc. and its Debtor Affiliates and Related Voting and Objection Deadlines [Docket No. 368 – filed July 22, 2020]

ix.     Notice of Filing of Plan Supplement [Docket No. 434 – filed August 7, 2020]

x.      Notice of Adjournment of Confirmation Hearing and Sale Hearing [Docket No. 438 – filed August 11, 2020]

xi.     Notice of Filing of First Amended Plan Supplement [Docket No. 521 – filed August 21, 2020]

RLF1 23940949v.1

xii.    Notice of Blackline of Modified Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 548 – filed August 25, 2020]

xiii.   Notice of Telephonic Pre-Trial Conference [Docket No. 570 – filed August 25, 2020]

xiv.    Verification of Publication of Addie Blackburn of Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates and Related Voting and Objection Deadlines in U.S. Pharmacist [Docket No. 577 – filed August 26, 2020]

xv.     Notice of Filing of Proposed Order Confirming the Modified Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 603 – filed August 28, 2020]

xvi.    Declaration of Leanne V. Rehder Scott Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 607 – filed August 28, 2020]

xvii.   Debtors' List of Exhibits and Witnesses for Hearings to Consider the Sale Transaction and Confirmation of the Modified Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 609 – filed August 28, 2020]

xviii.  Notice of Filing of Liquidation Analysis [Docket No. 612 – filed August 28, 2020]

xix.    Gabelli Funds, LLC's Potential Witness and Exhibit List for Hearings on September 1-3, 2020 to Consider the Sale Transaction and Plan Confirmation [Docket No. 618 – filed August 28, 2020]

xx.     Debtors' Amended List of Exhibits and Witnesses for Hearings to Consider the Sale Transaction and Confirmation of the Modified Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 620 – filed August 30, 2020]

xxi.    **Provepharm, Inc.'s Potential Witness and Exhibit List for Hearings on September 1-3, 2020 to Consider the Sale Transaction and Plan Confirmation [Docket No. 626 – filed August 31, 2020]**

xxii.   **Fresenius Kabi AG's Exhibit List for Hearings to Consider the Sale Transaction and Confirmation of the Modified Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates [Docket No. 627 – filed August 31, 2020]**

xxiii.  **1199SEIU Benefit Funds, DC47 Fund and SBA Fund Witness and Exhibit List for Hearing on the Debtors' Motion to Sell (DI #18) and**

Confirmation of the Debtors' Plan (DI #258) [Docket No. 628 – filed August 31, 2020]

xxiv. **Amended Notice of Withdrawal of Objection to Confirmation** [Docket No. 632 – filed August 31, 2020]

Witness Information:

i.    Joseph Bonaccorsi, General Counsel, Akorn, Inc. (testifying from home in West Tisbury, Massachusetts)

ii.   Mark Buschmann, Partner at PJT Partners (testifying from home in New Canaan, Connecticut)

iii.  William Kocovski, AlixPartners (testifying from home in Oakland Township, Michigan)

iv.   Duane Portwood, Chief Financial Officer of Akorn, Inc. (testifying from home in Marietta, Georgia)

v.    Loren Lehnen, Director at Willis Towers Watson (testifying from home in Dallas, Texas)

vi.   David Hartie, Managing Director of Public Securities Services at Kurtzman Carson Consultants LLC (testifying from home in New York, New York)

vii.  Leanne Rehder Scott, Vice Present of Corporate Restructure Services at Kurtzman Carson Consultants LLC (testifying from home in Westminster, California)

Status: The Debtors believe they have resolved the objections of the Louisiana Department of Revenue.  The hearing on this matter will go forward.

## III.    **OTHER MATTERS GOING FORWARD:**

3.    Motion of Fresenius Kabi AG to Reclassify Claims Pursuant to Bankruptcy Rule 3013 [Docket No. 379 – filed July 24, 2020]

Objection/Response Deadline:      August 4, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:

A.    Provepharm, Inc.'s Limited Joinder to Motion of Fresenius Kabi AG to Reclassify Claims Pursuant to Bankruptcy Rule 3013 [Docket No. 381 – filed July 28, 2020]

B.    Limited Joinder of 1199SEIU Benefit Funds, DC47 Fund and SBA Fund to Motion of Fresenius Kabi AG to Reclassify Claims Pursuant to Bankruptcy Rule 2013 (DI #379) [Docket No. 420 – filed August 4, 2020]

C.  Response of the Official Committee of Unsecured Creditors to Fresenius Kabi AG's Motion to Reclassify Claims [Docket No. 422 – filed August 4, 2020]

D.  Debtors' Objection to Motion of Fresenius Kabi AG to Reclassify Claims Pursuant to Bankruptcy Rule 3013 [Docket No. 423 – filed August 4, 2020]

E.  Gabelli Funds, LLC's Limited Objection to Fresenius Kabi AG's Motion to Reclassify the General Unsecured CVR Claim [Docket No. 424 – filed August 4, 2020]

Related Documents:

i.  Notice of Hearing Regarding Motion of Fresenius Kabi AG to Reclassify Claims Pursuant to Bankruptcy Rule 3013 [Docket No. 380 – filed July 27, 2020]

ii.  Omnibus Reply of Fresenius Kabi AG in Support of its Motion to Reclassify Claims Pursuant to Bankruptcy Rule 3013 [Docket No. 428 – filed August 6, 2020]

Status: The hearing regarding this matter will go forward.

4.  Motion of 1199SEIU Benefit Funds, DC47 Fund and SBA Fund for Leave to File Objection (DI #553) to the Debtors' Motion to Sell (DI #18) and Confirmation of the Debtors' Plan (DI#258) Under Seal [Docket No. 601 – filed August 28, 2020]

Objection/Response Deadline:        September 1, 2020 at 10:00 a.m. (ET)

Objections/Responses Received:      None to date

Status:  The hearing regarding this matter will go forward.

Wilmington, Delaware
August 31, 2020

/s/ Amanda R. Steele

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Paul N. Heath (No. 3704) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Amanda R. Steele (No. 5530) | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Gregory F. Pesce (admitted *pro hac vice*) |
| Brett M. Haywood (No. 6166) | Christopher M. Hayes (admitted *pro hac vice*) |
| One Rodney Square | 300 North LaSalle Street |
| 920 N. King Street | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone:    (312) 862-2000 |
| Telephone:    (302) 651-7700 | Facsimile:    (312) 862-2200 |
| Facsimile:    (302) 651-7701 | Email:    patrick.nash@kirkland.com |
| Email:    heath@rlf.com | gregory.pesce@kirkland.com |
| steele@rlf.com | christopher.hayes@kirkland.com |
| shapiro@rlf.com | |
| haywood@rlf.com | -and- |
| | |
| *Co-Counsel for the Debtors* | **KIRKLAND & ELLIS LLP** |
| *and Debtors in Possession* | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:    (212) 446-4800 |
| | Facsimile:    (212) 446-4900 |
| | Email:    nicole.greenblatt@kirkland.com |
| | |
| | *Co-Counsel for the Debtors* |
| | *and Debtors in Possession* |

RLF1 23940949v.1