**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AKORN, INC., *et al.*,[1] | ) ) ) | Case No. 20-11177 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC
HEARING ON SEPTEMBER 15, 2020 AT 11:00 A.M. (PREVAILING EASTERN TIME)[2]**

**I.  UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION:**

1. Debtors' Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Docket No. 496 – filed August 18, 2020]

    Objections/Response Deadline:     September 8, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:    None

    Related Documents:

    i.  Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Docket No. 693 – filed September 10, 2020]

    Status: On September 10, 2020, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

[2] Any person who wishes to appear at the September 15, 2020 hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.* All motions and other pleadings referenced herein are available online at the following address: www.kccllc.net/akorn.

## II. RESOLVED/CONTINUED MATTERS:

2. Debtors' Motion Seeking Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Establishing Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (E) Granting Related Relief [Docket No. 18 – filed May 21, 2020]

   Contract Objection Deadline: August 25, 2020 at 12:00 p.m. (ET); extended to August 27, 2020 at 12:00 p.m. (ET) for the United States; extended to August 28, 2020 at 12:00 p.m. (ET) for Chubb Companies and Oracle America, Inc.

   Contract Objections Received:

   A. Reservation of Rights of Premier, Inc. and Its Subsidiaries in Relation to the Debtors' Proposed Cure Amounts [Docket No. 448 – filed August 13, 2020]

   B. Objection of PrimaPharma, Inc. to the Motion of Debtors for the Assumption and Assignment of Certain Executory Contracts and Leases [Docket No. 450 – filed August 13, 2020]

      i. Amended Declaration of Mark T. Livingston in Support of Objection of PrimaPharma, Inc. to the Motion of Debtors for the Assumption and Assignment of Certain Executory Contracts and Leases [Docket No. 470 – filed August 14, 2020]

   C. Reservation of Rights of AmerisourceBergen Drug Corporation and Affiliates Related to Sale and Assumption [Docket No. 454 – filed August 14, 2020]

   D. Objection of Premier Group to Proposed Cure Amount [Docket No. 455 – filed August 14, 2020]

   E. Simple Science, LLC's Objection to Assumption and Assignment Identified Contracts Between Simple Science, LLC and Various [Docket No. 515 – filed August 21, 2020]

   F. Limited Objection and Reservation of Rights of DP West Lake at Conway, LLC to Debtors' Proposed Cure Amounts [Docket No. 546 – filed August 25, 2020]

   G. Objection and Reservation of Rights of Syneos Health, LLC and Inventiv Health Consulting, Inc. to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 556 – filed August 25, 2020]

RLF1 23893974v.1

H. Objection of Leadiant Biosciences Inc. to Notices to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 563 – filed August 25, 2020]

I. Objection of Exela Pharma Sciences LLC to the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 564 – filed August 25, 2020]

J. Oracle's Limited Objection and Reservation of Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 598 – filed August 28, 2020]

K. Objection of Exela Pharma Sciences LLC to Supplemental Cure Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 692 – filed September 10, 2020]

Related Documents:

i. Order (A) Approving the Asset Purchase Agreement, (B) Authorizing the Sale of Assets, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief [Docket No. 656 – entered September 2, 2020]

ii. Supplemental Cure Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 674 – filed September 4, 2020[

Cure Objection Status: On September 2, 2020, the Court entered an order approving the Sale. The Debtors are continuing to work to resolve all outstanding cure objections. The Debtors have resolved the cure objection of Syneos Health, LLC and Inventiv Health Consulting, Inc. To the extent the Debtors are unable to resolve any cure objection prior to the hearing, the hearing with respect to such objection is continued to October 21, 2020 at 10:00 a.m. (ET).

## II. CONTESTED MATTER GOING FORWARD:

3. MDL Plaintiffs' Motion for Relief from the Automatic Stay [Docket No. 500 – filed August 19, 2020]

   Objection/Response Deadline: September 2, 2020 at 4:00 p.m. (ET)

   Objections/Responses Received:

   A. Debtors' Limited Objection and Reservation of Rights to Motion for Relief from the Automatic Stay [Docket No. 695 – filed September 11, 2020]

   Status: The hearing regarding this matter is going forward.

3

Wilmington, Delaware
September 11, 2020

*/s/ Draft*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Paul N. Heath (No. 3704) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Amanda R. Steele (No. 5530) | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Gregory F. Pesce (admitted *pro hac vice*) |
| Brett M. Haywood (No. 6166) | Christopher M. Hayes (admitted *pro hac vice*) |
| One Rodney Square | 300 North LaSalle Street |
| 920 N. King Street | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 651-7700 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 651-7701 | Email: patrick.nash@kirkland.com |
| Email: heath@rlf.com | gregory.pesce@kirkland.com |
| steele@rlf.com | christopher.hayes@kirkland.com |
| shapiro@rlf.com | |
| haywood@rlf.com | -and- |

*Co-Counsel for the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: nicole.greenblatt@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*