# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**AKORN, INC.,** *et al.*,<br><br>**Debtors.** | Chapter 11<br><br>Lead Case No. 20-11177 (KBO)<br>Jointly Administered<br><br>Honorable Karen B. Owens |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): <u>1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, and 1199SEIU Licensed Practical Nurses Welfare Fund, AFSCME District Council 47 Health and Welfare Fund, and Sergeants Benevolent Association Health and Welfare Fund.</u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding.<br>☐ Plaintiff<br>☐ Defendant<br>☐ Other | For appeals in a bankruptcy case and not in an adversary proceeding<br>☐ Debtor<br>☒ Creditor<br>☐ Trustee<br>☐ Other |
|---|---|

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: <u>Order Confirming Plan (DI #673).</u>

2. State the date on which the judgment, order, or decree was entered: <u>September 4, 2020.</u>

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

See Attached Schedule A

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Dated: September 18, 2020
Wilmington, Delaware

By: */s/Leslie B. Spoltore*
Leslie B. Spoltore, Esquire (DE Bar No. 3605)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
123 Justison Street, Suite 100
Wilmington, Delaware 19801
Telephone: (302) 238-6947
Facsimile: (302) 655-1092
Email: leslie.spoltore@obermayer.com

-and-

Edmond M. George, Esquire (*pro hac vice*)
Michael D. Vagnoni, Esquire (*pro hac vice*)
Turner N. Falk, Esquire (*pro hac vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West

          1500 Market Street, Suite 3400
          Philadelphia, PA 19102
          Telephone: (215) 665-3140
          Facsimile: (215) 665-3165
          Email: Edmond.george@obermayer.com
          *Counsel to AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, 1199SEIU Licensed Practical Nurses Welfare Fund and Sergeants Benevolent Association Health and Welfare Fund*

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

## **SCHEDULE A**

JENNER & BLOCK LLP
Catherine L. Steege (admitted pro hac vice)
353 N. Clark Street Chicago, Illinois 60654
Telephone: (312) 923-2952
Fax: (312) 840-7352
Email: csteege@jenner.com
Counsel to the Official Committee of
Unsecured Creditors of Akorn, Inc. et al.

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Patrick J. Nash, Jr., P.C. (admitted pro hac vice)
300 North LaSalle Street
Chicago, Illinois 60654
Email: patrick.nash@kirkland.com
Counsel to the Debtors

T. Patrick Tinker. Esq.
Assistant United States Trustee (Region 3)
Jane M. Leamy, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Wilmington, Delaware 19801
Thomas.P.Tinker@usdoj.gov
Jane.M.Leamy@usdoj.gov
United States Trustee

Florence Bonaccorso-Saenz
(La. Bar No. 25493)
Bankruptcy Counsel, Litigation Division
617 N. Third St., Office 780
Post Office Box 4064
Zip Code 70821-4064
Baton Rouge, LA 70802
Florence.Saenz@la.gov
Counsel to the Louisiana Department of Revenue

POTTER ANDERSON & CORROON LLP
L. Katherine Good
Aaron H. Stulman
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
kgood@potteranderson.com
astulman@potteranderson.com
Counsel to Fresenius Kabi AG

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Lewis R. Clayton, Esq.
Kelley A. Cornish, Esq.
1285 Avenue of the Americas
New York, New York 10019
lclayton@paulweiss.com
kcornish@paulweiss.com
Counsel to Fresenius Kabi AG

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Claudia R. Tobler, Esq.
2001 K Street, NW
Washington, DC 20006
ctobler@paulweiss.com
Counsel to Fresenius Kabi AG

NORTON ROSE FULBRIGHT US LLP
Michael M. Parker
111 W. Houston Street, Suite 1800
San Antonio, TX 78205-3792
michael.parker@nortonrosefulbright.com
Counsel to Provepharm, Inc.

ASHBY & GEDDES
William P. Bowden
500 Delaware Avenue, 8th Fl.
Wilmington, DE 19899
wbowden@ashbygeddes.com
Counsel to Provepharm, Inc.

FARNAN LLP
Michael J. Farnan
Brian E. Farnan
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
Counsel to Gabelli Funds, LLC

ENTWISTLE & CAPPUCCI
Andrew J. Entwistle (admitted pro hac vice)
LLP 401 Congress Ave., Suite 1170
Austin, Texas 78701
aentwistle@entwistle-law.com
Counsel to Gabelli Funds, LLC

ENTWISTLE & CAPPUCCI LLP
Joshua K. Porter (admitted pro hac vice)
299 Park Avenue, 20th Floor
New York, NY 10171
jporter@entwistle-law.com
Counsel to Gabelli Funds, LLC

GELLERT SCALI BUSENKELL & BROWN, LLC
Michael Busenkell
1201 North Orange Street, Suite 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com
Counsel to Leadiant Biosciences, Inc.

SEQUOR LAW
Fernando J. Menendez, Esq.
Florida Bar No.: 18167
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131
fmenendez@sequorlaw.com
Counsel to Leadiant Biosciences, Inc.

HILLER LAW, LLC
Adam Hiller
1500 North French Street
Wilmington, Delaware
ahiller@adamhillerlaw.com
Counsel to IRP Claimants

CUNEO GILBERT & LaDUCA, LLP
Jonathan W. Cuneo, Esquire
Christian Hudson, Esquire
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
jonc@cuneolaw.com
christian@cuneolaw.com
Counsel to IRP Claimants

SAUL EWING ARNSTEIN & LEHR LLP
Mark Minuti
Lucian B. Murley
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com
luke.murley@saul.com
Counsel to the Official Committee of
Unsecured Creditors of Akorn, Inc. et al.

JENNER & BLOCK LLP
Catherine L. Steege (admitted pro hac vice)
Landon S. Raiford (admitted pro hac vice)
William A. Williams (admitted pro hac vice)
353 N. Clark Street
Chicago, Illinois 60654
csteege@jenner.com
lraiford@jenner.com
wwilliams@jenner.com
Counsel to the Official Committee of
Unsecured Creditors of Akorn, Inc. et al.

Dr. Charles P. Ehlen
2920 Winnebago Road
Sartell, Minnesota 56377
320-252-0368
Chaz2920@cloudnet.com