# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| AKORN, INC., *et al.*,[1] | ) Case No. 20-11177 (KBO) |
| Debtors. | ) (Jointly Administered) |
| | ) **Obj. Deadline: Dec. 7, 2020 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: Dec. 18, 2020 at 10:00 a.m. (ET)** |

## NOTICE OF FINAL FEE APPLICATION

PLEASE TAKE NOTICE that Kirkland & Ellis LLP and Kirkland & Ellis International LLP (the "Applicant") has today filed the attached *Second Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the (I) Second Interim Fee Period from August 1, 2020 through September 4, 2020 and (II) Final Fee Period from May 20, 2020 through and including September 4, 2020* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections to the Application, if any, must be made in writing and filed with the Clerk of the Bankruptcy Court, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801, no later than **4:00 p.m. (prevailing Eastern Time) on December 7, 2020**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

2

PLEASE TAKE FURTHER NOTICE that if any objections to the Application are received, the Application and such objections shall be considered at a hearing before The Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **December 18, 2020 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

3

Wilmington, Delaware
November 16, 2020

/s/ *J. Zachary Noble*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Paul N. Heath (No. 3704) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Amanda R. Steele (No. 5530) | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Gregory F. Pesce (admitted *pro hac vice*) |
| Brett M. Haywood (No. 6166) | Christopher M. Hayes (admitted *pro hac vice*) |
| Sarah E. Silveira (No. 6580) | 300 North LaSalle Street |
| J. Zachary Noble (No. 6689) | Chicago, Illinois 60654 |
| One Rodney Square | Telephone: (312) 862-2000 |
| 920 N. King Street | Facsimile: (312) 862-2200 |
| Wilmington, Delaware 19801 | Email: patrick.nash@kirkland.com |
| Telephone: (302) 651-7700 | gregory.pesce@kirkland.com |
| Facsimile: (302) 651-7701 | christopher.hayes@kirkland.com |
| Email: heath@rlf.com | |
| steele@rlf.com | -and- |
| shapiro@rlf.com | |
| haywood@rlf.com | **KIRKLAND & ELLIS LLP** |
| silveira@rlf.com | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| noble@rlf.com | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| *Co-Counsel for the Post-Effective Date Debtors* | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: nicole.greenblatt@kirkland.com |
| | |
| | *Co-Counsel for the Post-Effective Date Debtors* |