**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AKORN, INC., *et al.*, | Case No. 20-11177 (KBO) |
| | (Jointly Administered) |
| Debtors.[1] | |
| | **Related to Docket No. 821** |

**ORDER GRANTING FOURTH MONTHLY AND FINAL APPLICATION OF JENNER & BLOCK LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 8, 2020 THROUGH SEPTEMBER 4, 2020**

Upon consideration of the *Fourth Monthly and Final Application of Jenner & Block LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from June 8, 2020 Through September 4, 2020* [Docket No. 821] (the "Application") filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 218] and the *Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates* [Docket No. 258] (as amended, supplemented, or otherwise modified from time to time); and the Court having reviewed the Application and finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application;; and upon the full record of all proceedings in these cases; and sufficient cause having been shown therefor, IT IS HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

1.      The Application is **GRANTED** and **APPROVED** as set forth herein.

2.      Jenner & Block LLP is allowed on a final basis compensation in the amount of $1,212,243.50 for services rendered as lead counsel to the Official Committee of Unsecured Creditors during the period from June 8, 2020 through September 4, 2020 and reimbursement of actual and necessary expenses in the amount of $19,360.87 incurred during that period.

3.      To the extent not already paid pursuant to the Interim Compensation Order, the Reorganized Debtors are authorized and directed to pay Jenner & Block LLP one-hundred percent (100%) of its allowed fees and one-hundred percent (100%) of its allowed expenses.

4.      This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

**Dated: December 9th, 2020**          KAREN B. OWENS
**Wilmington, Delaware**               **UNITED STATES BANKRUPTCY JUDGE**

2