IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AKORN, INC., *et al.*, | Case No. 20-11177 (KBO) <br> (Jointly Administered) |
| Debtors.[1] | **Related to Docket No. 827** |

**CERTIFICATION OF NO OBJECTION TO COMBINED FOURTH MONTHLY AND FINAL APPLICATION OF HURON CONSULTING SERVICES LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE (I) MONTHLY PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 4, 2020, AND (II) FINAL PERIOD FROM JUNE 9, 2020 THROUGH SEPTEMBER 4, 2020**

The undersigned, counsel for the Official Committee of Unsecured Creditors of Akorn, Inc., et al. (the "Committee"), hereby certifies that:

1. On November 3, 2020, the *Combined Fourth Monthly and Final Application of Huron Consulting Services LLC for Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee Of Unsecured Creditors for the (I) Monthly Period From September 1, 2020 Through September 4, 2020, and (II) Final Period From June 9, 2020 Through September 4, 2020* (the "Application") [Docket No. 827] was filed with the Court.

2. Pursuant to the notice of the Application, objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on November 23, 2020 (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, the Application may be granted.

WHEREFORE, Huron Consulting Services LLC respectfully requests the entry of an Order, substantially in the form attached hereto as Exhibit A, at the earliest convenience of the Court.

Dated: December 10, 2020  
Chicago, Illinois

Respectfully submitted,

By: */s/ Catherine L. Steege*

**SAUL EWING ARNSTEIN & LEHR LLP**

Mark Minuti (DE Bar No. 2659  
Lucian B. Murley (DE Bar No. 4892)  
1201 N. Market Street  
Suite 2300  
Wilmington, DE 19801  
Telephone: (302) 421-6898  
Fax: (302) 421-6813  
mark.minuti@saul.com  
luke.murley@saul.com

-and-

**JENNER & BLOCK LLP**

Catherine L. Steege (admitted *pro hac vice*)  
Landon R. Raiford (admitted *pro hac vice*)  
William A. Williams (admitted *pro hac vice*)  
353 N. Clark Street  
Chicago, Illinois 60654  
Telephone: (312) 923-2952  
Fax: (312) 840-7352  
csteege@jenner.com  
lraiford@jenner.com  
wwilliams@jenner.com

*Counsel to the Official Committee of Unsecured Creditors of Akorn, Inc.*

## EXHIBIT A

**Proposed Order**

Case 20-11177-KBO    Doc 880    Filed 12/10/20    Page 3 of 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN, INC., *et al.*,<br><br>Debtors.[2] | Chapter 11<br><br>Case No. 20-11177 (KBO)<br>(Jointly Administered)<br><br>**Related to Docket No. 827** |

**ORDER GRANTING COMBINED FOURTH MONTHLY AND FINAL APPLICATION OF HURON CONSULTING SERVICES LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE (I) MONTHLY PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 4, 2020, AND (II) FINAL PERIOD FROM JUNE 9, 2020 THROUGH SEPTEMBER 4, 2020**

Upon consideration of the *Combined Fourth Monthly and Final Application of Huron Consulting Services LLC for Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee Of Unsecured Creditors for the (I) Monthly Period From September 1, 2020 Through September 4, 2020, and (II) Final Period From June 9, 2020 Through September 4, 2020* [Docket No. 821] (the "Application") filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 218] and the *Joint Chapter 11 Plan of Akorn, Inc. and Its Debtor Affiliates* [Docket No. 258] (as amended, supplemented, or otherwise modified from time to time); and the Court having reviewed the Application and finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application;

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

2

and upon the full record of all proceedings in these cases; and sufficient cause having been shown therefor, IT IS HEREBY ORDERED THAT:

1. The Application is **GRANTED** and **APPROVED** as set forth herein.

2. Huron Consulting Services LLC is allowed on a final basis compensation in the amount of $608,848.00 for services rendered as financial advisor to the Official Committee of Unsecured Creditors during the period from June 9, 2020 through September 4, 2020.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Reorganized Debtors are authorized and directed to pay Huron Consulting Services LLC one-hundred percent (100%) of its allowed fees.

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.